1       IN THE UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

UNITED STATES OF AMERICA,     :    CRIMINAL CASE NUMBER
4             PLAINTIFF        :
                               :
5      VERSUS                  :    17-CR-502-TJS-1
                               :
6  MICHAEL SHORE,              :
                DEFENDANT      :
7  _____

8                           JULY 31, 2018
                            COURTROOM 9A
9                           PHILADELPHIA, PA 19106

10 _____
             BEFORE THE HONORABLE TIMOTHY J. SAVAGE, J.
11 _____

12                          SENTENCING HEARING

13  APPEARANCES:

14  MICHELLE ROTELLA, ESQUIRE
    ASSISTANT UNITED STATES ATTORNEYS
15  615 CHESTNUT STREET, SUITE 1250
    PHILADELPHIA, PA 19106
16
    COUNSEL FOR THE GOVERNMENT
17

18              LYNN GLIGOR, RMR
             OFFICIAL COURT REPORTER
19        ROOM 2609 U. S. COURTHOUSE
               601 MARKET STREET
20          PHILADELPHIA, PA 19106
                (856)649-4774
21

22  PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
    TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
23

24

25

1    CONTINUED APPEARANCES:

2    BURTON ROSE, ESQUIRE
     1731 SPRING GARDEN STREET
3    PHILADELPHIA, PA 19130

4    COUNSEL FOR THE DEFENDANT

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    (ALL RISE.)

2                    THE COURT:  GOOD MORNING, PLEASE BE

3        SEATED.

4                    ALL COUNSEL:   GOOD MORNING, YOUR HONOR.

5                    THE COURT:  THIS IS THE MATTER OF UNITED

6        STATES OF AMERICA VERSUS MICHAEL SHORE, CRIMINAL NUMBER

7        17-502.  WE ARE HERE TODAY TO INDUCT WHAT I WILL CALL

8        PHASE ONE OF THE SENTENCING PROCEEDING, THE PURPOSE OF

9        WHICH IS TO ELICIT EXPERT TESTIMONY REGARDING MR.

10       SHORE'S MENTAL AND EMOTIONAL CONDITION AND HOW IT HAS

11       IMPACTED HIS DEFENSIVE BEHAVIOR AS WELL AS WHETHER OR

12       NOT HE IS AMENABLE TO REHABILITATION, REFORMATION AND

13       WHAT ALTERNATIVES THERE ARE FOR HIS POSSIBLE

14       REHABILITATION AGAINST THE BACKDROP OF SECTION 3553(A).

15                   IT IS MY UNDERSTANDING THAT MR. SHORE

16       INTENDS TO CALL DR. ATKINS TO TESTIFY, AND THAT WE HAVE

17       DR. CHANNELL FROM THE BUREAU OF PRISONS WHO WILL BE

18       TESTIFYING AS WELL.

19                   MR. ROSE.

20                   MR. ROSE:  DR. ATKINS.

21                   (WITNESS SWORN.)

22                   THE WITNESS:  ELLIOTT ATKINS,

23       A-T-K-I-N-S.

24                        DIRECT EXAMINATION

25       BY MR. ROSE:

1    Q.      GOOD MORNING, DR. ATKINS.

2    A.      GOOD MORNING.

3    Q.      CAN YOU HEAR ME OKAY?

4    A.      I CAN.

5    Q.      DR. ATKINS, YOU KNOW THIS DEFENDANT, MICHAEL

6    SHORE?

7    A.      I DO.

8    Q.      HOW HAVE YOU COME TO KNOW HIM?

9    A.      I WAS ASKED TO DO A FORENSIC PSYCHOLOGICAL

10   EVALUATION OF HIM IN RELATION TO THE CHARGES HE WAS

11   FACING.

12   Q.      HAVE YOU MET WITH HIM WHILE HE HAS BEEN

13   INCARCERATED?

14   A.      I HAVE.

15   Q.      HOW MANY OCCASIONS HAVE YOU MET WITH HIM?

16   A.      I AM ASSUMING IT WAS THREE OR FOUR.  IT WAS A

17   TOTAL OF EIGHT HOURS THAT I SPENT WITH HIM, AND THE

18   FIRST VISIT WAS IN AUGUST OF LAST YEAR.

19   Q.      BY WAY OF YOUR SITUATION, DOCTOR, HAVE YOU EVER

20   BEEN APPROVED TO TESTIFY AS AN EXPERT IN THE FIELD OF

21   FORENSIC PSYCHOLOGY?

22   A.      I HAVE.

23   Q.      DO YOU KNOW HOW MANY TIMES?

24   A.      I WOULD IMAGINE MAYBE 150 TO 200 TIMES.

25   Q.      HOW ABOUT IN THIS COURTHOUSE?

1    A.      A COUPLE OF DOZEN TIMES.

2    Q.      WHAT IS YOUR PROFESSIONAL BACKGROUND, DOCTOR?

3            THE WITNESS:  GOOD MORNING, YOUR HONOR.

4    I'LL TRY TO GO THROUGH IT PRETTY QUICKLY.  MY BACHELOR'S

5    IS IN FINE ARTS, MASTER'S IN CLINICAL PSYCHOLOGY, A

6    DOCTORATE IN SCHOOL PSYCHOLOGY, MY INTERNSHIPS WERE IN

7    CLINICAL PSYCHOLOGY.  MY EARLY WORK WAS WITH EMOTIONALLY

8    DISTURBED ADOLESCENTS AND WITH SUBSTANCE ABUSERS.  AND

9    WHEN I BECAME LICENSED IN PENNSYLVANIA IN 1977, MY

10   PRACTICE DEALT PRETTY MUCH WITH TEENAGERS, YOUNG ADULTS,

11   PEOPLE WITH EMOTIONAL DISTURBANCES, SUBSTANCE ABUSERS.

12   AND BECAUSE MANY OF THOSE PEOPLE WERE GETTING INTO

13   TROUBLE WITH THE LAW, I OFTEN GO INTO COURT ON THEIR

14   BEHALF TO TESTIFY AND ULTIMATELY DEVELOP A FORENSIC

15   PRACTICE, WHICH OVER THE YEARS GREW AND TOOK PRECEDENCE

16   OVER MY CLINICAL PRACTICE.

17           TODAY I HAVE A SMALL CLINICAL PRACTICE,

18   IT'S MAYBE 5 TO 10 PERCENT OF WHAT I DO, AND WITH THE

19   REMAINING 90 TO 95 PERCENT BEING FORENSIC PSYCHOLOGY.

20           I HAVE WORKED IN TREATING AND EVALUATING

21   BOTH SEX OFFENDERS AS WELL AS VICTIMS OF SEX OFFENDERS

22   FOR THE LAST 40 YEARS.  THE EVALUATION PROBABLY STARTED

23   MORE LIKE 35 YEARS AGO, BUT THE TREATMENT STARTED BACK

24   WHEN I FIRST STARTED MY CLINICAL PRACTICE.  I'VE

25   TESTIFIED ON THEIR BEHALF, AND I HAVE BEEN -- I HAVE

1     WRITTEN ARTICLES AND PUBLISHED ARTICLES IN FORENSIC

2     PSYCHOLOGY, INCLUDING AREAS RELATED TO AUTISM AND --

3     WHICH IS THE ISSUE AT HAND WITH MR. SHORE.

4                    AND I HAVE -- IN ADDITION TO MY PRIVATE

5     PRACTICES, I AM ALSO A TRIAL CONSULTANT WITH THE UNITED

6     STATES AIR FORCE ADVOCATE GENERAL'S OFFICE.

7                    ANY OTHER SPECIFICS YOU WILL HAVE TO ASK.

8     BY MR. ROSE:

9     Q.       HAVE YOU BEEN CALLED UPON TO GIVE YOUR EXPERT

10    OPINION BY OTHER LAWYERS BESIDES DEFENSE LAWYERS?

11    A.       YES, I HAVE.  MOST OF MY WORK IS FOR THE

12    DEFENSE.  I DO TESTIFY FOR THE PROSECUTION ALSO.  AND MY

13    WORK FOR THE AIR FORCE IS ALL IN SEX ABUSE CASES, AND

14    THAT'S HALF PROSECUTION, HALF DEFENSE.

15                    MR. ROSE:  YOUR HONOR, I WOULD OFFER THIS

16    INDIVIDUAL AS AN EXPERT.

17                    THE COURT:  DO YOU HAVE ANY EXAMINATION

18    REGARDING QUALIFICATIONS?

19                    MS. ROTELLA:  NO, YOUR HONOR.

20                    THE COURT:  HE WILL BE ACCEPTED AS AN

21    EXPERT.

22                    MR. ROSE:  THANK YOU.

23    BY MR. ROSE:

24    Q.       DOCTOR, GETTING BACK TO THIS PARTICULAR

25    DEFENDANT.  DID YOU PREPARE A REPORT IN SEPTEMBER OF

1    LAST YEAR?

2    A.    I DID.

3    Q.    AND WHAT IS THE DATE OF YOUR REPORT?

4    A.    SEPTEMBER 20, 2017.

5    Q.    OKAY.  AND YOU HAVE NOT WRITTEN ANY UPDATES FOR

6    THE COURT, HAVE YOU?

7    A.    NO.

8    Q.    SO GETTING TO THE MATTER AT HAND, WHAT WAS YOUR

9    DIAGNOSIS OF MR. SHORE?

10   A.    AUTISM SPECTRUM DISORDER.

11   Q.    ARE THERE DIFFERENT LEVELS OF THE AUTISM

12   SPECTRUM DISORDER?

13   A.    YES, THEY ARE.

14   Q.    AND DO YOU CONCUR WITH DR. CHANNELL THAT THIS IS

15   A LEVEL 1?

16   A.    YES.

17   Q.    WHAT DOES THAT MEAN TO YOU?

18   A.    IN THE OLD DAYS, THE PEOPLE WHO ARE DESCRIBED AS

19   LEVEL 1 WERE DESCRIBED AS HAVING ASPERGER'S DISEASE OR

20   ASPERGER'S SYNDROME.  THAT TERM HAS NOT BEEN USED IN THE

21   LAST SEVERAL YEARS, BUT DESCRIBES PRETTY MUCH THE SAME

22   THING IN THAT A PERSON WHO HAS AUTISM BUT IS CAPABLE OF

23   FUNCTIONING AT A HIGHER LEVEL.  TYPICALLY THESE PEOPLE

24   HAVE INTACT INTELLECTUAL ABILITIES, BUT THE SYMPTOMS OF

25   THE AUTISM MANIFEST THEMSELVES IN THEIR THINKING, THEIR

1  BEHAVIOR AND PRIMARILY IN THEIR SOCIAL SKILLS, THEIR

2  SOCIAL RELATIONS.

3  Q.      AND WHAT ABOUT MR. SHORE, WHAT IS YOUR

4  ASSESSMENT OF HIS LEVEL OF ASD?

5  A.      I WOULD AGREE WITH DR. CHANNELL, HIS LEVEL -- IT

6  WOULD HAVE BEEN CALLED ASPERGER'S.

7  Q.      NOW, IN HIS HISTORY, WHICH WE WON'T -- I DON'T

8  THINK YOUR HONOR IS GOING INTO DEPTH INTO THE HISTORY OF

9  THE DEFENDANT.

10          YOU WERE AWARE THAT HE WAS DETERMINED BY

11  THE SOCIAL SECURITY ADMINISTRATION TO BE PLACED ON SSI

12  DISABILITY WHEN HE WAS AGE 21?

13  A.      YES.

14  Q.      AND SINCE THAT TIME HE HAS BEEN, ACCORDING TO

15  YOUR REPORT, DEALING WITH THIS DIFFICULT ISSUE?

16  A.      YES.

17  Q.      OKAY.  NOW IN YOUR OPINION, HOW IS HIS CASE ANY

18  DIFFERENT FROM, IF I CAN USE THE TERM, THE HEARTLAND OF

19  CASES THAT WE SEE FOR PEOPLE WHO ARE ACCUSED OF

20  VIOLATING THIS LAW?

21  A.      WHEN WE LOOK AT THE SYMPTOMS OF AUTISM SPECTRUM

22  DISORDER, OR ASD, WHEN WE LOOK AT THE SYMPTOMS, WE SEE

23  AN INABILITY TO RELATE TO OTHER PEOPLE IN AN

24  AGE-APPROPRIATE MANNER.  WE SEE AN INABILITY TO

25  UNDERSTAND WHAT THE OTHER PERSON IS EXPERIENCING IN

1    RELATION TO WHAT YOU ARE DOING.  IT'S HARD FOR THEM TO

2    UNDERSTAND THEIR EFFECT ON OTHER PEOPLE.  THERE IS A --

3    THERE ARE DEFICITS IN EMPATHY, THERE IS A LACK OF

4    UNDERSTANDING OF HOW THEIR TREATMENT OF THE OTHER PERSON

5    MIGHT BE CAUSING THEM PAIN OR MIGHT BE CAUSING THEM

6    DISCOMFORT OR MIGHT MAKE THEM FEEL ANGRY.

7            THERE ARE ALSO FIXATED INTERESTS,

8    OBSESSIONS, OBSESSIONS AND COMPULSIONS AND BEHAVIORS

9    THAT PEOPLE WITH -- ON THE AUTISM SPECTRUM WIND UP

10   COLLECTING, THEY WIND UP SAVING, ORGANIZING,

11   CATALOGUING, THEY DO EVERYTHING IN A VERY CONTROLLED

12   MANNER BECAUSE THIS IS THE WAY IN WHICH THEY ARE ABLE TO

13   STRUCTURE LIFE, THIS IS A WAY IN WHICH THEY ARE ABLE TO

14   MANAGE THEIR ANXIETY.  THIS WOULD MANIFEST IN HIS

15   COLLECTION OF CHILD PORNOGRAPHY, HIS COLLECTION OF ALL

16   KINDS OF PORNOGRAPHY, CATALOGUED AND SAVED, AND HE

17   NEEDED TO COMPLETE COLLECTIONS.  VIDEO GAMES, WHATEVER

18   HE DID HE NEEDED TO DO IT IN A WAY THAT BECAME

19   OBSESSIVE, SOMETHING THAT HE WOULD DO ALMOST WITHOUT

20   LIMIT, ALMOST DAY AND NIGHT.

21           BECAUSE OF THEIR SOCIAL SKILLS, AND THIS

22   SPEAKS FOR NOT JUST MR. SHORE BUT I AM SAYING THIS IN

23   TERMS OF ALMOST EVERYONE ON THE AUTISM SPECTRUM, THEY

24   TEND TO -- IF THEY ARE IN SOCIAL INTERESTS OR SOCIAL

25   RELATIONSHIPS, THEY TEND TO BE WITH PEOPLE MUCH YOUNGER

THAN THEIR OWN AGE.  MR. SHORE'S ABILITY TO PERFORM
APPROPRIATE RELATIONSHIPS, AGE-APPROPRIATE RELATIONSHIPS
WAS LIMITED FROM DAY ONE, FROM PRESCHOOL ALL THROUGH HIS
MIDDLE SCHOOL, HIGH SCHOOL.  HE WAS NEVER ABLE TO MAKE
FRIENDS.  HE DID NOT HAVE FRIENDS.  ANY GIRLS THAT HE
WOULD WANT TO TALK TO WOULD NOT BE INTERESTED IN HIM.
ULTIMATELY, HE DEVELOPED THE PERCEPTION THAT IF THE
GIRLS WERE YOUNGER THAN HIM HE MIGHT HAVE A BETTER
CHANCE OF THEM APPROVING OF HIM OR ACCEPTING OF HIM.

AND AS A RESULT OF THIS WHEN HE BEGAN TO
LOOK AT PORNOGRAPHY, HE WAS LOOKING AT GIRLS HIS OWN
AGE.  BUT AS HE GOT OLDER, HE CONTINUED TO LOOK AT THE
GIRLS THAT WERE YOUNGER THAN HIM.  AND HIS SEXUAL
INTERESTS WERE IN GIRLS THAT WERE PRIMARILY PREPUBESCENT
-- EXCUSE ME, POST PREPUBESCENT, AND MOST OF THEM WOULD
BE CONSIDERED TO BE MINORS.  AND HIS INTERESTS RANGE,
ALTHOUGH HE DESCRIBED IT AS 9 TO 17, THE OVERWHELMING
MAJORITY OF HIS INTERESTS WERE IN POST PUBESCENT, WHICH
WOULD TYPICALLY BE 12, 13, 14, 15 YEARS AND UP TO
17-YEAR OLDS.

HIS WAY OF INTERACTING WITH THE WORLD WAS
PRIMARILY THROUGH FANTASY, PLAYING FANTASY GAMES,
CHATTING ON THE INTERNET.  AND IN REAL LIFE, HE HAPPENED
TO HAVE A JOB WHERE HIS PRIMARY WAY OF DEALING WITH
PEOPLE WAS MEETING THEM IN COSTUME.  HIS FAMILY BUSINESS

1    ALMOST CONSISTENTLY INVOLVED HIM GOING TO THESE

2    CONVENTIONS WHERE HE AND THE PEOPLE HE WOULD BE MEETING

3    WOULD BE IN COSTUMES.  AND THIS GAVE HIM AN OPPORTUNITY

4    TO MEET PEOPLE AND GIRLS WITHOUT HIM HAVING TO BE

5    HIMSELF.  SAME THING WHEN HE WAS CHATTING ON THE

6    INTERNET WITH GIRLS.  HE WOULD BE ABLE TO HAVE THE

7    SAFETY AND SECURITY OF THE COSTUME AS A BARRIER BETWEEN

8    HIMSELF AND OTHER HUMAN BEINGS, OR HE HAD THE INTERNET

9    AS THE BARRIER.

10            RARELY IF EVER DID HE PUT HIMSELF IN A

11   POSITION WHERE HE WOULD BE SEEKING OUT SOMEONE AS

12   HIMSELF WITHOUT A COSTUME OR WITHOUT THE INTERNET.  A

13   FEW TIMES WHERE THAT DID OCCUR, IT WOULD BE EXTREMELY

14   ANXIETY PROVOKING.

15            MR. ROSE ASKED ME HOW THIS CONDITION

16   ATTRIBUTED TO HIS COMMISSION OF THE OFFENSE AND HOW HIS

17   COMMISSION OF THE OFFENSE MIGHT BE DISTINGUISHABLE FROM

18   THE TYPICAL PERSON THAT THIS STATUTE, THAT THE

19   SENTENCING COMMISSION HAD IN MIND.  ALTHOUGH MR. SHORE

20   IS CAPABLE OF BEING MANIPULATIVE, ALTHOUGH HE IS CAPABLE

21   OF SAYING AND DOING THINGS AS PART OF HIS COMMISSION OF

22   THIS OFFENSE TO GET THESE -- THE VICTIMS TO LIKE HIM,

23   CONTINUE TO CHAT WITH HIM, SEND HIM PICTURES OF -- SEND

24   HIM PICTURES OF THEMSELVES, THERE WAS A MANIPULATIVE

25   ASPECT TO THAT, AND SUBSEQUENTLY HE IS CHARGED WITH SOME

1    VERY SERIOUS -- HAS PLED GUILTY TO SOME VERY SERIOUS

2    OFFENSES.

3            BUT THERE IS SOMETHING LESS SOPHISTICATED

4    AND LESS MANIPULATIVE ABOUT HIS WAY OF DOING THIS.  FOR

5    THE MOST PART, HE USED HIS OWN NAME.  FOR THE MOST PART,

6    HE SAID WHO HE WAS AND TOLD HIS ACTUAL AGE.  IN TALKING

7    TO A 12-YEAR OLD GIRL HE SAID I AM 33, VERY UNUSUAL.

8    USUALLY THE BEHAVIORS OF PEOPLE WHO ARE PATROLLING THE

9    INTERNET TO FIND YOUNG GIRLS ARE PRESENTING THEMSELVES

10   AS SOMEONE MUCH CLOSER TO THE AGE OF THE YOUNG GIRL.

11   AND RARELY DID THEY USE THEIR OWN NAMES OR GIVE THEIR

12   ADDRESSES TELLING THEM WHERE THEY LIVED.  THERE WAS SOME

13   DEGREE OF MANIPULATION, BUT THERE WAS ALSO A LACK OF

14   SOPHISTICATION AND A TRANSPARENCY THAT IS VERY ATYPICAL.

15           MR. SHORE KNEW THAT WHAT HE WAS DOING WAS

16   WRONG.  HE KNEW THAT IT WAS ILLEGAL FOR HIM TO BE HAVING

17   SEX WITH THE UNDERAGED PEOPLE AND TO BE ASKING THEM FOR

18   PICTURES.  HE KNEW IT WAS WRONG FOR HIM TO BE HAVING

19   THESE SEXUAL DISCUSSIONS WITH THEM.

20           BUT AS A RESULT OF HIS AUTISM SPECTRUM

21   DISORDER, HE LACKED THE ABILITY TO TRULY UNDERSTAND THAT

22   WHAT HE WAS DOING WAS DAMAGING THESE PEOPLE.  HE HAD

23   VERY LITTLE OR NO APPRECIATION OF THE HARM THAT HE WAS

24   DOING.  HE KNEW IT WAS WRONG, HE KNEW IT WAS ILLEGAL,

25   BUT HE DID NOT HAVE THE UNDERSTANDING OR APPRECIATION

1    FOR WHAT HE WAS SUBJECTING THESE PEOPLE TO.

2    AND TO A LARGE DEGREE, THIS

3    DIFFERENTIATED HIM FROM MOST OF THE PEOPLE WHO COMMIT

4    THIS -- WHO WOULD TYPICALLY COMMIT THIS CRIME.  THERE

5    ARE OTHER PEOPLE WITH A LACK OF EMPATHY WHO COMMIT THIS

6    CRIME, SOCIOPATHS, PEOPLE WITH ANTISOCIAL PERSONALITY

7    DISORDERS.  THEY ENGAGE IN PREDATORY BEHAVIOR WITHOUT A

8    CONCERN FOR THE DAMAGE THAT IT MIGHT DO FOR OTHERS.

9    BUT THAT'S NOT BECAUSE THEY LACK AN

10    INTELLECTUAL AWARENESS.  THEY HAVE AN INTELLECTUAL

11    AWARENESS THAT IT'S HARMING AND THEY JUST DON'T CARE.

12    THERE'S A LACK OF EMPATHY FOR SOMEBODY WITH AUTISM THAT

13    IS -- IT'S DIFFERENT.  IT'S THAT THEY DON'T UNDERSTAND

14    WHAT THEY ARE DOING IS HARMING THAT PERSON.  IT'S NOT

15    THAT THEY DON'T CARE, THEY DON'T KNOW, THEY DON'T

16    UNDERSTAND.

17    THIS DIFFERENTIATES MR. SHORE FROM A

18    TYPICAL PERSON, PARTICULARLY IN MY OPINION, THE TYPICAL

19    PERSON WHO IS CHARGED WITH A CRIME OF MANUFACTURING

20    CHILD PORNOGRAPHY.  PEOPLE WHO ACTUALLY WANT TO CREATE

21    VIDEOS TO SELL THEM, TO MARKET THEM, TO GET PICTURES

22    THAT THEY CAN EXCHANGE TO GET OTHER PICTURES FROM

23    SOMEBODY, PEOPLE WHO SET UP SITUATIONS, PRIMARILY FOR

24    THE PURPOSE OF CREATING CHILD PORNOGRAPHY.  THAT'S NOT

25    WHAT HE WAS DOING.  THERE WAS NO GOAL HERE OF SETTING UP

1    A BUSINESS OF -- EVEN ENGAGING IN A PROCESS OF ACQUIRING

2    MORE CHILD PORNOGRAPHY AS A RESULT OF HIS ASKING THE

3    GIRL TO SEND A PICTURE.  YET HE STILL FITS TECHNICALLY

4    WITHIN THE DEFINITION OF THAT STATUTE.

5                IT'S MY OPINION IN MY REPORT AND MR.

6    ROSE'S QUESTION DIRECTED IT TOWARD MY OPINION, THAT THIS

7    IS NOT WHAT THE SENTENCING COMMISSION HAD IN MIND WHEN

8    THEY DEVELOPED THESE SENTENCES FOR THESE CHARGES.

9    Q.      DOCTOR, YOU HAVE READ THE REPORT OF DR.

10   CHANNELL?

11   A.      I HAVE.

12   Q.      IN DR. CHANNEL'S REPORT HE SUGGESTS THAT THE

13   DEFENDANT MIGHT BE CLASSIFIED AS A PEDOPHILE?

14   A.      YES.

15   Q.      DO YOU AGREE OR DISAGREE WITH THAT?

16   A.      I DISAGREE, BUT THIS IS -- IT'S NOT AS

17   SCIENTIFIC WHERE WE CAN HAVE TEN EXPERTS LOOK AT THE

18   FACTS OF THIS CASE.  I LOOK AT THE RESULTS OF THE

19   PSYCHOLOGICAL TESTING.  YOU COULD HAVE ALL TEN SAY HE'S

20   A PEDOPHILE AND TEN SAY ABSOLUTELY HE IS NOT.  I

21   DISAGREE FOR THE MOST PART FOR THAT DIAGNOSIS.

22                THE REASON I DISAGREE IS TWO FOLD:

23   ALTHOUGH MR. SHORE INCLUDED CHILDREN AS YOUNG AS NINE IN

24   TERMS OF WHO IT WAS THAT HE WOULD BE INTERESTED SEXUALLY

25   IN, THE OVERWHELMING MAJORITY FROM WHAT MR. ROSE

1   REVIEWED, THE DISCOVERY MATERIALS, THE IMAGES.  THE

2   OVERWHELMING MAJORITY I UNDERSTAND WAS OF PEOPLE THAT

3   ARE POST PUBESCENT, OVERWHELMING MAJORITY.  ALL OF --

4   EVERY ONE OF MR. SHORE'S ACTUAL SEXUAL RELATIONSHIP

5   ISSUES WITH THESE GIRLS, THE CHATS THAT HE HAD, THE

6   MEETINGS WITH THE GIRLS, THE GIRLS THAT HE ULTIMATELY

7   DID HAVE SOME SEXUAL CONTACT WITH, THEY WERE ALL POST

8   PUBESCENT.  THEY WERE MINORS, BUT THEY WERE POST

9   PUBESCENT.

10          THE DEFINITION OF PEDOPHILIA IS YOUR

11  SEXUAL INTEREST IS IN PREPUBESCENT, AND IT'S NOT CLEAR

12  TO ME THAT HE TRULY HAS A SEXUAL INTEREST IN

13  PREPUBESCENT.  SO AS A RESULT, I BROUGHT IN A PERSON WHO

14  IS TRAINED TO ADMINISTER A TEST OF SEXUAL INTERESTS,

15  IT'S CALLED THE ABEL.  I BROUGHT IN DR. HAWORTH, THOMAS

16  HAWORTH.  AND HE ADMINISTERED THE ABEL, AND THE ABEL

17  SHOWED -- INDICATED THAT THERE WAS NO SEXUAL INTEREST IN

18  PREPUBESCENT.  SO I DO DISAGREE WITH DR. CHANNEL'S

19  DIAGNOSIS OF PEDOPHILIA, BUT I CAN'T SAY THAT IT IS NOT

20  A POSSIBILITY.

21          I THINK MORE IMPORTANTLY THAT'S PRETTY

22  MUCH THE ONLY THING I DISAGREED WITH IN DR. CHANNEL'S

23  REPORT.  HE WROTE A VERY LENGTHY COMPREHENSIVE, IN MY

24  OPINION, A VERY HELPFUL REPORT THAT FULLY EXPLAINS THE

25  DEVELOPMENT OF THE AUTISM SPECTRUM DISORDER, THE

1　　MANIFESTATIONS OF IT, THE WAYS IN WHICH IT'S AFFECTED

2　　MR. SHORE'S LIFE AND ALSO THE WAYS IN WHICH THIS

3　　CONDITION INFLUENCED AND AFFECTED HIS BEHAVIOR, HIS

4　　OFFENSIVE BEHAVIOR.  SO TO HAVE CONFIRMATION OR

5　　CORROBORATION OF MY FINDINGS BY AN INDEPENDENT EXPERT

6　　REINFORCED BOTH MY DIAGNOSIS OF AUTISM SPECTRUM DISORDER

7　　AND MY OPINIONS REGARDING THE EXTENT TO WHICH THAT

8　　DISORDER CONTRIBUTED TO HIS OFFENSE.

9　　Q.　　DOCTOR, WHAT IS THIS DEFENDANT'S LIKELIHOOD OF

10　　VICTIMIZATION IN PRISON?

11　　A.　　THERE IS --

12　　　　　MS. ROTELLA:  OBJECTION.

13　　　　　THE COURT:  BASIS?

14　　　　　MS. ROTELLA:  I OBJECT TO HIM ATTRIBUTING

15　　HOW HE'S BEING VICTIMIZED IN THE FUTURE IN THE PRISON.

16　　　　　THE COURT:  SUSTAINED.

17　　BY MR. ROSE:

18　　Q.　　DOCTOR, HAVE YOU HAD ANY EXPERIENCE IN

19　　DETERMINING WHAT HAPPENS TO AN ASD INMATE?

20　　A.　　YES.

21　　　　　MS. ROTELLA:  OBJECTION.

22　　　　　THE COURT:  OVERRULED.

23　　BY MR. ROSE:

24　　Q.　　WHAT IS THAT EXPERIENCE?

25　　A.　　WELL, FIRST OF ALL, LET'S JUST TAKE MR. SHORE,

1    FOR EXAMPLE.  HE WAS AT THE DETENTION CENTER WHEN I SAW

2    HIM, AND HE WAS STRUGGLING.  HE WAS MANIFESTING A LOT OF

3    SELF-INJURIOUS BEHAVIORS.  HE WAS -- ONE OF THE SYMPTOMS

4    OF HIS CONDITION IS A TREMENDOUS DEPENDANCY WEIGHING ON

5    THIS CHRONOLOGICAL AGE, MUCH MORE LIKE A YOUNG CHILD, A

6    VERY YOUNG CHILD HAS A TREMENDOUS DEPENDANCY ON HIS

7    PARENTS.  AND REMOVAL OF THOSE SUPPORTS, AND IN

8    PARTICULAR THE REMOVAL OF HIS ABILITY TO EVEN USE THE

9    INTERNET TO CHAT WITH THEM, TRIGGERED A WHOLE FLOOD OF

10   SELF-DESTRUCTIVE BEHAVIORS.  PICKING HIS SKIN, PULLING

11   AND TEARING AT HIS SKIN, BANGING HIS HEAD.  IT WAS A

12   PROBLEM SIMPLY BECAUSE OF THE REMOVAL FROM THE SUPPORT

13   SYSTEMS.

14             THE OTHER PROBLEM IS THE SOCIAL

15   ISOLATION, HIS ABILITY TO INTERACT WITH THE OTHER

16   INMATES WAS EXTREMELY COMPROMISED.  I KNOW HE DID NOT DO

17   WELL UP AT DEVENS, EITHER.  THE INFORMATION THAT I GOT

18   BACK THROUGH MR. ROSE OR HIS MOTHER WERE CONCERNS ABOUT,

19   ONCE AGAIN, HIS ENGAGING IN SELF-DESTRUCTIVE BEHAVIOR,

20   HAVING PANIC ATTACKS.  WHEN HE GOES OFF INTO A REGULAR

21   PRISON SETTING, THE CONSISTENCY AND THE STRUCTURE OF

22   THAT SETTING MIGHT ALLOW HIM A LEVEL OF PREDICTABILITY

23   AND CONTROL AND COMFORT THAT MIGHT WORK TO HIS BENEFIT,

24   BUT HE IS NOT GOING TO BE ABLE TO DEAL WITH THE OTHER

25   INMATES.  HIS LACK OF ABILITY TO UNDERSTAND HIS EFFECT

1    ON THEM, TO UNDERSTAND THE SUBTLETIES OR NUANCES OR

2    OTHER PEOPLE'S MANIPULATION IS GOING TO SET HIM UP FOR

3    VICTIMIZATION.  THE PSYCHOLOGICAL LITERATURE IS VERY

4    CLEAR ABOUT THE EXTENT IN WHICH PEOPLE WITH AUTISM WIND

5    UP BEING VICTIMIZED IN PRISON.

6            SO MY PERSONAL EXPERIENCE IS IN PEOPLE

7    WHO I AM EVALUATING, WITH PEOPLE WHO HAVE COME OUT OF

8    PRISON AND MY REVIEW OF THE LITERATURE MAKE ME -- I FEEL

9    I AM IN A POSITION TO ANSWER MR. ROSE'S QUESTION, THAT

10   HIS CONDITION PUTS HIM AT RISK OF INJURY AND

11   VICTIMIZATION AND PSYCHOLOGICAL REPERCUSSIONS.

12   Q.     DOCTOR, WITH RESPECT TO THE ISSUE OF RECIDIVISM,

13   DR. CHANNEL'S REPORT SAYS THAT THE DEFENDANT IS AT

14   AVERAGE RISK OF RECIDIVISM.

15          MS. ROTELLA:  OBJECTION.

16          MR. ROSE:  THAT'S WHAT IT SAYS.

17          MS. ROTELLA:  IT'S A MISCHARACTERIZATION.

18          MR. ROSE:  LET ME -- MAY I FINISH THE

19   QUESTION?

20          THE COURT:  PLEASE FINISH IT.

21   BY MR. ROSE:

22   Q.     IT SAYS THAT HE IS AT AVERAGE RISK OF

23   RECIDIVISM.  BUT ALSO SAYS THAT HIS RISK OF RECIDIVISM

24   MIGHT BE ELEVATED.

25          DO YOU RECALL READING THAT?

1    A.     YES.

2    Q.     DO YOU KNOW WHAT -- WHAT IS YOUR ASSESSMENT OF

3    THE RECIDIVISM ISSUE FOR THIS DEFENDANT?

4    A.     WELL, THE RISK OF RECIDIVISM, THE AVERAGE THAT

5    DR. CHANNELL IS REFERRING TO, IF LOOK AT THE ANALYSES,

6    THE METAANALYSES OF ALL THE DIFFERENT STUDIES THAT HAVE

7    BEEN DONE OR HAVE BEEN DONE TALKING ABOUT THE RISK OF

8    RECIDIVATING FOR SEX OFFENDERS.  THE FIRST THING WE

9    NOTICE IS THAT IT'S LOWER THAN FOR ANY OTHER TYPE OF

10   OFFENSE.  AND OF COURSE THE LOWEST AMONG THE -- THE

11   LOWEST RISK OF RECIDIVISM AMONG THE SEX OFFENDERS IS

12   CHILD PORNOGRAPHY OFFENDERS.

13              INTERESTING RESEARCH THAT HAS BEEN

14   DEVELOPED OVER THE LAST FEW YEARS HAS INDICATED

15   SOMETHING THAT I WAS NOT AWARE OF UNTIL RECENTLY, AND

16   THAT IS THAT IF A -- IF WE LOOK AT THE RISK OF

17   RECIDIVISM OF CHILD PORNOGRAPHY INMATES OR CHILD

18   CONVICTIONS, THOSE WITH CHILD PORNOGRAPHY CONVICTIONS

19   ALSO MADE SEXUAL CONTACT WITH THE VICTIM.  THE INCREASE

20   RISK OF RECIDIVISM IS VERY SLIGHT.  THE TYPICAL RISK OF

21   RECIDIVATING FOR CHILD PORNOGRAPHY ONLY SEX OFFENDERS IS

22   UNDER EIGHT PERCENT.  THERE ARE STUDIES THAT SHOW THAT

23   IF YOU LOOK AT IT FOR PEOPLE WITH CHILD PORNOGRAPHY AND

24   CONTACT OFFENSES, THE RISK IS MORE AROUND 11 OR

25   12 PERCENT.  IT'S A SIGNIFICANT INCREASE, BUT STILL MUCH

1  LOWER THAN THE AVERAGE RISK OF RECIDIVISM FOR OTHER

2  OFFENSES.

3  Q.     DOCTOR, IN YOUR ASSESSMENT OF THIS MAN, HAS HE

4  ACCEPTED RESPONSIBILITY FOR WHAT HE HAS BEEN PLEADING

5  GUILTY TO?

6  A.     HE HAD NO IDEA THAT HE WAS FACING CONSEQUENCES

7  LIKE HE IS, IT WAS A RUDE AWAKING.  AND OF COURSE, WITH

8  HINDSIGHT, HE UNDERSTANDS THAT EVEN THOUGH HE KNEW IT

9  WAS LEGALLY WRONG, HE DIDN'T KNOW HOW LEGALLY WRONG IT

10  WAS.  AND HE HAS COME TO UNDERSTAND HOW MORALLY WRONG IT

11  WAS AND HOW THESE CHILDREN HAVE BEEN DAMAGED, AND HE HAS

12  ACCEPTED RESPONSIBILITY.  AND I READ HIS LETTER THAT HE

13  PREPARED FOR THE COURT, AND I LISTENED TO HIM WHEN HE

14  TOLD ME HOW HE FEELS ABOUT WHAT HE DID.  UNFORTUNATELY,

15  THAT LEVEL OF UNDERSTANDING AND INSIGHT AND SENSE OF

16  RESPONSIBILITY WAS NOT THERE WHEN HE WAS ENGAGING IN

17  THESE BEHAVIORS.

18  Q.     AND FINALLY, DOCTOR, WITH RESPECT TO THE ISSUE

19  OF TREATMENT, WHAT WOULD YOU LIKE TO SEE IN TERMS OF

20  TREATMENT?  COULD THIS DEFENDANT GET HELP THAT WOULD

21  MAKE HIM LESS OF A RISK OF RE-OFFENDING?

22  A.     ABSOLUTELY.  THERE IS NO QUESTION.  FIRST OF

23  ALL, HE IS GOING TO NEED AND WOULD BENEFIT FROM SEX

24  OFFENDER SPECIFIC TREATMENT, WHICH IS AVAILABLE WITHIN

25  THE FEDERAL SYSTEM.

1    SECOND OF ALL, HE IS GOING TO NEED

2    TREATMENT THAT WOULD BE DIRECTED TOWARD HIS THINKING

3    PROBLEMS, JUDGMENT PROBLEMS, IMPULSIVITY, SOCIAL

4    PROBLEMS.  SEPARATE AND APART FROM THE SEXUAL TREATMENT

5    NEEDS, THE AUTISM SPECTRUM SYMPTOMS CAN BE TREATED WITH

6    THE APPROPRIATE TREATMENT.  HE HAS THE ABILITY TO NOT

7    ONLY EMPATHIZE WITH OTHER PEOPLE, HIS ABILITY TO BE MORE

8    SELF AWARE, HIS ABILITY TO EXERCISE BETTER JUDGMENT WILL

9    BE SIGNIFICANTLY ENHANCED.

10   Q.    AND IN YOUR DISCUSSIONS OF THIS -- WITH YOUR

11   COLLEAGUE DR. HAWORTH, DID YOU AND HE COME TO A

12   CONCLUSION ABOUT HOW LONG SUCH A TREATMENT PROGRAM WOULD

13   TAKE?

14   A.    IF WE ARE LOOKING AT THE SEX OFFENDER TREATMENT,

15   YOU KNOW, 6 TO 9 MONTHS, MAYBE AS LONG AS 18 MONTHS IN

16   THAT RANGE.  IF WE TALK ABOUT THE TREATMENT FOR THE

17   SOCIAL AND EMOTIONAL MANIFESTATIONS OF ASPERGER'S, HIS

18   ANTI -- HIS AUTISM SPECTRUM DISORDER, THAT MIGHT TAKE

19   LONGER, MAYBE A COUPLE OF YEARS OF TREATMENT.

20   Q.    DOCTOR, IF HE WERE RELEASED TO THE COMMUNITY AT

21   THE END OF A PERIOD OF CONFINEMENT HERE, COULD HE BE

22   REASONABLY EXPECTED TO CONFORM HIS BEHAVIOR TO THE LAW

23   SO THAT HE DOES NOT RE-OFFEND?

24   A.    YES.

25        MR. ROSE:  THAT'S ALL I HAVE, YOUR HONOR.

1          THE COURT:  MS. ROTELLA.

2              MS. ROTELLA:  THANK YOU, YOUR HONOR.

3                  CROSS-EXAMINATION

4   BY MS. ROTELLA:

5   Q.      DR. ATKINS, AS I UNDERSTAND IT, YOU SAID YOU

6   SPENT A TOTAL OF EIGHT HOURS WITH THIS DEFENDANT,

7   CORRECT?

8   A.      THAT'S CORRECT.

9   Q.      YOU UNDERSTAND DR. CHANNELL, HE WAS AT THE

10  MEDICAL FACILITY FOR OVER TWO MONTHS?

11  A.      YES.

12  Q.      AND I HAVE READ THROUGH YOUR REPORT.  I DON'T

13  SEE ANYWHERE THAT YOU ACTUALLY REVIEWED ANY OF THE

14  EVIDENCE IN THIS CASE, IS THAT CORRECT?

15  A.      I DID.  I READ THE -- I DON'T KNOW WHETHER IT

16  WAS CALLED THE AFFIDAVIT OF PROBABLE CAUSE TO THE

17  INDICTMENT.  I --

18  Q.      YOU READ THE INDICTMENT?

19  A.      I READ THE PRESENTENCE REPORT, LESLIE MAXWELL'S

20  REPORT.

21  Q.      OKAY.

22  A.      I READ DR. CHANNEL'S REPORT AFTER THE FACT, OF

23  COURSE.  I SPOKE WITH BURT ABOUT HIS REVIEW OF THE

24  ACTUAL IMAGES.  WHEN I ACTUALLY WROTE THE REPORT, I

25  THINK IT WAS PRIOR TO MY REVIEWING ANY PLEA AGREEMENTS,

1    BUT I DID GET TO READ THE PLEA AGREEMENTS.

2    Q.      SO THAT WE ARE CLEAR, THE INDICTMENT DOES NOT

3    CONTAIN ANY INFORMATION OTHER THAN THE CHARGES, CORRECT?

4    A.      CORRECT.

5    Q.      AND THE PRESENTENCE IS WRITTEN BY A UNITED

6    STATES PROBATION OFFICER ABOUT THE WHOLE ASPECTS OF THE

7    CASE, CORRECT?

8    A.      YES.

9    Q.      BUT THE FBI REPORTS WERE NOT REVIEWED BY YOU, IS

10   THAT RIGHT?

11   A.      I DON'T RECALL.

12   Q.      YOU CAN'T REMEMBER.

13           AND YOU DIDN'T LIST THEM IN YOUR REPORT?

14   A.      NO.  IF I HAD READ THAT BEFORE I WROTE MY REPORT

15   I WOULD HAVE LISTED IT, SO I PROBABLY DIDN'T.

16   Q.      AND YOU DIDN'T REVIEW THE CHATS THAT MR. SHORE

17   WAS ENGAGING IN WITH ALL OF THESE MINORS, CORRECT?

18   A.      CHARACTERIZATIONS OF THEM THAT WERE CONTAINED

19   WITHIN THE INDICTMENT.

20   Q.      THERE ARE NO CHATS IN THE INDICTMENT.

21   A.      I DO REMEMBER READING THE CHATS.

22   Q.      THE CHATS THEMSELVES OR ARE YOU SPEAKING ABOUT

23   THE PRESENTENCE REPORT THAT YOU REVIEWED?

24   A.      I THINK I READ THE CHATS THEMSELVES.  I DON'T

25   RECALL WHETHER IT WAS BEFORE THE PRESENTENCE REPORT OR

1    NOT.

2    Q.      WHEN YOU WRITE A REPORT AND DO AN EVALUATION,

3    ISN'T IT STANDARD PRACTICE TO ACTUALLY LIST OUT ALL OF

4    THE THINGS THAT YOU HAVE REVIEWED SO THAT WHEN YOU HAVE

5    TO TESTIFY OR WHEN YOU HAVE TO BASE YOUR OPINION ON

6    SOMETHING WE CAN ALL JUDGE INDEPENDENTLY WHAT YOU HAVE

7    USED TO FORM YOUR OPINION?

8    A.      TYPICALLY, ABSOLUTELY.

9    Q.      THAT'S NOT CONTAINED IN YOUR REPORT, IS IT, DR.

10   ATKINS?

11   A.      I DON'T UNDERSTAND WHY I DIDN'T -- IF I HAD READ

12   THOSE THINGS WHY I DIDN'T LIST THEM.  THAT'S WHY I AM

13   SAYING IT IS POSSIBLE THAT I DIDN'T REVIEW THOSE THINGS

14   UNTIL AFTER I WROTE THIS REPORT.  BUT I KNOW THAT I SAW

15   THEM.

16   Q.      YOU KNOW THAT YOU SAW THE ACTUAL CHATS?

17   A.      I DID SEE CHATS, YES.

18   Q.      OKAY.  YOU DID NOT REVIEW THE FBI REPORTS,

19   CORRECT?

20   A.      I DON'T KNOW.  I DON'T RECALL.

21   Q.      YOU DON'T REMEMBER IF YOU DID.

22           IT'S CLEAR YOU DID NOT SEE THE EVIDENCE

23   IN THIS CASE, HOWEVER?

24   A.      THAT'S CORRECT.

25   Q.      AND YOU DID NOT REACH OUT TO THE AGENT OR ANYONE

1   FROM THE GOVERNMENT TO ACTUALLY DO THAT BEFORE YOU

2   FORMED YOUR OPINION IN THIS CASE, CORRECT?

3   A.      NO, I RELIED UPON MR. ROSE'S CHARACTERIZATION OF

4   WHAT HE SAW.

5   Q.      DID YOU KNOW HOW MANY IMAGES -- NOW, THERE IS

6   TWO ASPECTS TO MR. SHORE'S CRIMES HERE.  HE WAS

7   COMMUNICATING WITH MULTIPLE MINOR GIRLS ON THE INTERNET

8   AND GETTING THEM TO ENGAGE IN SEXUALLY EXPLICIT CONDUCT

9   AND THEN SEND IT TO HIM, CORRECT?

10  A.      THAT'S CORRECT.

11  Q.      AND THEN HE HAD QUITE AN EXTENSIVE COLLECTION OF

12  CHILD PORNOGRAPHY.  YOU ARE AWARE OF THAT AS WELL,

13  RIGHT?

14  A.      I AM.

15  Q.      DO YOU KNOW HOW EXTENSIVE HIS COLLECTION OF

16  CHILD PORNOGRAPHY WAS?

17  A.      I KNOW THERE WERE THOUSANDS OF IMAGES.

18  Q.      AND THAT WAS REPRESENTED TO YOU BY MR. ROSE

19  BECAUSE, OF COURSE, YOU DID NOT SEE THOSE EITHER?

20          MR. ROSE:  OBJECTION, YOUR HONOR.  IT'S

21  IN THE PRESENTENCE REPORT THAT MR. --

22          THE COURT:  I UNDERSTAND THAT.

23  BY MS. ROTELLA:

24  Q.      THE QUESTION IS, DID YOU GAIN YOUR KNOWLEDGE

25  FROM MR. ROSE?

1      A.      A COMBINATION OF INPUTS.  I READ THE CHATS, I

2      READ DESCRIPTIONS OF WHAT WAS IN HIS COLLECTION, I SPOKE

3      TO MR. ROSE, SO...

4      Q.      WELL, I ASKED YOU THAT BECAUSE YOU DID MAKE AN

5      ERROR WHEN YOU TESTIFIED ON DIRECT BY SAYING THAT THE

6      OVERWHELMING -- THEY ARE YOUR WORDS -- THE OVERWHELMING

7      MAJORITY OF THE COLLECTION WAS POST-PUBESCENT CHILDREN.

8      A.      YES.

9      Q.      THAT'S CORRECT, ARE YOU AWARE OF THAT?

10     A.      NO, I AM NOT.

11     Q.      BECAUSE MOST OF HIS COLLECTION IS ACTUALLY

12     PREPUBESCENT CHILDREN.

13     A.      THAT'S NOT SOMETHING I AM AWARE OF.  THAT'S NOT

14     HOW IT WAS CHARACTERIZED TO ME.

15     Q.      DID YOU KNOW THAT THERE WAS A GREAT PROPORTION

16     OF HIS COLLECTION THAT ALSO INVOLVED SADISTIC IMAGES OF

17     CHILDREN, CHILDREN WHO WERE BOUND AND CRYING AND GAGGED

18     AS THEY WERE BEING SEXUALLY ASSAULTED?

19     A.      WHAT IS YOUR DEFINITION OF GREAT PROPORTION?

20     Q.      SO AT LEAST HALF OF THOSE IMAGES, THAT'S WHAT I

21     WOULD SAY.

22     A.      HALF OF THE IMAGES --

23     Q.      HALF OF THOSE IMAGES INVOLVED SADISTIC IMAGES,

24     THINGS OF THAT NATURE?

25     A.      I CERTAINLY DID NOT KNOW THAT, AND I AM VERY

1      SURPRISED TO HEAR THAT.

2      Q.      DID YOU KNOW THAT THERE WERE ANY IN HIS

3      COLLECTION?

4      A.      I DID.

5      Q.      DID YOU KNOW THAT THERE WERE IMAGES OF ANIMALS

6      SEXUALLY ABUSING CHILDREN AS PART OF THE THINGS THAT HE

7      CHOSE TO COLLECT?

8      A.      I DID KNOW THAT, YES.

9      Q.      AND DID YOU KNOW ALL ABOUT THAT BEFORE YOU WROTE

10      YOUR REPORT?

11      A.      YES.

12      Q.      WERE YOU ALSO AWARE THEN -- AND YOU HAVE NOT

13      TOUCHED UPON IT THAT MUCH, BUT WERE YOU ALSO AWARE THAT

14      HIS COLLECTING OF THESE CHILD PORNOGRAPHIC IMAGES

15      EXTENDED BACK 8 TO 10 YEARS?

16      A.      YES.

17      Q.      BECAUSE MR. SHORE HAS QUITE A LONG HISTORY OF

18      INVOLVING HIMSELF IN CHILD SEXUAL ACTIVITY, ARE YOU

19      AWARE OF THAT ALSO?

20      A.      I AM.

21      Q.      THERE WAS THE INCIDENT SEXUALLY INAPPROPRIATE

22      TOUCHING WITH HIS OWN SISTER, CORRECT?

23      A.      YES.

24      Q.      THERE WAS PRIOR POLICE INVOLVEMENT AND THE

25      SEIZURE OF HIS COMPUTER EQUIPMENT FOR CHILD PORNOGRAPHY

1  OFFENSES, CORRECT?

2  A.      I AM AWARE OF THAT.

3  Q.      THAT HE HAD -- THE FAMILY HAD A SPECIAL SET OF

4  RULES FOR MR. SHORE NOT TO TOUCH CHILDREN WHILE HE WAS

5  OUT WORKING AT THE FAMILY BUSINESS?

6  A.      YES.

7  Q.      AND THIS EXTENDED OVER MOST OF MR. SHORE'S LIFE,

8  RIGHT?

9  A.      WELL, IT STARTED WHEN HE DEVELOPED SEXUAL

10  FEELINGS AND SEXUAL INTERESTS, YES.

11  Q.      WHEN HE WAS JUST A TEENAGER?

12  A.      YES.

13  Q.      AND HERE HE IS IN HIS MID-30S NOW, CORRECT?

14  A.      CORRECT.

15  Q.      STILL DOING THE SAME TYPE OF ACTIVITY, TARGETING

16  CHILDREN, CORRECT?

17  A.      STILL --

18              MR. ROSE:  OBJECTION TO THAT PART, YOUR

19  HONOR.

20              THE COURT:  OVERRULED.

21              THE WITNESS:  HE IS STILL FUNCTIONING

22  MUCH LIKE A TEENAGER HIMSELF IN INTERACTING LIKE A YOUNG

23  TEENAGER INSTEAD OF LIKE SOMEONE HIS AGE.

24  BY MS. ROTELLA:

25  Q.      LET'S TALK ABOUT THAT A LITTLE BIT, BECAUSE YOU

1    SAY THERE ARE MANIPULATIVE ASPECTS TO HIS CRIME.  BUT

2    REALLY QUITE CLEARLY, ALL OF HIS CRIMES INVOLVE

3    MANIPULATION BY MR. SHORE, ISN'T THAT A FAIR

4    CHARACTERIZATION?

5                    MR. ROSE:  OBJECTION.

6                    THE COURT:  SUSTAINED.

7                    THE WITNESS:  HIS COLLECTION OF CHILD

8    PORNOGRAPHY --

9                    MR. ROSE:  DOCTOR --

10                    THE COURT:  I SUSTAINED THE OBJECTION.

11                    MR. ROSE:  HE SUSTAINED THE OBJECTION.

12   BY MS. ROTELLA:

13   Q.      LET ME PUT IT THIS WAY, DR. ATKINS.  YOU

14   TESTIFIED THAT THERE WAS A MANIPULATIVE ASPECT, MEANING

15   THAT THAT WAS NOT REALLY A PREVALENT PART OF WHAT MR.

16   SHORE USED TO DO HIS CRIMES HERE, CORRECT?

17   A.      WHAT I TESTIFIED TO WAS THAT THERE WAS SOME

18   DEGREE OF MANIPULATION --

19   Q.      YES.

20   A.      -- BUT NOT THE LEVEL OF SOPHISTICATION THAT WE

21   TYPICALLY SEE IN THE COMMISSION OF THESE OFFENSES.

22   Q.      OKAY.  SO YOU SAY -- AND PART OF THAT IS BECAUSE

23   YOU BELIEVED HIM TO BE TRANSPARENT BECAUSE HE GAVE HIS

24   AGE AND HIS NAME TO SOME OF THESE CHILDREN, CORRECT?

25   A.      VERY OFTEN HE DID.

1    Q.    VERY OFTEN, BUT HE DID NOT ALWAYS?

2    A.    NOT ALWAYS, THAT'S CORRECT.

3    Q.    RIGHT.  BECAUSE IN SOME CASES HE ACTUALLY POSED

4    AS IF HE WERE A TEENAGE GIRL, CORRECT?

5    A.    MUCH OF HIS INTERACTIONS WITH OTHER PEOPLE WERE

6    THROUGH POSING AS HIM BEING SOMETHING ELSE.  HE MET

7    PEOPLE WEARING A COSTUME.  HE INTERACTED WITH PEOPLE

8    VERY OFTEN ON THE INTERNET AS BEING A CHARACTER OR A

9    DIFFERENT PERSON, OF A DIFFERENT SEX, OF A DIFFERENT

10   AGE.  BUT MOST OF THE CHATS WITH SOMEBODY THAT HE WAS

11   TRYING TO ESTABLISH SOME KIND OF A RELATIONSHIP WITH OR

12   CONNECTION WITH, HE INTERACTED AS HIMSELF IN THE

13   MAJORITY OF THOSE.

14   Q.    SO IN THOSE HE WAS TRANSPARENT, BUT THERE ARE

15   ALSO TIMES WHEN HE IS NOT TRANSPARENT?

16   A.    WHERE HE WAS ROLE PLAYING, YES.

17   Q.    YES, WHERE HE WAS ROLE PLAYING, WHERE HE WAS NOT

18   BEING FORTHRIGHT ABOUT WHO HE WAS?

19   A.    WHICH WOULD BE TYPICAL OF ANYBODY CHATTING ON

20   THE INTERNET, WHETHER THEY ARE ENGAGED IN OFFENDING OR

21   NOT.  MOST PEOPLE ARE ENGAGING IN ROLE PLAYING.

22   Q.    JUST LIKE MOST SEX OFFENDERS, CORRECT?

23   A.    INCLUDING SEX OFFENDERS.

24   Q.    SO PART OF HIS MANIPULATION AND PART OF HIS ROLE

25   PLAYING IN THESE CRIMES WAS TO POSE AS A TEENAGE GIRL SO

1    THAT HE COULD MANIPULATE SOME OF THE PEOPLE HE WAS

2    SPEAKING WITH INTO GIVING HIM SEXUALLY EXPLICIT IMAGES

3    OF THEMSELVES?

4    A.      YES.

5    Q.      AND PART OF THAT MANIPULATION AND ROLE PLAYING,

6    YOU ARE AWARE THAT HE ACTUALLY SENT OUT PHOTOGRAPHS OF

7    SOME OF THE MINOR VICTIMS PRETENDING THAT THEY WERE OF

8    HIM?

9    A.      YES.

10   Q.      WHICH IS ANOTHER CRIME, YOU WOULD AGREE, THE

11   DISTRIBUTION OF CHILD PORNOGRAPHY?

12   A.      YES.

13   Q.      SO THE MANIPULATION THAT WE SPEAK ABOUT HERE

14   INCLUDED FOR MR. SHORE LIES AS WELL?

15   A.      CLEARLY THAT'S PART OF THE DEFINITION OF

16   MANIPULATION, TO GET THE PERSON TO BELIEVE SOMETHING YOU

17   WANT THEM TO BELIEVE, BY DEFINITION, INCLUDING LYING.

18   Q.      AND ACTUALLY MR. -- THERE WERE -- SOME OF THE

19   CHATS INVOLVED SHOWED MR. SHORE TALKING ABOUT THE FACT

20   THAT HE KNEW THAT HE WAS LYING AND THAT HE KNEW HE

21   SHOULD NOT BE LYING, THAT IT WAS WRONG TO LIE.  BUT I

22   BELIEVE THERE IS A QUOTE BY HIM SAYING THAT SOMETIMES HE

23   HAS TO LIE IN ORDER TO GET THE THINGS THAT HE WANTS.

24   A.      HE WAS MUCH MORE TRANSPARENT IN ACKNOWLEDGING

25   THAT THAN MOST PEOPLE WHO COMMIT THESE OFFENSES FOR

1    SURE.

2    Q.    THAT WASN'T -- MAYBE HE DID SAY THAT TO YOU, BUT

3    WE DISCOVERED THAT AS PART OF THE CHATS THAT HE WAS

4    HAVING WITH SOME OF HIS VICTIMS.

5    A.    YES.

6    Q.    ARE YOU AWARE OF THAT?

7    A.    THAT'S AN EXAMPLE OF HIS LEVEL OF -- THE LACK OF

8    SOPHISTICATION THAT HE WOULD ACKNOWLEDGE THOSE KINDS OF

9    INTENTIONS.

10   Q.    WELL, HE CLEARLY DID NOT ACKNOWLEDGE THOSE KINDS

11   OF INTENTIONS TO THE PEOPLE THAT HE WAS TRYING TO

12   MANIPULATE, HIS VICTIMS, CORRECT?

13   A.    MOST LIKELY NOT.

14   Q.    IN TERMS OF HIS LACK OF EMPATHY AND LACK OF

15   REMORSE, YOU WOULD AGREE WITH ME THAT MOST SEX OFFENDERS

16   HAVE A LACK OF EMPATHY AND A LACK OF REMORSE FOR THEIR

17   ACTIONS?

18   A.    YES.

19   Q.    SO THAT'S NOT -- THAT'S NOT SPECIFIC TO SOMEBODY

20   WHO HAS GOT AUTISM SPECTRUM DISORDER?

21   A.    LET ME BACK UP.  LACK OF REMORSE ALMOST

22   DEFINITELY IS A TYPICAL ATTRIBUTE TO WHAT WE WOULD --

23   FOR MOST SEX OFFENDERS.  THE LACK OF EMPATHY, I AM NOT

24   SO SURE.  I DON'T THINK MOST SEX OFFENDERS LACK EMPATHY.

25   MANY OF THEM ARE CAPABLE OF EMPATHY BUT ARE MORE

1    INDIFFERENT TO THE FACT THAT THEY ARE DOING SOMETHING

2    THAT MIGHT HARM THE VICTIM.

3    Q.    I AM NOT ASKING YOU IF THEY ARE CAPABLE OF

4    EMPATHY.  EVERY PERSON ON EARTH IS CABLE OF EMPATHY,

5    DOCTOR.

6              WHAT I AM SAYING IS MOST SEX OFFENDERS --

7              THE COURT:  IS THAT SO?

8    BY MS. ROTELLA:

9    Q.    MOST ALL OF US.  BUT MOST SEX OFFENDERS HAVE A

10    LACK OF EMPATHY WHICH THEY WOULD HAVE TO NECESSARILY

11    HAVE TO BE ABLE TO OFFEND AGAINST A CHILD.  WOULDN'T YOU

12    AGREE WITH THAT?

13    A.    I WOULD SAY THAT MORE LIKELY -- IT IS LIKELY

14    THAT THERE IS SOME DEFICIENCY IN EMPATHY AMONG SEX

15    OFFENDERS.

16             THE COURT:  A SOCIOPATH, RIGHT?

17             THE WITNESS:  THE SOCIOPATH HAS A MUCH

18    MORE -- THEY LACK EMPATHY TO A MUCH GREATER DEGREE THAN

19    PEOPLE WHO ARE NOT SOCIOPATHS.  THAT'S ONE OF THE

20    CRITERIA FOR DIAGNOSING ANTISOCIAL PERSONALITY DISORDER

21    IS THE LACK OF EMPATHY.

22    BY MS. ROTELLA:

23    Q.    WE ARE NOT TALKING ABOUT A SOCIOPATH, BUT WE ARE

24    TALKING ABOUT A SEX OFFENDER WHO ALSO HAPPENS TO HAVE

25    AUTISM SPECTRUM DISORDER?

1    A.     THAT'S CORRECT.

2    Q.     SO WHEN YOU ARE TALKING ABOUT -- WHEN YOU WERE

3    TALKING ABOUT THE FACT THAT YOU MOSTLY DISAGREE WITH THE

4    DIAGNOSIS OF PEDOPHILIA, THERE ARE ACTUALLY TWO

5    DIFFERENT WAYS TO DIAGNOSE SOMEBODY WITH PEDOPHILIA, AND

6    THAT WOULD BE IF HE TOLD YOU HIMSELF THAT HE HAS AN

7    INTEREST IN PREPUBESCENT CHILDREN, CORRECT?

8    A.     YES.

9    Q.     OR IF THERE IS SUFFICIENT EVIDENCE TO SHOW THAT

10    HE HAS AN INTEREST IN PREPUBESCENT CHILDREN?

11    A.     YES.

12    Q.     BUT THEN FOR THOSE PEOPLE WHO DENY HAVING THAT

13    SEXUAL INTEREST, THAT'S NOT REALLY THAT UNCOMMON EVEN

14    WHEN THEY ACTUALLY DO?

15    A.     THAT'S CORRECT.

16    Q.     THERE ARE ALSO SOME PHYSICAL TESTS THAT CAN BE

17    DONE?

18    A.     YES.

19    Q.     AND FURTHER TESTING, FOR EXAMPLE, LIKE A

20    POLYGRAPH, CORRECT?

21    A.     YES, AND THE PENIS PLETHYSMOGRAPH AND THE ABEL

22    SCREENING.

23    Q.     AND THE POLYGRAPH LIKE I JUST TOLD YOU, CORRECT?

24    A.     YES.

25    Q.     YOU DIDN'T WRITE ABOUT THE ABEL SCREENING IN

1    YOUR REPORT, DID YOU, DOCTOR?

2    A.    I DID.

3    Q.    YOU DID?  WHERE IS THAT?

4    A.    I DON'T SEE IT, BUT I SPECIFICALLY MENTIONED

5    THAT I HAD DR. HAWORTH CONDUCT AN ASSESSMENT.  I AM

6    ALMOST CERTAIN THE RESULTS OF THAT WOULD BE IN HERE,

7    BECAUSE HIS ASSESSMENT INDICATED THAT HE HAD -- DID NOT

8    HAVE A SEXUAL INTEREST IN PREPUBESCENCE.

9    Q.    AND OF COURSE, DOCTOR -- WELL, I HAVE NOTHING TO

10    JUDGE IT BY SINCE I DON'T SEE IT HERE IN THE REPORT.

11    THE COURT:  DO YOU HAVE THE FILE WITH

12    YOU?

13    THE WITNESS:  NO, I DON'T HAVE THE FILE

14    WITH ME.

15    BY MS. ROTELLA:

16    Q.    BUT YOU HAVE YOUR REPORT IN FRONT OF YOU?

17    A.    THAT'S WHAT I AM LOOKING FOR.

18    THE COURT:  IT'S NOT IN THE REPORT.

19    MS. ROTELLA:  NO.

20    THE COURT:  IF HE HAD HIS FILE WE WOULD

21    SEE IT.

22    THE WITNESS:  I CERTAINLY CAN MAKE

23    AVAILABLE TO THE COURT DR. HAWORTH'S REPORT THAT --

24    THE COURT:  WHY DIDN'T YOU BRING THE FILE

25    WITH YOU?

1          THE WITNESS:  PARDON ME?

2              THE COURT:  WHY DIDN'T YOU BRING THE FILE

3    WITH YOU?

4              THE WITNESS:  I BELIEVED THE RELEVANT

5    INFORMATION WAS CONTAINED IN BOTH MY REPORT AND DR.

6    CHANNEL'S REPORT WHICH I BROUGHT WITH ME THAT HAD AN

7    EVEN GREATER HISTORY, A MORE DETAILED HISTORY.

8    BY MS. ROTELLA:

9    Q.      ALL RIGHT.  WELL, WHY DON'T WE JUST -- WE CAN

10   MOVE ON, SINCE THAT'S NOT ANYTHING THAT IS CONTAINED IN

11   THERE.

12              BUT THERE WAS NO POLYGRAPH THAT WAS

13   CONDUCTED OF THIS DEFENDANT, CORRECT?

14   A.      YES, CORRECT.

15   Q.      THERE WAS PLETHYSMOGRAPH, NO PHYSICALLY TESTING

16   THAT WOULD HAVE ACTUALLY SHOWN -- THAT'S PROBABLY THE

17   BEST INDICATOR TO SHOW WHAT HE IS AROUSED BY, CORRECT?

18   A.      THERE IS SOME CONTROVERSY ABOUT THE VALIDITY OF

19   THAT.

20              THE COURT:  WHICH ONE WAS THAT?

21              MS. ROTELLA:  THE PLETHYSMOGRAPH.

22   BY MS. ROTELLA:

23   Q.      YOU WOULD AGREE IT'S STILL USED VERY WIDELY AND

24   COMMONLY, CORRECT?

25   A.      IT'S MUCH LESS WIDELY USED THAN WHEN IT WAS

1     FIRST DEVELOPED.  THERE ARE PROBLEMS WITH THE VALIDITY

2     OF THAT, AND IT IS SOMEWHAT CONTROVERSIAL TO SOME

3     EXTENT.  BUT IT IS ONE OF THE ACCEPTED MEASURES OF

4     SEXUAL INTEREST.

5     Q.      YES, THAT'S WHAT I WAS GETTING AT.

6             BUT THAT WAS NOT DONE BY YOU OR DR.

7     HAWORTH IN THIS CASE, CORRECT?

8     A.      NO.

9     Q.      SO YOU TALKED ABOUT HIS RISK OF RECIDIVISM.  IN

10    TERMS OF A PERSON'S RISK OF RECIDIVISM THOUGH, PART OF

11    WHAT WOULD FACTOR INTO THERE WOULD BE WHETHER OR NOT

12    THEY HAD EMPATHY OR REMORSE OR LACK THEREOF.  IS THAT

13    CORRECT?

14    A.      YES, THAT'S CERTAINLY CORRECT.  ONE OF THE

15    QUESTIONS IN ANY SEX OFFENDER TREATMENT PROGRAM OR ONE

16    OF THE COMPONENTS IN ANY SEX OFFENDER TREATMENT PROGRAM

17    IS CALLED VICTIM EMPATHY COMPONENTS.  AND THAT IS THAT

18    THE ASSUMPTION IS, AS YOU STATED EARLIER AND I AGREED,

19    WITH LACK OF EMPATHY IS A TYPICAL COMPONENT IN ANY

20    SEXUAL OFFENDING.  ANY TREATMENT, THEREFORE, INCLUDES

21    WORK ON HELPING TO IMPROVE THE ABILITY TO HAVE EMPATHY.

22    THE KIND OF WORK THAT -- THE KIND OF TREATMENT THAT IS

23    AVAILABLE TO PEOPLE ON THE AUTISM SPECTRUM ALSO

24    SPECIFICALLY TARGETS EMPATHY TRAINING.  SO IT IS

25    SOMETHING THAT CAN BE ENHANCED WITH THE APPROPRIATE

1    TREATMENT.

2    Q.    THAT'S WHAT YOU WOULD HOPE FOR EVERY OFFENDER IF

3    THEY ARE EVER GOING TO GET OUT OF JAIL, CORRECT?

4    A.    YES.

5    Q.    SO IT'S NOT SPECIFIC TO MR. SHORE, THAT'S WHAT

6    YOU WOULD HOPE FOR ANYBODY?

7    A.    A, FOR ANYBODY; B, FOR SOMEBODY WHO COMMITS A

8    SEXUAL OFFENSE; AND C, MORE PARTICULARLY FOR SOMEBODY

9    WHO HAS THE SOCIAL DEFICITS ASSOCIATED WITH AUTISM.

10   Q.    RIGHT, BECAUSE RIGHT NOW HE DOES NOT HAVE THOSE

11   THINGS, THAT'S WHAT FACTORED INTO ALLOWING HIM TO COMMIT

12   THESE OFFENSES?

13   A.    THAT'S CORRECT.

14             MR. ROSE:  OBJECTION.

15             MS. ROTELLA:  HE IS OFFERING HIS OPINION.

16             THE COURT:  GO AHEAD.

17             MS. ROTELLA:  THANK YOU, YOUR HONOR.

18   BY MS. ROTELLA:

19   Q.    SO --

20             THE COURT:  HE ALREADY ANSWERED, DIDN'T

21   HE?

22             MS. ROTELLA:  HE DID.

23   BY MS. ROTELLA:

24   Q.    SO YOU TALKED ABOUT IN TERMS OF HIS RECIDIVISM

25   THAT HIS -- THOSE WHO HAVE CHILD PORNOGRAPHY OFFENSES

1    ARE AT LOWEST RISK FOR RISK OF RECIDIVISM?

2    A.    YES.

3    Q.    BUT THAT'S NOT MR. SHORE, CORRECT?

4    A.    THAT'S PART OF IT, BUT I ALSO INDICATED THAT THE

5    RECIDIVISM RISK FOR PEOPLE WITH CHILD PORNOGRAPHY AND

6    CONTACT OFFENSES IS STILL MUCH LOWER THAN A RISK OF

7    RECIDIVISM FOR MOST OTHER OFFENSES.  IT'S FOUND TO BE

8    AROUND 12 TO 13 PERCENT.

9    Q.    WHICH IS DOUBLED FOR THOSE WHO ARE ONLY INVOLVED

10   IN CHILD PORNOGRAPHY, CORRECT?

11   A.    WHICH IS CLOSE TO 80 PERCENT.

12   Q.    SO EVEN THE 11 OR 12 PERCENT RECIDIVISM RATE

13   THAT YOU QUOTE FROM WHATEVER SOURCE YOU ARE TALKING

14   ABOUT, EVEN THAT RECIDIVISM RATE DOES NOT TAKE INTO

15   ACCOUNT SOMEBODY WHO HAS GOT SAY MORE THAN HALF OF HIS

16   LIFE SPENT INVOLVED IN OTHER CHILD SEX OFFENSES?

17   A.    IT MAY OR MAY NOT.  WE DON'T KNOW ABOUT THE

18   HISTORY OF THOSE PEOPLE IN THE STUDIES WHO HAVE

19   COMMITTED BOTH CHILD PORNOGRAPHY AND CONTACT OFFENSES.

20   Q.    ACTUALLY, DR. ATKINS, ISN'T THERE A WIDE BODY OF

21   KNOWLEDGE THAT TALKS ABOUT EVEN THOSE WHO ARE ONLY

22   CONVICTED OF CHILD PORNOGRAPHY OFFENSES WHEN THEY HAVE

23   BEEN GIVEN POLYGRAPH EXAMINATIONS LATER MORE THAN

24   50 PERCENT ACTUALLY ADMIT TO -- OR I THINK IT'S

25   80 PERCENT.  IT'S SOME HIGH PERCENTAGE THAT TALKS ABOUT

1   HOW THEY ACTUALLY HAVE HAD MANY CONTACT OFFENSES IN THE

2   PAST AS WELL?

3   A.      YOU SAID WIDE BODY OF LITERATURE?  I CAN TELL

4   YOU SPECIFICALLY WHY I DISAGREE WITH THAT STATEMENT.

5   Q.      BUT THAT WAS NOT THE QUESTION.

6   A.      YOU ASKED ME IF I WOULD AGREE THAT THERE IS A

7   WIDE BODY OF LITERATURE.

8               THE COURT:  AND YOU DISAGREE?

9               THE WITNESS:  AND I DISAGREE.

10              MS. ROTELLA:  OKAY.

11  BY MS. ROTELLA:

12  Q.      ALL RIGHT.  THERE ARE STUDIES -- PERHAPS IT WAS

13  AN INARTFULLY WORDED QUESTION, BUT THERE ARE STUDIES

14  THAT ARE RECOGNIZED IN YOUR FIELD THAT ALSO RECOGNIZE

15  THAT OFFENDERS WHEN THEY ARE CAUGHT EVEN JUST FOR CHILD

16  PORNOGRAPHY OFFENSES ALSO HAVE CONTACT OFFENSES IN THEIR

17  BACKGROUND?

18  A.      YOU SPECIFICALLY TALKED ABOUT A -- AS MUCH AS

19  50 PERCENT OF THEM, I THINK WAS THE FIGURE YOU GAVE,

20  CORRECT?

21              I DISAGREE.

22  Q.      OKAY.

23  A.      THERE ARE -- THERE WAS ONE STUDY THAT FOUND THAT

24  HIGH RESULT, IT'S A STUDY THAT HAS BEEN REFERRED TO AS

25  THE BUTLER STUDY.  AND THAT STUDY HAS BEEN DEBUNKED TO

1    THE POINT WHERE EVEN SOME OF THE AUTHORS OF THAT STUDY

2    HAVE AGREED THAT IT WAS AN EXTREMELY FLAWED STUDY.  THE

3    PEOPLE WHO WERE -- THE SUBJECTS OF THAT STUDY WERE

4    INMATES WHO WERE BEING TOLD THAT IF THEY DON'T ADMIT TO

5    THAT, THEY WERE NOT GOING TO BE ABLE TO COMPLETE THE

6    PROGRAM.  AND THEY HAD TO COMPLETE THE PROGRAM TO BE

7    ELIGIBLE FOR EARLY RELEASE OR REDUCED RESTRICTIONS OR

8    WHATEVER.  IT'S AN INCENTIVE FOR THEM TO ACKNOWLEDGE

9    CONTACT OFFENSES, AND IT COMPLETELY INVALIDATED THE

10   STUDY.

11   Q.    WELL, FORTUNATELY FOR US, DR. ATKINS, WE DON'T

12   REALLY HAVE TO RELY ON THE STUDIES BECAUSE WE HAVE

13   PLENTY OF EVIDENCE THAT SHOWED EXACTLY WHAT MR. SHORE

14   HAS DONE FOR MOST OF HIS LIFE, CORRECT?

15             MR. ROSE:  OBJECTION.

16             MS. ROTELLA:  RIGHT?

17             THE COURT:  OVERRULED.

18             THE WITNESS:  I'M SORRY, SAY THAT AGAIN.

19   BY MS. ROTELLA:

20   Q.   I SAID FORTUNATELY FOR US WE DON'T NEED TO RELY

21   ON THE STUDIES BECAUSE WE KNOW EXACTLY MUCH OF WHAT MR.

22   SHORE HAS DONE OVER MOST OF HIS LIFE IN TERMS OF CHILD

23   SEX OFFENSES.

24   A.    WE ARE AWARE OF THAT, YES.

25   Q.    YES, WE ARE AWARE OF THAT HISTORY.  AND HISTORY

1    MANY TIMES IS OFTEN THE BEST INDICATOR OF WHAT IS GOING

2    TO HAPPEN IN THE FUTURE.  YOU WOULD AGREE WITH THAT?

3                    MR. ROSE:  OBJECTION.

4                    THE COURT:  OVERRULED.

5                    THE WITNESS:  IF WE LOOK AT THINGS IN

6    ISOLATION, PERHAPS HISTORY IS THE BEST PREDICTOR.  BUT

7    IF WE LOOK AT THE HISTORY IN TERMS OF WHAT IT -- THE

8    KINDS OF INTERVENTIONS ARE GOING TO BE BROUGHT TO BEAR,

9    WHAT INFLUENCES ARE GOING TO NOW BE ADDED TO THE MIX IN

10   TERMS OF TREATMENT, IN TERMS OF SUPERVISION, IN TERMS OF

11   THE OPPORTUNITY TO LEARN ABOUT THE DANGERS -- THE

12   DAMAGES THAT HE CREATED THAT HE WAS NOT AWARE OF, THAT

13   HISTORY IS NOT NECESSARILY THE BEST PREDICTOR.

14   Q.    DR. ATKINS, REALLY, IS IT FAIR TO SAY THAT HE

15   WAS NOT AWARE OF IT?  I MEAN, HE HAS FAMILY SUPPORT,

16   THEY ARE ALL HERE TODAY, CORRECT?

17   A.    YES.

18   Q.    HIS FAMILY WAS INVOLVED.  IN FACT, ONE MEMBER OF

19   HIS FAMILY WAS ACTUALLY HIS VICTIM?

20   A.    YES.

21   Q.    YES.  AND HIS FAMILY HAS TALKED TO HIM ABOUT

22   THIS FOR MANY YEARS, YOU WOULD AGREE WITH THAT?

23   A.    I CERTAINLY UNDERSTAND THAT.

24   Q.    IT'S A LITTLE UNFAIR TO SAY NOW HE IS GOING TO

25   BE TAUGHT AT THIS POINT IN TIME WHERE THERE HAVE BEEN

1    INTERVENTIONS --

2              THE COURT:  DO YOU HAVE A QUESTION?

3    BY MS. ROTELLA:

4    Q.      ON HIS BEHALF, ISN'T THAT RIGHT?

5              MR. ROSE:  OBJECTION.

6              THE COURT:  SUSTAINED.

7    BY MS. ROTELLA:

8    Q.      IN TERMS THEN OF HIS ABILITY TO POKE AT THE

9    BUREAU OF PRISONS, YOU ARE AWARE THAT EVEN WHEN HE WAS

10   PLACED ON THE -- IN THE MEDICAL FACILITY THAT HE WAS

11   TRANSFERRED TO AN OPEN UNIT AFTER A FEW WEEKS?

12   A.      YES.

13   Q.      BECAUSE HE WAS ABLE TO ADJUST, CORRECT?

14             MR. ROSE:  OBJECTION TO THAT PART.

15             THE COURT:  SUSTAINED.

16   BY MS. ROTELLA:

17   Q.      ARE YOU AWARE OF WHY HE WAS TRANSFERRED TO THE

18   OPEN FACILITY?

19   A.      I AM NOT AWARE.

20   Q.      OKAY.  WELL, YOU HAVE TALKED ABOUT HIS WAY OF

21   COPING IN PRISON THUS FAR.  HE HAS BEEN IN JAIL FOR

22   APPROXIMATELY A YEAR, IS THAT CORRECT?

23   A.      YES.

24   Q.      AND HE IS IN GENERAL POPULATION, ARE YOU AWARE

25   OF THAT?

1    A.     YES.  UNLESS I AM MISTAKEN, HIS TIME HAS BEEN

2    SPENT -- SINCE HE HAS BEEN PLACED IN GENERAL POPULATION,

3    HIS TIME HAS BEEN SPENT ISOLATED IN HIS ROOM, NOT

4    INVOLVED IN INTERACTION WITH HIS OTHER INMATES.  THAT

5    MAY HAVE CHANGED SINCE I LAST SAW HIM, BUT THAT WAS MY

6    UNDERSTANDING.

7    Q.     BUT THAT'S WHAT MR. SHORE TOLD YOU?

8    A.     THAT'S CORRECT.

9    Q.     AND THAT'S MR. SHORE'S DECISION TO DO THAT, HE

10   WAS NOT PLACED IN HIS CELL BY HIMSELF BY THE BUREAU OF

11   PRISONS?

12   A.     OF COURSE NOT.

13   Q.     SO HE IS IN GENERAL POPULATION, CORRECT?

14   A.     YES, I BELIEVE SO.

15   Q.     AND SO I DON'T THINK WE ESTABLISHED THIS FOR THE

16   RECORD.  YOU WERE HIRED BY THE DEFENSE, CORRECT?

17   A.     YES.

18   Q.     AND PAID BY THE DEFENSE TO EVALUATE MR. SHORE,

19   TO AUTHOR YOUR REPORT?

20   A.     YES.

21   Q.     AND ALSO PAID FOR YOU TO COME HERE AND TESTIFY?

22   A.     YES.

23   Q.     AND HOW MUCH IS IT THAT YOU WERE PAID,

24   DR. ATKINS?

25   A.     I DON'T RECALL EXACTLY.  MY BEST ESTIMATE WOULD

1    BE THAT IT WAS SOMEWHERE AROUND -- INCLUDING COMING HERE

2    TODAY MAYBE CLOSE TO $10,000.

3    Q.    ALL RIGHT.

4           MS. ROTELLA:  THAT'S ALL I HAVE, YOUR

5    HONOR, THANK YOU.

6           THE COURT:  ANY REDIRECT?

7           MR. ROSE:  YES.

8                REDIRECT EXAMINATION

9    BY MR. ROSE:

10   Q.    DOCTOR, DID YOU NOTE THAT THE -- WHEN WE WERE

11   VISITING THE DEFENDANT, DID YOU KNOW HE WAS IN THE

12   MEDICAL UNIT, SEVEN SOUTH, THE PSYCHIATRIC UNIT?

13   A.    YES.

14   Q.    NOT IN GENERAL POPULATION?

15   A.    MY ANSWER WAS THAT HE MAY HAVE -- THAT MAY HAVE

16   HAPPENED SINCE I LAST SAW HIM.

17   Q.    THIS DR. HAWORTH REPORT, DO YOU HAVE THAT

18   AVAILABLE FOR US?

19   A.    I DO.

20   Q.    AND YOU CAN PRODUCE THAT?

21   A.    ABSOLUTELY.

22   Q.    I WOULD LIKE TO JUST BRIEFLY TOUCH ON THE THING

23   WITH ZIPPERS.  DO YOU REMEMBER THE ISSUE WITH THE

24   ZIPPERS?

25   A.    I DO.

1    Q.     CAN YOU TELL THE JUDGE WHAT THAT WAS ABOUT, IF

2    YOU RECALL?

3    A.     HE TOOK THE PURSES OF GIRLS IN HIS CLASS AND

4    TOOK THEM HOME WITH HIM --

5              THE COURT:  AND THEY FOUND THEM UNDER THE

6    BED IN HIS ROOM AND THEY ALL HAD THEIR CONTENTS IN TACT,

7    THE ONLY THING MISSING WAS THE ZIPPERS.

8              THE WITNESS:  TOOK THE WORDS RIGHT OUT OF

9    MY MOUTH.

10   BY MR. ROSE:

11   Q.     WHAT DOES THAT TELL YOU ABOUT HIM?

12   A.     PART OF HIS COLLECTING, PART OF HIS OBSESSION,

13   HIS NEED TO FOLLOW THROUGH IN AN OBSESSIVE WAY WITH

14   WHATEVER IT IS THAT HE BECOMES FIXATED ON.

15   Q.     NOW, DOCTOR, YOU READ THE PRESENTENCE REPORT,

16   CORRECT?

17   A.     YES.

18   Q.     AND I THINK WE CAN AGREE THAT THIS REPORT HAS

19   MULTIPLE PARAGRAPHS AND PAGES AND PAGES OF ALL OF THE

20   FACTS INVOLVED IN THIS CASE?

21   A.     ABSOLUTELY.

22              MS. ROTELLA:  HOW WOULD HE KNOW?

23              MR. ROSE:  HE READ IT.

24              THE COURT:  I KNOW.

25              MS. ROTELLA:  ALL OF THE FACTS?

```
 1                    THE WITNESS:  MY ASSUMPTION IS KNOWING
 2      HOW --
 3                    THE COURT:  THERE IS NOTHING IN THIS CASE
 4      THAT CONTAINS ALL OF THE FACTS.
 5                    MR. ROSE:  I AGREE.
 6                    THE COURT:  BUT I WILL NOTE THAT THE
 7      PRESENTENCE INVESTIGATION REPORT IS A VERY COMPREHENSIVE
 8      AND FACTUAL CHRONOLOGY.
 9                    THE WITNESS:  MS. MAXWELL'S REPORT
10      TYPICALLY PROVIDED ME WITH VERY -- WHAT I UNDERSTAND TO
11      BE A VERY THOROUGH, VERY CAREFULLY CHRONICLE DESCRIPTION
12      OF THE FACTS OF THE CASE.
13      BY MR. ROSE:
14      Q.      DO YOU THINK YOU HAVE ENOUGH INFORMATION ABOUT
15      THE FACTS OF THIS CASE TO OFFER YOUR EXPERT OPINION
16      TODAY?
17      A.      I DO.
18                    MR. ROSE:  THANK YOU.
19                    MS. ROTELLA:  NOTHING ELSE.  THANK YOU.
20                    THE COURT:  YOU MAY STEP DOWN, THANK YOU.
21                    MR. ROSE MAY WANT YOU TO STAY FOR A
22      WHILE, I THINK.
23                    MR. ROSE:  YES.
24                    THE COURT:  SWITCH THE CHAIRS.
25                    MS. ROTELLA.
```

1          MS. ROTELLA:  THE GOVERNMENT WOULD ASK

2     DR. CHANNELL TO TAKE THE STAND.

3               (GOVERNMENT WITNESS, DR. SHAWN CHANNELL,

4     IS SWORN.)

5               THE WITNESS:  SHAWN, S-H-A-W-N, CHANNELL,

6     C-H-A-N-N-E-L-L.

7               MS. ROTELLA:  MAY I PROCEED, YOUR HONOR?

8               THE COURT:  YES.

9                    DIRECT EXAMINATION

10    BY MS. ROTELLA:

11    Q.     DR. CHANNELL, BY WHOM ARE YOU EMPLOYED?

12    A.     I AM EMPLOYED BY THE DEPARTMENT OF JUSTICE

13    FEDERAL BUREAU OF PRISONS AT THE FEDERAL MEDICAL CENTER

14    IN DEVENS, MASSACHUSETTS.

15    Q.     AND WHAT IS YOUR POSITION WITH THE BUREAU OF

16    PRISONS?

17    A.     A FORENSIC PSYCHOLOGIST.

18    Q.     HOW LONG HAVE YOU BEEN EMPLOYED BY THE BUREAU OF

19    PRISONS?

20    A.     IT WILL BE 20 YEARS IN SEPTEMBER.

21    Q.     AND HAS IT ALWAYS BEEN YOUR SERVING IN THE ROLE

22    AS A FORENSIC PSYCHOLOGIST?

23    A.     NOT ALWAYS.  FOR THE FIRST -- WELL, I BEGAN AS

24    AN INTERN AT THE FEDERAL MEDICAL CENTER IN ROCHESTER,

25    MINNESOTA.  AND THEN I WORKED FOR ABOUT FIVE YEARS AS

1    STAFF PSYCHOLOGIST.  BUT OTHER THAN THAT, IT HAS ALWAYS

2    BEEN FORENSIC PSYCHOLOGIST.

3    Q.    CAN YOU TELL US WHAT THE DEVENS FACILITY IS

4    GEARED TOWARDS?

5    A.    WE ARE A FEDERAL MEDICAL CENTER.  IT'S AN

6    ADMINISTRATIVE FACILITY.  WE HAVE A MEDICAL UNIT WHERE

7    WE TREAT SERIOUS MEDICAL PROBLEMS, CHRONIC MEDICAL

8    PROBLEMS.  WE HAVE A PSYCHIATRIC HOSPITAL WHERE WE TREAT

9    SERIOUS MENTAL ILLNESS, A WIDE VARIETY OF MENTAL HEALTH

10   ISSUES.  WE HAVE A SEX OFFENDER TREATMENT PROGRAM, SEX

11   OFFENDER MANAGEMENT PROGRAM.  AND WE ALSO HAVE A SMALL

12   CAMP THAT IS ATTACHED TO THE INSTITUTION FOR MINIMUM

13   SECURITY INMATES.

14   Q.    OKAY.  WOULD YOU -- SO THE RECORD IS CLEAR,

15   WOULD YOU GIVE THE COURT AN INDICATION OF YOUR

16   BACKGROUND, YOUR EDUCATIONAL BACKGROUND?

17   A.    SURE.  I GOT MY BACHELOR'S DEGREE IN PSYCHOLOGY

18   FROM WEST VIRGINIA UNIVERSITY, MY MASTERS AND DOCTERATE

19   ARE BOTH FROM MICHIGAN.  ACTUALLY MY UNDERGRAD WAS FROM

20   WEST VIRGINIA AND MY GRADUATE WAS AT MICHIGAN.  I HAVE A

21   PH.D. IN CLINICAL PSYCHOLOGY; I AM BOARD CERTIFIED BY

22   THE AMERICAN BOARD OF PROFESSIONAL PSYCHOLOGY AS A

23   FORENSIC PSYCHOLOGIST AND A DIPLOMATE OF THE AMERICAN

24   ACADEMY OF FORENSIC PSYCHOLOGY.

25   Q.    HAVE YOU TESTIFIED AS AN EXPERT?

1    A.      YES.

2    Q.      BEFORE TODAY?

3    A.      YES.

4    Q.      HOW MANY TIMES, APPROXIMATELY?

5    A.      AROUND 90 TIMES.

6    Q.      HAVE YOU -- EACH TIME THAT YOU HAVE TESTIFIED,

7    HAVE YOU BEEN CERTIFIED AS AN EXPERT IN FORENSIC

8    PSYCHOLOGY?

9    A.      YES.

10    Q.      YOUR ROLE IN THIS CASE, YOU WERE ACTUALLY

11    REFERRED BY THE COURT, IS THAT CORRECT?

12    A.      YES, IT WAS A COURT-ORDERED EVALUATION.

13    Q.      YOU WERE NOT RETAINED BY THE GOVERNMENT?

14    A.      NO.

15    Q.      AND WHEN YOU SAY COURT-ORDERED EVALUATION,

16    EXPLAIN WHAT THAT PROCESS IS.

17    A.      WELL, THE COURT ISSUED AN ORDER WITH SEVERAL

18    FACTORS THAT THEY WANTED ADDRESSED.  THOSE WERE WHETHER

19    OR NOT MR. SHORE HAD A MENTAL DISEASE THAT WOULD REQUIRE

20    TREATMENT IN A SUITABLE FACILITY, WHETHER ANY SENTENCING

21    ALTERNATIVES THAT WOULD ASSIST HIM AND A RECOMMENDATION

22    AS TO HOW HIS MENTAL CONDITION MIGHT EFFECT HIS

23    SENTENCE.

24    Q.      SO ALTHOUGH I MAY BE THE PERSON WHO IS

25    QUESTIONING YOU HERE ON DIRECT, YOU ARE NOT CONSIDERED

1      TO BE MY GOVERNMENT WITNESS, CORRECT?

2                    MR. ROSE:  OBJECTION.

3                    THE COURT:  IT'S SUPERFLUOUS ANYWAY.

4      BY MS. ROTELLA:

5      Q.      AND I SAY THAT, DR. CHANNELL, BECAUSE I HAD

6      ASKED IF YOU WOULD BE COMFORTABLE SITTING AT THE TABLE

7      WITH ME WHILE DR. ATKINS WAS TESTIFYING SO THAT I MAY

8      CONVERSE WITH YOU, AND YOU ACTUALLY TOLD ME YOU WERE

9      UNCOMFORTABLE WITH THAT, IS THAT CORRECT?

10     A.      YES.

11     Q.      WHAT IS THE REASON FOR THAT?

12     A.      I WAS NOT RETAINED BY YOU.  I AM HERE TO PROVIDE

13     INFORMATION TO THE COURT.  I DON'T WANT TO APPEAR TO

14     HAVE A BIAS TOWARDS THE PROSECUTION OR THE DEFENSE.

15     Q.      AND IT'S NOT THAT YOU JUST DON'T WANT TO APPEAR

16     TO TESTIFY, YOU DON'T HAVE TO, CORRECT?

17     A.      NO, I DON'T.

18     Q.      LET'S TALK ABOUT, THEN, YOU DID EVALUATE MR.

19     SHORE IN THIS CASE, AND YOU ALSO AUTHORED A FORENSIC

20     REPORT, IS THAT CORRECT?

21     A.      YES, I DID.

22     Q.      AND THE COURT HAS A COPY, AS DO BOTH OF THE

23     ATTORNEYS IN THIS CASE.

24                    WOULD YOU INDICATE FOR THE RECORD WHEN IS

25     IT THAT MR. SHORE WAS EVALUATED AND SEEN AT YOUR MEDICAL

1    FACILITY?

2    A.      HE ARRIVED ON DECEMBER 21ST OF LAST YEAR, 2017.

3    AND HE -- WELL, THE LAST TIME WE DID ANYTHING WITH HIM

4    WAS ON FEBRUARY 26, 2018.  THAT PROBABLY WAS NOT THE

5    DATE THAT HE LEFT, BUT THAT WAS THE LAST TIME I HAD ANY

6    CONTACT WITH HIM.

7    Q.      BUT HE RESIDED AT THE FACILITY AS PART OF THE

8    EVALUATION?

9    A.      YES, HE WAS THERE THE ENTIRE TIME.

10   Q.      SO FOR MORE THAN TWO MONTHS YOU AND YOUR STAFF

11   HAD AN OPPORTUNITY TO OBSERVE HIM, TO TEST HIM, TO TREAT

12   HIM, IF NECESSARY, IS THAT CORRECT?

13   A.      THAT'S RIGHT, YES.

14   Q.      EXPLAIN THEN WHEN HE FIRST CAME TO THE FACILITY

15   HE WAS ACTUALLY IN A SEMI-LOCKED INPATIENT UNIT?

16   A.      WHEN HE FIRST CAME, HE WAS ON A LOCKED UNIT.  I

17   BELIEVE THAT WAS BECAUSE HE NEEDED T.B. CLEARANCE, A

18   T.B. TEST TO BE CLEARED.  AND THEN HE WAS TRANSFERRED TO

19   AN OPEN UNIT.  WE HAD SOME PROBLEMS ON THE OPEN UNIT,

20   THEN WE MOVED HIM INTO A SEMI-LOCKED UNIT.

21   Q.      AND THEN HOW DID HE END UP?

22   A.      EVENTUALLY WE MOVED HIM BACK TO THE OPEN UNIT.

23   Q.      THAT'S BECAUSE HE WAS ABLE TO ADJUST?

24   A.      YEAH.  I MEAN, HE HAD PROBLEMS ON THE OPEN UNIT,

25   BUT HE WAS ABLE TO FUNCTION.

1    Q.       ALL RIGHT.  SO IN TERMS OF HIS FUNCTIONING,

2    EXPLAIN TO THE COURT, YOU ACTUALLY DID SOME TESTING OF

3    MR. SHORE AND DIAGNOSED HIM WITH A NUMBER OF CONDITIONS,

4    CORRECT?

5    A.       YES.  WELL, I INTERVIEWED MR. SHORE ON SEVERAL

6    OCCASIONS, AND WE DID THREE TESTS WITH HIM.  WE DID AN

7    INTELLIGENCE TEST, THE WECHSLER ABBREVIATED SCALE OF

8    INTELLIGENCE, WHICH SHOWS THAT HE HAD AVERAGE

9    INTELLIGENCE RIGHT AROUND 100, I THINK IT WAS 103.  AND

10   THEN WE ALSO DID A PERSONALITY ASSESSMENT, THE MINNESOTA

11   MULTIPHASIC PERSONALITY INVENTORY, THE MMPI-2.  AND THAT

12   INDICATED A LOT OF CHARACTERISTICS THAT ARE CONSISTENT

13   WITH AUTISM SPECTRUM DISORDER.  THAT WOULD BE THINGS

14   LIKE FEELING SOCIALLY ALIENATED, HAVING A LOT OF SELF

15   DOUBT, POOR SOCIAL SKILLS, AS WAS TALKED ABOUT WITH

16   DR. ATKINS'S TESTIMONY, A LACK OF REMORSE, LACK OF

17   EMPATHY, DIFFICULTY LEARNING FROM ONE'S BEHAVIOR, OR IF

18   THEY WERE CAPABLE OF LEARNING FROM THEIR BEHAVIOR GOING

19   AHEAD AND ENGAGING IN THE BEHAVIOR AGAIN, THAT TYPE OF

20   PATTERN OF BEHAVIOR.  THERE WAS ALSO A LOT OF

21   CHARACTERISTICS CONSISTENT WITH MAJOR DEPRESSIVE

22   DISORDER THAT CAME THROUGH ON THE MMPI-2.  AND SO THAT

23   LED TO MY DIAGNOSIS OF MAJOR DEPRESSION.  A GOOD DEAL OF

24   DEPRESSION, HOPELESSNESS, ANXIETY, THAT TYPE OF

25   INFORMATION.

1              AND THEN THE THIRD TEST THAT WE

2    ADMINISTERED TO MR. SHORE WAS SOMETHING CALLED THE

3    MULTIPHASIC SEX INVENTORY.  AND THAT BASICALLY ASSISTS

4    US IN EXAMINING THE INTERESTS THAT A PERSON HAS SEXUALLY

5    AND MAKING TREATMENT RECOMMENDATIONS.

6              AND THEN THE FINAL INSTRUMENT WHICH IS

7    NOT -- YOU DON'T ADMINISTER IT TO THE INDIVIDUAL, BUT

8    IT'S BASED ON THEIR COLLATERAL HISTORY, IS AN INSTRUMENT

9    CALLED THE STATIC-99, WHICH IS AN ACTUARY INSTRUMENT

10   THAT IS USED TO ASSIST IN MAKING RECOMMENDATIONS ON

11   SEXUAL RECIDIVISM.

12   Q.      BUT BASED ON ALL OF THAT TESTING, WHICH WE WILL

13   GET INTO IN A LITTLE MORE DETAIL, YOU INDICATED THAT YOU

14   DIAGNOSED HIM WITH MAJOR DEPRESSIVE DISORDER?

15   A.      YES.

16   Q.      YOU DID FIND HIM TO BE ON THE AUTISM SPECTRUM

17   DISORDER, CORRECT?

18   A.      YES.

19   Q.      YOU AGREE WITH -- WHERE YOUR DIAGNOSIS PUT HIM

20   IN AT LEVEL 1?

21   A.      THAT'S RIGHT, THERE ARE TWO LEVELS.  BASICALLY

22   THEY INDICATE LEVEL OF IMPAIRMENT.  LEVEL 1 IS THE

23   LEAST, THE LOWER LEVEL OF IMPAIRMENT; LEVEL TWO IS FAR

24   MORE SIGNIFICANT IMPAIRMENT AND FUNCTIONING.

25   Q.      BUT HE DIDN'T HAVE LEVEL TWO, HE IS WHAT YOU

1     WOULD CLASSIFY AS HIGH FUNCTIONING, CORRECT?

2               MR. ROSE:  OBJECTION.

3               THE COURT:  OVERRULED.

4               THE WITNESS:  YES, I WOULD CHARACTERIZE

5     HIM AS VERY HIGH FUNCTIONING ON THE AUTISM SPECTRUM.

6     BY MS. ROTELLSA:

7     Q.     AND THEN SIGNIFICANT TO THIS CASE, YOU ALSO

8     FOUND HIM TO HAVE PEDOPHILIC DISORDER, IS THAT RIGHT?

9     A.     YES, THAT'S CORRECT.

10    Q.     AND SO EXPLAIN TO THE COURT WHAT YOU MEAN BY

11    PEDOPHILIC DISORDER?

12    A.     PEDOPHILIC DISORDER IS A PEDOPHILIA THAT IS

13    CHARACTERIZED BY SEXUAL ATTRACTION TO PREPUBESCENT

14    CHILDREN THAT SIGNIFICANTLY IMPAIRS FUNCTIONING OR

15    RESULTS IN SIGNIFICANT CONSEQUENCES OR DIFFICULTIES.

16               AND IN MR. SHORE'S CASE, HE DENIES SEXUAL

17    ATTRACTION TO CHILDREN BOTH DURING MY INTERVIEWS WITH

18    HIM AND DURING THE ADMINISTRATION OF THE MSI-II, BUT THE

19    EVIDENCE THAT WAS AVAILABLE AND HIS HISTORY

20    CONTRAINDICATE THAT DENIAL, WHICH IS NOT UNCOMMON.  HE

21    HAS, AS INDICATED EARLIER, THERE WERE A LARGE NUMBER OF

22    PORNOGRAPHIC IMAGES THAT WERE FOUND TO BE IN HIS

23    POSSESSION THAT WERE OF PREPUBESCENT CHILDREN.  AND

24    WHILE HE DID HAVE MANY CONVERSATIONS WITH WHAT WE WOULD

25    CALL PUBESCENT CHILDREN, HE ALSO INDICATED ATTRACTION TO

1    PREPUBESCENT CHILDREN.  WHERE YOU DRAW THE LINE AT

2    PUBERTY CAN VARY.  IT'S PRIMARILY BASED ON DEVELOPMENT

3    OF SECONDARY SEXUAL CHARACTERISTICS.  BUT I KNOW FOR A

4    FACT ONE INDIVIDUAL WHO IS 12 YEARS OLD WHO HE CHATTED

5    WITH, THAT HE WAS AWARE SHE WAS 12 YEARS OLD AND HE

6    EXPRESSED EXPLICITLY BEING SEXUALLY ATTRACTED TO HER AND

7    ALSO ASKED HER TO PROVIDE HIM INFORMATION ABOUT WHETHER

8    OR NOT SHE HAD SEXUAL INTERACTIONS WITH HER

9    NINE-YEAR-OLD SISTER AND THAT HE WOULD LIKE TO HAVE

10   SEXUAL INTERACTIONS WITH HER NINE-YEAR-OLD SISTER.

11            SO I BELIEVE, IN MY PROFESSIONAL OPINION,

12   THAT THERE IS OVERWHELMING COLLATERAL EVIDENCE TO

13   INDICATE THAT HE HAS A SEXUAL PREFERENCE FOR

14   PREPUBESCENT CHILDREN.  I DON'T KNOW HOW ONE COULD

15   OBJECTIVELY STATE THAT'S NOT PRESENT, GIVEN HIS -- GIVEN

16   THE EVIDENCE THAT HE HAS PLED GUILTY TO.

17   Q.       AND SO I WANT TO MAKE SURE I UNDERSTAND YOU

18   CORRECTLY.  YOU SAID OVERWHELMING EVIDENCE THAT HE HAS

19   SEXUAL INTEREST IN PREPUBESCENT CHILDREN, CORRECT?

20   A.       YES.  OFTEN THE ONLY EVIDENCE THAT WE HAVE ARE

21   THE PICTURES OR VIDEOS.  I'VE EVALUATED MANY INDIVIDUALS

22   FOR CHILD PORNOGRAPHY.  I MEAN, I WORK IN A FEDERAL

23   INSTITUTION.  WE HAVE SEX OFFENDER TREATMENT PROGRAMS.

24   WE GET A LOT OF CHILD PORNOGRAPHY CASES OR INTERSTATE

25   COMMUNICATIONS RELATED TO SEXUAL BEHAVIOR.  AND MOST OF

1    THOSE CASES DON'T REPORT HAVING A PREFERENCE TO

2    CHILDREN, BUT WHAT WE HAVE ARE IMAGES THAT INDICATE THAT

3    THEY DO.

4              BUT IN THIS CASE THERE ARE MORE THAN JUST

5    IMAGES.  THERE ARE THE CHATS AND THERE ARE -- THERE IS

6    ALSO AN OFFENSE WITH HIS SISTER, AND A CONTACT OFFENSE

7    WITH A PUBESCENT INDIVIDUAL.  SO THERE ARE -- THERE IS A

8    LOT OF EVIDENCE WHICH SUGGESTS THAT HE HAS AN ATTRACTION

9    TO PREPUBESCENT CHILDREN.

10   Q.      OKAY.  PART OF WHAT YOU SPOKE ABOUT IN YOUR

11   REPORT, AND I WANT TO MAKE SURE THAT WE ARE CLEAR HERE

12   AT THE HEARING, AUTISM SPECTRUM DISORDER DOES NOT IN ANY

13   WAY LEAD TO PEDOPHILIA, IS THAT CORRECT?

14   A.      ABSOLUTELY.  IT WOULD BE A DISSERVICE TO PEOPLE

15   WITH AUTISM SPECTRUM DISORDER TO SUGGEST OTHERWISE.  THE

16   VAST MAJORITY OF INDIVIDUALS WITH AUTISM SPECTRUM

17   DISORDER HAVE APPROPRIATE SEXUAL ATTRACTION TO

18   AGE-APPROPRIATE INDIVIDUALS.  THEY MAY GRAVITATE TOWARDS

19   PEOPLE WHO ALSO HAVE SOCIAL DEFICITS AND THOSE TYPES OF

20   THINGS.  BUT TO SUGGEST THAT THEY ARE NATURALLY INCLINED

21   TO BE SEXUALLY ATTRACTED TO CHILDREN IS NOT CORRECT.

22   Q.      ONE OF THE THINGS THAT AUTISM SPECTRUM DISORDER

23   DOES HAVE, WHICH YOU TALKED ABOUT AS PART OF THE MMPI

24   TEST IS THAT -- AND WHAT MR. SHORE DEMONSTRATES IS A

25   LACK OF REMORSE AND A LACK OF EMPATHY, IS THAT CORRECT?

1    A.    YES.

2    Q.    IN YOUR OPINION, YOU FELT THAT LED TO A

3    SIGNIFICANTLY INCREASED RISK OF RECIDIVISM, IS THAT

4    CORRECT?

5            MR. ROSE:  OBJECTION TO THE TERM

6    "SIGNIFICANT."

7            THE COURT:  REPHRASE THE QUESTION,

8    PLEASE.

9    BY MS. ROTELLA:

10    Q.    SIR, WHY DON'T YOU EXPLAIN TO THE COURT HOW YOU

11    THINK THAT AFFECTS HIS RISK OF RECIDIVISM?

12            THE COURT:  WHAT AFFECTS?

13            MS. ROTELLA:  HIS LACK OF EMPATHY, HIS

14    LACK OF REMORSE.

15            THE WITNESS:  THEY DO INCREASE HIS RISK

16    OF RECIDIVISM.  I MEAN, LACK OF EMPATHY IS LACK OF

17    EMPATHY.  THE IDEA OF -- I WOULD DISAGREE WITH DR.

18    ATKINS' ARGUMENT THAT PEOPLE WITH ANTISOCIAL PERSONALITY

19    DISORDER UNDERSTAND EMPATHY, AND THEY JUST DON'T HAVE

20    IT.  I MEAN, I THINK THAT'S TRUE OF EVERYBODY.  EVEN

21    PEOPLE WITH AUTISM SPECTRUM DISORDER, THEY DON'T FEEL

22    IT.  AND EVEN THOUGH THEIR INTENTION MAY NOT NECESSARILY

23    BE MALICIOUS, A LACK OF EMPATHY PREDISPOSES SOMEONE TO

24    ENGAGE IN BEHAVIOR TOWARDS OTHERS WHICH COULD BE HARMFUL

25    TO THEM, AND THEREFORE INCREASES RISK.

1    BY MS. ROTELLA:

2    Q.      DID YOU FIND THAT MR. SHORE VOICED TO YOU THE

3    FACT THAT HE FELT BADLY ABOUT THE CRIMES THAT WERE

4    COMMITTED HERE?

5    A.      ABSOLUTELY, YES.

6    Q.      AND WHY IS IT THAT IN HIS -- WHAT HE VOICED TO

7    YOU, YOU FOUND HE FELT BADLY FOR WHAT REASON?

8    A.      WELL, HE NEVER -- I MEAN, HE PRIMARILY REGRETTED

9    BEING IN THE SITUATION THAT HE IS IN.  HE IS TERRIFIED

10   OF GOING TO PRISON FOR ANY LENGTH OF TIME,

11   UNDERSTANDABLY SO.  BUT HE DID NOT INDICATE, YOU KNOW,

12   IN HIS STATEMENTS TO ME AND THINGS THAT HE WROTE TO ME,

13   HE PRIMARILY INDICATED THAT HE DID NOT REALLY VIEW WHAT

14   HE DID TO THESE GIRLS AS HARMFUL, AND THAT HE DIDN'T --

15   HE JUST -- I CAN'T REMEMBER THE EXACT PHRASE, BUT IT WAS

16   ALONG THE LINES THAT HE KIND OF FELT LIKE IT WAS, YOU

17   KNOW -- THEY WERE JUST PLAYING ALONG OR THAT THEY WANTED

18   IT.  THAT WAS ANOTHER STATEMENT, THAT THEY WERE

19   INTERESTED AND THEY WANTED TO DO WHAT HAPPENED.

20   Q.      DID HE VOICE TO YOU THE FACT THAT HE REGRETTED

21   WHAT HAD HAPPENED BECAUSE HE HAD BEEN CAUGHT?

22   A.      YES, ABSOLUTELY.

23   Q.      WHEN WE WERE SPEAKING ABOUT THE FACTS OF THIS

24   CASE AND IN TALKING ABOUT YOUR REPORT, YOU HAVE

25   CLASSIFIED MR. SHORE AS A PREDATOR, ISN'T THAT CORRECT?

1  A.     HIS BEHAVIOR WAS VERY PREDATORY, YES, I BELIEVE

2  THAT'S TRUE.

3  Q.     CAN YOU EXPLAIN TO THE COURT WHY YOU SAY THAT?

4  A.     I BELIEVE THAT THERE WAS A GREAT DEAL OF

5  MANIPULATION PRESENT IN HIS BEHAVIOR.  THERE WERE A FEW

6  CHARACTERISTICS THAT STOOD OUT IN PARTICULAR TO ME.  ONE

7  WAS AN INDIVIDUAL WHO HE BELIEVED TO BE OLDER, SHE HAD

8  TOLD HIM SHE WAS OLDER AND HE WAS CHATTING WITH HER, I

9  DON'T RECALL HER NAME.  BUT EVENTUALLY HER MOTHER

10 CONTACTED HIM, I BELIEVE OVER FACEBOOK MESSENGER.  AND

11 SAID SHE IS 12-YEARS OLD AND SHE HAS PROBLEMS, PLEASE

12 STOP TALKING TO HER.  AND HE PROVIDED A DESCRIPTION TO

13 HER WHICH WAS VERY SELF-SERVING AS THOUGH HE WERE

14 LOOKING OUT FOR HER BEST INTEREST, AND HE DIDN'T KNOW,

15 AND HE JUST WANTED THE BEST FOR HER.

16          BUT THEN LATER THE SAME DAY HE RE-ENGAGED

17 IN TALKING TO HER ABOUT SEXUAL THINGS AFTER HE KNEW SHE

18 WAS 12, AND TOLD HER THAT IT TURNED HIM ON THAT SHE WAS

19 12, AND THAT HE -- THAT WAS THE INDIVIDUAL HE TALKED

20 ABOUT BEING SEXUALLY ATTRACTED TO HER NINE-YEAR OLD

21 SISTER.

22 Q.     AND ACTUALLY --

23 A.     THAT LEVEL -- THAT TYPE OF STATEMENT TO THE

24 PARENT AND THEN GOING ON AND CARRYING ON A CONVERSATION

25 WITH THAT INDIVIDUAL AFTERWARDS, IT'S MORE ABOUT THE

1    STATEMENT TO THE MOTHER THAN EVEN THE BEHAVIOR TOWARDS

2    THE GIRL IS VERY MANIPULATIVE AND PREDATORY.

3              THERE WAS ANOTHER CLEAR STATEMENT THAT HE

4    MADE DURING ONE OF THE CHARTS THAT WAS REFERENCED

5    EARLIER, SOMETHING ALONG THE LINES, I DON'T LIKE TO LIE

6    BUT SOMETIMES I HAVE TO DO IT TO GET WHAT I WANT.

7    THAT'S A PREDATORY TYPE OF STATEMENT.

8              THERE WERE SITUATIONS THAT HAVE ALREADY

9    BEEN REFERENCED WHERE HE PORTRAYED HIMSELF AS A CHILD, A

10   YOUNG GIRL.  AND IN ORDER TO INITIATE CONTACT -- AND HE

11   BASICALLY TOLD ME HE WOULD SEND OUT LOTS OF DIFFERENT

12   CONTACTS TO MIMIC DIFFERENT GIRLS.  AND MOST OF THEM

13   WOULD NOT RESPOND BUT SOME WOULD.  AND HE WOULD START

14   TALKING TO THEM.  AND THEN EVENTUALLY HE WOULD SAY

15   SOMETHING LIKE, YOU KNOW, I HAVE A FRIEND OR I HAVE A

16   BROTHER WHO IS OLDER, HE WOULD LIKE TO TALK TO YOU,

17   WHATEVER.

18             THAT'S THE TYPE OF BEHAVIOR I HAVE SEEN

19   MANY TIMES IN OTHER SEX OFFENDERS, A WAY TO BASICALLY

20   CREATE A SITUATION WHERE THE OTHER INDIVIDUAL FEELS

21   COMFORTABLE, AND THERE IS SOME RAPPORT AND TRUST.  AND

22   THEN THAT ALLOWS THEM TO BE -- LATER PROVIDE THE THINGS

23   THAT THE PERSON WANTS.

24   Q.    SO YOU WOULD CLASSIFY THAT AS SEX OFFENDER

25   BEHAVIOR?

1     A.      YES.

2     Q.      YES.  AND NOT -- IN FACT, IS THAT IN ANY WAY

3     CLASSICAL OF THOSE WHO HAVE AUTISM SPECTRUM DISORDER,

4     THAT'S ANOTHER --

5                   MR. ROSE:  OBJECTION.

6                   THE COURT:  FINISH THE QUESTION.

7     BY MS. ROTELLA:

8     Q.      THAT LEVEL OF WHAT YOU HAVE DESCRIBED AS

9     MANIPULATION?

10                  MR. ROSE:  OBJECTION.

11                  THE COURT:  OVERRULED.

12                  THE WITNESS:  THE BIGGEST THING THAT

13    STANDS OUT THERE THAT IS NOT CONSISTENT WITH MOST

14    INDIVIDUALS WITH AUTISM SPECTRUM DISORDER IS THE

15    IMPERSONATION, BECAUSE THAT REQUIRES AN INDIVIDUAL TO BE

16    ABLE TO UNDERSTAND HOW ANOTHER PERSON WOULD RESPOND IN A

17    PARTICULAR SITUATION.  AND THEN TO ENGAGE IN THAT

18    PRETEND BEHAVIOR, THAT'S DIFFICULT FOR SOMEONE WITH

19    AUTISM SPECTRUM DISORDER TO DO, BECAUSE OF THEIR

20    DEFICITS WITH REGARD TO PICKING UP ON QUEUES AND SOCIAL

21    QUEUES.

22                  SO THAT SUGGESTS TO ME NOT THAT HE DOES

23    NOT HAVE AUTISM SPECTRUM DISORDER, BUT HE IS, AS I SAID,

24    VERY HIGH FUNCTIONING, AND HE DOES HAVE MANY

25    CHARACTERISTIC OF AUTISM SPECTRUM DISORDER.  BUT ALL

1     MENTAL HEALTH CONDITIONS OCCUR ON A SPECTRUM FROM MILD

2     TO SEVERE. AND YOU CAN MEET CERTAIN CRITERIA AND NOT --

3     YOU DON'T HAVE TO HAVE ALL OF THE FACTORS THAT ARE

4     DEFINED UNDER THE CONDITION. I DON'T BELIEVE THAT HE

5     EXHIBITS THE DEGREE OF DEFICITS WITH REGARD TO SOCIAL

6     INTERACTION, WHICH IS SEEN IN MANY INDIVIDUALS WITH

7     AUTISM SPECTRUM DISORDER.

8     Q. SO ABOVE AND BEYOND THIS IMPERSONATION, HOWEVER,

9     I WAS MORE SPEAKING ABOUT THE MANIPULATION THAT HE

10     EXHIBITED IN MUCH OF HIS CRIMES HERE. IS THAT REALLY

11     TYPICAL OF SOMEBODY WHO HAS AUTISM SPECTRUM DISORDER?

12     A. WELL, AGAIN, NO, IT'S DIFFICULT -- I MEAN, TO

13     MANIPULATE SOMEONE YOU HAVE TO BE ABLE TO INFER WHAT

14     THEY WANT TO HEAR AND WHAT WILL, FOR THE LACK OF A

15     BETTER WORD, PLACATE THEM. AND THAT WOULD BE VERY

16     DIFFICULT. IT'S DIFFICULT FOR SOMEONE WITH AUTISM

17     SPECTRUM DISORDER TO EVEN INTERACT APPROPRIATELY WITH

18     SOMEONE ELSE AS THEMSELVES LET ALONE TO PRESENT A

19     CHARACTERIZATION OF THEMSELVES WHICH IS DISINGENUOUS.

20     Q. IN FACT, HIS LEVEL OF MANIPULATION WAS FACTORED

21     INTO -- TO WHAT EXTENT IN YOUR OPINION IN YOUR REPORT?

22             MR. ROSE: OBJECTION, ASKED AND ANSWERED.

23             THE COURT: SUSTAINED.

24     BY MS. ROTELLA:

25     Q. DID HIS LEVEL OF MANIPULATION FACTOR INTO YOUR

1    FACTOR HERE?

2                    MR. ROSE:  OBJECTION.

3                    THE COURT:  OVERRULED.

4                    THE WITNESS:  YES.  AS I SAID EARLIER, IT

5    FACTORS INTO THE DEGREE OF AWARENESS THAT HE HAD OF THE

6    WRONGFULNESS OF HIS BEHAVIOR AND THE DEGREE OF

7    APPRECIATION THAT HE HAD FOR THE TYPE OF BEHAVIOR THAT

8    HE WAS ENGAGING IN, THE APPRECIATION OF THE WRONGFULNESS

9    OF THE BEHAVIOR.  AND THAT GOES INTO THE FACT THAT THERE

10   ARE CHARACTERISTICS OF HIS PRESENTATION WHICH ARE NOT

11   TYPICAL WITH GARDEN VARIETY TEXTBOOK AUTISM SPECTRUM

12   DISORDER, AND THAT'S TRUE OF ANY INDIVIDUAL.  WE

13   CHARACTERIZE PEOPLE INTO -- WE PUT THEM IN BOXES TO

14   DIAGNOSE THEM AND TO HELP US TREAT THEM AND ANALYZE AND

15   FIGURE OUT WHAT IS WRONG WITH THEM.  BUT EVERY PERSON

16   HAS CHARACTERISTICS WHICH DIFFERENTIATE THEM FROM OTHER

17   INDIVIDUALS, EVEN WITH THE SAME DISORDER.

18                    AND THOSE ARE THE FACTORS THAT I THINK

19   ARE MOST IMPORTANT IN THIS CASE ARE THE THINGS THAT

20   DIFFERENTIATE MR. SHORE FROM THE DSM DEFINITION OF

21   AUTISM SPECTRUM DISORDER, BECAUSE HE HAS DONE THINGS AND

22   ENGAGED IN BEHAVIORS WHICH WOULD ARGUE AGAINST SOME OF

23   THOSE CONCEPTS BEING AS PREVALENT IN HIS PRESENTATION AS

24   WOULD BE THE CASE OF JUST A GENERIC INDIVIDUAL WITH

25   AUTISM SPECTRUM DISORDER.

Q.      SO THAT WE ARE CLEAR AS TO WHAT YOU ARE

REFERRING TO, WHAT ARE THOSE CHARACTERISTICS THAT

DIFFERENTIATE MR. SHORE?

A.      AGAIN, I BELIEVE THAT HE IS BETTER CAPABLE OF

UNDERSTANDING OTHER INDIVIDUAL'S DESIRES AND WHAT THEY

WANT OR WAYS TO MANIPULATE THEM THAN MANY PEOPLE WITH

AUTISM SPECTRUM DISORDER.  THERE ARE TWO

CHARACTERIZATIONS THAT I BELIEVE HE PRESENTS THE MOST,

AND ONE IS THE COLLECTING AND CATEGORIZATION AND THIS

FIXATION ON THINGS BEING SET IN A KIND OF ROUTINE, HE

DOES NOT DEAL WELL AT ALL WITH CHANGE.  AND THAT'S

CERTAINLY A CHARACTERISTIC OF AUTISM SPECTRUM DISORDER.

AND HE ALSO HAS DEFICITS IN SOCIAL EMOTIONAL RECIPROCITY

IN THAT HE OVER-INTERPRETS THE DEGREE OF SIGNIFICANCE OF

A RELATIONSHIP.  SO HE JUST STARTS TALKING WITH SOMEONE

ON LINE AND WITHIN THE FIRST FEW DAYS THEY ARE IN LOVE,

FOR EXAMPLE.  THOSE ARE THE TWO AREAS THAT HE HAS THE

MOST PROBLEMS IN.

            I DON'T THINK HE HAS A SIGNIFICANT

DEFICIT IN NON-VERBAL COMMUNICATION, AS MANY INDIVIDUALS

WITH AUTISM SPECTRUM DISORDER.  AND I DON'T THINK THAT

HE HAS THE DEFICITS IN MAINTAINING RELATIONSHIPS THAT

MANY INDIVIDUALS WITH AUTISM SPECTRUM DISORDER DO.  HE

IS ABLE TO MAINTAIN -- HE HAS MANY RELATIONSHIPS THAT HE

HAS MAINTAINED SUCCESSFUL AND HE HAS ONLINE

1    COMMUNICATIONS HE MAINTAINS, THOSE TYPES OF

2    RELATIONSHIPS PRETTY SIGNIFICANTLY.

3    Q.    LET'S TALK FOR A MOMENT ABOUT DR. ATKINS'S

4    TESTING AND HIS REPORT.

5              YOU REVIEWED THAT --

6    A.    YES.

7    Q.    -- AS PART OF YOUR OWN --

8    A.    YES, I DID.

9    Q.    -- INVESTIGATION?

10              AND EXPLAIN -- DR. ATKINS USED THIS MCMI

11   TESTING, IS THAT CORRECT?

12   A.    YES.

13   Q.    AND EXPLAIN -- DO YOU AGREE WHETHER OR NOT THAT

14   WAS THE PROPER TEST TO HAVE USED WITH THIS PARTICULAR

15   DEFENDANT?

16   A.    I DON'T BELIEVE THERE IS ANYTHING INAPPROPRIATE

17   OR IMPROPER ABOUT USING IT.  IT'S SIMILAR TO THE MMPI-2.

18   I MEAN, NEITHER OF THE MMPI-2 NOR THE MCMI ARE GOING TO

19   CAPTURE COMPLETELY ASPERGER DISORDER OR AUTISM SPECTRUM

20   DISORDER.  THEY ARE ALSO NOT GOING TO CAPTURE

21   SIGNIFICANT SEXUAL PREOCCUPATION FOR PARAPHILIA.  BUT

22   FOR ISSUES OF GENERAL PERSONALITY AND PRESENTATION, I

23   BELIEVE THEY ARE -- THEY ARE SIMILAR ENOUGH FOR A CASE

24   LIKE THIS THAT BOTH ARE APPROPRIATE.

25   Q.    DID YOU INDICATE TO ME BEFORE THAT THERE IS --

1    WHETHER OR NOT THERE IS VALID RESEARCH BEHIND THAT

2    PARTICULAR TEST?

3    A.        THERE IS VALID RESEARCH BEHIND IT.  IT TENDS TO

4    BE USED PREDOMINANTLY FOR THE DIAGNOSIS OF WHAT WE WOULD

5    CALL PERSONALITY DISORDERS AS OPPOSED TO PRIMARY MENTAL

6    ILLNESSES, BUT I WOULD NOT SAY IT'S NOT VALID.

7    Q.        SO WHEN YOU SAY AS OPPOSED TO PRIMARY MENTAL

8    ILLNESSES, IS THAT TYPICALLY THE TEST THAT IS USED FOR

9    SOMEBODY TO DIAGNOSE AUTISM SPECTRUM DISORDER?

10   A.        WELL, NO, NEITHER.  THE MMPI NOR THE MCMI ARE

11   PRIMARILY USED TO DIAGNOSE AUTISM SPECTRUM DISORDER.

12   Q.        AND THEN THERE WAS ANOTHER TYPE WITH RESPECT TO

13   BECK DEPRESSION INVENTORY?

14   A.        YES.

15   Q.        AND WHAT ARE YOUR COMMENTS ON THE USE OF THAT

16   TEST?

17   A.        WELL, AGAIN, THERE IS NOTHING INAPPROPRIATE

18   ABOUT USING THE BECK DEPRESSION INVENTORY.  IT'S A VERY

19   STRAIGHTFORWARD QUESTIONNAIRE OF DEPRESSIVE SYMPTOMS.

20   IT'S COMPLETELY FACE VALID.  AND WHAT I MEAN BY THAT IS

21   IF AN INDIVIDUAL WANTS TO APPEAR PROFOUNDLY DEPRESSED,

22   IT'S EXTREMELY EASY TO DO THAT.  IF THEY ARE DEPRESSED

23   AND WANT TO DENY IT, IT'S EXTREMELY EASY TO DO THAT.

24   THERE IS NO VALIDITY INDICATORS ON THE BECK DEPRESSION

25   INVENTORY.

1          I DON'T USE IT SIMPLY BECAUSE I WORK IN A

2     FORENSIC CAPACITY.  AND MANY OF THE INDIVIDUALS THAT I

3     WORK WITH HAVE A SECONDARY GAIN SOMETIMES TO PRESENT AS

4     MORE OR LESS IMPAIRED THAN THEY REALLY ARE.  SO I TRY TO

5     AVOID INSTRUMENTS THAT ARE FACE VALID AND THAT DON'T

6     HAVE ANY TYPE OF VALIDITY INDICATORS TO HELP ME

7     UNDERSTAND WHETHER OR NOT THEY ARE BEING HONEST WITH ME.

8     Q.     SO YOUR ULTIMATE OPINION IN YOUR REPORT

9     INDICATES THAT YOU DON'T BELIEVE THAT HE IS SUFFERING

10    FROM A SIGNIFICANTLY IMPAIRED ABILITY, IS THAT CORRECT?

11    A.     YES.

12    Q.     DID YOU INDICATE ON PAGE 22 OF YOUR REPORT YOU

13    DID THINK HE PRESENTS WITH SIGNIFICANT ISSUES OF SEXUAL

14    DEVIANCE, IS THAT CORRECT?

15    A.     THAT'S CORRECT, YES.

16    Q.     AND THAT YOU BELIEVED HIM TO BE AT AN ELEVATED

17    RISK OF ENGAGING IN BOTH CONTACT SEXUAL OFFENSES AND

18    CHILD PORNOGRAPHY RELATED OFFENSES IF HE IS RELEASED?

19    A.     YES.

20    Q.     WOULD YOU CLASSIFY HIS BEHAVIOR AS PART OF THESE

21    CRIMES AS MORE INDICATIVE OF STEREOTYPICAL CRIMINAL

22    BEHAVIORS, SEX OFFENDER BEHAVIORS OR MORE ON THE AUTISM

23    SPECTRUM DISORDER?

24              MR. ROSE:  OBJECTION.

25              THE COURT:  SUSTAINED.

1    BY MS. ROTELLA:

2    Q.    HOW WOULD YOU CLASSIFY HIS BEHAVIORS IN THIS

3    CASE, DOCTOR?

4            THE COURT:  AS HAVING BEEN LEAD BY THE

5    PRIOR QUESTION.

6            THE WITNESS:  IT'S DIFFICULT TO SAY.  I

7    MEAN, NOTHING IS PURELY ONE THING OR THE OTHER.  I MEAN,

8    IN MANY WAYS I BELIEVE -- I GUESS THE WAY I WOULD

9    CHARACTERIZE IT IS HE HAS TWO PARALLEL PROCESSES IN HIS

10    LIFE; ONE IS AUTISM SPECTRUM DISORDER, ONE IS

11    PEDOPHILIA.  AND THEY RUN PARALLEL TO ONE ANOTHER; AT

12    TIMES THEY INTERACT WITH ONE OTHER; AT TIMES THEY DON'T.

13    I COULD NOT SAY THAT ONE IS THE EXCLUSIVE CAUSE OR THAT

14    ONE IS NOT.  THEY BOTH CONTRIBUTED TO THE OFFENSE.

15    BY MS. ROTELLA:

16    Q.    BUT YOU HAVE INDICATED IN YOUR REPORT THAT YOU

17    DON'T BELIEVE IT WAS SIGNIFICANTLY -- HE IS NOT

18    SUFFERING FROM ANY SIGNIFICANTLY IMPAIRED ABILITY DUE TO

19    HIS ASD, CORRECT?

20    A.    THAT IS A SPECIFIC STATEMENT WITH REGARD TO HIS

21    ABILITY TO UNDERSTAND THE WRONGFULNESS OF HIS BEHAVIOR

22    OR TO EXERCISE THE POWER OF REASON OR TO CONTROL HIS

23    BEHAVIOR.

24    Q.    SO EXPLAIN A LITTLE BIT ABOUT THAT.  DID YOU

25    FIND THAT HE DOES HAVE THE APPRECIATION OF THE

1    WRONGFULNESS OF HIS BEHAVIOR?

2    A.    YES AND NO.  AGAIN, IT'S NOT -- IT CAN'T BE

3    CLASSIFIED EXCLUSIVELY ONE OR THE OTHER.  HE CLEARLY

4    UNDERSTANDS THE LEGAL RAMIFICATIONS, NOT JUST NOW BUT

5    BEFORE.

6    Q.    BEFORE WHAT?

7    A.    BEFORE HE WAS ARRESTED.  OBVIOUSLY NOW HE IS

8    QUITE AWARE OF THE LEGAL RAMIFICATIONS.  BUT BEFORE,

9    THERE WAS ANOTHER INCIDENT THAT DIDN'T RESULT IN

10    CRIMINAL CHARGES BUT WHERE THE POLICE HAD ALLEGEDLY

11    BECOME AWARE OF CHILD PORNOGRAPHY, I GUESS, ABOUT TEN

12    YEARS AGO OR SO.  AND THEY CAME AND TOOK THE COMPUTERS

13    OUT OF THE HOUSE.  SO ABSENT PRETTY SIGNIFICANT

14    INTELLECTUAL IMPAIRMENTS, ANYONE IS GOING TO RECOGNIZE

15    THAT IT'S ILLEGAL AFTER THAT.  ASSUMING EVEN IF HE

16    DIDN'T KNOW UP TO THAT POINT THAT IT WAS AFTER AN EVENT

17    LIKE THAT, YOU ARE GOING TO RECOGNIZE THE LEGALITY OF

18    THAT TYPE OF BEHAVIOR.

19            MORALLY, IT'S MORE DIFFICULT TO SAY.  AND

20    A LOT OF THAT HAS TO DO WITH HIS -- THE LACK OF EMPATHY

21    AND REMORSE, WHICH ARE PART OF HIS DISORDER.

22    Q.    SEX OFFENDERS ALSO DISPLAY THAT, WOULD YOU AGREE

23    WITH THAT?

24            MR. ROSE:  OBJECTION.

25            THE COURT:  SUSTAINED.

1    BY MS. ROTELLA:

2    Q.     DO YOU FIND THAT SEX OFFENDERS AND OTHER PEOPLE

3    -- OTHER CRIMINALS WITHIN THE BUREAU OF PRISONS ALSO

4    POSSESS THAT -- THOSE SAME THINGS?

5                 MR. ROSE:  OBJECTION.

6                 THE COURT:  I DON'T KNOW WHAT "THAT"

7    MEANS.

8                 SUSTAINED.

9    BY MS. ROTELLA:

10   Q.     DO YOU FIND THAT OTHER OFFENDERS, INCLUDING SEX

11   OFFENDERS, WITHIN THE BUREAU OF PRISONS, DO THEY EXHIBIT

12   A LACK OF REMORSE AND A LACK OF EMPATHY?  IS IT

13   EXCLUSIVE TO ASD?

14   A.     NO, ABSOLUTELY NOT.  IT'S COMMON AMONG CRIMINALS

15   AND AMONG SEX OFFENDERS.

16   Q.     SO THAT'S THE FIRST PART OF THE QUESTION WHEN

17   YOU INDICATED DOES HE KNOW WHAT IT IS THAT HE WAS DOING

18   WAS WRONG.

19                 THE SECOND PART IS, IS HE CAPABLE OF

20   CONTROLLING THAT, OR WAS IT A CHOICE?

21   A.     I DIDN'T SEE ANY REAL EVIDENCE TO INDICATE THAT

22   HE COULD NOT CONTROL HIS BEHAVIOR.  I MEAN, HE -- A LOT

23   OF THIS HAPPENED ABSENT THE AWARENESS OF HIS FAMILY WHO

24   HE LIVED WITH.  SO OBVIOUSLY HE WAS NOT JUST ENGAGING IN

25   BEHAVIOR, YOU KNOW, HE WAS SELECTIVE ABOUT WHEN HE WOULD

1    ENGAGE IN CERTAIN TYPES OF BEHAVIOR, WHEN HE WENT

2    THROUGH CERTAIN THINGS THAT HE WOULD DO TO PREVENT

3    OTHERS FROM BEING AWARE OF A -- THERE WERE TIMES HE

4    WOULD NOT ENGAGE AND TIMES WHEN HE WOULD.  SO I DIDN'T

5    REALLY SEE ANYTHING TO SUGGEST THAT HE WAS NOT ABLE TO

6    CONTROL HIS BEHAVIOR.

7    Q.     ALL RIGHT.  AND SO ON PAGE 20 OF YOUR REPORT YOU

8    TALK ABOUT YOU FOUND HIM TO HAVE AN -- THERE ARE SEVERAL

9    DYNAMIC FACTORS THAT INCREASE HIS RISK OF SEXUAL

10   RECIDIVISM.  WOULD YOU GO THROUGH THOSE WITH THE COURT?

11   A.     YES.  A LOT OF IT HAS TO DO WITH DYSREGULATION,

12   MEANING THAT HE -- EMOTIONALLY HE IS, FOR LACK OF A

13   LETTER WORD, UNSTABLE, HE IS EMOTIONALLY UNSTABLE.  AND

14   HE IS ENGAGED IN THIS TYPE OF BEHAVIOR AS A WAY TO

15   RELIEVE STRESS AND TO COPE WITH SOME OF HIS EMOTIONAL

16   DIFFICULTIES.  HE HAS -- THESE ARE THINGS THAT HAVE BEEN

17   FOUND IN RESEARCH TO BE CORRELATED WITH INCREASED RISK.

18   IT DOES NOT NECESSARILY MEAN THAT THEY CAUSE IT, BUT

19   THEY ARE -- THEY HAVE BEEN FOUND TO BE ASSOCIATED WITH

20   INCREASED RISK.  HIS INTIMACY DEFICITS, THE DIFFICULTIES

21   HE HAS WITH RELATIONSHIPS AND THE BLURRED LINE BETWEEN

22   LOVE AND SEX, THAT TYPE OF THING.  HIS SOCIAL SKILL

23   DEFICITS AND OBVIOUSLY HIS DEVIANT INTERESTS IN

24   CHILDREN.

25            A BIG PART OF THE RECIDIVISM ISSUE IS

1  WHETHER OR NOT -- MANY PEOPLE THAT YOU ARE DOING AN

2  EVALUATION ON WITH REGARD TO RECIDIVISM, YOU HAVE ONE

3  BEHAVIOR, AND YOU ARE TRYING TO PREDICT THE LIKELIHOOD

4  THAT THEY WILL NOT GO ON AND REENGAGE IN THAT BEHAVIOR.

5  WHEN YOU HAVE MULTIPLE POINTS OF SIMILAR TYPES OF

6  BEHAVIOR, THAT BY DEFINITION IS AN INCREASED RISK OF

7  RECIDIVISM BECAUSE THEY -- FOR EXAMPLE, IN HIS CASE, MR.

8  SHORE'S CASE, HE WAS CAUGHT ONCE WITH CHILD PORNOGRAPHY

9  AND WENT AHEAD AND CONTINUE DOING IT AND GOT IN TROUBLE

10 FOR IT AGAIN.  ONCE YOU HAVE AN INCIDENT WHERE YOU ARE

11 -- WHERE THE ISSUE IS IDENTIFIED AND THERE ARE

12 CONSEQUENCES, AND IN THIS CASE HE DID NOT GO TO JAIL BUT

13 PEOPLE BECAME AWARE OF IT, HIS COMPUTER GOT TAKEN.  AND

14 THEN YOU GO ON TO ENGAGE IN SIMILAR BEHAVIOR AGAIN, THAT

15 INDICATES SOME TYPE OF PROBLEM IN EITHER LEARNING THAT I

16 SHOULD NOT DO THIS OR KNOWING I SHOULD NOT DO THIS, BUT

17 I'M GOING TO DO IT ANYWAY, WHICH IS INVOLVED WITH

18 INCREASED RISK OF RECIDIVISM.  SO THE FACT THAT THAT HAD

19 OCCURRED IS A DYNAMIC RISK VARIABLE.

20          THE COURT:  THE CONSEQUENCES WAS NOTHING

21 MORE THAN TAKING AWAY THE COMPUTER?

22          THE WITNESS:  WELL, THERE WAS A

23 DISCUSSION WITH THE FAMILY ABOUT IT.

24          THE COURT:  WHAT HAPPENED?

25          THE WITNESS:  WELL, I MEAN, I BELIEVE

1    THAT'S A PRETTY SIGNIFICANT CONSEQUENCE BEING IMPOSED.

2              THE COURT:  DO YOU KNOW WHAT THAT WAS AND

3    WHAT HAPPENED?

4              THE WITNESS:  I TALKED TO HIS MOTHER

5    ABOUT IT.

6              THE COURT:  SO THERE WAS NO REAL

7    CONSEQUENCE LIKE THERE IS NOW?

8              THE WITNESS:  WELL, I MEAN --

9              THE COURT:  WOULD YOU CHARACTERIZE IT AS

10   A SIGNIFICANT CONSEQUENCE?

11             THE WITNESS:  NO, IT WASN'T A SIGNIFICANT

12   CONSEQUENCE.  IT WAS A CONSEQUENCE, BUT NOT SIGNIFICANT.

13   BUT NONETHELESS, IT WAS A BEHAVIOR THAT REPEATED AFTER

14   IT WAS BROUGHT TO HIS KNOWLEDGE.

15   BY MS. ROTELLA:

16   Q.    THAT'S NOT THE ONLY FACTOR IN HIS HISTORY,

17   THOUGH, CORRECT?

18   A.    NO, THERE HAVE BEEN OTHER FACTORS.  THERE WAS

19   THE INCIDENT WITH HIS SISTER.  THERE ARE THE RULES THAT

20   HAVE BEEN PUT IN PLACE BY THE FAMILY.  I DON'T KNOW THAT

21   THOSE -- I DON'T KNOW SPECIFICALLY WHAT BEHAVIORS HE

22   ENGAGED IN THAT CAUSED THEM TO WANT HIM TO NOT -- WANT

23   HIM TO NOT HUG GIRLS AND OTHER THINGS LIKE THAT.  BUT

24   THEY HAD PRETTY MUCH SET UP SOME RULES FROM PREVENTING

25   HIM FROM DOING THOSE TYPES OF THINGS.  SO IT WAS A

1     PATTERN OF BEHAVIOR.

2     Q.    ALL RIGHT. AND SO, DR. CHANNELL, YOU HAD --

3     WOULD YOU CLASSIFY WHETHER THOSE OPINIONS THAT YOU HAVE

4     REACHED ARE WITHIN A REASONABLE DEGREE OF SCIENTIFIC

5     CERTAINTY?

6     A.    YES.

7           MS. ROTELLA: THAT'S ALL I HAVE FOR HIM,

8     YOUR HONOR. THANK YOU.

9           MR. ROSE: YOUR HONOR, MAY I HAVE A 5 OR

10    10 MINUTE BREAK?

11          THE COURT: SURE.

12          (SORT RECESS WAS TAKEN.)

13          THE COURT: PLEASE BE SEATED.

14          MR. ROSE, YOU MAY PROCEED.

15          MR. ROSE: THANK YOU, YOUR HONOR.

16             CROSS-EXAMINATION

17     BY MR. ROSE:

18     Q.    DR. CHANNELL, YOU LISTENED TO DR. ATKINS'S

19     TESTIMONY BECAUSE YOU WERE IN THE COURTROOM?

20     A.    YES.

21     Q.    OTHER THAN THIS ISSUE OF THE DIAGNOSIS OF

22     PEDOPHILIA, YOU LARGELY AGREE WITH WHAT HE SAID, IS THAT

23     FAIR TO SAY?

24     A.    NO.

25     Q.    NO. OKAY. THE AREAS THAT YOU DISAGREE WITH HIM

1    YOU HAVE TALKED ABOUT ON YOUR DIRECT EXAMINATION

2    ALREADY?

3    A.    SOME OF THEM.

4    Q.    YES.  OKAY.  NOW, I JUST WANT TO GO OVER SOME OF

5    THE PARTS OF YOUR REPORT THAT WE HAVE.

6    WHEN YOU WERE WITH HIM FROM DECEMBER 21ST

7    TO DECEMBER -- TO FEBRUARY 26TH OF THIS YEAR, HOW MANY

8    TIMES DID YOU ACTUALLY MEET WITH HIM FOR INTERVIEWS?

9    A.    WELL, THE EVALUATION WAS CONDUCTED BY ME AND A

10    PRE-DOCTOR, INTERN.  BUT THE TWO OF US MET -- HAD A

11    MEETING WITH HIM TOGETHER.  I BELIEVE I MET WITH HIM

12    FOUR TIMES DIRECTLY.

13    Q.    AND EACH TIME, HOW LONG WERE YOU WITH HIM?

14    A.    WELL, THERE WERE FOUR INTERVIEWS THAT WERE

15    AROUND AN HOUR-AND-A-HALF TO TWO HOURS.  AND THERE WERE

16    ONE OR TWO OCCASIONS WHEN I HAD TO GO TO HIS UNIT TO SEE

17    HIM.  AND I DON'T RECALL EXACTLY HOW LONG I WAS ON THE

18    UNIT.

19    Q.    YOU WERE NOT WITH HIM MORE THAN EIGHT HOURS,

20    WERE YOU?

21    A.    I WOULDN'T SAY I WAS WITH HIM MORE THAN EIGHT

22    HOURS, NO.

23    Q.    DR. ATKINS SAID HE WAS WITH HIM FOR EIGHT HOURS,

24    TOO.  DO YOU RECALL THAT?

25    A.    YES, BUT HONESTLY BASED ON WHAT WAS IN THE

1    REPORT, I AM NOT ENTIRELY CLEAR ON WHAT INFORMATION WAS

2    OBTAINED DURING THOSE EIGHT HOURS.

3    Q.    OKAY.  SO WHEN HE WAS AT FMC DEVENS, HE HAD

4    ISSUES THERE THAT YOU MENTIONED IN YOUR REPORT.  FOR

5    EXAMPLE, ON DECEMBER 28, 2017, ONLY SEVEN DAYS AFTER HIS

6    ARRIVAL HE REPORTED THAT HE WAS SEXUALLY PROPOSITIONED?

7    A.    THAT'S RIGHT.

8    Q.    AND ON -- AS A RESULT OF THAT, HE WAS

9    TRANSFERRED TO SOME OTHER LOCATION?

10   A.    A DIFFERENT UNIT THAN WHAT THE OTHER INDIVIDUAL

11   WAS ON.

12   Q.    AND ON DECEMBER 29TH, THE DAY AFTER THAT, HE

13   REPORTED THAT HE HAD BEEN HARASSED BY OTHER INMATES?

14   A.    YES.

15   Q.    DO YOU RECALL WHAT THE HARASSMENT REPORT WAS?

16   A.    YES, THAT THEY WERE ASKING HIM WHY HE WAS THERE,

17   WHY WAS HE IN PRISON, WHICH BOTHERED HIM.

18   Q.    AND THEN ONE TIME WHEN YOU WENT TO SEE HIM AT

19   HIS CELL, YOU FOUND HIM UNDER HIS SINK SHAKING AND

20   CRYING BECAUSE HE WAS WORRIED HE WOULD BE MOVED TO A

21   DIFFERENT CELL, SOMETHING OF THAT NATURE?

22   A.    THEY WERE GOING TO PUT A ROOMMATE IN WITH HIM.

23   Q.    DID THEY DO SO?

24   A.    NO, I TOLD THEM NOT TO.

25   Q.    WHY DID YOU TELL THEM NOT TO?

1    A.     BECAUSE HE WAS SO UPSET THAT HE WAS SHAKING.

2    Q.     WHY WAS HE SO UPSET?

3    A.     BECAUSE HE WANTED TO STAY BY HIMSELF.

4    Q.     WHY?

5    A.     MOST INMATES LIKE TO STAY BY THEMSELVES.

6    Q.     BUT THERE'S MORE TO IT IN THIS CASE, ISN'T THERE

7    SIR?  HE WANTED TO BE BY HIMSELF BECAUSE HE WAS AFRAID

8    HE COULD NOT COPE WITH ANOTHER INMATE, TRUE?

9    A.     I DON'T KNOW.

10    Q.     DOCTOR, WHILE HE WAS UNDER YOUR WATCH, HE HAD

11    MIGRAINES, NIGHTMARES, ANXIETY ATTACKS, SLEEP

12    DISRUPTION.  AM I CORRECT?

13    A.     YES.

14    Q.     HE HAD HYPERTENSION, HE HAD TOPROL FOR HIGH

15    BLOOD PRESSURE?

16    A.     YES.

17    Q.     HE SUFFERED FROM LACK OF ANXIETY -- I'M SORRY,

18    FROM LACK OF APPETITE?

19    A.     YES.

20    Q.     AND I AM INFORMED THAT HE NEVER LEFT HIS CELL

21    EXCEPT TO GO OUT FOR THINGS THAT HE HAD TO GO OUT FOR,

22    LIKE COMMISSARY OR MAIL OR MEDICATION.  IS THAT TRUE?

23    A.     I DON'T KNOW ANYTHING TO INDICATE THAT IT ISN'T.

24    Q.     WHY WAS HE DOING THAT?

25             MS. ROTELLA:  OBJECTION.

1                    MR. ROSE:  IF YOU KNOW.

2                    THE COURT:  CAN YOU DRAW A CONCLUSION AS

3      TO WHY HE WAS DOING THAT?

4                    THE WITNESS:  WELL, I KNOW HE FELT

5      UNCOMFORTABLE THERE.  HE WAS SCARED.

6                    THE COURT:  AT DEVENS?

7                    THE WITNESS:  YES.

8                    THE COURT:  LET ME GO BACK A MINUTE.  YOU

9      SAID WHEN MR. ROSE ASKED YOU ABOUT HIM BEING UNDER THE

10     BUNK CRYING, YOU SAID THAT YOU RECOMMENDED THAT HE BE

11     SINGLED, RIGHT?

12                   THE WITNESS:  THAT'S RIGHT.

13                   THE COURT:  AND YOU SAID THAT WHEN ASKED

14     WHY YOU WERE REQUESTING THAT, YOU SAID BECAUSE MANY

15     INMATES WANT TO BE ALONE.  THAT'S NOT UNUSUAL IN THE

16     SYSTEM, IS IT?

17                   THE WITNESS:  NO.

18                   THE COURT:  BUT WOULD YOU RECOMMEND IT IF

19     YOU FELT THE PERSON WAS MALINGERING OR TRYING TO FOOL

20     YOU?

21                   THE WITNESS:  NO, IT WAS AN ACCOMMODATION

22     FOR HIM.

23                   THE COURT:  ONE THAT HE NEEDED?

24                   THE WITNESS:  YES.

25                   THE COURT:  GO AHEAD.

1      BY MR. ROSE:

2      Q.      WHAT WAS THE TREATMENT FOR THE MIGRAINES?

3      A.      THEY GAVE HIM -- I BELIEVE IT WAS AMITRIPTYLINE,

4      BUT I DON'T THINK HE TOOK IT.  I WOULD HAVE TO GO BACK

5      AND LOOK AT THE REPORT.

6      Q.      THAT'S ANOTHER THING IN YOUR REPORT, YOU SAY

7      THAT HE WON'T TAKE ANTIDEPRESSANTS?

8      A.      THAT'S RIGHT.

9      Q.      WHY WAS THAT?

10      A.      HE SAID THAT HE WAS ON, I WANT TO SAY ZOLOFT.

11      AGAIN, I WILL HAVE TO REFER TO THE REPORT, BUT IT MADE

12      HIM FEEL SUICIDAL, AND HE DID NOT WANT TO TAKE

13      ANTIDEPRESSANTS ANY MORE.

14      Q.      HE HAD MANY CONVERSATIONS WITH YOU ABOUT

15      SUICIDAL IDEATION, DID HE NOT?

16      A.      YES.

17      Q.      DID YOU THINK HE WAS SUICIDAL?

18      A.      NO, I NEVER PUT HIM ON SUICIDE WATCH, WHICH I

19      WOULD HAVE IF I THOUGHT HE WAS GOING TO HARM HIMSELF.

20      Q.      IS IT FAIR TO SAY THAT HE MIGHT HAVE REFRAINED

21      FROM REPORTING HARASSMENT OF OTHER INMATES IN ORDER TO

22      AVOID THE LIKELIHOOD THAT HE MIGHT BE PUT IN SOLITARY OR

23      RESTRICTIVE HOUSING?

24      A.      NO.  I MEAN, HE REPORTED IT TWICE AND HE WAS

25      NEVER PUT IN RESTRICTIVE HOUSING --

1    Q.      AND THAT WAS --

2                MS. ROTELLA:  CAN HE ANSWER?

3                THE WITNESS:  I MADE IT VERY CLEAR TO MR.

4    SHORE THAT I DID NOT WANT TO PUT HIM IN RESTRICTIVE

5    HOUSING BECAUSE I KNEW HOW DIFFICULT IT WOULD BE FOR

6    HIM.  SO NO, I HAVE NO REASON TO BELIEVE THAT IF HE WERE

7    BEING HARASSED THAT HE WOULDN'T HAVE TOLD ME.

8    Q.      WHEN DID YOU TELL HIM THAT HE MIGHT BE PLACED IN

9    RESTRICTIVE HOUSING IF HE CONTINUED TO REPORT

10   HARASSMENT?

11   A.      I NEVER TOLD HIM THAT.

12   Q.      YOU TOLD HIM THAT HE SHOULDN'T BE IN RESTRICTIVE

13   HOUSING?

14   A.      I TOLD HIM I DID NOT WANT -- THAT I WAS GOING TO

15   DO EVERYTHING I COULD TO KEEP HIM OUT OF RESTRICTIVE

16   HOUSING.

17   Q.      WHEN WAS THAT CONVERSATION?

18   A.      MANY TIMES THROUGHOUT THE ENTIRE EVALUATION.

19   Q.      DO YOU THINK IT'S POSSIBLE THAT AS A RESULT OF

20   THOSE CONVERSATIONS HE RESTRAINED HIMSELF IN REPORTING

21   OTHER HARASSMENTS FROM FEAR OF THAT ASSIGNMENT?

22   A.      THAT'S COUNTERINTUITIVE.  NO, I DON'T BELIEVE

23   THAT.

24   Q.      NOW, DID HE HAVE PANIC AND ANXIETY ATTACKS WHILE

25   HE WAS THERE?

1    A.    YES.

2    Q.    HOW OFTEN?

3    A.    I DON'T RECALL HOW OFTEN, BUT THEY WERE

4    FREQUENT.

5    Q.    FREQUENT, MEANING DAILY?

6    A.    AT LEAST DAILY, YES.

7    Q.    AND WHAT WOULD BE DONE FOR HIM WHEN THAT

8    HAPPENED?

9    A.    WELL, IF IT WAS BAD ENOUGH THAT HE FELT LIKE HE

10    NEEDED TO SEE SOMEBODY, HE COULD LET THE OFFICER KNOW

11    AND THEY COULD CALL US.  NORMALLY THE WAY WE WOULD TREAT

12    THAT IS THROUGH THERAPY AND MEDICATION.

13    Q.    HOW OFTEN DID YOU GET CALLED TO REPORT THAT HE

14    HAD ANXIETY?

15    A.    THE ONLY TIME I WAS CALLED IS THE DAY THAT I

16    WENT UP AND HE WAS UNDER THE SINK.

17    Q.    SO IF HE IS GETTING PANIC ATTACKS DAILY, AND YOU

18    ARE TELLING US ONLY ONE TIME WAS IT REPORTED TO YOU --

19    A.    MOST PEOPLE WHO HAVE PANIC ATTACKS ARE ABLE TO

20    MUSCLE THROUGH IT.  IT DOES NOT -- IT'S NOT A CRISIS

21    SITUATION TO HAVE A PANIC ATTACK.

22    Q.    DID YOU SEE HIS BEHAVIOR TODAY AT THIS TABLE?

23    A.    YES.

24    Q.    HAVE YOU SEEN HIM BEHAVE LIKE THAT IN YOUR

25    COMPANY?

1    A.    YES.

2    Q.    WE SAW IT WHEN WE WERE WITH HIM AT THE CELL AT

3    THE U.S. MARSHALS OFFICE HERE IN THE FEDERAL DETENTION

4    CENTER.

5            THE COURT:  CAN YOU DESCRIBE WHAT WE SAW

6    IN COURT TODAY FOR THE RECORD?

7            MR. ROSE:  YOU ARE RIGHT, JUDGE.

8            THE WITNESS:  CRYING, FACE DOWN, VERY

9    UPSET, FROM WHAT I OBSERVED.  THERE MAY HAVE BEEN OTHER

10    THINGS.

11    BY MR. ROSE:

12    Q.    AND WHAT YOU SAW HERE YOU HAD SEEN AT THE FMC

13    DEVENS?

14    A.    YES.

15    Q.    HOW OFTEN?

16    A.    IT VARIED.  ACTUALLY, BY THE END HE WAS DOING

17    BETTER.  THE LAST MEETING THAT I HAD WITH HIM HE HAD

18    INDICATED HE WAS FEELING BETTER.  BEFORE THAT IT WOULD

19    VARY.  SOMETIMES HE WOULD BE BETTER, OTHER TIMES HE

20    WOULD BE WORSE.  BUT I SAW HIM FREQUENTLY LIKE THAT.

21    Q.    DOES IT SURPRISE YOU TO HEAR THAT HE HAD SUCH

22    EPISODES AFTER HE GOT BACK FROM PHILADELPHIA?

23    A.    NO.

24    Q.    WHAT WOULD YOU RECOMMEND FOR TREATMENT OF SUCH

25    AN EPISODE?

1    A.       WELL, AGAIN, IT WOULD BE PSYCHOTHERAPY AND

2    MEDICATION.

3    Q.       AND BY MEDICATION, YOU MEAN BY WAY OF

4    ANTIDEPRESSION MEDICATION?

5    A.       I AM NOT A PSYCHIATRIST, BUT IN GENERAL, YES.

6    AND ANTIDEPRESSANT FOR HIS ANXIETY.

7    Q.       AT THE FDC HERE IN PHILADELPHIA, HE WASN'T

8    EATING VERY MUCH.  WAS THAT THE WAY THAT YOU SAW IT

9    THERE WHEN HE WAS AT DEVENS?

10                  MS. ROTELLA:  OBJECTION.

11                  THE COURT:  OVERRULED.

12                  THE WITNESS:  THERE WAS A PERIOD OF TIME

13   WHERE HE WAS NOT EATING VERY MUCH.

14   BY MR. ROSE:

15   Q.       WHY WAS THAT?

16   A.       HE TOLD ME IT WAS BECAUSE HE DIDN'T LIKE THE

17   FOOD, THAT HE PREFERRED HOME COOKED MEALS.

18   Q.       HE CERTAINLY WAS NOT EXPECTING HOME COOKED

19   MEALS, WAS HE?

20   A.       I DON'T KNOW WHAT HE WAS EXPECTING.  THAT'S WHAT

21   HE TOLD ME.

22                  THE COURT:  YOU CAN ASSUME HE WASN'T.

23   THAT DOES NOT MEAN THAT HIS COMMENT WAS NOT

24   INAPPROPRIATE.

25   BY MR. ROSE:

1    Q.        DOCTOR, IN YOUR REPORT YOU TALK ABOUT HIS HAVING

2    BEEN PLACED IN SPECIAL EDUCATION CLASSES BY THE TIME HE

3    WAS IN SEVENTH GRADE.  DO YOU RECALL THAT?

4    A.        YES.

5    Q.        THAT'S WHEN HE WAS IN SCHOOL, IN ELEMENTARY

6    SCHOOL, YOU SAID THAT HE WAS EATING CRAYONS?

7    A.        YES.

8    Q.        PICKING HIS SKIN?

9    A.        MM-HMM, YES.

10   Q.        BITING HIS NAILS?

11   A.        YES.

12   Q.        HE IS STILL DOING THAT THESE DAYS, I MEAN, HE'S

13   STILL DOING THAT AT DEVENS, WASN'T HE?

14   A.        I DON'T THINK HE EATS CRAYONS ANY MORE.

15   Q.        THANK YOU.

16             HOW ABOUT PICKING HIS SKIN AND BITING HIS

17   NAILS?

18   A.        YES, BOTH, YES.

19   Q.        WHY DOES HE DO THAT, DO YOU KNOW?

20   A.        ANXIETY.

21   Q.        IN FACT, HE TOLD YOU THAT HIS CHILDHOOD WAS

22   ABSOLUTELY MISERABLE DUE TO BULLYING, IS THAT CORRECT?

23   A.        YES.

24   Q.        AND THIS BULLYING CONTINUED THROUGH HIS PUBLIC

25   EDUCATION, CORRECT?

1    A.      YES.

2    Q.      WHY WERE PEOPLE BULLYING HIM, IF YOU KNOW?

3    A.      I DON'T KNOW, SPECIFICALLY.  I MEAN, I CAN MAKE

4    CONJECTURE, BUT I DON'T KNOW EXACTLY.

5    Q.      DID YOU ASK HIM WHY HE WAS BEING BULLIED?

6    A.      I DON'T RECALL ASKING HIM THAT, NO.

7    Q.      DID YOU THINK IT WAS IMPORTANT?

8    A.      I MEAN, I FEEL LIKE I HAVE A PRETTY GOOD IDEA

9    WHY HE WAS BEING BULLIED WITHOUT ASKING HIM.  I MEAN,

10   MOST INDIVIDUALS WHO ARE ODD OR EXCENTRIC STAND OUT IN A

11   SCHOOL SYSTEM AND ARE RIDICULED AND PICKED ON BECAUSE OF

12   THAT.

13   Q.      WHY WAS HE EXPELLED FROM HIGH SCHOOL?

14                   MS. ROTELLA:  OBJECTION.

15                   MR. ROSE:  IT'S IN HIS REPORT.

16                   THE COURT:  OVERRULED.

17                   THE WITNESS:  I BELIEVE IT WAS BEING

18   INVOLVED IN A FIGHT, IF I RECALL CORRECTLY.

19   BY MR. ROSE:

20   Q.      AND THEN YOU REPORT ABOUT HIS -- AND I USE THIS

21   TERM IN QUOTES "ENGAGEMENT."  DO YOU RECALL THAT, HE WAS

22   ENGAGED TO A FEMALE, AN ADULT FEMALE?

23   A.      THAT'S WHAT HE REPORTED TO ME, YES.

24   Q.      AND YOU SPOKE TO HIS MOTHER, DIDN'T YOU?

25   A.      YES.

1    Q.     SHE IS HERE TODAY?

2    A.     I DON'T KNOW IF SHE TOLD ME THEY WERE ENGAGED OR

3    NOT, BUT I KNOW THAT THEY WERE TOGETHER AND THAT SHE

4    LIVED WITH HIM FOR A PERIOD OF TIME.

5    Q.     AND THIS WOMAN, HOW OLD IS THIS WOMAN?

6    A.     SHE WAS AN ADULT.  I DON'T REMEMBER HOW OLD SHE

7    WAS.

8    Q.     AM I CORRECT, ACCORDING TO WHAT I HEARD FROM

9    YOUR REPORT, THAT HE AND HIS FAMILY WERE VICTIMIZED BY

10    THIS WOMAN?

11    A.     SHE STOLE FROM THEM, YEAH.

12    Q.     AND THEY HAD TO KICK HER OUT?

13    A.     I DON'T KNOW EXACTLY IF THEY KICKED HER OUT.  I

14    CAN'T REMEMBER.

15    Q.     HOW OLD WAS HE WHEN THIS ISSUE OCCURRED?

16    A.     I WOULD HAVE TO GO BACK AND LOOK AT THE REPORT.

17    IT WASN'T A LONG, LONG TIME AGO.  IT WAS FAIRLY RECENT.

18    Q.     RIGHT.  NOW, IN THE INDICTMENT, COUNTS 1 THROUGH

19    9, IN WHICH -- NOT COUNTING COUNT 10, WHICH IS THE CHILD

20    PORNOGRAPHY.  ALL OF THE COMPLAINANTS AND THE VICTIMS IN

21    THAT WERE PUBESCENT, THEY WERE NOT PREPUBESCENT, AM I

22    CORRECT?

23    A.     AT THE TIME OF THE COMPLAINT, YES.

24    Q.     OKAY.  AND YOU HAVE TOLD US THAT THIS DEFENDANT

25    WAS GIVEN TESTS BY YOU.  ONE OF THE TESTS THAT DR.

1    HAWORTH AND DR. ATKINS PROVIDED TO THE DEFENDANT WAS THE

2    ABEL TEST.  YOU HAVE READ THAT?

3    A.    NO, BECAUSE I HAVE NEVER SEEN THAT OR -- TODAY

4    WAS THE FIRST I HEARD THAT IT EVEN EXISTED.

5    Q.    I ASKED YOU WHY YOU DIDN'T GIVE THAT TEST.

6    A.    WELL, THAT'S A TEST THAT IS PRIMARILY USED IN

7    TREATMENT TO DETERMINE THE INABILITY WITHIN TREATMENT.

8    AGAIN, IT HAS A LOT OF FACE VALIDITY IN THAT IF YOU ARE

9    GOING TO DENY HAVING SEXUAL PREFERENCE, IT'S GOING TO

10   SAY THAT YOU DON'T HAVE A SEXUAL PREFERENCE.

11            THERE ARE OTHER INDICATORS IN THAT TEST

12   THAT CAN INDICATE WHETHER SOMEBODY IS BEING DISHONEST

13   AND THINGS LIKE THAT, BUT I HAVE NOT SEEN IT, SO I DON'T

14   KNOW WHAT THE RESULTS ARE.  BUT I DON'T USE IT.

15   Q.    IF WE PROVIDE IT TO YOU AFTER THIS HEARING,

16   WOULD YOU BE ABLE TO DO AN ASSESSMENT?

17   A.    TODAY?

18   Q.    NOT TODAY.

19            BASED UPON THIS EMPIRICAL TEST, THESE TWO

20   DOCTORS CONCLUDED THAT THIS DEFENDANT WAS NOT A

21   PEDOPHILIC PERSONALITY.  YOU WOULD DISAGREE, CORRECT?

22   A.    YES.

23   Q.    NOW, ONE OF THE THINGS THAT WE ALL AGREE UPON IS

24   THAT HE APPARENTLY PURSUES FANTASY, HE LIVES IN A

25   FANTASY SUBCULTURE.  WOULD YOU AGREE?

1 A.  HE IS INTERESTED IN FANTASY TYPES OF

2 ENTERTAINMENT.

3 Q.  THE DOCTOR --

4 A.  ARE YOU SAYING THAT HE LIVES IN FANTASY?  I

5 DON'T AGREE WITH THAT, BUT HE IS INTERESTED IN THINGS

6 THAT ARE INVOLVED IN THE FANTASY GENRE.

7 Q.  HE IS NOT DISINTERESTED, HE PURSUES IT

8 RELENTLESSLY, DOESN'T IT?  DIDN'T HE?

9 A.  I DON'T -- I DON'T KNOW HOW TO DEFINE, "HE

10 PURSUES RELENTLESSLY," BUT HE IS VERY INTERESTED IN IT.

11 Q.  WE KNOW THAT HE IS INTERESTED IN ROLE PLAYING,

12 CORRECT?

13 A.  YES.

14 Q.  SO AS A ROLE PLAYER, THE FACT THAT HE MIGHT

15 PURSUE IMPERSONATION, WHICH I THINK IS A TERM THAT YOU

16 USED, SHOULD NOT BE A SURPRISE TO ANYONE, CORRECT?

17 A.  I DON'T BELIEVE THAT YOU CAN A EQUATE CUZ, BUDDY

18 OR DRESSING UP IN COSTUME AND GOING TO CONVENTIONS WITH

19 PRETENDING TO BE A CHILD FOR THE PURPOSES OF OBTAINING

20 SEXUALLY EXPLICIT IMAGES, THOSE ARE NOT COMPARABLE.

21 Q.  DOCTOR, A PERSON WHO SUFFERS FROM ASD AND

22 PRESENTS HIMSELF AS LIVING IN FANTASY AND SEEKING TO

23 PLAY ROLES IS DOING THAT BECAUSE HE DOES NOT WANT TO BE

24 PERCEIVED AS WHO HE REALLY IS.  ISN'T THAT FAIR TO SAY?

25 A.  I DON'T NECESSARILY AGREE WITH THAT, NO.

1    Q.      DR. ATKINS SO TESTIFIED.  YOU JUST DISAGREE WITH

2    THAT ALSO?

3    A.      YES.

4    Q.      SO THE POINT IS, A PERSON WITH ASD WHO PLAYS

5    INTO ROLES, LIKE WEARING COSTUMES AND PRETENDING HE IS

6    PERSONS THAT HE ISN'T, DOES NOT WANT TO BE REJECTED AS

7    THE PERSON HE ACTUALLY IS.  IS THAT A FAIR STATEMENT?

8    A.      I DON'T BELIEVE THAT MR. SHORE CONSISTENTLY

9    PRESENTED HIMSELF AS SOMETHING THAT HE WAS NOT.  IN A

10   WAY THAT WOULD SATISFY THAT DEFINITION.  SOMETIMES HE

11   WAS HONEST ABOUT WHO HE WAS, THAT HE WAS 33.  AND HE MET

12   THEM -- THEY SAW THEM -- THEY SAW HIM AS HE WAS.  SO

13   WHEN YOU SAY A PERSON WITH ASD, I DON'T KNOW WHO THAT

14   PERSON IS.  IF YOU ARE ASKING ABOUT MR. SHORE, I DO NOT

15   BELIEVE THAT THAT IS ACCURATE.

16             THE COURT:  LET ME ASK YOU THIS:  IS IT

17   CHARACTERISTIC OF SOMEONE WITH ASD TO BE COMFORTABLE OR

18   UNCOMFORTABLE WITHIN THEIR OWN SKIN?

19             THE WITNESS:  IT VARIES.  SOME ARE

20   COMFORTABLE AND SOME AREN'T.

21             THE COURT:  AND HOW DO YOU DIFFERENTIATE?

22             THE WITNESS:  THEY SELF REPORT.

23             THE COURT:  WHAT?

24             THE WITNESS: THEY WILL SELF REPORT.

25             THE COURT:  AREN'T THEY ACCUSED?

1          THE WITNESS:  SURE.  YOU CAN SEE

2    AWKWARDNESS, DIFFICULTY WITH OTHER PEOPLE, SHYNESS,

3    THOSE TYPES OF THINGS.  AND I DON'T BELIEVE FOR A SECOND

4    THAT MR. SHORE DOES NOT EXHIBIT THOSE TYPES OF

5    BEHAVIORS.  BUT I ALSO DON'T BELIEVE THAT HE LIVES

6    ENTIRELY IN A FANTASY.

7          THE COURT:  HE DOES NOT LIVE IN A FANTASY

8    WORLD?

9          THE WITNESS:  CORRECT.

10          THE COURT:  BUT YOU WOULD AGREE HE IS

11    UNCOMFORTABLE IN HIS OWN SKIN?

12          THE WITNESS:  ABSOLUTELY, YES.

13          THE COURT:  AND PRETENDS TO BE SOMEONE

14    OTHER THAN WHO HE IS?

15          THE WITNESS:  I DON'T KNOW WHY HE

16    PRETENDS TO BE SOMEONE OTHER THAN WHO HE IS.  I MEAN,

17    THAT'S A THING.  I MEAN, PEOPLE WITHOUT ASD ARE INTO

18    DRESSING UP AND GOING TO CONVENTIONS AND ALL OF THOSE

19    TYPES OF THINGS.  AND I DON'T KNOW IF HE DOES THAT

20    BECAUSE HE DOES NOT WANT TO BE WHO HE IS OR NOT, BUT I

21    KNOW HE DOES NOT -- HE HATES HIMSELF, ESSENTIALLY.

22          THE COURT:  OKAY.

23    BY MR. ROSE:

24    Q.      WHY DOES HE HATE HIMSELF?

25    A.      HE THINKS HE IS INFERIOR.

1    Q.      BECAUSE OF HIS ASD?

2    A.      WELL, I AM SURE THAT'S PART OF IT.

3    Q.      YOU REPEATEDLY COMMENTED IN YOUR TESTIMONY ABOUT

4    HIS LACK OF EMPATHY.

5    A.      YES.

6    Q.      THAT'S A FACTOR FROM THE ASD, IS IT NOT?

7    A.      VERY COMMON, YES.

8    Q.      IT IS ALSO COMMON IN -- WHEN -- IN YOUR BUSINESS

9    WHEN YOU SEE ALL OF THESE CHILD PORNOGRAPHY OFFENDERS,

10   WHAT PERCENTAGE OF THEM ARE PEOPLE WITH ASD?

11   A.      I DON'T KNOW.  I HAVE EVALUATED PEOPLE WITH ASD

12   WHO ARE CHILD PORNOGRAPHERS.  I COULDN'T --

13   Q.      IT IS NOT UNCOMMON, THOUGH, IS IT?

14            MS. ROTELLA:  CAN HE PLEASE ANSWER THE

15   QUESTION?

16            THE COURT:  I THOUGHT HE WAS DONE.

17            WERE YOU FINISHED?

18   BY MR. ROSE:

19   Q.      IS IT UNCOMMON FOR PEOPLE WITH ASD --

20   A.      AMONG THE POPULATION OF INDIVIDUALS WITH AUTISM

21   SPECTRUM DISORDER, IT IS A SMALL PORTION OF THAT

22   POPULATION WHO ARE INVOLVED IN CHILD PORNOGRAPHY.

23   THAT'S BASED ON STATISTICAL AND RESEARCH DATA.

24            THAT'S THE BEST ANSWER I CAN GIVE TO THAT

25   QUESTION.

1            THE COURT:  MR. ROSE, CAN WE TAKE A BREAK

2      NOW?  IT DON'T WANT TO INTERRUPT YOU, BUT IS THIS A GOOD

3      POINT?

4            MR. ROSE:  YES, SIR.

5            THE COURT:  HALF-HOUR, OKAY?

6            MR. ROSE:  OKAY.

7            (SHORT RECESS.)

8            THE COURT:  PLEASE BE SEATED.

9            YOU MAY CONTINUE, MR. ROSE.

10            MR. ROSE:  THANK YOU.

11      BY MR. ROSE:

12      Q.      DR. CHANNELL, I WOULD LIKE TO TALK TO YOU A

13      LITTLE BIT ABOUT THE BUREAU OF PRISONS SEX OFFENDER

14      MANAGEMENT AND TREATMENT PROGRAM.  IS THAT AVAILABLE AT

15      THE FMC DEVENS?

16      A.      YES, IT IS.

17      Q.      CAN YOU TELL US SOMETHING ABOUT THAT PROGRAM?

18      A.      YES.  IT'S A SEX OFFENDER TREATMENT PROGRAM THAT

19      IS BASED ON COGNITIVE BEHAVIORAL PRINCIPLES.  THEY --

20      IT'S A COHESIVE UNIT IN THAT ALL OF THE INDIVIDUALS WHO

21      ARE PARTICIPATING IN THAT PROGRAM LIVE IN THE SAME UNIT.

22      THEY ARE IN PROGRAMMING MOST OF THE DAY, EVERY DAY,

23      MEANING INDIVIDUAL SESSIONS, GROUP WORK,

24      PSYCHOEDUCATIONAL WORK.  IT'S A 16 TO 18 MONTH PROGRAM

25      THAT TYPICALLY -- I DON'T RECALL EXACTLY AT WHAT POINT

1     AN INMATE WOULD BECOME ELIGIBLE FOR IT, BUT IT'S TOWARDS

2     THE END OF THEIR SENTENCE.

3     Q.     IS IT EXPECTED THAT IF SOMEONE COMPLETES THIS

4     PROGRAM THAT THEY WILL BE IN A BETTER POSITION FOR

5     RELEASE TO SOCIETY?

6     A.     THAT'S THE GOAL, YES.

7     Q.     AND WHAT ABOUT PEOPLE WITH MY CLIENT'S

8     DIAGNOSIS, WOULD THEY BE ELIGIBLE FOR BEING PLACED IN

9     SUCH A PROGRAM?

10     A.     YES.

11     Q.     DOES THE BOP HAVE A PROGRAM FOR TREATING PEOPLE

12     WITH ASD?

13     A.     A SPECIFIC PROGRAM, NO, NOT THAT I AM AWARE OF.

14     Q.     SO A PERSON LIKE MY CLIENT HERE WITH HIS

15     DIAGNOSIS, WOULD IT BE EXPECTED THAT HE WOULD REDUCE HIS

16     RISK OF RECIDIVISM IF HE COMPLETES THIS PROGRAM

17     SUCCESSFULLY?

18     A.     YES.

19     Q.     SO WHEN YOU SAID IN YOUR REPORT THAT HE HAS AN

20     ELEVATED RISK OF ENGAGING IN THIS BEHAVIOR AGAIN, YOU

21     ARE NOT INCLUDING THE COMPLETION OF HIS SUCCESSFUL

22     TREATMENT PROGRAM?

23     A.     NO, THAT OPINION IS BASED ON FACTS AS THEY STAND

24     AT THE TIME I WROTE THE REPORT.

25     Q.     AND I NOTE THAT IN YOUR REPORT ON PAGE 20, SIR,

1    THAT YOU GAVE THE DEFENDANT A TEST CALLED THE STATIC

2    99R?

3    A.      YES.

4    Q.      AND THAT CONCLUSION WAS THAT HE PRESENTS AN

5    AVERAGE RISK OF RE-OFFENDING?

6    A.      YES.

7    Q.      WHAT IS AN AVERAGE RISK OF RE-OFFENDING?

8    A.      AN AVERAGE RISK OF RE-OFFENDING -- WELL, THE

9    STATIC 99 HAS BEEN REVISED.  INITIALLY THE TEST WAS

10   DESIGNED TO PROVIDE YOU WITH STATISTICAL INFORMATION TO

11   COMPARE OTHER INDIVIDUALS TO.  NOW IT PRIMARILY PROVIDES

12   RECOMMENDATIONS BASED ON THE INDIVIDUAL'S SCORE.

13           SO FOR MR. SHORE, HIS SCORE WAS A TWO,

14   WHICH IS CONSIDERED LEVEL 3 ON THE STATIC 99.  THERE ARE

15   FIVE RISKS, FIVE BEING HIGHEST RISK, ONE BEING THE

16   LOWEST.  AND THOSE INDIVIDUALS HAVE WHAT WE WOULD CALL

17   CRIMINOGENIC NEEDS, MEANING THAT THEY ARE ENGAGED IN

18   CRIMINAL BEHAVIOR THAT WARRANTS TREATMENT.  AND THEY

19   WOULD REQUIRE INVESTMENTS OR TREATMENT AND STRUCTURED

20   PROGRAMMING TO DECREASE THEIR RISK OF RECIDIVISM.

21           SO THAT'S AN AVERAGE RISK AMONG

22   IDENTIFIED SEX OFFENDERS, NOT COMPARED TO THE GENERAL

23   PUBLIC.

24   Q.      SO YOU ARE NOT PREPARED TO TESTIFY ABOUT WHAT

25   PERCENTAGE OF THESE OFFENDERS ARE LIKELY TO RE-OFFEND

1  BASED UPON THIS TEST?

2  A.    NO, NOT ON THE STATIC 99R OR THE STATIC 99

3  BEFORE IT WAS REVISED.  BUT THEY HAVE TRIED TO MOVE MORE

4  TOWARDS CATEGORICAL EXPLANATIONS OF RISK AS OPPOSED TO

5  NUMERIC, BECAUSE YOU ARE COMPARING THEM TO OTHER

6  INDIVIDUALS.

7          JUST BECAUSE A LARGER GROUP HAS -- I AM

8  JUST GOING TO THROW A NUMBER OUT THERE -- THE 12 PERCENT

9  RISK OF RECIDIVISM DOES NOT NECESSARILY MEAN THAT ONE

10  PARTICULAR INDIVIDUAL HAS THAT SAME LEVEL OF RISK.  IT

11  CAN BE MISLEADING.

12  Q.    DOCTOR, DO YOU AGREE THAT AN ASD INMATE COULD BE

13  READILY EXPLOITED, ABUSED OR BLACKMAILED BY OTHER

14  INMATES?

15  A.    YES.

16  Q.    DO YOU AGREE THAT AN ASD INMATE HAS COMPARED

17  SOCIAL SKILLS THAT COULD LIKELY LEAD TO THEIR BEHAVIORS

18  BEING MISINTERPRETED BY OTHER INMATES?

19  A.    DEPENDING ON THE INDIVIDUAL, YES.

20  Q.    DO YOU AGREE THAT ASD INMATES ARE OFTEN TARGETS

21  FOR RETALIATION OR CONTROL BY OTHER INMATES?

22  A.    WELL, I THINK -- THAT'S A FAIRLY GENERALIZED

23  STATEMENT.

24  Q.    YES, IT IS.

25  A.    IT DEPENDS ON SEVERAL THINGS.  IT DEPENDS ON

1    WHAT TYPE OF PRISON THEY ARE IN.  ARE THEY IN A STATE

2    PRISON OR ARE THEY IN A FEDERAL PRISON?  DEPENDS ON THE

3    SECURITY AT THE PRISON.  ALL THINGS BEING EQUAL, THEY

4    ARE MORE LIKELY THAN OTHERS, THOUGH, I WOULD AGREE WITH

5    THAT.

6                    MR. ROSE:  JUST A MOMENT, PLEASE.

7                    (BRIEF PAUSE IN THE PROCEEDING.)

8    BY MR. ROSE:

9    Q.      DOCTOR, THE DEFENDANT'S SOCIAL ATTRACTION TO

10   CHILDREN AND ADOLESCENTS, IS THAT DIRECTLY RELATED TO

11   THE ASD?

12                   MS. ROTELLA:  I'M SORRY, DID HE ASK ABOUT

13   SOCIAL ATTRACTION TO CHILDREN?

14                   OBJECTION.

15                   THE COURT:  THAT'S THE WAY HE

16   CHARACTERIZED IT, YES.

17                   THE WITNESS:  NO, THERE IS NO EVIDENCE TO

18   SUGGEST A CAUSAL RELATIONSHIP BETWEEN AUTISM SPECTRUM

19   DISORDER AND SEXUAL ATTRACTION TO CHILDREN.

20   BY MR. ROSE:

21   Q.      SO YOU WOULD NOT AGREE THAT HIS SEXUAL

22   ATTRACTION TO CHILDREN AND ADOLESCENTS IS DIRECTLY

23   RELATED TO HIS ASD?

24   A.      ABSOLUTELY NOT, NO.

25                   THE COURT:  DOES ASD CONTRIBUTE IN ANY

1  WAY TO THE OFFENSE CONDUCT?

2           THE WITNESS:  I BELIEVE THAT HIS

3  ATTRACTION TO SEXUAL -- HIS ATTRACTION TO CHILDREN IS

4  INDEPENDENT OF AUTISM SPECTRUM DISORDER, IF I AM

5  UNDERSTANDING THE QUESTION CORRECTLY.

6           THE COURT:  I ASKED YOU A DIFFERENT

7  QUESTION.

8           THE WITNESS:  OKAY.  I'M SORRY.  CAN YOU

9  REPEAT IT?

10          THE COURT:  DID HIS ASD IN ANY WAY

11  CONTRIBUTE TO HIS OFFENSE CONDUCT?

12          THE WITNESS:  YES, I BELIEVE IT

13  CONTRIBUTED TO HIS OFFENSE CONDUCT.

14          THE COURT:  HOW?

15          THE WITNESS:  AS WE HAVE SPOKEN ABOUT

16  EARLIER, HIS EMPATHETIC DEFICIT, HIS LACK OF EMPATHY

17  ALLOWS HIM TO BE MORE MANIPULATIVE.  IT ALLOWS HIM TO

18  ENGAGE IN BEHAVIORS THAT OTHER PEOPLE THINK, I SHOULD

19  NOT DO THIS BECAUSE IT IS HURTING THIS OTHER PERSON.

20  AND THE FACT THAT HE LACKS THAT EMPATHY ALLOWS HIM TO

21  OVERCOME -- HE DOES NOT TO HAVE WORRY ABOUT THAT TYPE OF

22  ISSUE, THAT WOULD PROBABLY BE A PRIMARY AREA.

23          I DON'T BELIEVE, AS WAS ARGUED EARLIER,

24  THAT HE DEVELOPED AN INTEREST IN PREPUBESCENT CHILDREN

25  OR CHILDREN -- OR PUBERTY AGED TEENAGERS WHEN HE WAS A

1    TEENAGER.  HE BEGAN LOOKING AT PLAYBOY WHEN HE WAS 13.

2    AND BASED ON ALL OF THE INTERVIEWS THAT I HAVE SEEN WITH

3    HIM, HE DIDN'T EVER REPORT COLLECTING CHILD PORNOGRAPHY

4    UNTIL HE WAS IN HIS EARLY 20S.

5                    SO THE IDEA THAT HE KIND OF WAS

6    INTERESTED IN TEENAGED GIRLS WHEN HE WAS A TEENAGE BOY

7    AND THAT STUCK THROUGHOUT HIS LIFE, I DON'T BELIEVE THAT

8    THE EVIDENCE SUPPORTS THAT.  SO I DON'T BELIEVE IN THAT

9    REGARD THE AUTISM SPECTRUM DISORDER WAS RELATED TO THAT

10   ATTRACTION.  I BELIEVE THAT HIS SEXUAL PREFERENCE IS

11   SIMPLY TOWARDS BOTH CHILDREN AND ADULTS.

12                   THE COURT:  HE DOES NOT DISCRIMINATE

13   AGE-WISE?

14                   THE WITNESS:  CORRECT.

15   BY MR. ROSE:

16   Q.      DOCTOR, DO YOU HAVE YOUR REPORT IN FRONT OF YOU?

17   A.      YES.

18   Q.      CAN YOU PLEASE TURN TO PAGE 23?

19                   MR. ROSE:  MAY I APPROACH THE WITNESS?

20                   THE COURT:  YES.

21   BY MR. ROSE:

22   Q.      23, DOCTOR.

23   A.      I'M SORRY.

24   Q.      COULD YOU READ THE SENTENCE THAT I AM POINTING

25   TO, THE SENTENCE THAT YOU WROTE?

1    A.        AS A RESULT, HIS SOCIAL ATTRACTION TO CHILDREN

2    AND ADOLESCENTS IS DIRECTLY RELATED TO HIS ASD.

3    Q.        I ASSUME YOU MEANT HIS SEXUAL ATTRACTION?

4    A.        NO, I MEANT EXACTLY WHAT IT SAYS.

5    Q.        I ASKED YOU A QUESTION ABOUT HIS SOCIAL

6    INTERACTION, AND YOU SAID, NO.

7    A.        I THOUGHT YOU WERE ASKING ABOUT SEXUAL

8    ATTRACTION.  NO, I AGREE WITH HIS -- HE IS SOCIALLY

9    ATTRACTED TO YOUNGER FEMALES BECAUSE OF HIS AUTISM

10   SPECTRUM DISORDER.  I AGREE WITH THAT.

11   Q.        AND THEN YOU GO ON TO SAY CONSISTENTLY HIS CHAT

12   CONVERSATIONS SUGGEST AN EMOTIONAL CONNECTION TO MINORS

13   CONSISTENT WITH ASD, CORRECT?

14   A.        YES, THAT'S TRUE.

15   Q.        OKAY.  NOW --

16                  THE COURT:  HOW DOES THAT SQUARE WITH

17   YOUR ANSWER TO ME THAT THERE WAS NO CONTRIBUTION?

18                  THE WITNESS:  WELL, I HAD INDICATED THAT

19   THERE WAS A CONTRIBUTION.  I DON'T BELIEVE THAT THERE IS

20   -- SOCIAL ATTRACTION, EMOTIONAL CONNECTION DOES NOT

21   EQUAL SEXUAL ATTRACTION.  BOTH ARE SEPARATE THINGS.

22                  THE COURT:  YOU DID CHARACTERIZE THE

23   ASD'S ROLE IN HIS OFFENSE CONDUCT AS QUITE COMPLICATED?

24                  THE WITNESS:  IT IS VERY COMPLICATED,

25   YES.

1          MR. ROSE:  ONE MOMENT, YOUR HONOR.

2     BY MR. ROSE:

3     Q.     FINALLY, SIR, DO YOU AGREE THAT THE PRESENCE OF

4     ASD IMPAIRED THE DEFENDANT'S UNDERSTANDING OF THE

5     WRONGFULNESS OF HIS BEHAVIOR?

6     A.     YES, I DO.

7          MR. ROSE:  THAT'S ALL I HAVE, JUDGE.

8          THE COURT:  DO YOU HAVE ANY REDIRECT?

9          MS. ROTELLA:  JUST VERY QUICKLY.

10          REDIRECT EXAMINATION

11    BY MS. ROTELLA:

12    Q.     YOU WERE ASKED WHETHER OR NOT THE BUREAU OF

13    PRISONS HAD ANY SPECIAL PROGRAMS FOR INMATES WITH ASD

14    AND YOU SAID, NO.  HOW IS IT THAT -- YOU DO HAVE INMATES

15    WITH ASD WITHIN THE BUREAU OF PRISONS, CORRECT?

16    A.     RIGHT.

17    Q.     WHAT SERVICES ARE AVAILABLE?

18    A.     BY "PROGRAM," I MEAN USUALLY IT WOULD BE LIKE A

19    STRUCTURED PROGRAM WITH A UNIT WHERE THAT INDIVIDUAL

20    WOULD LIVE, SIMILAR TO WHAT I DESCRIBED FOR THE SEX

21    OFFENDER TREATMENT PROGRAM.  WE HAVE DIFFERENT PROGRAMS

22    FOR DIFFERENT TYPES OF INDIVIDUALS WHO HAVE A BROAD

23    VARIETY OF PROBLEMS, BUT THERE ISN'T ONE SPECIFIC TO

24    AUTISM SPECTRUM DISORDER.  THAT DOES NOT MEAN THAT WE

25    DON'T HAVE THE CAPACITY TO TREAT THE INDIVIDUALS, BUT WE

1    DON'T HAVE SPECIFIC PROGRAMS.

2    Q.    WHEN YOU SAY IT DOES NOT MEAN YOU DON'T HAVE,

3    YOU HAVE -- THE BUREAU OF PRISONS DOES HAVE IT, AND

4    WOULD BE ABLE TO SERVICE MR. SHORE?

5    A.    YES, WE PROVIDE TREATMENT TO INDIVIDUALS.  THERE

6    ARE GROUPS THAT THEY CAN ATTEND; THERE IS INDIVIDUAL

7    THERAPY THAT THEY CAN ATTEND ALMOST ALWAYS.

8            THEY DO REQUIRE THAT LEVEL OF

9    INTERVENTION.  THEY ARE THE MOST -- INDIVIDUALS WITH

10   AUTISM SPECTRUM DISORDER REQUIRE HEIGHTENED INTERACTION

11   FROM MENTAL HEALTH SERVICES.  NOT TO THE POINT THAT THEY

12   WOULD REQUIRE INPATIENT TREATMENT OR HOSPITALIZATION,

13   BUT CERTAINLY MORE THAN MOST INMATES.

14   Q.    AND THAT'S -- THE BUREAU OF PRISONS COVERS THAT,

15   CORRECT, THAT'S WHAT YOU ARE SAYING?

16   A.    YES.

17   Q.    AND SO THAT WE ARE CLEAR, ASD IN NO WAY LEADS TO

18   SEXUAL ATTRACTION TO CHILDREN AND CERTAINLY NOT TO

19   PEDOPHILIA, RIGHT?

20            MR. ROSE:  OBJECTION.

21            THE COURT:  OVERRULED.

22            THE WITNESS:  I AM NOT AWARE OF ANY

23   EMPIRICAL EVIDENCE TO SUGGEST A RELATIONSHIP -- A DIRECT

24   CAUSAL RELATIONSHIP BETWEEN AUTISM SPECTRUM DISORDER AND

25   SEXUAL ATTRACTION TO CHILDREN.

1              THE COURT:  CAN YOU RULE IT OUT?

2              THE WITNESS:  NO.  ALL I CAN SAY IS I AM

3     NOT AWARE OF ANY EVIDENCE TO INDICATE IT IS PRESENT, BUT

4     NO, I CANNOT RULE IT OUT.

5     BY MS. ROTELLA:

6     Q.      THEN IN YOUR OPINION, DOCTOR, MR. SHORE'S

7     DIAGNOSIS OF PEDOPHILIA IS NOT DUE TO HIS AUTISM

8     SPECTRUM DISORDER, IS THAT CORRECT?

9     A.      NO, IT'S AN INDEPENDENT DIAGNOSIS BASED --

10    Q.      AND YOUR -- I'M SORRY.

11    A.      -- BASED ON THE EVIDENCE, THE HISTORICAL

12    EVIDENCE.

13    Q.      AND YOUR TREATMENT AND INTERVIEW AND

14    INVESTIGATION OF MR. SHORE, CORRECT?

15    A.      YES.

16              MS. ROTELLA:  THAT'S ALL, YOUR HONOR,

17    THANK YOU.

18              MR. ROSE:  JUST A MOMENT, YOUR HONOR.

19    BY THE COURT:

20    Q.      I WANT TO TALK ABOUT THE SEXUAL OFFENDER

21    MANAGEMENT AND TREATMENT PROGRAM.

22              WHAT IS THE GOAL OF THAT PROGRAM?

23    A.      WELL, THE GOAL IS ENTIRELY FOCUSED ON DECREASING

24    RECIDIVISM.

25    Q.      WHAT ELSE?

1   A.      THAT'S PRIMARILY IT.  I MEAN, THAT'S THE MAIN

2   GOAL.

3   Q.      HOW DO THEY DO THAT?

4   A.      HOW DO THEY DO THAT?  THEY WOULD DO THAT, AS I

5   SAID, DURING VICTIM EMPATHY GROUPS, FOR EXAMPLE, WHERE

6   THEY WOULD DISCUSS THE IMPACT OF THE BEHAVIOR ON THE

7   INDIVIDUAL, INDIVIDUALS THEY VICTIMIZED, OPEN DISCUSSION

8   OF THEIR SEXUAL ATTRACTIONS.

9           AND IT DOES NOT FOCUS NECESSARILY ON

10  CHANGING -- ALLEVIATING THAT SEXUAL ATTRACTION.  WHAT IT

11  FOCUSES ON IS RECOGNIZING THAT YOU HAVE DEVIANT SEXUAL

12  AROUSAL AND WAYS TO APPROPRIATELY DEAL WITH THAT THAT

13  DOES NOT INVOLVE VICTIMIZATION OR BREAKING THE LAW.

14  Q.      SO THAT YOU CAN AVOID THE CONSEQUENCES OF SUCH

15  FUTURE BEHAVIOR THAT WOUND UP WHERE YOU ARE AT TODAY?

16  A.      YES.

17  Q.      THAT'S THE GOAL?

18  A.      CORRECT.

19  Q.      WHAT IS THE SUCCESS RATE?

20  A.      IT VARIES DEPENDING ON THE RESEARCH THAT YOU

21  WOULD LOOK AT.  IT'S BETTER THAN NO TREATMENT AT ALL,

22  BUT IT'S NOT FANTASTIC.  I CANNOT GIVE YOU SPECIFIC

23  NUMBERS, BUT IT IS A DIFFICULT CONDITION TO TREAT.  IT'S

24  A DIFFICULT ISSUE TO TREAT.  IT'S IN MANY WAYS A SEXUAL

25  ORIENTATION, AND THAT'S VERY DIFFICULT TO ALTER.  SO

1    SOME PEOPLE BENEFIT, SOME DON'T, IT VARIES.

2    Q.      WE HAVE NO DATA?

3    A.      THERE IS DATA.  I DON'T HAVE IT READILY

4    AVAILABLE BUT YES, THERE ARE OUTCOME STUDIES.

5    Q.      AND THAT PROGRAM IS GENERALLY BETWEEN 12 AND

6    18 MONTHS?

7    A.      YES.

8    Q.      BUT I THINK YOU SAID IT'S AT THE END OF YOUR

9    SENTENCE, CORRECT?

10   A.      THAT'S CORRECT.

11   Q.      SO THERE IS NO -- WHAT KIND OF PROGRAM IS THERE

12   TO HELP SOMEONE AND TREAT SOMEONE BEFORE THEY GET

13   TOWARDS THE END OF THEIR SENTENCE?

14   A.      WITH REGARD TO SEXUAL RISKS?

15   Q.      OR THIS WHOLE SITUATION, SOME OF HIS COHORTS?

16   A.      WELL, WE HAVE -- ALL OF THE BUREAU OF PRISONS

17   HAVE MENTAL HEALTH STAFF, PSYCHOLOGISTS, PSYCHIATRIST,

18   SOCIAL WORKERS THAT PROVIDE MENTAL HEALTH CARE TO THE

19   INMATES WHO ARE DESIGNATED TO THOSE FACILITIES.

20           SEXUAL DEVIANCE AND SEXUAL RISK -- THERE

21   ARE TWO PARTS TO THE PROGRAM.  THERE IS A SEX OFFENDER

22   MANAGEMENT PROGRAM WHICH GOES THROUGHOUT THE SENTENCE.

23   AND THAT WOULD INVOLVE SOME BASIC LEVELS OF INTERVENTION

24   GROUPS AND THINGS LIKE THAT.  AND ALSO A MONITORING OF,

25   FOR EXAMPLE, MAIL, PHONE CALLS TO MAKE SURE THAT THEY

1    ARE NOT RECEIVING OR SENDING SEXUALLY EXPLICIT MATERIALS

2    TO TRY AND HELP THEM CONTROL THAT BEHAVIOR.  BUT IT DOES

3    NOT INVOLVE THE LEVEL OF INTENSITY AS THE SEX OFFENDER

4    TREATMENT.

5    Q.      THAT'S MORE MANAGEABLE THAN TREATMENT?

6    A.      IT'S MORE MANAGEABLE, RIGHT.

7    Q.      AND THAT'S THROUGHOUT?

8    A.      YES.  ANYONE WHO IS IDENTIFIED AS HAVING A

9    HISTORY OF SEXUAL OFFENSES IS PLACED IN THE SEX OFFENDER

10   MANAGEMENT PROGRAM.

11   Q.      I SEE THAT THE REPORT THAT YOU ISSUED WAS

12   CO-AUTHORED BY YOU AND AN INTERN, RIGHT?

13   A.      THAT IS CORRECT.

14   Q.      WHO ACTUALLY PREPARED THE REPORT?

15   A.      WE USE A PROCESS THERE, ALL OF OUR MEETINGS,

16   APART FROM CHECK IN AND TESTING, SHE DID A LOT OF THE

17   TESTING.  I AM PRESENT FOR ALL OF THE INTERVIEWS.  AND

18   THEN FOR THE REPORT, THEY PREPARE THE INITIAL DRAFT

19   WHICH THEY SUBMIT TO ME.  AND THEN WE USE WORD TRACK

20   CHANGES AND WE USUALLY GO THROUGH SEVERAL DRAFTS.  SO AT

21   THE END, IT'S A JOINT REPORT, IT'S NOT ANY ONE PERSON

22   PREPARING IT.

23   Q.      SO THE INTERVIEWS WERE PRIMARILY CONDUCTED BY AN

24   INTERN, BUT YOU OBSERVED THEM?

25   A.      I CAN'T REMEMBER WITH MR. SHORE IF SHE DID THE

1    INTERVIEWS AND I OBSERVED.  WE USE A PROCESS, DEPENDING

2    ON WHERE THE INTERN IS IN HIS OR HER TRAINING, THAT

3    INITIALLY THEY WOULD OBSERVE ME DOING THE INTERVIEWS AND

4    THEY -- OR -- AND THEN WE SWITCHED TO WHERE I AM DOING

5    THE INTERVIEWS AND THEY ARE WATCHING.

6             BUT I AM ALWAYS PRESENT AND ALL THAT ARE

7    THERE PARTICIPATE, BUT THEY WOULD CONDUCT A BULK OF IT.

8    I HONESTLY CAN'T REMEMBER WHICH OF US INTERVIEWED MR.

9    SHORE.

10   Q.     AND THE INTERN CONDUCTED THE TESTING, CORRECT?

11   A.     YES.  SO THE WECHSLER, THE INTELLIGENCE TEST, IS

12   A FACE-TO-FACE TEST.  THE MMPI AND THE MSI, THOSE ARE

13   JUST SELF-ADMINISTERED TESTS, MEANING YOU GIVE HIM A

14   BOOKLET AND HE ANSWERS ALL THE QUESTIONS AND I SCORE IT.

15   AND I SCORE THE STATIC 99.

16   Q.     THAT IS MORE SUBJECTIVE?

17   A.     IT'S NOT SUBJECTIVE, IT'S BASED ON HISTORICAL

18   DATA.  IT'S AN ACTUARIAL, BUT I AM THE ONE WHO DID THE

19   SCORING ON THAT --

20   Q.     OKAY.

21   A.     -- BASED ON THE RECORD.

22             THE COURT:  MR. ROSE.

23             RECROSS EXAMINATION

24   BY MR. ROSE:

25   Q.     DOCTOR, THE DEFENDANT WAS INCARCERATED LOCALLY

1   FROM MAY TO DECEMBER BEFORE HE WENT TO DEVENS.

2                  DID YOU MAKE ANY ATTEMPTS TO SPEAK WITH

3   THE PSYCHOLOGISTS WHO WERE SEEING HIM AT THE FDC BEFORE

4   YOU DID THIS REPORT?

5   A.     I REVIEWED ALL OF THEIR NOTES AND ELECTRONIC

6   MEDICAL RECORDS, BUT I DID NOT SPEAK TO THEM.

7   Q.     DO YOU KNOW WHO I AM SPEAKING ABOUT, THIS DR.

8   DANIELS?

9   A.     YES.

10  Q.     YOU DID NOT CONTACT HER?

11  A.     NO.

12  Q.     DO YOU HAVE A WRITTEN REPORT FROM HER?

13  A.     SHE DIDN'T CONDUCT A REPORT, BUT SHE DID -- THAT

14  I KNOW OF, BUT SHE DID PROGRESS NOTES IN OUR ELECTRONIC

15  MEDICAL RECORDS OF THE CONTACTS WITH HIM.  BUT I DON'T

16  RECALL SEEING THEM.

17  Q.     DO YOU HAVE THOSE ELECTRONIC NOTES HERE?

18  A.     NO.  THERE WERE A LOT OF THEM.

19  Q.     THE PROGRESS NOTES, I MEAN?

20  A.     YES.

21  Q.     WHEN YOU SAY "A LOT," HOW VOLUMINOUS ARE WE

22  SPEAKING?

23  A.     HUNDREDS.

24  Q.     IS THAT BECAUSE HE WAS IN NEED OF SO MUCH

25  ATTENTION?

1        MS. ROTELLA:  OBJECTION.

2        THE COURT:  SUSTAINED.

3   BY MR. ROSE:

4   Q.      DID YOU READ THOSE PROGRESS NOTES?

5   A.      YES.

6   Q.      AND IT'S YOUR TESTIMONY THAT THERE IS NO SUMMARY

7   OF THE PROGRESS NOTES FROM DR. DANIELS?

8   A.      NO, IT WAS MY TESTIMONY THERE WAS NO REPORT.

9   SHE MAY HAVE DONE LIKE A TRANSFER SUMMARY OR SOMETHING

10   LIKE THAT AT THE END OF -- AT THE POINT WHEN HE LEFT.

11   Q.      DO YOU HAVE THAT, SIR?

12   A.      NO, I DID NOT BRING THOSE WITH ME.

13   Q.      IS IT AVAILABLE?

14   A.      I CAN GET THEM.

15   Q.      AND FINALLY, WOULD YOU AGREE WITH THE CONCEPT

16   THAT AN INMATE WITH THIS DISABILITY MIGHT BE ENDING UP

17   IN RESTRICTED HOUSING UNITS AND NOT GETTING TREATMENT

18   BECAUSE OF CONCERN OVER HIS SAFETY FROM OTHER INMATES?

19        MS. ROTELLA:  OBJECTION AS TO TOTAL

20   SPECULATION.

21   BY MR. ROSE:

22   Q.      FROM YOUR EXPERIENCE.

23        THE COURT:  OVERRULED.

24        THE WITNESS:  IT'S POSSIBLE.  I MEAN, WE

25   WOULD MAKE -- I HAVE BEEN WITH THE BUREAU OF PRISONS FOR

1    A LONG TIME.  CONTRARY TO SOME PEOPLE'S OPINION, WE DO

2    EVERYTHING WE CAN TO PREVENT AN OUTCOME LIKE THAT, BUT I

3    WOULD NOT SAY THAT IT COULD NOT HAPPEN.  I WOULD NOT

4    FORESEE A CIRCUMSTANCE BASED ON MY EXPERIENCE WHERE HE

5    WOULD BE HOUSED IN ANY KIND OF SECLUDED HOUSING MORE

6    THAN A BRIEF PERIOD OF TIME WHILE OTHER ARRANGEMENTS

7    WERE MADE.

8    BY MR. ROSE:

9    Q.    WHAT ABOUT IF IT'S FOR HIS SAFETY FROM OTHER

10   INMATES?

11   A.    I BELIEVE IF IT CAME TO THE POINT WHERE HE

12   REQUIRED ONGOING HOUSING IN A SPECIAL HOUSING UNIT THAT

13   HE WOULD BE TRANSFERRED TO ANOTHER FACILITY.

14   Q.    BUT THEN HE WOULD NOT HAVE THE BENEFIT OF THE

15   PROGRAM?

16   A.    WHAT PROGRAM ARE YOU REFERRING TO?

17   Q.    THE BUREAU OF PRISONS, WHAT IS THE TERMINOLOGY,

18   SEX OFFENDER MANAGEMENT AND TREATMENT PROGRAM?

19   A.    WELL, IN THAT PROGRAM THEY LIVE IN THE SAME UNIT

20   WITH -- EVERYBODY ON THE UNIT IS A SEX OFFENDER.  A LOT

21   OF THEM ARE NOT VERY HIGH FUNCTIONING GUYS.  I AM NOT

22   AWARE OF INDIVIDUALS WHO ARE IN THAT PROGRAM THAT ARE

23   NOT ABLE TO MAINTAIN -- THEY WOULDN'T -- IF THEY COULD

24   NOT FEEL SAFE AND PARTICIPATE IN THAT PROGRAM, THEY

25   WOULD NOT BE ELIGIBLE FOR THE PROGRAM, THEY WOULD BE

1    EXPELLED FROM THE PROGRAM, AND THEY WOULD BE TRANSFERRED

2    SOMEWHERE ELSE.

3    Q.     IF IT'S REPORTED, IF THE MISCONDUCT IS REPORTED

4    BY THE VICTIM, THE INMATE WHO MIGHT FEAR IF HE REPORTS

5    IT HE WILL BE TRANSFERRED OUT OF THE PROGRAM -- OUT OF

6    THE UNIT.  FAIR ENOUGH TO SAY?

7    A.     I'M SORRY, I DIDN'T UNDERSTAND THE QUESTION.

8                MS. ROTELLA:  JUDGE, I THINK WE ARE VERY

9    FAR AWAY FROM --

10               MR. ROSE:  ONE MORE QUESTION.

11               MS. ROTELLA:  -- BASIS IN FACT.

12               MR. ROSE:  LAWYER AT WORK.

13   BY MR. ROSE:

14   Q.     THE SEXUAL OFFENDER TREATMENT PROGRAM THAT YOU

15   HAVE BEEN TELLING US ABOUT, YOU SAID IT IS MORE LIKELY

16   THAN NOT TO BE ORDERED TO BE SERVED AT THE END OF THE

17   SENTENCE.

18   A.     NOT MORE LIKELY THAN NOT, IT WILL.  THEY ARE NOT

19   GOING TO DO IT BEFORE THEY HAD --

20   Q.     WHAT IF THE COURT ORDERS THAT IT BE SERVED AT

21   THE BEGINNING, LIKE JUDGE WEINSTEIN DID IN THAT OTHER

22   CASE IN THE SOUTHERN DISTRICT OF NEW YORK.  HAVE YOU

23   SEEN THAT?

24   A.     I AM NOT AWARE OF THAT CASE, SO I DON'T KNOW.

25               MR. ROSE:  ALL RIGHT, THANK YOU, SIR.

1          THE COURT:  I AM NOT AWARE OF THE BUREAU

2     OF PRISONS DISOBEYING ANY ORDER THAT I HAVE ENTERED.

3          MR. ROSE:  SCARY THOUGHT, YOUR HONOR.

4     WOULD NOT GO WELL.

5          MS. ROTELLA:  CAN I ASK ONE QUESTION,

6     YOUR HONOR?  TWO QUESTIONS PLEASE?

7          RE-REDIRECT EXAMINATION

8     BY MS. ROTELLA:

9     Q.     DR. CHANNELL, NOT EVERY SEX OFFENDER IS A

10    PEDOPHILE, CORRECT?

11    A.     NO, WE HAVE A LOT OF DIFFERENT TYPES OF SEX

12    OFFENDERS.

13    Q.     SO FOR THIS TREATMENT PROGRAM OR TREATMENT IN

14    GENERAL FOR SEX OFFENDERS OR PEDOPHILES IS LESS

15    SUCCESSFUL WITH THAT TYPE OF TREATMENT?

16    A.     COMPARED TO OTHER SEX OFFENDERS?

17    Q.     YES.

18    A.     NO, I DON'T BELIEVE SO.  I MEAN, THE HIGHEST

19    RECIDIVISM RATE FOR SEX OFFENDERS IS PROBABLY RAPISTS,

20    SO, NO.

21    Q.     I MEANT CHILD SEX OFFENDERS?

22    A.     CHILD SEX OFFENDERS?  WELL, AN INDIVIDUAL WHO

23    ONLY HAS A HISTORY OF CHILD PORNOGRAPHY POSSESSION IS

24    LESS LIKELY TO RECIDIVATE THAN SOMEBODY WHO HAS A

25    HISTORY OF CHILD PORNOGRAPHY AND CONTACT OFFENSES.

1    Q.      LIKE MR. SHORE?

2    A.      YES.

3                THE COURT:  WHAT IS THE CONTACT?

4    BY MS. ROTELLA:

5    Q.      YOU ARE AWARE THAT PART OF THE CHARGES IN THE

6    CASE ARE --

7    A.      WELL, HE HAD SEX WITH A 16-YEAR OLD THAT HE WAS

8    IN A RELATIONSHIP WITH.

9                MR. ROSE:  THAT'S NOT ONE OF THE CHARGES.

10                THE WITNESS:  IT'S NOT A CHARGE.

11                MS. ROTELLA:  IT IS A CHARGE, IT'S PART

12    OF THIS CASE.

13                MR. ROSE:  IT'S NOT A PART OF THE

14    INDICTMENT.

15                THE COURT:  STOP IT, BOTH OF YOU.

16                THE WITNESS:  I WOULD VIEW THAT AS A

17    CONTACT OFFENSE, CONTACT SEXUAL OFFENSE.

18    BY MS. ROTELLA:

19    Q.      YOU ALSO -- THE HISTORY THAT HE HAD WITH HIS

20    SISTERS WAS CONSIDERED TO BE A CONTACT OFFENSE BY YOU AS

21    WELL, IS THAT CORRECT?

22    A.      YES.

23    Q.      ALL RIGHT.  THE LAST THING I WANT TO TALK TO YOU

24    ABOUT IS YOU TALKED ABOUT THIS SEX OFFENDER TREATMENT

25    PROGRAM IN THE BUREAU OF PRISONS, AND PART OF WHAT THE

1    JUDGE WAS ASKING YOU, PART OF IT IS -- PART OF THE

2    TREATMENT IS FOR THE PERSON TO BE ABLE TO ADMIT THEIR

3    SEXUAL ATTRACTION AND TO BE ABLE TO ADMIT THEIR

4    OFFENSES, CORRECT?

5    A.      THAT'S A BIG PART OF IT, YES.

6    Q.      FOR THOSE OFFENDERS LIKE MR. SHORE WHO CANNOT DO

7    THAT, THAT WOULD MAKE TREATMENT MORE DIFFICULT AND HIS

8    SUCCESS RATE LESS LIKELY FOR HIM?

9                    MR. ROSE:  OBJECTION.

10                   THE COURT:  OVERRULED.

11                   THE WITNESS:  YOU KNOW, IT'S DIFFICULT

12   WHERE MR. SHORE IS NOW WITH HIS -- IN A PRETRIAL

13   SITUATION -- OR NOT PRETRIAL, BUT A PRESENTENCE

14   SITUATION, WHAT HE MAY OR MAY NOT ACKNOWLEDGE NOW DOES

15   NOT NECESSARILY REFLECT WHAT HE MAY ACKNOWLEDGE ONCE HE

16   IS SENTENCED.  THERE ARE CLEAR INCENTIVES NOT JUST FOR

17   HIM BUT FOR ANYBODY PERHAPS NOT TO BE AS FORTHCOMING TO

18   WHAT HE MIGHT HAVE DONE OR --

19   BY MS. ROTELLA:

20   Q.      THAT'S NOT WHAT I AM ASKING.  OF COURSE WE WOULD

21   HOPE THAT HE WOULD ACKNOWLEDGE IT BECAUSE THEN HE WOULD

22   BE MORE SUCCESSFUL IN HIS PROGRAM, CORRECT?  IS THAT

23   RIGHT?

24   A.      YES.

25   Q.      YES, BUT IF HE STAYS WHERE HE IS NOW, WHICH IS

1 NOT ADMITTING TO THOSE THINGS, IT MAKES TREATMENT MORE

2 DIFFICULT?

3     MR. ROSE:  OBJECTION.

4     THE COURT:  SUSTAINED, SUSTAINED.

5 BY MS. ROTELLA:

6 Q. IF HE STAYS WHERE HE IS NOW AND REFUSES TO

7 CHANGE HIS ADMISSION TO HIS SEXUAL ATTRACTION TO

8 CHILDREN, HOW DOES THAT AFFECT THE LIKELIHOOD HE WILL BE

9 SUCCESSFUL IN HIS TREATMENT?

10     MR. ROSE:  SAME OBJECTION, YOUR HONOR.

11     THE COURT:  SUSTAINED.

12 BY MS. ROTELLA:

13 Q. DR. CHANNELL, PERHAPS YOU CAN EXPLAIN TO THE

14 COURT --

15     THE COURT:  YOU DID SAY ONE QUESTION.

16     MS. ROTELLA:  I WILL END THERE.  THANK

17 YOU.

18     THE COURT:  IS THIS IT?

19     MS. ROTELLA:  THAT'S IT.

20     THE COURT:  IS THIS THE LAST ONE?

21     MS. ROTELLA:  THIS WOULD BE IT.

22     THE COURT:  GO AHEAD.

23 BY MS. ROTELLA:

24 Q. WHAT I WOULD LIKE TO KNOW, DR. CHANNELL, IS, IS

25 HIS TREATMENT OR SUCCESS IN TREATMENT EFFECTED BY

1    WHETHER OR NOT HE CAN ADMIT WHAT HE HAS DONE?

2    A.    YES, IF HE WERE TO CONTINUE TO DENY SEXUAL

3    ATTRACTION TO CHILDREN, HE PROBABLY WOULD NOT -- NOT

4    ONLY WOULD -- HE WOULD BE UNABLE TO PROGRESS IN

5    TREATMENT.  THEY WOULD END THE TREATMENT.

6              MS. ROTELLA:  THANK YOU.

7    BY THE COURT:

8    Q.    IF AND WHEN MR. SHORE IS RELEASED TO THE

9    COMMUNITY, WHAT CONDITIONS WOULD YOU RECOMMEND BE

10   IMPOSED?

11   A.    WELL, I THINK THAT'S A GOOD QUESTION, BECAUSE

12   SOMEBODY OF HIS INTERESTS PLACE HIM IN SITUATIONS THAT

13   INVOLVE MINORS, FEMALES.  SO ONE OF THE FIRST THINGS

14   WOULD BE THAT HE WOULD NEED TO BE RESTRICTED FROM THINGS

15   LIKE CONVENTIONS WHERE A LARGE POPULATION OF MINOR

16   FEMALES ARE; INTERNET RESTRICTIONS OBVIOUSLY WOULD BE

17   IMPORTANT, EITHER STRICTLY MONITORED OR NO ACCESS; THAT

18   IF HE WERE TO BECOME EMPLOYED THAT ANY EMPLOYER WOULD BE

19   AWARE OF HIS SEX OFFENSE; AND OBVIOUSLY THAT HE CONTINUE

20   TO COMPLY WITH TREATMENT IN THE COMMUNITY.  THOSE WOULD

21   BE THE PRIMARY RECOMMENDATIONS.

22             THE COURT:  OKAY.  YOU MAY STEP DOWN.

23   THANK YOU, DOCTOR.

24             THE WITNESS:  YOUR WELCOME.

25             THE COURT:  ARE YOU OKAY WITH YOUR

1    FLIGHT?

2                    THE WITNESS:  YES, I AM FINE.  THANK YOU.

3                    MR. ROSE:  YOUR QUESTION LEADS ME TO ONE

4    MORE.

5                    THE COURT:  GO AHEAD.

6    BY MR. ROSE:

7    Q.       IN YOUR REPORT YOU SAID THAT IDEALLY THE

8    DEFENDANT SHOULD BE IN A RESIDENTIAL PROGRAM, IS THAT

9    CORRECT, THAT'S ON PAGE 22?

10   A.       IF THAT SEGMENT IS -- THAT IS ASSUMING AFTER

11   THIS SENTENCING HEARING HE WERE RELEASED TO THE

12   COMMUNITY AT THIS POINT THAT HE BE PLACED IN A

13   RESIDENTIAL FACILITY.  THAT MAY NOT APPLY X-NUMBER OF

14   YEARS DOWN THE ROAD HE COMPLETED THE SOPT PROGRAM, HE

15   MAY NOT REQUIRE RESIDENTIAL FACILITY THEN.  BUT IF HE

16   WERE TO BE RELEASED TODAY, YES, ABSOLUTELY.

17                   MR. ROSE:  THANK YOU, SIR.

18                   THE COURT:  OKAY, THANK YOU.

19                   THE WITNESS:  THANK YOU.

20                   (WITNESS EXCUSED.)

21                   THE COURT:  MR. ROSE, DO YOU HAVE

22   ANYTHING ELSE YOU WANT TO PUT ON?

23                   MR. ROSE:  NO OTHER WITNESSES, YOUR

24   HONOR.

25                   THE COURT:  ANY OTHER EVIDENCE?

1              MR. ROSE:  NO, YOUR HONOR.

2              THE COURT:  DO YOU HAVE ANYTHING,

3      MS. ROTELLA?

4              MS. ROTELLA:  NO, YOUR HONOR, THANK YOU.

5              THE COURT:  ALL RIGHT.  THAT CONCLUDES

6      THE FIRST PHASE OF THIS HEARING.  WE WILL RESCHEDULE OR

7      SCHEDULE THE SECOND PHASE WHICH WILL BE THE ACTUAL

8      SENTENCING PROCEEDING.

9              I MAY IN THE INTERIM REQUEST AN

10     OPPORTUNITY TO HEAR ORAL ARGUMENT ON THE MOTION

11     REGARDING THE MANDATORY MINIMUM, OKAY?

12             ANYTHING ELSE?

13             MR. ROSE:  YOUR HONOR, WILL WE NEED THE

14     TRANSCRIPT OF THIS PRECEDING?

15             THE COURT:  I KNOW I WILL.

16             MR. ROSE:  VERY GOOD, SIR.

17             THE COURT:  ALL RIGHT.  THAT CONCLUDES

18     THIS HEARING.

19             MR. ROSE:  THANK YOU, SIR.

20             MS. ROTELLA:  THANK YOU.

21             (COURT ADJOURNED.  1 O'CLOCK.)

22

23

24

25

1          I CERTIFY THAT THE FOREGOING IS A CORRECT

2     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

3     ABOVE-ENTITLED MATTER.

4

5     DATE                    OFFICIAL COURT REPORTER

6                             LYNN GLIGOR, RMR.

7

8                    I   N   D   E   X

9     WITNESS              DIRECT   CROSS   REDIRECT   RECROSS

10      ELLIOTT ATKINS

11    BY MR. ROSE            3       --       45        --

12    BY MS. ROTELLA        --      22        --        --

13      SHAWN CHANNELL

14    BY MS. ROTELLA        48      --     101, 112     --

15    BY MR. ROSE           --      75        --       107

16

17

18

19

20

21

22

23

24

25

## $

**$10,000** [1] - 45:2

## 1

**1** [6] - 7:15, 7:19, 54:20, 54:22, 87:18, 118:21
**10** [4] - 5:18, 27:15, 75:10, 87:19
**100** [1] - 53:9
**101** [1] - 119:14
**103** [1] - 53:9
**107** [1] - 119:15
**11** [2] - 19:24, 39:12
**112** [1] - 119:14
**12** [10] - 10:19, 19:25, 39:8, 39:12, 56:4, 56:5, 60:18, 60:19, 96:8, 105:5
**12-YEAR** [1] - 12:7
**12-YEARS** [1] - 60:11
**1250** [1] - 1:15
**13** [3] - 10:19, 39:8, 99:1
**14** [1] - 10:19
**15** [1] - 10:19
**150** [1] - 4:24
**16** [1] - 93:24
**16-YEAR** [1] - 113:7
**17** [1] - 10:17
**17-502** [1] - 3:7
**17-CR-502-TJS-1** [1] - 1:5
**17-YEAR** [1] - 10:20
**1731** [1] - 2:2
**18** [3] - 21:15, 93:24, 105:6
**19106** [3] - 1:9, 1:15, 1:20
**19130** [1] - 2:3
**1977** [1] - 5:9

## 2

**20** [4] - 7:4, 48:20, 72:7, 94:25
**200** [1] - 4:24
**2017** [3] - 7:4, 52:2, 77:5
**2018** [2] - 1:8, 52:4
**20S** [1] - 99:4
**21** [1] - 8:12
**21ST** [2] - 52:2, 76:6
**22** [3] - 68:12, 117:9, 119:12
**23** [2] - 99:18, 99:22
**26** [1] - 52:4
**2609** [1] - 1:19

**26TH** [1] - 76:7
**28** [1] - 77:5
**29TH** [1] - 77:12

## 3

**3** [2] - 95:14, 119:11
**31** [1] - 1:8
**33** [2] - 12:7, 90:11
**35** [1] - 5:23
**3553(A)** [1] - 3:14

## 4

**40** [1] - 5:22
**45** [1] - 119:11
**48** [1] - 119:14

## 5

**5** [2] - 5:18, 75:9
**50** [2] - 39:24, 40:19

## 6

**6** [1] - 21:15
**601** [1] - 1:19
**615** [1] - 1:15

## 7

**75** [1] - 119:15

## 8

**8** [1] - 27:15
**80** [2] - 39:11, 39:25
**856)649-4774** [1] - 1:20

## 9

**9** [3] - 10:17, 21:15, 87:19
**90** [2] - 5:19, 50:5
**95** [1] - 5:19
**99** [4] - 95:9, 95:14, 96:2, 107:15
**99R** [2] - 95:2, 96:2
**9A** [1] - 1:8

## A

**A-T-K-I-N-S** [1] - 3:23
**ABBREVIATED** [1] - 53:7
**ABEL** [6] - 15:15, 15:16, 34:21, 34:25, 88:2
**ABILITIES** [1] - 7:24
**ABILITY** [13] - 10:1,

12:21, 17:8, 17:15, 17:25, 21:6, 21:7, 21:8, 37:21, 43:8, 68:10, 69:18, 69:21
**ABLE** [20] - 9:12, 9:13, 10:4, 11:6, 17:24, 33:11, 41:5, 43:13, 52:23, 52:25, 62:16, 63:13, 65:24, 72:5, 82:19, 88:16, 102:4, 110:23, 114:2, 114:3
**ABOUT** [82] - 4:25, 8:3, 12:4, 17:18, 18:4, 19:7, 20:14, 21:12, 21:16, 22:23, 23:6, 23:22, 27:9, 28:25, 30:18, 31:13, 31:19, 33:23, 33:24, 34:2, 34:3, 34:25, 36:18, 37:9, 38:24, 39:14, 39:17, 39:21, 39:25, 40:18, 42:11, 42:21, 43:20, 46:1, 46:11, 47:14, 48:25, 51:18, 53:15, 56:7, 57:10, 57:23, 59:3, 59:23, 59:24, 60:17, 60:20, 60:25, 63:9, 66:3, 66:17, 67:18, 69:24, 70:11, 71:25, 72:8, 73:23, 74:5, 76:1, 79:9, 80:14, 85:1, 85:16, 86:20, 90:11, 90:14, 92:3, 93:13, 93:17, 94:7, 95:24, 97:12, 98:15, 98:21, 100:5, 100:7, 103:20, 108:7, 110:9, 111:15, 113:24
**ABOVE** [2] - 63:8, 119:3
**ABOVE-ENTITLED** [1] - 119:3
**ABSENT** [2] - 70:13, 71:23
**ABSOLUTELY** [13] - 14:20, 20:22, 24:8, 45:21, 46:21, 57:14, 59:5, 59:22, 71:14, 85:22, 91:12, 97:24, 117:16
**ABUSE** [1] - 6:13
**ABUSED** [1] - 96:13
**ABUSERS** [2] - 5:8, 5:11
**ABUSING** [1] - 27:6
**ACADEMY** [1] - 49:24
**ACCEPTED** [4] - 6:20, 20:4, 20:12, 37:3

**ACCEPTING** [1] - 10:9
**ACCESS** [1] - 116:17
**ACCOMMODATION** [1] - 79:21
**ACCORDING** [2] - 8:14, 87:8
**ACCOUNT** [1] - 39:15
**ACCURATE** [1] - 90:15
**ACCUSED** [2] - 8:19, 90:25
**ACKNOWLEDGE** [6] - 32:8, 32:10, 41:8, 114:14, 114:15, 114:21
**ACKNOWLEDGING** [1] - 31:24
**ACQUIRING** [1] - 14:1
**ACTIONS** [1] - 32:17
**ACTIVITY** [2] - 27:18, 28:15
**ACTUAL** [5] - 12:6, 15:4, 22:24, 24:16, 118:7
**ACTUALLY** [26] - 13:20, 22:13, 22:24, 24:3, 25:1, 26:11, 30:3, 31:6, 31:18, 34:4, 34:14, 36:16, 39:20, 39:24, 40:1, 42:19, 49:19, 50:10, 51:8, 52:15, 53:2, 60:22, 76:8, 83:16, 90:7, 106:14
**ACTUARIAL** [1] - 107:18
**ACTUARY** [1] - 54:9
**ADDED** [1] - 42:9
**ADDITION** [1] - 6:4
**ADDRESSED** [1] - 50:18
**ADDRESSES** [1] - 12:12
**ADJOURNED** [1] - 118:21
**ADJUST** [2] - 43:13, 52:23
**ADMINISTER** [2] - 15:14, 54:7
**ADMINISTERED** [3] - 15:16, 54:2, 107:13
**ADMINISTRATION** [2] - 8:11, 55:18
**ADMINISTRATIVE** [1] - 49:6
**ADMISSION** [1] - 115:7
**ADMIT** [5] - 39:24, 41:4, 114:2, 114:3, 116:1

**ADMITTING** [1] - 115:1
**ADOLESCENTS** [4] - 5:8, 97:10, 97:22, 100:2
**ADULT** [2] - 86:22, 87:6
**ADULTS** [2] - 5:10, 99:11
**ADVOCATE** [1] - 6:6
**AFFECT** [1] - 115:8
**AFFECTED** [2] - 16:1, 16:3
**AFFECTS** [2] - 58:11, 58:12
**AFFIDAVIT** [1] - 22:16
**AFRAID** [1] - 78:7
**AFTER** [2] - 22:22, 24:14, 43:11, 60:17, 70:15, 70:16, 74:13, 77:5, 77:12, 83:22, 88:15, 117:10
**AFTERWARDS** [1] - 60:25
**AGAIN** [13] - 17:19, 41:18, 53:19, 63:12, 65:4, 67:17, 70:2, 73:10, 73:14, 80:11, 84:1, 88:8, 94:20
**AGAINST** [3] - 3:14, 33:11, 64:22
**AGE** [13] - 8:12, 8:24, 10:1, 10:2, 10:12, 12:6, 12:10, 17:5, 28:23, 29:24, 30:10, 57:18, 99:13
**AGE-APPROPRIATE** [3] - 8:24, 10:2, 57:18
**AGE-WISE** [1] - 99:13
**AGED** [1] - 98:25
**AGENT** [1] - 24:25
**AGO** [3] - 5:23, 70:12, 87:17
**AGREE** [29] - 8:5, 14:15, 31:10, 32:15, 33:12, 36:23, 40:6, 42:2, 42:22, 46:18, 47:5, 54:19, 66:13, 70:22, 75:22, 88:23, 88:25, 89:5, 89:25, 91:10, 96:12, 96:16, 96:20, 97:4, 97:21, 100:8, 100:10, 101:3, 109:15
**AGREED** [2] - 37:18, 41:2
**AGREEMENTS** [2] - 22:25, 23:1
**AHEAD** [6] - 38:16, 53:19, 73:9, 79:25,

**AIDED** [1] - 1:22

**AIR** [2] - 6:6, 6:13

**ALIENATED** [1] -
53:14

**ALL** [57] - 3:1, 3:4,
6:13, 9:15, 10:3,
14:19, 15:3, 15:7,
16:25, 19:6, 20:23,
21:1, 21:25, 23:17,
24:3, 24:6, 27:9,
29:2, 33:9, 36:9,
40:12, 42:16, 45:3,
45:4, 46:6, 46:19,
46:25, 47:4, 53:1,
54:12, 62:25, 63:3,
65:11, 72:7, 75:2,
75:7, 87:20, 88:23,
91:18, 92:9, 93:20,
97:3, 99:2, 101:7,
103:2, 103:16,
104:21, 105:16,
106:15, 106:17,
107:6, 107:14,
108:5, 111:25,
113:23, 118:5,
118:17

**ALLEGEDLY** [1] -
70:10

**ALLEVIATING** [1] -
104:10

**ALLOW** [1] - 17:22

**ALLOWING** [1] -
38:11

**ALLOWS** [4] - 61:22,
98:17, 98:20

**ALMOST** [7] - 9:19,
9:20, 9:23, 11:1,
32:21, 35:6, 102:7

**ALONE** [2] - 63:18,
79:15

**ALONG** [3] - 59:16,
59:17, 61:5

**ALREADY** [3] - 38:20,
61:8, 76:2

**ALSO** [37] - 6:5, 6:12,
9:7, 12:13, 16:2,
18:23, 19:19, 26:16,
27:12, 27:13, 27:19,
30:15, 33:24, 34:16,
37:23, 39:4, 40:14,
40:16, 44:21, 49:11,
51:19, 53:10, 53:20,
55:7, 55:25, 56:7,
57:6, 57:19, 65:13,
66:20, 70:22, 71:3,
90:2, 91:5, 92:8,
105:24, 113:19

**ALTER** [1] - 104:25

**ALTERNATIVES** [2] -

3:13, 50:21

**ALTHOUGH** [5] -
10:17, 11:19, 11:20,
14:23, 50:24

**ALWAYS** [7] - 30:1,
30:2, 48:21, 48:23,
49:1, 102:7, 107:6

**AM** [46] - 4:16, 6:5,
9:22, 12:7, 18:7,
18:9, 24:12, 25:14,
26:10, 26:13, 26:25,
27:20, 28:2, 32:23,
33:3, 33:6, 35:5,
35:17, 43:19, 44:1,
48:12, 49:21, 51:12,
77:1, 78:12, 78:20,
84:5, 87:8, 87:21,
92:2, 94:13, 96:7,
98:4, 99:24, 102:22,
103:2, 106:17,
107:4, 107:6,
107:18, 108:7,
110:21, 111:24,
112:1, 114:20, 117:2

**AMENABLE** [1] - 3:12

**AMERICA** [2] - 1:3,
3:6

**AMERICAN** [2] -
49:22, 49:23

**AMITRIPTYLINE** [1] -
80:3

**AMONG** [7] - 19:10,
19:11, 33:14, 71:14,
71:15, 92:20, 95:21

**AN** [70] - 4:20, 6:16,
6:20, 8:23, 8:24,
11:3, 13:9, 13:10,
16:5, 16:19, 24:2,
25:11, 26:4, 32:7,
34:6, 34:10, 35:5,
36:6, 40:13, 41:2,
41:8, 43:11, 46:13,
48:24, 49:5, 49:15,
49:25, 50:7, 50:17,
52:11, 52:19, 53:6,
54:8, 54:9, 57:6,
57:8, 60:7, 62:15,
67:21, 68:16, 70:16,
72:8, 73:1, 73:6,
73:10, 76:15, 79:21,
83:25, 86:22, 87:6,
88:16, 94:1, 94:19,
95:4, 95:7, 95:8,
95:21, 96:12, 96:16,
98:24, 100:12,
103:9, 106:12,
106:23, 107:18,
109:16, 110:2,
112:22, 118:9

**ANALYSES** [1] - 19:5

**ANALYZE** [1] - 64:14

**AND** [414] - 3:10, 3:12,
3:16, 4:17, 5:8, 5:12,
5:14, 5:15, 5:18,
5:20, 5:25, 6:1, 6:2,
6:4, 6:12, 6:13, 7:3,
7:5, 7:14, 8:1, 8:3,
8:14, 9:8, 9:16, 9:20,
9:21, 10:10, 10:13,
10:15, 10:16, 10:19,
10:23, 11:2, 11:3,
11:4, 11:7, 11:8,
11:16, 11:21, 11:25,
12:4, 12:6, 12:11,
12:14, 12:17, 13:2,
13:11, 14:5, 14:20,
15:11, 15:16, 16:2,
16:3, 16:7, 17:2,
17:7, 17:11, 17:21,
17:23, 18:8, 18:10,
18:11, 19:10, 19:15,
19:23, 20:7, 20:10,
20:11, 20:12, 20:13,
20:15, 20:18, 20:23,
21:4, 21:10, 21:11,
21:17, 22:12, 23:5,
23:13, 23:16, 24:2,
24:25, 25:8, 25:9,
25:11, 25:16, 26:17,
26:25, 27:9, 27:12,
27:24, 28:7, 28:10,
28:13, 29:22, 29:24,
30:24, 31:5, 31:18,
31:20, 32:14, 32:16,
34:5, 34:19, 34:21,
34:23, 35:9, 36:5,
36:23, 37:2, 37:17,
37:18, 38:8, 39:5,
39:19, 40:8, 40:9,
40:25, 41:6, 41:9,
41:25, 42:21, 43:24,
44:9, 44:15, 44:18,
44:21, 44:23, 45:20,
46:3, 46:5, 46:6,
46:18, 46:19, 47:8,
48:15, 48:21, 48:25,
49:11, 49:18, 49:20,
49:23, 50:15, 50:21,
51:5, 51:8, 51:15,
51:19, 51:22, 51:25,
52:3, 52:10, 52:18,
52:21, 53:3, 53:6,
53:9, 53:11, 53:19,
53:22, 54:1, 54:3,
54:5, 54:6, 54:24,
55:7, 55:10, 55:16,
55:18, 55:19, 55:23,
56:5, 56:6, 56:9,
56:17, 56:25, 57:5,
57:6, 57:11, 57:19,
57:24, 57:25, 58:19,

58:22, 58:25, 59:6,
59:12, 59:14, 59:19,
59:24, 60:8, 60:10,
60:11, 60:12, 60:14,
60:15, 60:18, 60:19,
60:22, 60:24, 61:2,
61:10, 61:12, 61:13,
61:14, 61:21, 62:2,
62:17, 62:20, 62:24,
63:2, 63:8, 63:14,
63:15, 63:22, 64:6,
64:9, 64:12, 64:14,
64:18, 64:21, 65:5,
65:9, 65:11, 65:13,
65:16, 65:21, 65:25,
66:4, 66:10, 66:13,
66:22, 67:12, 67:15,
67:20, 67:23, 68:2,
68:5, 68:16, 68:17,
69:11, 70:2, 70:12,
70:19, 70:21, 71:2,
71:12, 71:15, 72:4,
72:7, 72:13, 72:15,
72:21, 72:22, 72:23,
73:3, 73:4, 73:9,
73:11, 73:12, 73:13,
74:2, 74:23, 75:2,
76:9, 76:13, 76:15,
76:17, 77:8, 77:12,
77:18, 77:19, 78:20,
79:13, 80:5, 80:12,
80:24, 81:1, 81:24,
82:7, 82:11, 82:12,
82:16, 82:17, 83:12,
84:1, 84:3, 84:6,
85:16, 85:24, 86:11,
86:20, 86:24, 87:3,
87:5, 87:9, 87:12,
87:16, 87:20, 87:24,
88:1, 88:13, 89:18,
89:21, 89:22, 90:5,
90:11, 90:20, 90:21,
91:3, 91:13, 91:18,
91:19, 92:23, 93:14,
94:7, 94:25, 95:4,
95:16, 95:18, 95:19,
97:10, 97:19, 97:22,
98:20, 99:2, 99:7,
99:11, 100:2, 100:6,
100:11, 101:14,
102:3, 102:14,
102:17, 102:18,
102:24, 103:10,
103:13, 103:21,
104:9, 104:12,
104:25, 105:5,
105:12, 105:20,
105:23, 105:24,
106:2, 106:7,
106:12, 106:16,
106:17, 106:19,

106:20, 107:1,
107:3, 107:4, 107:5,
107:6, 107:10,
107:12, 107:14,
107:15, 108:5,
109:6, 109:15,
109:17, 110:18,
110:24, 111:1,
112:25, 113:25,
114:3, 114:7, 115:6,
116:8, 116:19

**ANGRY** [1] - 9:6

**ANIMALS** [1] - 27:5

**ANOTHER** [11] -
31:10, 59:18, 61:3,
62:4, 62:16, 67:12,
69:11, 70:9, 78:8,
80:6, 110:13

**ANSWER** [6] - 18:9,
45:15, 81:2, 92:14,
92:24, 100:17

**ANSWERED** [2] -
38:20, 63:22

**ANSWERS** [1] -
107:14

**ANTI** [1] - 21:18

**ANTIDEPRESSANT**
[1] - 84:6

**ANTIDEPRESSANTS**
[2] - 80:7, 80:13

**ANTIDEPRESSION**
[1] - 84:4

**ANTISOCIAL** [3] -
13:6, 33:20, 58:18

**ANXIETY** [9] - 9:14,
11:14, 53:24, 78:11,
78:17, 81:24, 82:14,
84:6, 85:20

**ANY** [39] - 6:7, 6:17,
7:5, 8:17, 10:5,
16:18, 19:9, 22:13,
22:25, 23:3, 27:2,
37:15, 37:16, 37:19,
37:20, 45:6, 50:20,
52:5, 57:12, 59:10,
62:2, 64:12, 68:6,
69:18, 71:21, 80:13,
85:14, 97:25, 98:10,
101:8, 101:13,
102:22, 103:3,
106:21, 108:2,
110:5, 112:2,
116:18, 117:25

**ANYBODY** [4] - 30:19,
38:6, 38:7, 114:17

**ANYONE** [4] - 24:25,
70:14, 89:16, 106:8

**ANYTHING** [8] -
36:10, 52:3, 66:16,
72:5, 78:23, 117:22,

118:2, 118:12
**ANYWAY** [2] - 51:3, 73:17
**ANYWHERE** [1] - 22:13
**APART** [2] - 21:4, 106:16
**APPARENTLY** [1] - 88:24
**APPEAR** [3] - 51:13, 51:15, 67:21
**APPEARANCES** [2] - 1:13, 2:1
**APPETITE** [1] - 78:18
**APPLY** [1] - 117:13
**APPRECIATION** [5] - 12:23, 12:25, 64:7, 64:8, 69:25
**APPROACH** [1] - 99:19
**APPROPRIATE** [8] - 8:24, 10:2, 21:6, 37:25, 57:17, 57:18, 66:24
**APPROPRIATELY** [2] - 63:17, 104:12
**APPROVED** [1] - 4:20
**APPROVING** [1] - 10:9
**APPROXIMATELY** [2] - 43:22, 50:4
**ARE** [165] - 3:7, 3:13, 7:11, 7:13, 7:18, 8:19, 9:1, 9:3, 9:7, 9:12, 9:13, 9:24, 12:8, 12:9, 13:5, 13:14, 15:3, 19:22, 21:14, 23:2, 23:20, 23:22, 25:12, 26:6, 26:9, 27:18, 29:1, 30:14, 30:20, 30:21, 31:6, 32:6, 32:25, 33:1, 33:3, 33:19, 33:23, 34:2, 34:4, 34:16, 37:1, 38:3, 39:1, 39:9, 39:13, 39:21, 40:12, 40:13, 40:14, 40:15, 40:23, 41:24, 41:25, 42:8, 42:9, 42:16, 43:9, 43:17, 43:24, 48:11, 49:5, 49:19, 50:25, 53:12, 54:21, 56:20, 57:2, 57:4, 57:5, 57:7, 57:11, 57:20, 63:3, 64:10, 64:18, 64:19, 65:1, 65:2, 65:7, 65:16, 65:17, 66:18, 66:20, 66:23, 66:24, 67:10, 67:15, 67:22, 68:4, 68:5, 68:7, 70:17, 70:21, 72:8, 72:16, 72:19, 73:1, 73:3, 73:10, 73:11, 74:19, 75:4, 82:18, 82:19, 83:7, 86:10, 86:11, 88:8, 88:11, 88:14, 89:4, 89:6, 89:20, 90:14, 90:19, 91:17, 92:10, 92:12, 92:22, 93:21, 93:22, 94:21, 95:14, 95:17, 95:24, 95:25, 96:5, 96:20, 97:1, 97:2, 97:4, 100:21, 101:17, 102:6, 102:9, 102:15, 102:17, 104:15, 105:4, 105:19, 105:21, 106:1, 107:5, 107:6, 107:12, 108:21, 110:16, 110:21, 110:22, 111:8, 111:18, 113:5, 113:6, 114:16, 116:16, 116:25
**AREA** [1] - 98:22
**AREAS** [3] - 6:2, 65:17, 75:25
**AREN'T** [2] - 90:20, 90:25
**ARGUE** [1] - 64:22
**ARGUED** [1] - 98:23
**ARGUMENT** [2] - 58:18, 118:10
**AROUND** [6] - 19:24, 39:8, 45:1, 50:5, 53:9, 76:15
**AROUSAL** [1] - 104:12
**AROUSED** [1] - 36:17
**ARRANGEMENTS** [1] - 110:6
**ARRESTED** [1] - 70:7
**ARRIVAL** [1] - 77:6
**ARRIVED** [1] - 52:2
**ARTICLES** [2] - 6:1
**ARTS** [1] - 5:5
**AS** [101] - 3:11, 3:18, 4:20, 5:21, 6:16, 6:20, 7:18, 7:19, 10:10, 10:12, 10:17, 11:7, 11:9, 11:11, 11:21, 12:10, 12:20, 14:2, 14:13, 14:16, 14:23, 15:13, 21:15, 22:5, 25:12, 26:18, 27:6, 30:4, 30:6, 30:8, 30:12, 30:25, 31:14, 32:3, 37:18, 40:2, 40:18, 40:24, 48:22, 48:23, 48:25, 49:22, 49:25, 50:7, 50:22, 51:22, 52:7, 53:15, 55:1, 55:5, 55:21, 57:23, 59:14, 59:25, 60:13, 61:9, 61:24, 62:8, 62:23, 63:18, 64:4, 64:23, 65:1, 65:20, 66:7, 67:5, 67:7, 68:3, 68:20, 68:21, 69:4, 72:14, 74:9, 77:8, 79:2, 81:19, 89:14, 89:22, 89:24, 90:6, 90:9, 90:12, 94:23, 96:4, 98:15, 98:23, 100:1, 100:23, 104:4, 106:3, 106:8, 109:19, 113:16, 113:20, 114:17
**ASD** [29] - 8:4, 8:22, 16:19, 69:19, 71:13, 89:21, 90:4, 90:13, 90:17, 91:17, 92:1, 92:6, 92:10, 92:11, 92:19, 94:12, 96:12, 96:16, 96:20, 97:11, 97:23, 97:25, 98:10, 100:2, 100:13, 101:4, 101:13, 101:15, 102:17
**ASD'S** [1] - 100:23
**ASK** [6] - 6:7, 48:1, 86:5, 90:16, 97:12, 112:5
**ASKED** [13] - 4:9, 11:15, 26:4, 40:6, 51:6, 56:7, 63:22, 79:9, 79:13, 88:5, 98:6, 100:5, 101:12
**ASKING** [10] - 12:17, 14:2, 33:3, 77:16, 86:6, 86:9, 90:14, 100:7, 114:1, 114:20
**ASPECT** [2] - 11:25, 29:14
**ASPECTS** [3] - 23:6, 25:6, 29:1
**ASPERGER** [1] - 66:19
**ASPERGER'S** [4] - 7:19, 7:20, 8:6, 21:17
**ASSAULTED** [1] - 26:18
**ASSESSMENT** [7] - 8:4, 19:2, 20:3, 35:5, 35:7, 53:10, 88:16
**ASSIGNMENT** [1] - 81:21
**ASSIST** [2] - 50:21, 54:10
**ASSISTANT** [1] - 1:14
**ASSISTS** [1] - 54:3
**ASSOCIATED** [2] - 38:9, 72:19
**ASSUME** [2] - 84:22, 100:3
**ASSUMING** [3] - 4:16, 70:15, 117:10
**ASSUMPTION** [2] - 37:18, 47:1
**AT** [74] - 6:3, 7:8, 7:23, 8:21, 8:22, 10:11, 10:12, 14:17, 14:18, 17:1, 17:11, 17:17, 18:10, 18:13, 18:22, 19:5, 19:16, 19:23, 21:14, 21:20, 22:9, 26:20, 28:5, 37:5, 39:1, 42:5, 42:7, 42:25, 43:8, 48:13, 48:24, 49:20, 51:6, 51:25, 52:7, 54:20, 56:1, 57:12, 65:11, 68:16, 69:11, 69:12, 77:3, 77:18, 79:6, 80:5, 82:6, 82:22, 83:2, 83:12, 84:7, 84:9, 85:13, 87:16, 87:23, 93:14, 93:25, 94:24, 97:3, 99:1, 104:15, 104:21, 105:8, 106:20, 108:3, 109:10, 111:12, 111:16, 111:20, 117:12
**ATKINS** [18] - 3:16, 3:20, 3:22, 4:1, 4:5, 22:5, 24:10, 29:13, 39:20, 41:11, 42:14, 44:24, 51:7, 66:10, 76:23, 88:1, 90:1, 119:10
**ATKINS'** [1] - 58:18
**ATKINS'S** [3] - 53:16, 66:3, 75:18
**ATTACHED** [1] - 49:12
**ATTACK** [1] - 82:21
**ATTACKS** [5] - 17:20, 78:11, 81:24, 82:17, 82:19
**ATTEMPTS** [1] - 108:2
**ATTEND** [2] - 102:6, 102:7
**ATTENTION** [1] - 108:25
**ATTORNEYS** [2] - 1:14, 51:23
**ATTRACTED** [4] - 56:6, 57:21, 60:20, 100:9
**ATTRACTION** [23] - 55:13, 55:17, 55:25, 57:8, 57:17, 97:9, 97:13, 97:19, 97:22, 98:3, 99:10, 100:1, 100:3, 100:8, 100:20, 100:21, 102:18, 102:25, 104:10, 114:3, 115:7, 116:3
**ATTRACTIONS** [1] - 104:8
**ATTRIBUTE** [1] - 32:22
**ATTRIBUTED** [1] - 11:16
**ATTRIBUTING** [1] - 16:14
**ATYPICAL** [1] - 12:14
**AUGUST** [1] - 4:18
**AUTHOR** [1] - 44:19
**AUTHORED** [2] - 51:19, 106:12
**AUTHORS** [1] - 41:1
**AUTISM** [56] - 6:2, 7:10, 7:11, 7:22, 7:25, 8:21, 9:9, 9:23, 12:20, 13:12, 15:25, 16:6, 18:4, 21:5, 21:18, 32:20, 33:25, 37:23, 38:9, 53:13, 54:16, 55:5, 57:12, 57:15, 57:16, 57:22, 58:21, 62:3, 62:14, 62:19, 62:23, 62:25, 63:7, 63:11, 63:16, 64:11, 64:21, 64:25, 65:7, 65:12, 65:21, 65:23, 66:19, 67:9, 67:11, 68:22, 69:10, 92:20, 97:18, 98:4, 99:9, 100:9, 101:24, 102:10, 102:24, 103:7
**AVAILABLE** [9] - 20:24, 35:23, 37:23, 45:18, 55:19, 93:14, 101:17, 105:4, 109:13
**AVERAGE** [9] - 18:14, 18:22, 19:4, 20:1, 53:8, 95:5, 95:7, 95:8, 95:21
**AVOID** [3] - 68:5, 80:22, 104:14
**AWAKING** [1] - 20:7
**AWARE** [33] - 8:10,

19:15, 21:8, 25:12, 26:9, 26:13, 27:12, 27:13, 27:19, 28:2, 31:6, 32:6, 41:24, 41:25, 42:12, 42:15, 43:9, 43:17, 43:19, 43:24, 56:5, 70:8, 70:11, 72:3, 73:13, 94:13, 102:22, 103:3, 110:22, 111:24, 112:1, 113:5, 116:19

**AWARENESS** [4] - 13:10, 13:11, 64:5, 71:23

**AWAY** [2] - 73:21, 111:9

**AWKWARDNESS** [1] - 91:2

# B

**BACHELOR'S** [2] - 5:4, 49:17

**BACK** [10] - 5:23, 6:24, 17:18, 27:15, 32:21, 52:22, 79:8, 80:4, 83:22, 87:16

**BACKDROP** [1] - 3:14

**BACKGROUND** [4] - 5:2, 40:17, 49:16

**BAD** [1] - 82:9

**BADLY** [2] - 59:3, 59:7

**BANGING** [1] - 17:11

**BARRIER** [2] - 11:7, 11:9

**BASE** [1] - 24:5

**BASED** [16] - 54:8, 54:12, 56:2, 76:25, 88:19, 92:23, 93:19, 94:23, 95:12, 96:1, 99:2, 103:9, 103:11, 107:17, 107:21, 110:4

**BASIC** [1] - 105:23

**BASICALLY** [4] - 54:3, 54:21, 61:11, 61:19

**BASIS** [2] - 16:13, 111:11

**BE** [130] - 3:2, 3:17, 6:20, 8:11, 9:5, 9:25, 10:6, 10:16, 10:19, 11:2, 11:3, 11:4, 11:6, 11:11, 11:13, 11:17, 12:16, 12:17, 12:18, 14:13, 14:24, 17:24, 18:24, 21:2, 21:5, 21:7, 21:9, 21:21, 29:23, 30:19, 31:21, 33:11, 34:6,

34:16, 35:6, 37:11, 37:25, 39:7, 41:5, 41:6, 42:8, 42:9, 42:25, 45:1, 47:11, 48:20, 50:24, 51:1, 51:6, 52:18, 53:13, 54:16, 55:22, 57:14, 57:21, 58:23, 58:24, 60:7, 61:22, 62:15, 63:13, 63:15, 64:24, 67:4, 68:16, 70:2, 72:17, 72:19, 75:13, 77:20, 78:7, 79:10, 79:15, 80:22, 81:5, 81:8, 81:12, 82:7, 83:19, 83:20, 84:1, 88:16, 89:16, 89:19, 89:23, 90:6, 90:17, 91:13, 91:16, 91:20, 93:8, 94:4, 94:8, 94:15, 96:11, 96:12, 98:17, 98:22, 101:18, 102:4, 109:16, 110:5, 110:13, 110:25, 111:1, 111:5, 111:16, 111:20, 113:20, 114:2, 114:3, 114:17, 114:22, 115:8, 115:21, 116:4, 116:9, 116:14, 116:16, 116:18, 116:21, 117:8, 117:12, 117:16, 118:7

**BEAR** [1] - 42:8

**BECAME** [3] - 5:9, 9:18, 73:13

**BECAUSE** [48] - 5:12, 9:12, 9:21, 13:9, 17:12, 25:19, 26:4, 26:11, 27:17, 28:25, 29:22, 29:23, 30:3, 35:7, 38:10, 41:12, 41:21, 43:13, 51:5, 52:17, 52:23, 59:21, 62:15, 62:19, 64:21, 68:1, 73:7, 75:19, 77:20, 78:1, 78:3, 78:7, 79:14, 81:5, 84:16, 86:11, 88:3, 89:23, 91:20, 92:1, 96:5, 96:7, 98:19, 100:9, 108:24, 109:18, 114:21, 116:11

**BECK** [3] - 67:13, 67:18, 67:24

**BECOME** [3] - 70:11,

94:1, 116:18

**BECOMES** [1] - 46:14

**BED** [1] - 46:6

**BEEN** [37] - 4:12, 4:20, 5:25, 6:9, 7:20, 8:6, 8:14, 19:7, 19:13, 20:4, 20:11, 39:23, 40:24, 40:25, 42:25, 43:21, 44:1, 44:2, 44:3, 48:18, 48:21, 49:2, 50:7, 59:21, 61:9, 69:4, 72:16, 72:19, 74:18, 74:20, 77:13, 83:9, 85:2, 95:9, 109:25, 111:15

**BEFORE** [17] - 1:10, 23:14, 23:25, 25:1, 27:9, 50:2, 66:25, 70:5, 70:6, 70:7, 70:8, 83:18, 96:3, 105:12, 108:1, 108:3, 111:19

**BEGAN** [3] - 10:10, 48:23, 99:1

**BEGINNING** [1] - 111:21

**BEHALF** [3] - 5:14, 5:25, 43:4

**BEHAVE** [1] - 82:24

**BEHAVIOR** [45] - 3:11, 8:1, 13:7, 16:3, 16:4, 17:19, 21:22, 53:17, 53:18, 53:19, 53:20, 56:25, 58:24, 60:1, 60:5, 61:1, 61:18, 61:25, 62:18, 64:6, 64:7, 64:9, 68:20, 69:21, 69:23, 70:1, 70:18, 71:22, 71:25, 72:1, 72:6, 72:14, 73:3, 73:4, 73:6, 73:14, 74:13, 75:1, 82:22, 94:20, 95:18, 101:5, 104:6, 104:15, 106:2

**BEHAVIORAL** [1] - 93:19

**BEHAVIORS** [13] - 9:8, 12:8, 17:3, 17:10, 20:17, 64:22, 68:22, 69:2, 74:21, 91:5, 96:17, 98:18

**BEHIND** [2] - 67:1, 67:3

**BEING** [28] - 5:19, 11:20, 16:15, 18:5, 26:18, 30:6, 30:8, 30:18, 41:4, 56:6, 59:9, 60:20, 64:23, 65:10, 68:7, 72:3,

74:1, 79:9, 81:7, 86:5, 86:9, 86:17, 88:12, 94:8, 95:15, 96:18, 97:3

**BEINGS** [1] - 11:8

**BELIEVE** [37] - 31:16, 31:17, 31:22, 44:14, 52:17, 56:11, 60:1, 60:4, 60:10, 63:4, 65:4, 65:8, 66:16, 66:23, 68:9, 69:8, 69:17, 73:25, 76:11, 80:3, 81:6, 81:22, 86:17, 89:17, 90:8, 90:15, 91:3, 91:5, 98:2, 98:12, 98:23, 99:7, 99:8, 99:10, 100:19, 110:11, 112:18

**BELIEVED** [4] - 29:23, 36:4, 60:7, 68:16

**BENEFIT** [4] - 17:23, 20:23, 105:1, 110:14

**BESIDES** [1] - 6:10

**BEST** [8] - 36:17, 42:1, 42:6, 42:13, 44:25, 60:14, 60:15, 92:24

**BETTER** [9] - 10:8, 21:8, 63:15, 65:4, 83:17, 83:18, 83:19, 94:4, 104:21

**BETWEEN** [5] - 11:7, 72:21, 97:18, 102:24, 105:5

**BEYOND** [1] - 63:8

**BIAS** [1] - 51:14

**BIG** [2] - 72:25, 114:5

**BIGGEST** [1] - 62:12

**BIT** [3] - 28:25, 69:24, 93:13

**BITING** [2] - 85:10, 85:16

**BLACKMAILED** [1] - 96:13

**BLOOD** [1] - 78:15

**BLURRED** [1] - 72:21

**BOARD** [2] - 49:21, 49:22

**BODY** [3] - 39:20, 40:3, 40:7

**BOOKLET** [1] - 107:14

**BOP** [1] - 94:11

**BOTH** [14] - 5:21, 16:6, 36:5, 39:19, 49:19, 51:22, 55:17, 66:24, 68:17, 69:14, 85:18, 99:11, 100:21, 113:15

**BOTHERED** [1] -

74:1, 79:9, 81:7, 86:5, 86:9, 86:17, 88:12, 94:8, 95:15, 96:18, 97:3

**BOUND** [1] - 26:17

**BOXES** [1] - 64:13

**BOY** [1] - 99:6

**BREAK** [2] - 75:10, 93:1

**BREAKING** [1] - 104:13

**BRIEF** [2] - 97:7, 110:6

**BRIEFLY** [1] - 45:22

**BRING** [3] - 35:24, 36:2, 109:12

**BROAD** [1] - 101:22

**BROTHER** [1] - 61:16

**BROUGHT** [5] - 15:13, 15:15, 36:6, 42:8, 74:14

**BUDDY** [1] - 89:17

**BULK** [1] - 107:7

**BULLIED** [2] - 86:5, 86:9

**BULLYING** [3] - 85:22, 85:24, 86:2

**BUNK** [1] - 79:10

**BUREAU** [18] - 3:17, 43:9, 44:10, 48:13, 48:15, 48:18, 71:3, 71:11, 93:13, 101:12, 101:15, 102:3, 102:14, 105:16, 109:25, 110:17, 112:1, 113:25

**BURT** [1] - 22:23

**BURTON** [1] - 2:2

**BUSINESS** [4] - 10:25, 14:1, 28:5, 92:8

**BUT** [122] - 5:23, 7:21, 7:22, 7:24, 9:22, 10:12, 12:3, 12:13, 12:20, 12:25, 13:9, 14:16, 15:8, 15:19, 17:24, 18:23, 19:25, 23:1, 23:9, 24:14, 27:13, 29:1, 29:20, 30:1, 30:10, 30:14, 31:21, 32:2, 32:25, 33:9, 33:23, 34:12, 35:4, 35:16, 36:12, 37:3, 37:6, 39:3, 39:4, 40:5, 40:13, 42:6, 44:5, 44:7, 47:6, 49:1, 52:5, 52:7, 52:25, 54:7, 54:12, 54:25, 55:18, 56:3, 57:2, 57:4, 57:20, 59:11, 59:15, 60:9, 60:16, 61:6, 61:13, 62:23, 62:25,

64:15, 66:21, 67:6, 69:16, 70:4, 70:8, 70:10, 72:18, 73:12, 73:16, 74:12, 74:13, 74:23, 76:10, 76:25, 78:6, 79:18, 80:4, 80:11, 82:3, 83:20, 84:5, 86:4, 87:3, 88:13, 88:14, 89:5, 89:10, 91:5, 91:10, 91:20, 93:2, 94:1, 96:3, 101:23, 101:25, 102:13, 103:3, 104:22, 104:23, 105:4, 105:8, 106:2, 106:24, 107:6, 107:7, 107:18, 108:6, 108:13, 108:14, 108:15, 110:2, 110:14, 114:13, 114:17, 114:25, 117:15

**BUTLER** [1] - 40:25

**BY** [125] - 1:22, 1:22, 3:25, 4:19, 6:8, 6:10, 6:23, 8:10, 16:5, 16:17, 16:23, 18:21, 22:4, 23:5, 23:9, 25:18, 25:23, 26:5, 28:24, 29:3, 29:12, 31:17, 31:22, 33:8, 33:22, 35:10, 35:15, 36:8, 36:17, 36:22, 37:6, 38:18, 38:23, 40:11, 41:19, 43:3, 43:7, 43:16, 44:10, 44:16, 44:18, 45:9, 46:10, 47:13, 48:10, 48:11, 48:12, 48:18, 49:21, 50:11, 50:13, 51:4, 51:12, 55:6, 55:10, 55:13, 58:9, 59:1, 62:7, 63:24, 67:20, 69:1, 69:4, 69:15, 71:1, 71:9, 73:6, 74:15, 74:20, 75:17, 76:9, 77:13, 78:3, 78:5, 78:7, 80:1, 83:11, 83:16, 84:3, 84:14, 84:25, 85:2, 86:19, 87:9, 87:25, 91:23, 92:18, 93:11, 96:13, 96:18, 96:21, 97:8, 97:20, 99:15, 99:21, 101:2, 101:11, 101:18, 103:5, 103:19, 106:12, 106:23, 107:24, 109:3, 109:21, 110:8,
111:4, 111:13, 112:8, 113:4, 113:18, 113:20, 114:19, 115:5, 115:12, 115:23, 115:25, 116:7, 117:6, 119:11, 119:12, 119:14, 119:15

# C

**C-H-A-N-N-E-L-L** [1] - 48:6

**CABLE** [1] - 33:4

**CALL** [3] - 3:7, 3:16, 55:25, 67:5, 82:11, 95:16

**CALLED** [10] - 6:9, 8:6, 15:15, 22:16, 37:17, 54:2, 54:9, 82:13, 82:15, 95:1

**CALLS** [1] - 105:25

**CAME** [5] - 52:14, 52:16, 53:22, 70:12, 110:11

**CAMP** [1] - 49:12

**CAN** [44] - 4:3, 4:4, 8:18, 13:22, 14:17, 21:5, 24:6, 34:16, 35:22, 36:9, 37:25, 40:3, 45:20, 46:1, 46:18, 49:3, 56:2, 60:3, 63:2, 79:2, 81:2, 83:5, 84:22, 86:3, 88:12, 89:17, 91:1, 92:14, 92:24, 93:1, 93:17, 96:11, 98:8, 99:18, 102:6, 102:7, 103:1, 103:2, 104:14, 109:14, 110:2, 112:5, 115:13, 116:1

**CAN'T** [7] - 15:19, 23:12, 59:15, 70:2, 87:14, 106:25, 107:8

**CANNOT** [3] - 103:4, 104:22, 114:6

**CAPABLE** [8] - 7:22, 11:20, 32:25, 33:3, 53:18, 65:4, 71:19

**CAPACITY** [2] - 68:2, 101:25

**CAPTURE** [2] - 66:19, 66:20

**CARE** [3] - 13:11, 13:15, 105:18

**CAREFULLY** [1] - 47:11

**CARRYING** [1] - 60:24

**CASE** [31] - 1:3, 8:17, 14:18, 22:14, 23:7, 24:23, 25:2, 37:7, 46:20, 47:3, 47:12, 47:15, 50:10, 51:19, 51:23, 55:7, 55:16, 57:4, 59:24, 64:19, 64:24, 66:23, 69:3, 73:7, 73:8, 73:12, 78:6, 111:22, 111:24, 113:6, 113:12

**CASES** [5] - 6:13, 8:19, 30:3, 56:24, 57:1

**CATALOGUED** [1] - 9:16

**CATALOGUING** [1] - 9:11

**CATEGORICAL** [1] - 96:4

**CATEGORIZATION** [1] - 65:9

**CAUGHT** [3] - 40:15, 59:21, 73:8

**CAUSAL** [2] - 97:18, 102:24

**CAUSE** [2] - 22:16, 69:13, 72:18

**CAUSED** [1] - 74:22

**CAUSING** [2] - 9:5

**CELL** [5] - 44:10, 77:19, 77:21, 78:20, 83:2

**CENTER** [5] - 17:1, 48:13, 48:24, 49:5, 83:4

**CERTAIN** [4] - 35:6, 63:2, 72:1, 72:2

**CERTAINLY** [8] - 26:25, 35:22, 37:14, 42:23, 65:12, 84:18, 102:13, 102:18

**CERTAINTY** [1] - 75:5

**CERTIFIED** [2] - 49:21, 50:7

**CERTIFY** [1] - 119:1

**CHAIRS** [1] - 47:24

**CHANCE** [1] - 10:9

**CHANGE** [2] - 65:11, 115:7

**CHANGED** [1] - 44:5

**CHANGES** [1] - 106:20

**CHANGING** [1] - 104:10

**CHANNEL'S** [6] - 14:12, 15:18, 15:22, 18:13, 22:22, 36:6

**CHANNELL** [18] -
3:17, 7:14, 8:5, 14:10, 19:5, 22:9, 48:2, 48:3, 48:5, 48:11, 51:5, 75:2, 75:18, 93:12, 112:9, 115:13, 115:24, 119:13

**CHARACTER** [1] - 30:8

**CHARACTERISTIC** [3] - 62:25, 65:12, 90:17

**CHARACTERISTICS** [7] - 53:12, 53:21, 56:3, 60:6, 64:10, 64:16, 65:2

**CHARACTERIZATION** [3] - 25:3, 29:4, 63:19

**CHARACTERIZATIONS** [2] - 23:18, 65:8

**CHARACTERIZE** [5] - 55:4, 64:13, 69:9, 74:9, 100:22

**CHARACTERIZED** [3] - 26:14, 55:13, 97:16

**CHARGE** [2] - 113:10, 113:11

**CHARGED** [2] - 11:25, 13:19

**CHARGES** [6] - 4:10, 14:8, 23:3, 70:10, 113:5, 113:9

**CHARTS** [1] - 61:4

**CHAT** [3] - 11:23, 17:9, 100:11

**CHATS** [13] - 15:5, 23:16, 23:20, 23:21, 23:22, 23:24, 24:16, 24:17, 26:1, 30:10, 31:19, 32:3, 57:5

**CHATTED** [1] - 56:4

**CHATTING** [4] - 10:23, 11:5, 30:19, 60:8

**CHECK** [1] - 106:16

**CHESTNUT** [1] - 1:15

**CHILD** [44] - 9:15, 13:20, 13:24, 14:2, 17:5, 17:6, 19:12, 19:17, 19:18, 19:21, 19:23, 25:12, 25:16, 27:14, 27:18, 27:25, 29:7, 31:11, 33:11, 38:25, 39:5, 39:10, 39:16, 39:19, 39:22, 40:15, 41:22, 56:22, 56:24, 61:9, 68:18, 70:11, 73:8, 87:19, 89:19, 92:9, 92:12, 92:22, 99:3, 112:21, 112:22, 112:23,
112:25

**CHILDHOOD** [1] - 85:21

**CHILDREN** [36] - 14:23, 20:11, 26:7, 26:12, 26:17, 27:6, 28:4, 28:16, 29:24, 34:7, 34:10, 55:14, 55:17, 55:23, 55:25, 56:1, 56:14, 56:19, 57:2, 57:9, 57:21, 72:24, 97:10, 97:13, 97:19, 97:22, 98:3, 98:24, 98:25, 99:11, 100:1, 102:18, 102:25, 115:8, 116:3

**CHOICE** [1] - 71:20

**CHOSE** [1] - 27:7

**CHRONIC** [1] - 49:7

**CHRONICLE** [1] - 47:11

**CHRONOLOGICAL** [1] - 17:5

**CHRONOLOGY** [1] - 47:8

**CIRCUMSTANCE** [1] - 110:4

**CLASS** [1] - 46:3

**CLASSES** [1] - 85:2

**CLASSICAL** [1] - 62:3

**CLASSIFIED** [3] - 14:13, 59:25, 70:3

**CLASSIFY** [5] - 55:1, 61:24, 68:20, 69:2, 75:3

**CLEAR** [12] - 15:11, 18:4, 23:2, 24:22, 49:14, 57:11, 61:3, 65:1, 77:1, 81:3, 102:17, 114:16

**CLEARANCE** [1] - 52:17

**CLEARED** [1] - 52:18

**CLEARLY** [4] - 29:2, 31:15, 32:10, 70:3

**CLIENT** [1] - 94:14

**CLIENT'S** [1] - 94:7

**CLINICAL** [6] - 5:5, 5:7, 5:16, 5:17, 5:24, 49:21

**CLOSE** [2] - 39:11, 45:2

**CLOSER** [1] - 12:10

**CO** [1] - 106:12

**CO-AUTHORED** [1] - 106:12

**COGNITIVE** [1] - 93:19

**COHESIVE** [1] - 93:20

**COHORTS** [1] -

105:15

COLLATERAL [2] - 54:8, 56:12

COLLEAGUE [1] - 21:11

COLLECT [1] - 27:7

COLLECTING [5] - 9:10, 27:14, 46:12, 65:9, 99:3

COLLECTION [10] - 9:15, 25:11, 25:15, 26:2, 26:7, 26:11, 26:16, 27:3, 29:7

COLLECTIONS [1] - 9:17

COMBINATION [1] - 26:1

COME [5] - 4:8, 18:7, 20:10, 21:11, 44:21

COMFORT [1] - 17:23

COMFORTABLE [4] - 51:6, 61:21, 90:17, 90:20

COMING [1] - 45:1

COMMENT [1] - 84:23

COMMENTED [1] - 92:3

COMMENTS [1] - 67:15

COMMISSARY [1] - 78:22

COMMISSION [6] - 11:16, 11:17, 11:19, 11:21, 14:7, 29:21

COMMIT [5] - 13:3, 13:4, 13:5, 31:25, 38:11

COMMITS [1] - 38:7

COMMITTED [2] - 39:19, 59:4

COMMON [3] - 71:14, 92:7, 92:8

COMMONLY [1] - 36:24

COMMUNICATING [1] - 25:7

COMMUNICATION [1] - 65:20

COMMUNICATIONS [2] - 56:25, 66:1

COMMUNITY [4] - 21:20, 116:9, 116:20, 117:12

COMPANY [1] - 82:25

COMPARABLE [1] - 89:20

COMPARE [1] - 95:11

COMPARED [3] - 95:22, 96:16, 112:16

COMPARING [1] - 96:5

COMPLAINANTS [1] - 87:20

COMPLAINT [1] - 87:23

COMPLETE [3] - 9:17, 41:5, 41:6

COMPLETED [1] - 117:14

COMPLETELY [3] - 41:9, 66:19, 67:20

COMPLETES [2] - 94:3, 94:16

COMPLETION [1] - 94:21

COMPLICATED [2] - 100:23, 100:24

COMPLY [1] - 116:20

COMPONENT [1] - 37:19

COMPONENTS [2] - 37:16, 37:17

COMPREHENSIVE [2] - 15:23, 47:7

COMPROMISED [1] - 17:16

COMPULSIONS [1] - 9:8

COMPUTER [5] - 1:22, 1:22, 27:25, 73:13, 73:21

COMPUTER-AIDED [1] - 1:22

COMPUTERS [1] - 70:12

CONCEPT [1] - 109:15

CONCEPTS [1] - 64:23

CONCERN [2] - 13:8, 109:18

CONCERNS [1] - 17:18

CONCLUDED [1] - 88:20

CONCLUDES [2] - 118:5, 118:17

CONCLUSION [3] - 21:12, 79:2, 95:4

CONCUR [1] - 7:14

CONDITION [8] - 3:10, 11:15, 16:3, 17:4, 18:10, 50:22, 63:4, 104:23

CONDITIONS [3] - 53:3, 63:1, 116:9

CONDUCT [8] - 25:8, 35:5, 98:1, 98:11, 98:13, 100:23, 107:7, 108:13

CONDUCTED [4] - 36:13, 76:9, 106:23, 107:10

CONFINEMENT [1] - 21:21

CONFIRMATION [1] - 16:4

CONFORM [1] - 21:22

CONJECTURE [1] - 86:4

CONNECTION [3] - 30:12, 100:12, 100:20

CONSEQUENCE [5] - 74:1, 74:7, 74:10, 74:12

CONSEQUENCES [5] - 20:6, 55:15, 73:12, 73:20, 104:14

CONSIDERED [4] - 10:16, 50:25, 95:14, 113:20

CONSISTENCY [1] - 17:21

CONSISTENT [4] - 53:12, 53:21, 62:13, 100:13

CONSISTENTLY [3] - 11:1, 90:8, 100:11

CONSULTANT [1] - 6:5

CONTACT [18] - 15:7, 19:19, 19:24, 39:6, 39:19, 40:1, 40:16, 41:9, 52:6, 57:6, 61:10, 68:17, 108:10, 112:25, 113:3, 113:17, 113:20

CONTACTED [1] - 60:10

CONTACTS [2] - 61:12, 108:15

CONTAIN [1] - 23:3

CONTAINED [4] - 23:18, 24:9, 36:5, 36:10

CONTAINS [1] - 47:4

CONTENTS [1] - 46:6

CONTINUE [5] - 11:23, 73:9, 93:9, 116:2, 116:19

CONTINUED [4] - 2:1, 10:12, 81:9, 85:24

CONTRAINDICATE [1] - 55:20

CONTRARY [1] - 110:1

CONTRIBUTE [2] - 97:25, 98:11

CONTRIBUTED [3] -

16:8, 69:14, 98:13

CONTRIBUTION [2] - 100:17, 100:19

CONTROL [6] - 17:23, 69:22, 71:22, 72:6, 96:21, 106:2

CONTROLLED [1] - 9:11

CONTROLLING [1] - 71:20

CONTROVERSIAL [1] - 37:2

CONTROVERSY [1] - 36:18

CONVENTIONS [4] - 11:2, 89:18, 91:18, 116:15

CONVERSATION [2] - 60:24, 81:17

CONVERSATIONS [4] - 55:24, 80:14, 81:20, 100:12

CONVERSE [1] - 51:8

CONVICTED [1] - 39:22

CONVICTIONS [2] - 19:18

COOKED [2] - 84:17, 84:18

COPE [2] - 72:15, 78:8

COPING [1] - 43:21

COPY [1] - 51:22

CORRECT [97] - 22:7, 22:8, 22:14, 23:3, 23:4, 23:7, 23:17, 24:19, 24:24, 25:2, 25:9, 25:10, 26:9, 27:22, 28:1, 28:13, 28:14, 28:16, 29:16, 29:24, 30:2, 30:4, 30:22, 32:12, 34:1, 34:7, 34:15, 34:20, 34:23, 36:13, 36:14, 36:17, 36:24, 37:7, 37:13, 37:14, 38:3, 38:13, 39:3, 39:10, 40:20, 41:14, 42:16, 43:13, 43:22, 44:8, 44:13, 44:16, 46:16, 50:11, 51:1, 51:9, 51:16, 51:20, 52:12, 53:4, 54:17, 55:1, 55:9, 56:19, 57:13, 57:21, 57:25, 58:4, 59:25, 66:11, 68:10, 68:14, 68:15, 69:19, 74:17, 78:12, 85:22, 85:25, 87:8, 87:22, 88:21, 89:12, 89:16, 91:9, 99:14, 100:13,

101:15, 102:15, 103:8, 103:14, 104:18, 105:9, 105:10, 106:13, 107:10, 112:10, 113:21, 114:4, 114:22, 117:9, 119:1

CORRECTLY [3] - 56:18, 86:18, 98:5

CORRELATED [1] - 72:17

CORROBORATION [1] - 16:5

COSTUME [5] - 10:25, 11:7, 11:12, 30:7, 89:18

COSTUMES [2] - 11:3, 90:5

COULD [17] - 14:19, 20:20, 21:21, 31:1, 56:14, 58:24, 69:13, 71:22, 78:8, 81:15, 82:10, 82:11, 96:12, 96:17, 99:24, 110:3, 110:23

COULDN'T [1] - 92:12

COUNSEL [3] - 1:16, 2:4, 3:4

COUNT [1] - 87:19

COUNTERINTUITIVE [1] - 81:22

COUNTING [1] - 87:19

COUNTS [1] - 87:18

COUPLE [2] - 5:1, 21:19

COURSE [7] - 19:10, 20:7, 22:23, 25:19, 35:9, 44:12, 114:20

COURT [139] - 1:1, 1:18, 3:2, 3:5, 5:13, 6:17, 6:20, 7:6, 16:13, 16:16, 16:22, 18:20, 20:13, 22:1, 25:22, 28:20, 29:6, 29:10, 33:7, 33:16, 35:11, 35:18, 35:20, 35:23, 35:24, 36:2, 36:20, 38:16, 38:20, 40:8, 41:17, 42:4, 43:2, 43:6, 43:15, 45:6, 46:5, 46:24, 47:3, 47:6, 47:20, 47:24, 48:8, 49:15, 50:11, 50:12, 50:15, 50:17, 51:3, 51:13, 51:22, 53:2, 55:3, 55:10, 58:7, 58:10, 58:12, 60:3, 62:6, 62:11, 63:23, 64:3, 68:25, 69:4, 70:25,

71:6, 72:10, 73:20, 73:24, 74:2, 74:6, 74:9, 75:11, 75:13, 79:2, 79:6, 79:8, 79:13, 79:18, 79:23, 79:25, 83:5, 83:6, 84:11, 84:22, 86:16, 90:16, 90:21, 90:23, 90:25, 91:7, 91:10, 91:13, 91:22, 92:16, 93:1, 93:5, 93:8, 97:15, 97:25, 98:6, 98:10, 98:14, 99:12, 99:20, 100:16, 100:22, 101:8, 102:21, 103:1, 103:19, 107:22, 109:2, 109:23, 111:20, 112:1, 113:3, 113:15, 114:10, 115:4, 115:11, 115:14, 115:15, 115:18, 115:20, 115:22, 116:7, 116:22, 116:25, 117:5, 117:18, 117:21, 117:25, 118:2, 118:5, 118:15, 118:17, 118:21, 119:5

**COURT-ORDERED** [2] - 50:12, 50:15

**COURTHOUSE** [2] - 1:19, 4:25

**COURTROOM** [2] - 1:8, 75:19

**COVERS** [1] - 102:14

**CRAYONS** [2] - 85:6, 85:14

**CREATE** [2] - 13:20, 61:20

**CREATED** [1] - 42:12

**CREATING** [1] - 13:24

**CRIME** [5] - 13:4, 13:6, 13:19, 29:1, 31:10

**CRIMES** [7] - 25:6, 29:2, 29:16, 30:25, 59:3, 63:10, 68:21

**CRIMINAL** [5] - 1:3, 3:6, 68:21, 70:10, 95:18

**CRIMINALS** [2] - 71:3, 71:14

**CRIMINOGENIC** [1] - 95:17

**CRISIS** [1] - 82:20

**CRITERIA** [2] - 33:20, 63:2

**CROSS** [3] - 22:3, 75:16, 119:9

**CROSS-EXAMINATION** [2] - 22:3, 75:16

**CRYING** [4] - 26:17, 77:20, 79:10, 83:8

**CUZ** [1] - 89:17

## D

**DAILY** [3] - 82:5, 82:6, 82:17

**DAMAGE** [1] - 13:8

**DAMAGED** [1] - 20:11

**DAMAGES** [1] - 42:12

**DAMAGING** [1] - 12:22

**DANGERS** [1] - 42:11

**DANIELS** [2] - 108:8, 109:7

**DATA** [1] - 92:23, 105:2, 105:3, 107:18

**DATE** [3] - 7:3, 52:5, 119:5

**DAY** [7] - 9:20, 10:3, 60:16, 77:12, 82:15, 93:22

**DAYS** [4] - 7:18, 65:16, 77:5, 85:12

**DEAL** [5] - 17:24, 53:23, 60:4, 65:11, 104:12

**DEALING** [2] - 8:15, 10:24

**DEALT** [1] - 5:10

**DEBUNKED** [1] - 40:25

**DECEMBER** [6] - 52:2, 76:6, 76:7, 77:5, 77:12, 108:1

**DECISION** [1] - 44:9

**DECREASE** [1] - 95:20

**DECREASING** [1] - 103:23

**DEFENDANT** [19] - 1:6, 2:4, 4:5, 6:25, 8:9, 14:13, 18:13, 19:3, 20:20, 22:6, 36:13, 45:11, 66:15, 87:24, 88:1, 88:20, 95:1, 107:25, 117:8

**DEFENDANT'S** [3] - 16:9, 97:9, 101:4

**DEFENSE** [6] - 6:10, 6:12, 6:14, 44:16, 44:18, 51:14

**DEFENSIVE** [1] - 3:11

**DEFICIENCY** [1] -

33:14

**DEFICIT** [2] - 65:20, 98:16

**DEFICITS** [9] - 9:3, 38:9, 57:19, 62:20, 63:5, 65:13, 65:22, 72:20, 72:23

**DEFINE** [1] - 89:9

**DEFINED** [1] - 63:4

**DEFINITELY** [1] - 32:22

**DEFINITION** [8] - 14:4, 15:10, 26:19, 31:15, 31:17, 64:20, 73:6, 90:10

**DEGREE** [10] - 12:13, 13:2, 29:18, 33:18, 49:17, 63:5, 64:5, 64:6, 65:14, 75:4

**DEMONSTRATES** [1] - 57:24

**DENIAL** [1] - 55:20

**DENIES** [1] - 55:16

**DENY** [4] - 34:12, 67:23, 88:9, 116:2

**DEPARTMENT** [1] - 48:12

**DEPENDANCY** [2] - 17:4, 17:6

**DEPENDING** [3] - 96:19, 104:20, 107:1

**DEPENDS** [3] - 96:25, 97:2

**DEPRESSED** [2] - 67:21, 67:22

**DEPRESSION** [5] - 53:23, 53:24, 67:13, 67:18, 67:24

**DEPRESSIVE** [3] - 53:21, 54:14, 67:19

**DEPTH** [1] - 8:8

**DESCRIBE** [1] - 83:5

**DESCRIBED** [5] - 7:18, 7:19, 10:17, 62:8, 101:20

**DESCRIBES** [1] - 7:21

**DESCRIPTION** [2] - 47:11, 60:12

**DESCRIPTIONS** [1] - 26:2

**DESIGNATED** [1] - 105:19

**DESIGNED** [1] - 95:10

**DESIRES** [1] - 65:5

**DESTRUCTIVE** [2] - 17:10, 17:19

**DETAIL** [1] - 54:13

**DETAILED** [1] - 36:7

**DETENTION** [2] - 17:1, 83:3

**DETERMINE** [1] - 88:7

**DETERMINED** [1] - 8:10

**DETERMINING** [1] - 16:19

**DEVELOP** [1] - 5:14

**DEVELOPED** [6] - 10:7, 14:8, 19:14, 28:9, 37:1, 98:24

**DEVELOPMENT** [2] - 15:25, 56:2

**DEVENS** [10] - 17:17, 48:14, 49:3, 77:3, 79:6, 83:13, 84:9, 85:13, 93:15, 108:1

**DEVIANCE** [2] - 68:14, 105:20

**DEVIANT** [2] - 72:23, 104:11

**DIAGNOSE** [4] - 34:5, 64:14, 67:9, 67:11

**DIAGNOSED** [2] - 53:3, 54:14

**DIAGNOSING** [1] - 33:20

**DIAGNOSIS** [13] - 7:9, 14:21, 15:19, 16:6, 34:4, 53:23, 54:19, 67:4, 75:21, 94:8, 94:15, 103:7, 103:9

**DID** [93] - 6:25, 7:2, 9:18, 10:5, 11:10, 11:13, 12:11, 12:25, 15:7, 17:16, 20:14, 21:11, 22:15, 23:1, 24:17, 24:18, 24:21, 24:22, 24:25, 25:5, 25:19, 25:24, 26:4, 26:15, 26:25, 27:2, 27:4, 27:5, 27:8, 27:9, 29:25, 30:1, 32:2, 32:10, 35:1, 35:2, 35:3, 35:7, 38:22, 45:10, 45:11, 51:18, 51:21, 52:3, 52:21, 53:2, 53:6, 53:10, 54:16, 55:24, 59:2, 59:11, 59:13, 59:14, 59:20, 63:25, 66:8, 66:25, 68:12, 68:13, 69:24, 73:12, 76:8, 77:23, 77:25, 80:12, 80:15, 80:17, 81:4, 81:8, 81:14, 81:24, 82:13, 82:22, 86:5, 86:7, 97:12, 98:10, 100:22, 106:16, 106:25, 107:18, 108:2, 108:4, 108:6,

108:10, 108:13, 108:14, 109:4, 109:12, 111:21, 115:15

**DIDN'T** [25] - 20:9, 23:13, 23:15, 23:16, 24:11, 24:12, 24:13, 34:25, 35:24, 36:2, 38:20, 54:25, 59:14, 60:14, 70:9, 70:16, 71:21, 72:4, 84:16, 86:24, 88:5, 89:8, 99:3, 108:13, 111:7

**DIFFERENT** [16] - 7:11, 8:18, 13:13, 19:6, 30:9, 34:5, 61:11, 61:12, 77:10, 77:21, 98:6, 101:21, 101:22, 112:11

**DIFFERENTIATE** [4] - 64:16, 64:20, 65:3, 90:21

**DIFFERENTIATED** [1] - 13:3

**DIFFERENTIATES** [1] - 13:17

**DIFFICULT** [14] - 8:15, 62:18, 63:12, 63:16, 69:6, 70:19, 81:5, 104:23, 104:24, 104:25, 114:7, 114:11, 115:2

**DIFFICULTIES** [3] - 55:15, 72:16, 72:20

**DIFFICULTY** [2] - 53:17, 91:2

**DIPLOMATE** [1] - 49:23

**DIRECT** [7] - 3:24, 26:5, 48:9, 50:25, 76:1, 102:23, 119:9

**DIRECTED** [2] - 14:6, 21:2

**DIRECTLY** [4] - 76:12, 97:10, 97:22, 100:2

**DISABILITY** [2] - 8:12, 109:16

**DISAGREE** [14] - 14:15, 14:16, 14:21, 14:22, 15:18, 34:3, 40:4, 40:8, 40:9, 40:21, 58:17, 75:25, 88:21, 90:1

**DISAGREED** [1] - 15:22

**DISCOMFORT** [1] - 9:6

**DISCOVERED** [1] - 32:3

**DISCOVERY** [1] - 15:1

**DISCRIMINATE** [1] - 99:12

**DISCUSS** [1] - 104:6

**DISCUSSION** [2] - 73:23, 104:7

**DISCUSSIONS** [2] - 12:19, 21:10

**DISEASE** [2] - 7:19, 50:19

**DISHONEST** [1] - 88:12

**DISINGENUOUS** [1] - 63:19

**DISINTERESTED** [1] - 89:7

**DISOBEYING** [1] - 112:2

**DISORDER** [56] - 7:10, 7:12, 8:22, 12:21, 15:25, 16:6, 16:8, 21:18, 32:20, 33:20, 33:25, 53:13, 53:22, 54:14, 54:17, 55:8, 55:11, 55:12, 57:12, 57:15, 57:17, 57:22, 58:19, 58:21, 62:3, 62:14, 62:19, 62:23, 62:25, 63:7, 63:11, 63:17, 64:12, 64:17, 64:21, 64:25, 65:7, 65:12, 65:21, 65:23, 66:19, 66:20, 67:9, 67:11, 68:23, 69:10, 70:21, 92:21, 97:19, 98:4, 99:9, 100:10, 101:24, 102:10, 102:24, 103:8

**DISORDERS** [2] - 13:7, 67:5

**DISPLAY** [1] - 70:22

**DISRUPTION** [1] - 78:12

**DISSERVICE** [1] - 57:14

**DISTINGUISHABLE** [1] - 11:17

**DISTRIBUTION** [1] - 31:11

**DISTRICT** [3] - 1:1, 1:2, 111:22

**DISTURBANCES** [1] - 5:11

**DISTURBED** [1] - 5:8

**DO** [87] - 4:7, 4:9, 4:23, 5:18, 6:12, 6:17, 7:14, 9:11, 9:18, 9:19, 13:8, 14:15, 15:18, 17:16, 18:25, 19:2, 23:21, 24:2, 25:1, 25:15,

29:16, 34:14, 35:11, 43:2, 44:9, 45:17, 45:19, 45:23, 45:25, 47:14, 47:17, 51:22, 57:3, 58:15, 59:19, 61:6, 62:19, 65:23, 66:13, 67:22, 67:23, 70:20, 71:2, 71:10, 71:11, 72:2, 72:11, 73:16, 73:17, 74:2, 76:24, 77:15, 77:23, 81:15, 81:19, 85:3, 85:19, 86:21, 88:16, 90:14, 90:21, 96:12, 96:16, 96:20, 98:19, 99:16, 101:3, 101:6, 101:8, 101:14, 102:8, 104:3, 104:4, 108:7, 108:12, 108:17, 109:11, 110:1, 111:19, 114:6, 117:21, 118:2

**DOCTERATE** [1] - 49:18

**DOCTOR** [29] - 4:19, 5:2, 6:24, 14:9, 16:9, 16:18, 18:12, 20:3, 20:18, 21:20, 29:9, 33:5, 35:1, 35:9, 45:10, 46:15, 69:3, 76:10, 78:10, 85:1, 89:3, 89:21, 96:12, 97:9, 99:16, 99:22, 103:6, 107:25, 116:23

**DOCTORATE** [1] - 5:6

**DOCTORS** [1] - 88:20

**DOES** [41] - 7:17, 21:23, 23:2, 38:10, 39:14, 46:11, 57:12, 57:23, 62:22, 62:24, 65:11, 69:25, 71:17, 72:18, 82:20, 83:21, 84:23, 85:19, 89:23, 90:6, 91:4, 91:7, 91:19, 91:20, 91:21, 91:24, 94:11, 96:9, 97:25, 98:21, 99:12, 100:16, 100:20, 101:24, 102:2, 102:3, 104:9, 104:13, 106:2, 114:14, 115:8

**DOESN'T** [1] - 89:8

**DOING** [22] - 9:1, 11:21, 12:4, 12:15, 12:22, 12:24, 13:14, 13:25, 28:15, 33:1, 71:17, 73:1, 73:9, 74:25, 78:24, 79:3,

83:16, 85:12, 85:13, 89:23, 107:3, 107:4

**DON'T** [93] - 8:7, 13:11, 13:13, 13:15, 22:12, 22:15, 23:11, 23:24, 24:11, 24:20, 24:21, 32:24, 35:4, 35:10, 35:13, 36:9, 39:17, 41:4, 41:11, 41:20, 44:15, 44:25, 51:13, 51:15, 51:16, 51:17, 54:7, 56:14, 57:1, 58:10, 58:19, 58:21, 60:9, 61:5, 63:3, 63:4, 65:19, 65:21, 66:16, 68:1, 68:5, 68:9, 69:12, 69:17, 71:6, 74:20, 74:21, 76:17, 78:9, 78:23, 80:4, 81:22, 82:3, 84:20, 85:14, 86:3, 86:4, 86:6, 87:2, 87:6, 87:13, 88:10, 88:13, 88:14, 89:5, 89:9, 89:17, 89:25, 90:8, 90:13, 91:3, 91:5, 91:15, 91:19, 92:11, 93:2, 93:25, 98:23, 99:7, 99:8, 100:19, 101:25, 102:1, 102:2, 105:1, 105:3, 108:15, 111:24, 112:18

**DONE** [12] - 19:7, 34:17, 37:6, 41:14, 41:22, 64:21, 82:7, 92:16, 109:9, 114:18, 116:1

**DOUBLED** [1] - 39:9

**DOUBT** [1] - 53:15

**DOWN** [4] - 47:20, 83:8, 116:22, 117:14

**DOZEN** [1] - 5:1

**DR** [51] - 3:16, 3:17, 3:20, 4:1, 4:5, 7:14, 8:5, 14:9, 14:12, 15:15, 15:18, 15:22, 18:13, 19:5, 21:11, 22:5, 22:9, 22:22, 24:9, 29:13, 35:5, 35:23, 36:5, 37:6, 39:20, 41:11, 42:14, 44:24, 45:17, 48:2, 48:3, 48:11, 51:5, 51:7, 53:16, 58:17, 66:3, 66:10, 75:2, 75:18, 76:23, 87:25, 88:1, 90:1, 93:12, 108:7, 109:7, 112:9,

83:16, 85:12, 85:13, 89:23, 107:3, 107:4

115:13, 115:24

**DRAFT** [1] - 106:18

**DRAFTS** [1] - 106:20

**DRAW** [2] - 56:1, 79:2

**DRESSING** [2] - 89:18, 91:18

**DSM** [1] - 64:20

**DUE** [3] - 69:18, 85:22, 103:7

**DURING** [5] - 55:17, 55:18, 61:4, 77:2, 104:5

**DYNAMIC** [2] - 72:9, 73:19

**DYSREGULATION** [1] - 72:11

## E

**EACH** [2] - 50:6, 76:13

**EARLIER** [6] - 37:18, 55:21, 61:5, 64:4, 98:16, 98:23

**EARLY** [3] - 5:7, 41:7, 99:4

**EARTH** [1] - 33:4

**EASTERN** [1] - 1:2

**EASY** [2] - 67:22, 67:23

**EATING** [3] - 84:8, 84:13, 85:6

**EATS** [1] - 85:14

**EDUCATION** [2] - 85:2, 85:25

**EDUCATIONAL** [1] - 49:16

**EFFECT** [3] - 9:2, 17:25, 50:22

**EFFECTED** [1] - 115:25

**EIGHT** [7] - 4:17, 19:22, 22:6, 76:19, 76:21, 76:23, 77:2

**EITHER** [4] - 17:17, 25:19, 73:15, 116:17

**ELECTRONIC** [3] - 108:5, 108:14, 108:17

**ELEMENTARY** [1] - 85:5

**ELEVATED** [3] - 18:24, 68:16, 94:20

**ELICIT** [1] - 3:9

**ELIGIBLE** [4] - 41:7, 94:1, 94:8, 110:25

**ELLIOTT** [2] - 3:22, 119:10

**ELSE** [7] - 30:6, 47:19, 63:18, 103:25, 111:2, 117:22,

118:12

**EMOTIONAL** [7] - 3:10, 5:11, 21:17, 65:13, 72:15, 100:12, 100:20

**EMOTIONALLY** [3] - 5:7, 72:12, 72:13

**EMPATHETIC** [1] - 98:16

**EMPATHIZE** [1] - 21:7

**EMPATHY** [32] - 9:3, 13:5, 13:12, 32:14, 32:16, 32:23, 32:24, 32:25, 33:4, 33:10, 33:14, 33:18, 33:21, 37:12, 37:17, 37:19, 37:21, 37:24, 53:17, 57:25, 58:13, 58:16, 58:17, 58:19, 58:23, 70:20, 71:12, 92:4, 98:16, 98:20, 104:5

**EMPIRICAL** [2] - 88:19, 102:23

**EMPLOYED** [4] - 48:11, 48:12, 48:18, 116:18

**EMPLOYER** [1] - 116:18

**END** [11] - 21:21, 52:21, 83:16, 94:2, 105:8, 105:13, 106:21, 109:10, 111:16, 115:16, 116:5

**ENDING** [1] - 109:16

**ENGAGE** [8] - 13:7, 25:8, 58:24, 62:17, 72:1, 72:4, 73:14, 98:18

**ENGAGED** [8] - 30:20, 60:16, 64:22, 72:14, 74:22, 86:22, 87:2, 95:17

**ENGAGEMENT** [1] - 86:21

**ENGAGING** [10] - 14:1, 17:19, 20:16, 23:17, 30:21, 53:19, 64:8, 68:17, 71:24, 94:20

**ENHANCED** [2] - 21:9, 37:25

**ENOUGH** [4] - 47:14, 66:23, 82:9, 111:6

**ENTERED** [1] - 112:2

**ENTERTAINMENT** [1] - 89:2

**ENTIRE** [2] - 52:9, 81:18

**ENTIRELY** [3] - 77:1,

91:6, 103:23

**ENTITLED** [1] - 119:3

**EPISODE** [1] - 83:25

**EPISODES** [1] - 83:22

**EQUAL** [2] - 97:3, 100:21

**EQUATE** [1] - 89:17

**EQUIPMENT** [1] - 27:25

**ERROR** [1] - 26:5

**ESQUIRE** [2] - 1:14, 2:2

**ESSENTIALLY** [1] - 91:21

**ESTABLISH** [1] - 30:11

**ESTABLISHED** [1] - 44:15

**ESTIMATE** [1] - 44:25

**EVALUATE** [2] - 44:18, 51:18

**EVALUATED** [3] - 51:25, 56:21, 92:11

**EVALUATING** [2] - 5:20, 18:7

**EVALUATION** [9] - 4:10, 5:22, 24:2, 50:12, 50:15, 52:8, 73:2, 76:9, 81:18

**EVEN** [18] - 14:1, 17:8, 20:8, 34:13, 36:7, 39:12, 39:14, 39:21, 40:15, 41:1, 43:9, 58:20, 58:22, 61:1, 63:17, 64:17, 70:15, 88:4

**EVENT** [1] - 70:16

**EVENTUALLY** [3] - 52:22, 60:9, 61:14

**EVER** [4] - 4:19, 11:10, 38:3, 99:3

**EVERY** [6] - 15:4, 33:4, 38:2, 64:15, 93:22, 112:9

**EVERYBODY** [2] - 58:20, 110:20

**EVERYONE** [1] - 9:23

**EVERYTHING** [3] - 9:11, 81:15, 110:2

**EVIDENCE** [18] - 22:14, 24:22, 34:9, 41:13, 55:19, 56:12, 56:16, 56:18, 56:20, 57:8, 71:21, 97:17, 99:8, 102:23, 103:3, 103:11, 103:12, 117:25

**EXACT** [1] - 59:15

**EXACTLY** [8] - 41:13, 41:21, 44:25, 76:17,

86:4, 87:13, 93:25, 100:4

**EXAMINATION** [10] - 3:24, 6:17, 22:3, 45:8, 48:9, 75:16, 76:1, 101:10, 107:23, 112:7

**EXAMINATIONS** [1] - 39:23

**EXAMINING** [1] - 54:4

**EXAMPLE** [8] - 17:1, 32:7, 34:19, 65:17, 73:7, 77:5, 104:5, 105:25

**EXCENTRIC** [1] - 86:10

**EXCEPT** [1] - 78:21

**EXCHANGE** [1] - 13:22

**EXCLUSIVE** [2] - 69:13, 71:13

**EXCLUSIVELY** [1] - 70:3

**EXCUSE** [1] - 10:15

**EXCUSED** [1] - 117:20

**EXERCISE** [2] - 21:8, 69:22

**EXHIBIT** [2] - 71:11, 91:4

**EXHIBITED** [1] - 63:10

**EXHIBITS** [1] - 63:5

**EXISTED** [1] - 88:4

**EXPECTED** [3] - 21:22, 94:3, 94:15

**EXPECTING** [2] - 84:18, 84:20

**EXPELLED** [2] - 86:13, 111:1

**EXPERIENCE** [5] - 16:18, 16:24, 18:6, 109:22, 110:4

**EXPERIENCING** [1] - 8:25

**EXPERT** [9] - 3:9, 4:20, 6:9, 6:16, 6:21, 16:5, 47:15, 49:25, 50:7

**EXPERTS** [1] - 14:17

**EXPLAIN** [10] - 50:16, 52:14, 53:2, 55:10, 58:10, 60:3, 66:10, 66:13, 69:24, 115:13

**EXPLAINS** [1] - 15:24

**EXPLANATIONS** [1] - 96:4

**EXPLICIT** [4] - 25:8, 31:2, 89:20, 106:1

**EXPLICITLY** [1] - 56:6

**EXPLOITED** [1] - 96:13

**EXPRESSED** [1] - 56:6

**EXTENDED** [2] - 27:15, 28:7

**EXTENSIVE** [2] - 25:11, 25:15

**EXTENT** [4] - 16:7, 18:4, 37:3, 63:21

**EXTREMELY** [5] - 11:13, 17:16, 41:2, 67:22, 67:23

## F

**FACE** [6] - 67:20, 68:5, 83:8, 88:8, 107:12

**FACE-TO-FACE** [1] - 107:12

**FACEBOOK** [1] - 60:10

**FACILITIES** [1] - 105:19

**FACILITY** [12] - 22:10, 43:10, 43:18, 49:3, 49:6, 50:20, 52:1, 52:7, 52:14, 110:13, 117:13, 117:15

**FACING** [2] - 4:11, 20:6

**FACT** [16] - 22:22, 31:19, 33:1, 34:3, 42:18, 56:4, 59:3, 59:20, 62:2, 63:20, 64:9, 73:18, 85:21, 89:14, 98:20, 111:11

**FACTOR** [5] - 37:11, 63:25, 64:1, 74:16, 92:6

**FACTORED** [2] - 38:11, 63:20

**FACTORS** [6] - 50:18, 63:3, 64:5, 64:18, 72:9, 74:18

**FACTS** [8] - 14:18, 46:20, 46:25, 47:4, 47:12, 47:15, 59:23, 94:23

**FACTUAL** [1] - 47:8

**FAIR** [7] - 29:3, 42:14, 75:23, 80:20, 89:24, 90:7, 111:6

**FAIRLY** [2] - 87:17, 96:22

**FAMILY** [11] - 10:25, 28:3, 28:5, 42:15, 42:18, 42:19, 42:21, 71:23, 73:23, 74:20, 87:9

**FANTASTIC** [1] -

104:22

**FANTASY** [10] - 10:22, 88:24, 88:25, 89:1, 89:4, 89:6, 89:22, 91:6, 91:7

**FAR** [3] - 43:21, 54:23, 111:9

**FBI** [2] - 23:9, 24:18

**FDC** [2] - 84:7, 108:3

**FEAR** [2] - 81:21, 111:4

**FEBRUARY** [2] - 52:4, 76:7

**FEDERAL** [8] - 20:25, 48:13, 48:24, 49:5, 56:22, 83:3, 97:2

**FEEL** [6] - 9:6, 18:8, 58:21, 80:12, 86:8, 110:24

**FEELING** [2] - 53:14, 83:18

**FEELINGS** [1] - 28:10

**FEELS** [2] - 20:14, 61:20

**FELT** [7] - 58:2, 59:3, 59:7, 59:16, 79:4, 79:19, 82:9

**FEMALE** [2] - 86:22

**FEMALES** [3] - 100:9, 116:13, 116:16

**FEW** [5] - 11:13, 19:14, 43:11, 60:5, 65:16

**FIELD** [2] - 4:20, 40:14

**FIGHT** [1] - 86:18

**FIGURE** [2] - 40:19, 64:15

**FILE** [5] - 35:11, 35:13, 35:20, 35:24, 36:2

**FINAL** [1] - 54:6

**FINALLY** [3] - 20:18, 101:3, 109:15

**FIND** [6] - 12:9, 54:16, 59:2, 69:25, 71:2, 71:10

**FINDINGS** [1] - 16:5

**FINE** [2] - 5:5, 117:2

**FINISH** [3] - 18:18, 18:20, 62:6

**FINISHED** [1] - 92:17

**FIRST** [14] - 4:18, 5:24, 16:25, 19:8, 20:22, 37:1, 48:23, 52:14, 52:16, 65:16, 71:16, 88:4, 116:13, 118:6

**FITS** [1] - 14:3

**FIVE** [3] - 48:25, 95:15

**FIXATED** [2] - 9:7,

46:14

**FIXATION** [1] - 65:10

**FLAWED** [1] - 41:2

**FLIGHT** [1] - 117:1

**FLOOD** [1] - 17:9

**FMC** [3] - 77:3, 83:12, 93:15

**FOCUS** [1] - 104:9

**FOCUSED** [1] - 103:23

**FOCUSES** [1] - 104:11

**FOLD** [1] - 14:22

**FOLLOW** [1] - 46:13

**FOOD** [1] - 84:17

**FOOL** [1] - 79:19

**FOR** [137] - 1:2, 1:16, 2:4, 3:13, 5:22, 6:11, 6:12, 6:13, 7:5, 8:19, 9:1, 9:22, 12:4, 12:5, 12:16, 12:17, 12:18, 13:1, 13:8, 13:12, 13:23, 14:8, 14:21, 17:1, 18:2, 19:3, 19:8, 19:9, 19:21, 19:23, 20:1, 20:4, 20:13, 21:16, 22:10, 27:25, 28:4, 31:14, 31:25, 32:16, 32:23, 33:20, 34:12, 34:19, 35:17, 38:2, 38:6, 38:7, 38:8, 39:1, 39:5, 39:7, 39:9, 40:15, 41:7, 41:8, 41:11, 41:14, 41:20, 42:22, 43:21, 44:15, 44:21, 45:18, 47:21, 48:23, 48:25, 49:12, 51:11, 51:24, 52:10, 56:3, 56:13, 56:22, 59:7, 59:10, 60:14, 60:15, 62:18, 63:14, 63:16, 64:7, 65:17, 66:3, 66:21, 66:22, 66:23, 67:4, 67:8, 72:12, 73:7, 73:10, 75:7, 76:8, 76:23, 77:4, 78:14, 78:21, 79:22, 80:2, 81:5, 82:7, 83:6, 83:24, 84:6, 87:4, 89:19, 91:3, 92:19, 94:1, 94:4, 94:8, 94:11, 95:13, 96:21, 101:13, 101:20, 101:22, 104:5, 105:25, 106:17, 106:18, 109:25, 110:9, 110:25, 112:13, 112:14, 112:19, 114:2,

114:6, 114:8, 114:16, 114:17

**FORCE** [2] - 6:6, 6:13

**FOREGOING** [1] - 119:1

**FORENSIC** [13] - 4:9, 4:21, 5:14, 5:19, 6:1, 48:17, 48:22, 49:2, 49:23, 49:24, 50:7, 51:19, 68:2

**FORESEE** [1] - 110:4

**FORM** [1] - 24:7

**FORMED** [1] - 25:2

**FORTHCOMING** [1] - 114:17

**FORTHRIGHT** [1] - 30:18

**FORTUNATELY** [2] - 41:11, 41:20

**FOUND** [10] - 39:7, 40:23, 46:5, 55:8, 55:22, 59:7, 72:8, 72:17, 72:19, 77:19

**FOUR** [3] - 4:16, 76:12, 76:14

**FREQUENT** [2] - 82:4, 82:5

**FREQUENTLY** [1] - 83:20

**FRIEND** [1] - 61:15

**FRIENDS** [2] - 10:5

**FROM** [52] - 3:17, 8:18, 10:3, 11:17, 13:3, 13:17, 13:22, 14:25, 17:12, 20:23, 21:4, 25:1, 25:25, 39:13, 49:18, 49:19, 53:17, 53:18, 63:1, 64:16, 64:20, 68:10, 69:18, 72:3, 74:24, 74:25, 76:6, 78:17, 78:18, 80:21, 81:21, 83:9, 83:22, 86:13, 87:8, 87:11, 89:21, 92:6, 102:11, 106:16, 108:1, 108:12, 109:7, 109:18, 109:22, 110:9, 111:1, 111:9, 116:14, 119:2

**FRONT** [2] - 35:16, 99:16

**FULLY** [1] - 15:24

**FUNCTION** [1] - 52:25

**FUNCTIONING** [9] - 7:23, 28:21, 53:1, 54:24, 55:1, 55:5, 55:14, 62:24, 110:21

**FURTHER** [1] - 34:19

**FUTURE** [3] - 16:15,

42:2, 104:15

## G

**GAGGED** [1] - 26:17

**GAIN** [2] - 25:24, 68:3

**GAMES** [2] - 9:17, 10:22

**GARDEN** [2] - 2:2, 64:11

**GAVE** [5] - 11:3, 29:23, 40:19, 80:3, 95:1

**GEARED** [1] - 49:4

**GENERAL** [8] - 43:24, 44:2, 44:13, 45:14, 66:22, 84:5, 95:22, 112:14

**GENERAL'S** [1] - 6:6

**GENERALIZED** [1] - 96:22

**GENERALLY** [1] - 105:5

**GENERIC** [1] - 64:24

**GENRE** [1] - 89:6

**GET** [14] - 11:22, 13:21, 13:22, 20:20, 23:1, 31:16, 31:23, 38:3, 54:13, 56:24, 61:6, 82:13, 105:12, 109:14

**GETTING** [7] - 5:12, 6:24, 7:8, 25:8, 37:5, 82:17, 109:17

**GIRL** [7] - 12:7, 12:10, 14:3, 30:4, 30:25, 61:2, 61:10

**GIRLS** [17] - 10:5, 10:8, 10:11, 10:13, 10:14, 11:4, 11:6, 12:9, 15:5, 15:6, 25:7, 46:3, 59:14, 61:12, 74:23, 99:6

**GIVE** [7] - 6:9, 12:11, 49:15, 88:5, 92:24, 104:22, 107:13

**GIVEN** [4] - 39:23, 56:15, 87:25

**GIVING** [1] - 31:2

**GLIGOR** [2] - 1:18, 119:6

**GO** [20] - 5:4, 5:13, 38:16, 72:10, 73:4, 73:12, 73:14, 76:4, 76:16, 78:21, 79:8, 79:25, 80:4, 87:16, 100:11, 106:20, 112:4, 115:22, 117:5

**GOAL** [6] - 13:25, 94:6, 103:22,

103:23, 104:2, 104:17

**GOES** [3] - 17:20, 64:9, 105:22

**GOING** [29] - 8:8, 11:1, 17:24, 18:2, 20:23, 21:1, 38:3, 41:5, 42:1, 42:8, 42:9, 42:24, 53:18, 59:10, 60:24, 66:18, 66:20, 70:14, 70:17, 73:17, 77:22, 80:19, 81:14, 88:9, 89:18, 91:18, 96:8, 111:19

**GOOD** [10] - 3:2, 3:4, 4:1, 4:2, 5:3, 53:23, 86:8, 93:2, 116:11, 118:16

**GOT** [8] - 10:12, 17:17, 32:20, 39:15, 49:17, 73:9, 73:13, 83:22

**GOVERNMENT** [6] - 1:16, 25:1, 48:1, 48:3, 50:13, 51:1

**GRADE** [1] - 85:3

**GRADUATE** [1] - 49:20

**GRAVITATE** [1] - 57:18

**GREAT** [3] - 26:15, 26:19, 60:4

**GREATER** [2] - 33:18, 36:7

**GREW** [1] - 5:15

**GROUP** [2] - 93:23, 96:7

**GROUPS** [2] - 102:6, 104:5, 105:24

**GUESS** [2] - 69:8, 70:11

**GUILTY** [3] - 12:1, 20:5, 56:16

**GUYS** [1] - 110:21

## H

**HAD** [57] - 11:8, 11:19, 12:22, 14:7, 15:5, 16:18, 20:6, 23:14, 24:11, 25:11, 28:3, 35:5, 35:7, 35:20, 36:6, 37:12, 40:1, 41:6, 46:6, 50:19, 51:5, 52:5, 52:11, 52:19, 52:24, 53:8, 56:8, 59:21, 60:7, 64:5, 64:7, 70:10, 73:18, 74:24, 75:2, 76:10, 76:16, 77:3,

77:13, 78:10, 78:14, 78:21, 80:14, 82:14, 83:12, 83:17, 83:21, 87:12, 100:18, 101:13, 111:19, 113:7, 113:19

**HALF** [8] - 6:14, 26:20, 26:22, 26:23, 39:15, 76:15, 93:5

**HALF-HOUR** [1] - 93:5

**HAND** [2] - 6:3, 7:8

**HAPPEN** [2] - 42:2, 110:3

**HAPPENED** [8] - 10:23, 45:16, 59:19, 59:21, 71:23, 73:24, 74:3, 82:8

**HAPPENS** [2] - 16:19, 33:24

**HARASSED** [2] - 77:13, 81:7

**HARASSMENT** [3] - 77:15, 80:21, 81:10

**HARASSMENTS** [1] - 81:21

**HARD** [1] - 9:1

**HARM** [3] - 12:23, 33:2, 80:19

**HARMFUL** [2] - 58:24, 59:14

**HARMING** [2] - 13:11, 13:14

**HAS** [68] - 3:10, 4:12, 7:20, 7:22, 8:14, 12:1, 15:12, 17:6, 19:13, 19:14, 20:3, 20:4, 20:10, 20:11, 21:6, 27:17, 31:23, 32:20, 33:17, 34:6, 34:10, 38:9, 39:15, 40:24, 40:25, 41:14, 41:22, 42:15, 42:21, 43:21, 44:1, 44:2, 44:3, 46:18, 48:21, 49:1, 51:22, 54:4, 55:21, 56:13, 56:16, 56:18, 57:8, 60:11, 63:11, 64:16, 64:21, 65:13, 65:17, 65:19, 65:22, 65:24, 65:25, 69:9, 70:20, 72:11, 72:16, 72:21, 88:8, 94:19, 95:9, 96:7, 96:10, 96:16, 112:23, 112:24, 116:1

**HATE** [1] - 91:24

**HATES** [1] - 91:21

**HAVE** [183] - 3:16, 4:8, 4:12, 4:14, 4:15,

4:19, 4:22, 5:17, 5:20, 5:25, 6:4, 6:7, 6:9, 6:11, 6:17, 7:5, 7:6, 7:24, 8:6, 10:5, 10:8, 10:24, 11:6, 12:25, 13:10, 14:9, 14:11, 14:17, 14:19, 15:7, 16:4, 16:18, 18:7, 19:6, 19:7, 20:11, 21:25, 22:12, 23:15, 24:4, 24:5, 24:6, 27:12, 32:16, 33:9, 33:10, 33:11, 33:24, 35:8, 35:9, 35:11, 35:13, 35:16, 36:16, 37:21, 38:10, 38:25, 39:18, 39:22, 40:1, 40:16, 41:2, 41:12, 42:25, 43:2, 43:20, 44:5, 45:4, 45:15, 45:17, 47:14, 48:18, 49:6, 49:8, 49:10, 49:11, 49:20, 49:25, 50:6, 50:7, 51:14, 51:16, 54:25, 55:8, 55:24, 56:9, 56:20, 56:23, 57:2, 57:17, 57:19, 57:23, 58:19, 59:24, 61:6, 61:8, 61:15, 61:18, 62:3, 62:8, 62:23, 62:24, 63:3, 63:13, 66:14, 68:3, 68:6, 69:16, 69:25, 72:8, 72:16, 72:19, 73:2, 73:5, 73:10, 74:18, 74:20, 75:3, 75:7, 75:9, 76:1, 76:5, 80:4, 80:11, 80:19, 80:20, 81:6, 81:7, 81:24, 82:19, 82:21, 82:24, 83:9, 86:8, 87:16, 87:24, 88:2, 88:3, 88:10, 88:13, 92:11, 94:11, 95:16, 96:3, 98:15, 98:21, 99:2, 99:16, 101:7, 101:8, 101:14, 101:21, 101:22, 101:25, 102:1, 102:2, 102:3, 104:11, 105:2, 105:3, 105:16, 105:17, 108:12, 108:17, 109:9, 109:11, 109:25, 110:14, 111:15, 111:22, 112:2, 112:11, 114:18, 117:21, 118:2

**HAVING** [13] - 7:19,

11:4, 12:16, 12:18,
17:20, 32:4, 34:12,
53:14, 57:1, 69:4,
85:1, 88:9, 106:8

**HAWORTH** [7] -
15:15, 15:16, 21:11,
35:5, 37:7, 45:17,
88:1

**HAWORTH'S** [1] -
35:23

**HE** [468] - 3:12, 4:10,
4:12, 6:20, 8:10,
8:12, 8:14, 9:16,
9:18, 9:19, 10:4,
10:5, 10:7, 10:8,
10:10, 10:11, 10:12,
10:17, 10:23, 11:2,
11:5, 11:6, 11:8,
11:10, 11:11, 11:20,
11:25, 12:5, 12:6,
12:7, 12:15, 12:16,
12:18, 12:21, 12:22,
12:23, 12:24, 12:25,
13:1, 13:25, 14:3,
14:12, 14:20, 14:24,
15:5, 15:6, 15:12,
15:16, 15:23, 17:1,
17:2, 17:3, 17:16,
17:20, 17:24, 18:22,
20:3, 20:4, 20:6,
20:7, 20:8, 20:9,
20:10, 20:11, 20:12,
20:13, 20:14, 20:16,
20:23, 21:1, 21:6,
21:11, 21:20, 21:21,
21:23, 22:9, 25:4,
25:6, 25:11, 27:6,
28:3, 28:4, 28:9,
28:11, 28:13, 28:21,
29:11, 29:23, 29:25,
30:1, 30:3, 30:4,
30:6, 30:7, 30:10,
30:12, 30:14, 30:15,
30:16, 30:17, 30:18,
31:1, 31:6, 31:20,
31:22, 31:23, 31:24,
32:2, 32:3, 32:8,
32:10, 32:11, 34:6,
34:10, 35:7, 35:20,
36:17, 38:10, 38:15,
38:20, 38:21, 38:22,
42:12, 42:14, 42:15,
42:24, 43:9, 43:10,
43:13, 43:17, 43:21,
43:24, 44:2, 44:9,
44:13, 45:11, 45:15,
46:3, 46:14, 46:22,
46:23, 52:2, 52:3,
52:5, 52:7, 52:9,
52:14, 52:15, 52:16,
52:17, 52:18, 52:21,

52:23, 52:24, 52:25,
53:8, 54:25, 55:16,
55:20, 55:24, 55:25,
56:4, 56:5, 56:9,
56:13, 56:16, 56:18,
57:8, 59:3, 59:6,
59:7, 59:8, 59:9,
59:11, 59:12, 59:13,
59:14, 59:15, 59:16,
59:20, 59:21, 60:7,
60:8, 60:12, 60:13,
60:14, 60:15, 60:16,
60:17, 60:19, 61:3,
61:9, 61:10, 61:11,
61:13, 61:14, 61:16,
62:22, 62:23, 62:24,
63:4, 63:9, 64:5,
64:7, 64:8, 64:21,
65:4, 65:8, 65:10,
65:13, 65:14, 65:15,
65:17, 65:19, 65:22,
65:23, 65:24, 65:25,
66:1, 68:9, 68:13,
68:18, 69:9, 69:17,
69:25, 70:3, 70:7,
70:15, 71:17, 71:19,
71:22, 71:24, 71:25,
72:1, 72:2, 72:3,
72:4, 72:5, 72:12,
72:13, 72:14, 72:16,
72:21, 73:8, 73:12,
74:21, 75:22, 76:23,
77:3, 77:6, 77:8,
77:12, 77:13, 77:16,
77:17, 77:20, 78:1,
78:2, 78:3, 78:7,
78:8, 78:10, 78:14,
78:17, 78:20, 78:21,
78:24, 79:3, 79:4,
79:5, 79:10, 79:23,
80:4, 80:7, 80:10,
80:12, 80:14, 80:15,
80:17, 80:19, 80:20,
80:22, 80:24, 81:2,
81:6, 81:7, 81:8,
81:9, 81:12, 81:20,
81:24, 81:25, 82:9,
82:10, 82:13, 82:16,
82:17, 83:16, 83:17,
83:18, 83:19, 83:21,
83:22, 84:7, 84:9,
84:13, 84:16, 84:17,
84:18, 84:19, 84:20,
84:21, 84:22, 85:2,
85:5, 85:6, 85:12,
85:13, 85:14, 85:19,
85:21, 86:5, 86:9,
86:13, 86:21, 86:23,
87:9, 87:15, 88:24,
89:1, 89:4, 89:5,
89:7, 89:8, 89:9,

89:10, 89:11, 89:14,
89:23, 89:24, 90:5,
90:6, 90:7, 90:9,
90:10, 90:11, 90:12,
91:5, 91:7, 91:10,
91:14, 91:15, 91:16,
91:19, 91:20, 91:21,
91:24, 91:25, 92:14,
92:16, 94:15, 94:16,
94:19, 95:4, 97:12,
97:15, 98:20, 98:21,
98:24, 98:25, 99:1,
99:3, 99:4, 99:5,
99:6, 99:12, 100:8,
107:14, 108:1,
108:24, 109:10,
110:4, 110:11,
110:13, 110:14,
111:4, 111:5, 113:7,
113:19, 114:14,
114:15, 114:18,
114:21, 114:25,
115:6, 115:8, 116:1,
116:2, 116:3, 116:4,
116:14, 116:18,
116:19, 117:11,
117:12, 117:14,
117:15

**HE'S** [3] - 14:19,
16:15, 85:12

**HEAD** [1] - 17:11

**HEALTH** [5] - 49:9,
63:1, 102:11,
105:17, 105:18

**HEAR** [5] - 4:3, 27:1,
63:14, 83:21, 118:10

**HEARD** [2] - 87:8,
88:4

**HEARING** [6] - 1:12,
57:12, 88:15,
117:11, 118:6,
118:18

**HEARTLAND** [1] -
8:18

**HEIGHTENED** [1] -
102:10

**HELP** [5] - 20:20,
64:14, 68:6, 105:12,
106:2

**HELPFUL** [1] - 15:24

**HELPING** [1] - 37:21

**HER** [19] - 56:6, 56:7,
56:8, 56:10, 60:8,
60:9, 60:12, 60:13,
60:14, 60:15, 60:17,
60:18, 60:20, 87:12,
87:13, 107:2,
108:10, 108:12

**HERE** [24] - 3:7, 13:25,
21:21, 25:6, 28:13,

29:16, 31:13, 35:6,
35:10, 42:16, 44:21,
45:1, 50:25, 51:12,
57:11, 59:4, 63:10,
64:1, 83:3, 83:12,
84:7, 87:1, 94:14,
108:17

**HIGH** [9] - 10:4, 39:25,
40:24, 55:1, 55:5,
62:24, 78:14, 86:13,
110:21

**HIGHER** [1] - 7:23

**HIGHEST** [2] - 95:15,
112:18

**HIM** [113] - 4:8, 4:10,
4:12, 4:15, 4:17,
10:6, 10:8, 10:9,
10:13, 11:1, 11:3,
11:4, 11:22, 11:23,
11:24, 12:16, 12:18,
13:3, 16:14, 17:2,
17:22, 18:2, 18:10,
20:13, 20:21, 25:9,
29:23, 30:6, 31:2,
31:8, 31:22, 38:11,
42:21, 44:5, 45:16,
46:4, 46:11, 50:21,
52:3, 52:6, 52:11,
52:12, 52:20, 52:22,
53:3, 53:6, 54:14,
54:16, 54:19, 55:5,
55:8, 55:18, 56:7,
60:8, 60:10, 60:18,
68:16, 72:8, 74:22,
74:23, 74:25, 75:7,
75:25, 76:6, 76:8,
76:11, 76:13, 76:17,
76:19, 76:21, 76:23,
77:16, 77:17, 77:18,
77:19, 77:22, 79:9,
79:22, 80:3, 80:12,
80:18, 81:4, 81:6,
81:8, 81:11, 81:12,
81:14, 81:15, 82:7,
82:24, 83:2, 83:17,
83:20, 86:2, 86:5,
86:6, 86:9, 87:4,
90:12, 98:17, 98:20,
99:3, 107:13, 108:3,
108:15, 114:8,
114:17, 116:12

**HIMSELF** [18] - 11:5,
11:8, 11:10, 11:12,
27:18, 28:22, 30:12,
34:6, 44:10, 61:9,
78:3, 78:7, 80:19,
81:20, 89:22, 90:9,
91:21, 91:24

**HINDSIGHT** [1] - 20:8

**HIRED** [1] - 44:16

**HIS** [206] - 3:11, 3:13,
8:4, 8:5, 8:7, 8:17,
9:14, 9:15, 10:3,
10:11, 10:13, 10:16,
10:18, 10:21, 10:24,
10:25, 11:16, 11:21,
12:4, 12:5, 12:6,
12:20, 14:2, 16:3,
16:8, 17:4, 17:6,
17:8, 17:10, 17:11,
17:15, 17:18, 17:19,
17:23, 17:25, 18:10,
18:23, 20:12, 21:2,
21:7, 21:8, 21:17,
21:18, 21:22, 22:23,
25:15, 26:2, 26:11,
26:16, 27:2, 27:14,
27:22, 27:25, 28:13,
28:23, 29:1, 29:2,
29:7, 29:16, 29:23,
29:24, 30:5, 30:24,
32:4, 32:7, 32:12,
32:14, 35:7, 35:20,
37:9, 38:15, 38:24,
38:25, 39:15, 41:14,
41:22, 42:18, 42:19,
42:21, 43:4, 43:8,
43:20, 44:1, 44:3,
44:4, 44:10, 46:3,
46:6, 46:12, 46:13,
50:22, 53:1, 55:19,
55:22, 56:15, 57:6,
58:11, 58:13, 58:15,
59:6, 59:12, 60:1,
60:5, 63:10, 63:20,
63:25, 64:6, 64:10,
64:23, 66:4, 68:20,
69:2, 69:9, 69:19,
69:20, 69:21, 69:22,
70:1, 70:20, 70:21,
71:22, 71:23, 72:6,
72:9, 72:15, 72:20,
72:22, 72:23, 73:7,
73:13, 74:4, 74:14,
74:16, 74:19, 76:16,
77:5, 77:19, 78:20,
82:22, 84:6, 84:23,
85:1, 85:8, 85:10,
85:16, 85:21, 85:24,
86:15, 86:20, 86:24,
87:9, 91:11, 92:1,
92:4, 94:14, 94:15,
94:21, 95:13, 97:21,
97:23, 98:2, 98:3,
98:10, 98:11, 98:13,
98:16, 99:4, 99:7,
99:10, 100:1, 100:2,
100:3, 100:5, 100:8,
100:9, 100:11,
100:23, 101:5,
103:7, 105:15,

107:2, 109:18, 110:9, 113:19, 114:7, 114:12, 114:22, 115:7, 115:9, 115:25, 116:12, 116:19

**HISTORICAL** [2] - 103:11, 107:17

**HISTORY** [18] - 8:7, 8:8, 27:17, 36:7, 39:18, 41:25, 42:6, 42:7, 42:13, 54:8, 55:19, 74:16, 106:9, 112:23, 112:25, 113:19

**HMM** [1] - 85:9

**HOME** [3] - 46:4, 84:17, 84:18

**HONEST** [2] - 68:7, 90:11

**HONESTLY** [2] - 76:25, 107:8

**HONOR** [25] - 3:4, 5:3, 6:15, 6:19, 8:8, 21:25, 22:2, 25:20, 28:19, 38:17, 45:5, 48:7, 75:8, 75:9, 75:15, 101:1, 103:16, 103:18, 112:3, 112:6, 115:10, 117:24, 118:1, 118:4, 118:13

**HONORABLE** [1] - 1:10

**HOPE** [3] - 38:2, 38:6, 114:21

**HOPELESSNESS** [1] - 53:24

**HOSPITAL** [1] - 49:8

**HOSPITALIZATION** [1] - 102:12

**HOUR** [2] - 76:15, 93:5

**HOUR-AND-A-HALF** [1] - 76:15

**HOURS** [7] - 4:17, 22:6, 76:15, 76:19, 76:22, 76:23, 77:2

**HOUSE** [1] - 70:13

**HOUSED** [1] - 110:5

**HOUSING** [10] - 80:23, 80:25, 81:5, 81:9, 81:13, 81:16, 109:17, 110:5, 110:12

**HOW** [51] - 3:10, 4:8, 4:15, 4:23, 4:25, 8:17, 9:4, 11:15, 11:16, 16:15, 20:9, 20:10, 20:11, 20:14,

21:12, 25:5, 25:15, 26:14, 40:1, 44:23, 46:22, 47:2, 48:18, 50:4, 50:22, 52:21, 56:14, 58:10, 62:16, 69:2, 76:7, 76:13, 76:17, 81:5, 82:2, 82:3, 82:13, 83:15, 85:16, 87:5, 87:6, 87:15, 89:9, 90:21, 98:14, 100:16, 101:14, 104:3, 104:4, 108:21, 115:8

**HOWEVER** [2] - 24:23, 63:8

**HUG** [1] - 74:23

**HUMAN** [1] - 11:8

**HUNDREDS** [1] - 108:23

**HURTING** [1] - 98:19

**HYPERTENSION** [1] - 78:14

## I

**I'LL** [1] - 5:4

**I'M** [8] - 41:18, 73:17, 78:17, 97:12, 98:8, 99:23, 103:10, 111:7

**I'VE** [2] - 5:24, 56:21

**IDEA** [4] - 20:6, 58:17, 86:8, 99:5

**IDEALLY** [1] - 117:7

**IDEATION** [1] - 80:15

**IDENTIFIED** [3] - 73:11, 95:22, 106:8

**IF** [65] - 8:18, 9:24, 10:7, 11:10, 19:5, 19:16, 19:23, 21:14, 21:16, 21:20, 23:14, 24:11, 24:21, 30:4, 33:3, 34:6, 34:9, 35:20, 38:2, 40:6, 41:4, 42:5, 42:7, 46:1, 51:6, 52:12, 53:17, 67:21, 67:22, 68:18, 70:15, 79:1, 79:18, 80:19, 81:6, 81:9, 82:9, 82:17, 86:2, 86:18, 87:2, 87:13, 88:8, 88:15, 90:14, 91:19, 94:3, 94:16, 98:4, 106:25, 110:9, 110:11, 110:23, 111:3, 111:4, 111:20, 114:25, 115:6, 116:2, 116:8, 116:18, 117:10, 117:15

**II** [1] - 55:18

**ILLEGAL** [3] - 12:16, 12:24, 70:15

**ILLNESS** [1] - 49:9

**ILLNESSES** [2] - 67:6, 67:8

**IMAGES** [16] - 15:1, 22:24, 25:5, 25:17, 26:16, 26:20, 26:22, 26:23, 27:5, 27:14, 31:2, 55:22, 57:2, 57:5, 89:20

**IMAGINE** [1] - 4:24

**IMPACT** [1] - 104:6

**IMPACTED** [1] - 3:11

**IMPAIRED** [4] - 68:4, 68:10, 69:18, 101:4

**IMPAIRMENT** [3] - 54:22, 54:23, 54:24

**IMPAIRMENTS** [1] - 70:14

**IMPAIRS** [1] - 55:14

**IMPERSONATION** [3] - 62:15, 63:8, 89:15

**IMPORTANT** [3] - 64:19, 86:7, 116:17

**IMPORTANTLY** [1] - 15:21

**IMPOSED** [2] - 74:1, 116:10

**IMPROPER** [1] - 66:17

**IMPROVE** [1] - 37:21

**IMPULSIVITY** [1] - 21:3

**IN** [340] - 1:1, 4:10, 4:18, 4:20, 4:25, 5:5, 5:6, 5:9, 5:20, 6:1, 6:4, 6:13, 6:24, 7:18, 7:20, 7:22, 7:25, 8:1, 8:7, 8:17, 8:23, 8:25, 9:3, 9:11, 9:12, 9:13, 9:14, 9:18, 9:22, 9:24, 10:6, 10:14, 10:18, 10:23, 10:25, 11:3, 11:10, 11:19, 12:6, 13:7, 13:18, 14:1, 14:5, 14:7, 14:12, 14:23, 14:25, 15:11, 15:12, 15:13, 15:15, 15:17, 15:22, 15:23, 16:1, 16:2, 16:10, 16:15, 16:18, 17:7, 17:19, 18:4, 18:5, 18:6, 18:9, 20:3, 20:16, 20:19, 21:10, 21:15, 22:14, 23:13, 23:17, 23:20, 24:9, 24:23, 25:2, 25:8, 25:21, 26:2, 27:2, 27:18, 28:13,

28:22, 29:21, 30:3, 30:12, 30:14, 30:20, 30:21, 30:25, 31:23, 31:24, 32:14, 33:14, 34:7, 34:10, 34:25, 35:6, 35:8, 35:10, 35:16, 35:18, 36:5, 36:10, 37:7, 37:9, 37:15, 37:16, 37:19, 38:24, 39:10, 39:16, 39:18, 40:1, 40:14, 40:16, 41:22, 42:2, 42:5, 42:7, 42:9, 42:10, 42:18, 42:25, 43:8, 43:10, 43:21, 43:24, 44:2, 44:3, 44:4, 44:10, 44:13, 45:11, 45:14, 46:3, 46:6, 46:13, 46:20, 47:3, 48:14, 48:20, 48:21, 48:24, 49:17, 49:21, 50:7, 50:10, 50:20, 51:19, 51:23, 52:15, 53:1, 53:19, 54:4, 54:10, 54:13, 54:20, 55:15, 55:16, 55:22, 56:11, 56:19, 56:22, 57:4, 57:10, 57:12, 58:2, 58:24, 59:6, 59:9, 59:12, 59:24, 60:5, 60:6, 60:17, 61:10, 61:19, 62:2, 62:16, 62:17, 63:6, 63:10, 63:20, 63:21, 64:8, 64:13, 64:19, 64:22, 64:23, 65:10, 65:13, 65:14, 65:16, 65:18, 65:20, 65:22, 68:1, 68:8, 68:17, 69:2, 69:8, 69:9, 69:16, 70:9, 71:24, 72:1, 72:14, 72:17, 72:23, 73:4, 73:7, 73:9, 73:12, 73:14, 73:15, 74:16, 74:20, 74:22, 75:19, 76:25, 77:4, 77:17, 77:22, 78:6, 79:15, 80:6, 80:21, 80:22, 80:25, 81:4, 81:8, 81:12, 81:20, 82:24, 83:3, 83:6, 84:5, 84:7, 85:1, 85:2, 85:3, 85:5, 85:21, 86:10, 86:15, 86:18, 86:21, 87:18, 87:19, 87:20, 88:6, 88:8, 88:11, 88:24, 89:1, 89:4, 89:5, 89:6, 89:10, 89:11, 89:18, 89:22, 90:9, 91:6,

91:7, 91:11, 92:3, 92:8, 92:22, 93:20, 93:21, 93:22, 94:4, 94:8, 94:19, 94:20, 94:25, 95:17, 97:1, 97:2, 97:7, 97:25, 98:10, 98:18, 98:24, 99:4, 99:6, 99:8, 99:16, 100:23, 102:17, 103:6, 104:24, 106:9, 106:16, 107:2, 108:14, 108:24, 109:17, 110:5, 110:12, 110:19, 110:22, 110:24, 111:11, 111:21, 111:22, 112:13, 113:5, 113:8, 113:25, 114:12, 114:22, 115:9, 115:25, 116:4, 116:12, 116:20, 117:7, 117:8, 117:12, 118:9, 119:2

**INABILITY** [3] - 8:23, 8:24, 88:7

**INAPPROPRIATE** [4] - 27:21, 66:16, 67:17, 84:24

**INARTFULLY** [1] - 40:13

**INCARCERATED** [2] - 4:13, 107:25

**INCENTIVE** [1] - 41:8

**INCENTIVES** [1] - 114:16

**INCIDENT** [4] - 27:21, 70:9, 73:10, 74:19

**INCLINED** [1] - 57:20

**INCLUDED** [2] - 14:23, 31:14

**INCLUDES** [1] - 37:20

**INCLUDING** [6] - 6:2, 30:23, 31:17, 45:1, 71:10, 94:21

**INCREASE** [4] - 19:19, 19:25, 58:15, 72:9

**INCREASED** [5] - 58:3, 72:17, 72:20, 73:6, 73:18

**INCREASES** [1] - 58:25

**INDEPENDENT** [3] - 16:5, 98:4, 103:9

**INDEPENDENTLY** [1] - 24:6

**INDICATE** [11] - 51:24, 54:22, 56:13, 57:2, 59:11, 66:25, 68:12,

71:21, 78:23, 88:12, 103:3

**INDICATED** [13] - 15:17, 19:14, 35:7, 39:4, 53:12, 54:13, 55:21, 55:25, 59:13, 69:16, 71:17, 83:18, 100:18

**INDICATES** [2] - 68:9, 73:15

**INDICATION** [1] - 49:15

**INDICATIVE** [1] - 68:21

**INDICATOR** [2] - 36:17, 42:1

**INDICATORS** [3] - 67:24, 68:6, 88:11

**INDICTMENT** [7] - 22:17, 22:18, 23:2, 23:19, 23:20, 87:18, 113:14

**INDIFFERENT** [1] - 33:1

**INDIVIDUAL** [20] - 6:16, 54:7, 56:4, 57:7, 60:7, 60:19, 60:25, 61:20, 62:15, 64:12, 64:24, 67:21, 77:10, 93:23, 96:10, 96:19, 101:19, 102:6, 104:7, 112:22

**INDIVIDUAL'S** [2] - 65:5, 95:12

**INDIVIDUALS** [21] - 56:21, 57:16, 57:18, 62:14, 63:6, 64:17, 65:20, 65:23, 68:2, 86:10, 92:20, 93:20, 95:11, 95:16, 96:6, 101:22, 101:25, 102:5, 102:9, 104:7, 110:22

**INDUCT** [1] - 3:7

**INFER** [1] - 63:13

**INFERIOR** [1] - 91:25

**INFLUENCED** [1] - 16:3

**INFLUENCES** [1] - 42:9

**INFORMATION** [9] - 17:17, 23:3, 36:5, 47:14, 51:13, 53:25, 56:7, 77:1, 95:10

**INFORMED** [1] - 78:20

**INITIAL** [1] - 106:18

**INITIALLY** [2] - 95:9, 107:3

**INITIATE** [1] - 61:10

**INJURIOUS** [1] - 17:3

**INJURY** [1] - 18:10

**INMATE** [7] - 16:19, 78:8, 94:1, 96:12, 96:16, 109:16, 111:4

**INMATES** [20] - 17:16, 17:25, 19:17, 41:4, 44:4, 49:13, 77:13, 78:5, 79:15, 80:21, 96:14, 96:18, 96:20, 96:21, 101:13, 101:14, 102:13, 105:19, 109:18, 110:10

**INPATIENT** [2] - 52:15, 102:12

**INPUTS** [1] - 26:1

**INSIGHT** [1] - 20:15

**INSTEAD** [1] - 28:23

**INSTITUTION** [1] - 49:12, 56:23

**INSTRUMENT** [3] - 54:6, 54:8, 54:9

**INSTRUMENTS** [1] - 68:5

**INTACT** [1] - 7:24

**INTELLECTUAL** [4] - 7:24, 13:10, 70:14

**INTELLIGENCE** [4] - 53:7, 53:8, 53:9, 107:11

**INTENDS** [1] - 3:16

**INTENSITY** [1] - 106:3

**INTENTION** [1] - 58:22

**INTENTIONS** [2] - 32:9, 32:11

**INTERACT** [3] - 17:15, 63:17, 69:12

**INTERACTED** [2] - 30:7, 30:12

**INTERACTING** [2] - 10:21, 28:22

**INTERACTION** [4] - 44:4, 63:6, 100:6, 102:10

**INTERACTIONS** [3] - 30:5, 56:8, 56:10

**INTEREST** [11] - 15:11, 15:12, 15:17, 34:7, 34:10, 34:13, 35:8, 37:4, 56:19, 60:14, 98:24

**INTERESTED** [8] - 10:6, 14:24, 59:19, 89:1, 89:5, 89:10, 89:11, 99:6

**INTERESTING** [1] - 19:13

**INTERESTS** [10] - 9:7, 9:24, 10:14, 10:16, 10:18, 15:14, 28:10,

54:4, 72:23, 116:12

**INTERIM** [1] - 118:9

**INTERN** [6] - 48:24, 76:10, 106:12, 106:24, 107:2, 107:10

**INTERNET** [10] - 10:23, 11:6, 11:8, 11:12, 12:9, 17:9, 25:7, 30:8, 30:20, 116:16

**INTERNSHIPS** [1] - 5:6

**INTERPRETS** [1] - 65:14

**INTERRUPT** [1] - 93:2

**INTERSTATE** [1] - 56:24

**INTERVENTION** [2] - 102:9, 105:23

**INTERVENTIONS** [2] - 42:8, 43:1

**INTERVIEW** [1] - 103:13

**INTERVIEWED** [2] - 53:5, 107:8

**INTERVIEWS** [9] - 55:17, 76:8, 76:14, 99:2, 106:17, 106:23, 107:1, 107:3, 107:5

**INTIMACY** [1] - 72:20

**INTO** [18] - 5:12, 5:13, 8:8, 17:20, 31:2, 37:11, 38:11, 39:14, 52:20, 54:13, 63:21, 63:25, 64:5, 64:9, 64:13, 90:5, 91:17

**INVALIDATED** [1] - 41:9

**INVENTORY** [5] - 53:11, 54:3, 67:13, 67:18, 67:25

**INVESTIGATION** [3] - 47:7, 66:9, 103:14

**INVESTMENTS** [1] - 95:19

**INVOLVE** [5] - 29:2, 104:13, 105:23, 106:3, 116:13

**INVOLVED** [13] - 11:1, 26:16, 26:23, 31:19, 39:9, 39:16, 42:18, 44:4, 46:20, 73:17, 86:18, 89:6, 92:22

**INVOLVEMENT** [1] - 27:24

**INVOLVING** [1] - 27:18

**IS** [319] - 3:5, 3:9, 3:12,

3:15, 5:2, 5:5, 6:3, 6:11, 6:13, 7:3, 7:14, 7:22, 8:3, 8:8, 8:17, 8:25, 9:2, 9:3, 9:12, 9:13, 11:20, 11:25, 12:3, 12:14, 13:13, 13:14, 13:19, 14:7, 14:16, 14:20, 14:22, 15:10, 15:11, 15:14, 15:19, 16:9, 16:11, 16:24, 17:4, 17:14, 17:24, 18:2, 18:3, 18:6, 18:13, 18:22, 19:2, 19:5, 19:9, 19:11, 19:16, 19:20, 19:21, 19:24, 20:7, 20:22, 20:23, 20:24, 21:1, 22:14, 23:5, 23:9, 24:9, 24:13, 25:5, 25:24, 26:11, 26:19, 28:13, 28:21, 29:22, 30:15, 31:10, 31:22, 32:22, 33:4, 33:6, 33:7, 33:13, 33:14, 33:21, 34:9, 35:3, 36:10, 36:17, 36:18, 37:2, 37:3, 37:12, 37:17, 37:18, 37:19, 37:22, 37:24, 38:15, 39:6, 39:9, 39:11, 40:6, 42:1, 42:6, 42:13, 42:14, 42:24, 43:22, 43:24, 44:13, 44:23, 46:14, 47:1, 47:3, 47:7, 48:4, 48:15, 49:3, 49:12, 49:14, 50:11, 50:16, 50:24, 51:9, 51:11, 51:20, 51:24, 52:12, 54:6, 54:8, 54:9, 54:10, 54:22, 54:23, 54:25, 55:8, 55:12, 55:20, 56:4, 56:12, 57:5, 57:7, 57:13, 57:21, 57:24, 57:25, 58:3, 58:16, 59:6, 59:9, 60:11, 61:2, 61:16, 61:21, 62:2, 62:13, 62:14, 62:23, 63:6, 63:10, 63:19, 64:15, 65:4, 65:9, 65:24, 66:11, 66:16, 66:25, 67:1, 67:3, 67:8, 67:17, 67:20, 67:24, 68:9, 68:10, 68:14, 68:18, 69:7, 69:9, 69:10, 69:13, 69:14, 69:17, 69:20, 70:7, 70:14, 71:12, 71:17, 71:19, 72:12, 72:13, 72:14,

72:25, 73:6, 73:11, 73:17, 73:19, 74:7, 75:22, 78:22, 79:16, 80:20, 82:12, 82:15, 82:17, 85:12, 85:22, 87:1, 87:5, 87:19, 88:6, 88:12, 88:23, 89:1, 89:5, 89:7, 89:10, 89:11, 89:15, 89:23, 89:24, 90:4, 90:5, 90:7, 90:14, 90:15, 90:16, 91:10, 91:14, 91:16, 91:20, 91:25, 92:6, 92:8, 92:13, 92:19, 92:21, 93:2, 93:14, 93:16, 93:19, 94:3, 94:23, 95:7, 95:14, 96:24, 97:10, 97:17, 97:22, 98:3, 98:19, 99:10, 100:2, 100:8, 100:19, 100:24, 101:14, 102:6, 103:2, 103:3, 103:7, 103:8, 103:22, 103:23, 104:11, 104:19, 104:23, 105:3, 105:5, 105:11, 105:21, 106:8, 106:9, 106:13, 107:2, 107:11, 107:16, 108:24, 109:6, 109:13, 110:17, 110:20, 111:3, 111:15, 112:9, 112:14, 112:19, 112:23, 113:3, 113:11, 113:21, 113:24, 114:1, 114:2, 114:12, 114:16, 114:22, 114:25, 115:6, 115:18, 115:20, 115:24, 116:8, 117:8, 117:10, 119:1

**ISN'T** [10] - 24:3, 29:3, 39:20, 43:4, 59:25, 78:6, 78:23, 89:24, 90:6, 101:23

**ISOLATED** [1] - 44:3

**ISOLATION** [2] - 17:15, 42:6

**ISSUE** [12] - 6:3, 8:15, 18:12, 19:3, 20:18, 45:23, 72:25, 73:11, 75:21, 87:15, 98:22, 104:24

**ISSUED** [2] - 50:17, 106:11

**ISSUES** [5] - 15:5, 49:10, 66:22, 68:13, 77:4

**IT** [204] - 3:10, 3:15, 4:16, 5:4, 8:5, 9:18, 10:17, 11:13, 12:16, 12:18, 12:24, 13:8, 14:6, 14:24, 15:19, 16:1, 17:11, 18:16, 18:20, 18:22, 19:23, 20:7, 20:8, 20:9, 20:10, 22:5, 22:15, 22:25, 23:15, 23:25, 24:3, 24:9, 24:13, 25:9, 26:14, 27:13, 28:9, 29:13, 31:21, 33:13, 35:4, 35:10, 35:21, 36:25, 37:2, 37:3, 37:24, 39:4, 39:17, 40:12, 41:2, 41:9, 42:7, 42:14, 42:15, 44:23, 45:1, 46:14, 46:23, 48:20, 48:21, 49:1, 50:12, 51:25, 53:9, 54:7, 57:14, 58:20, 58:22, 59:6, 59:15, 59:16, 59:18, 60:18, 61:6, 64:4, 66:17, 67:3, 67:23, 68:1, 69:9, 69:17, 70:2, 70:16, 71:12, 71:17, 71:20, 72:11, 72:18, 73:9, 73:10, 73:13, 73:17, 73:23, 74:5, 74:9, 74:11, 74:12, 74:13, 74:14, 74:25, 78:6, 78:23, 79:16, 79:18, 79:21, 80:3, 80:4, 80:11, 80:20, 80:24, 81:3, 81:5, 82:9, 82:18, 82:20, 83:2, 83:16, 83:18, 83:21, 84:1, 84:8, 84:16, 86:7, 86:17, 87:17, 88:4, 88:8, 88:13, 88:14, 88:15, 89:7, 89:8, 89:10, 90:16, 90:19, 92:2, 92:6, 92:8, 92:13, 92:19, 92:21, 93:2, 93:16, 94:1, 94:3, 94:15, 95:11, 96:3, 96:10, 96:24, 96:25, 97:16, 98:9, 98:12, 98:17, 98:19, 100:4, 100:24, 101:14, 101:18, 102:2, 102:3, 103:1, 103:3, 103:4, 104:1, 104:9, 104:10, 104:20, 104:23, 105:1, 105:3, 106:2, 106:22, 107:7, 107:14, 109:8, 109:13, 110:3, 110:11, 111:5, 111:15, 111:18, 111:19, 111:20, 113:11, 113:15, 114:1, 114:5, 114:21, 115:1, 115:18, 115:19, 115:21

**IT'S** [73] - 5:18, 9:1, 13:11, 13:13, 13:14, 14:5, 14:16, 15:11, 15:15, 16:1, 18:17, 19:9, 19:25, 24:22, 25:20, 35:18, 36:23, 36:25, 38:5, 39:7, 39:24, 39:25, 40:24, 41:8, 42:24, 49:5, 51:3, 51:15, 54:8, 56:2, 60:25, 63:12, 63:16, 66:17, 67:6, 67:18, 67:20, 67:22, 67:23, 69:6, 70:2, 70:15, 70:19, 71:14, 81:19, 82:20, 86:15, 88:9, 93:18, 93:20, 93:24, 94:1, 103:9, 104:21, 104:22, 104:23, 104:24, 105:8, 106:6, 106:21, 107:17, 107:18, 109:6, 109:24, 110:9, 111:3, 113:10, 113:11, 113:13, 114:11

**J**

**JAIL** [3] - 38:3, 43:21, 73:12

**JOB** [1] - 10:24

**JOINT** [1] - 106:21

**JUDGE** [8] - 24:6, 35:10, 46:1, 83:7, 101:7, 111:8, 111:21, 114:1

**JUDGMENT** [2] - 21:3, 21:8

**JULY** [1] - 1:8

**JUST** [28] - 9:22, 13:11, 16:25, 28:11, 30:22, 34:23, 36:9, 40:15, 45:22, 51:15, 57:4, 58:19, 59:15, 59:17, 60:15, 64:24, 65:15, 70:4, 71:24, 76:4, 90:1, 96:7, 96:8, 97:6, 101:9, 103:18, 107:13, 114:16

**JUSTICE** [1] - 48:12

**K**

**KEEP** [1] - 81:15

**KICK** [1] - 87:12

**KICKED** [1] - 87:13

**KIND** [8] - 30:11, 37:22, 59:16, 65:10, 99:5, 105:11, 110:5

**KINDS** [4] - 9:16, 32:8, 32:10, 42:8

**KNEW** [10] - 12:15, 12:16, 12:18, 12:24, 20:8, 31:20, 60:17, 81:5

**KNOW** [66] - 4:5, 4:8, 4:23, 13:15, 17:16, 19:2, 20:9, 21:15, 22:15, 24:14, 24:16, 24:20, 25:5, 25:15, 25:17, 26:15, 26:25, 27:2, 27:5, 27:8, 27:9, 39:17, 41:21, 45:11, 46:22, 46:24, 56:3, 56:14, 59:11, 59:17, 60:14, 61:15, 70:16, 71:6, 71:17, 71:25, 74:2, 74:20, 74:21, 78:9, 78:23, 79:1, 79:4, 82:10, 84:20, 85:19, 86:2, 86:3, 86:4, 87:2, 87:3, 87:13, 88:14, 89:9, 89:11, 90:13, 91:15, 91:19, 91:21, 92:11, 108:7, 108:14, 111:24, 114:11, 115:24, 118:15

**KNOWING** [2] - 47:1, 73:16

**KNOWLEDGE** [3] - 25:24, 39:21, 74:14

**L**

**LACK** [37] - 9:3, 12:13, 13:5, 13:9, 13:12, 17:25, 32:7, 32:14, 32:16, 32:21, 32:23, 32:24, 33:10, 33:18, 33:21, 37:12, 37:19, 53:16, 57:25, 58:13, 58:14, 58:16, 58:23, 63:14, 70:20, 71:12, 72:12, 78:17, 78:18, 76:4, 90:1, 96:7, 96:8, 97:6, 101:9, 103:18, 107:13, 114:16

**LACKED** [1] - 12:21

**LACKS** [1] - 98:20

**LARGE** [3] - 13:2, 55:21, 116:15

**LARGELY** [1] - 96:7

**LARGER** [1] - 75:22

**LAST** [13] - 4:18, 5:22, 7:1, 7:21, 19:14, 44:5, 45:16, 52:2, 52:3, 52:5, 83:17, 113:23, 115:20

**LATER** [3] - 39:23, 60:16, 61:22

**LAW** [4] - 5:13, 8:20, 21:22, 104:13

**LAWYER** [1] - 111:12

**LAWYERS** [2] - 6:10

**LEAD** [3] - 57:13, 69:4, 96:17

**LEADS** [2] - 102:17, 117:3

**LEARN** [1] - 42:11

**LEARNING** [3] - 53:17, 53:18, 73:15

**LEAST** [3] - 26:20, 54:23, 82:6

**LED** [2] - 53:23, 58:2

**LEFT** [2] - 52:5, 78:20, 109:10

**LEGAL** [2] - 70:4, 70:8

**LEGALITY** [1] - 70:17

**LEGALLY** [2] - 20:9

**LENGTH** [1] - 59:10

**LENGTHY** [1] - 15:23

**LESLIE** [1] - 22:19

**LESS** [8] - 12:3, 12:4, 20:21, 36:25, 68:4, 112:14, 112:24, 114:8

**LET** [7] - 18:18, 29:13, 32:21, 63:18, 79:8, 82:10, 90:16

**LET'S** [4] - 16:25, 28:25, 51:18, 66:3

**LETTER** [2] - 20:12, 72:13

**LEVEL** [23] - 7:15, 7:19, 7:23, 8:4, 8:5, 17:22, 20:15, 29:20, 32:7, 54:20, 54:22, 54:23, 54:25, 60:23, 62:8, 63:20, 63:25, 95:14, 96:10, 102:8, 106:3

**LEVELS** [3] - 7:11, 54:21, 105:23

**LICENSED** [1] - 5:9

**LIE** [3] - 31:21, 31:23, 61:5

**LIES** [1] - 31:14

**LIFE** [9] - 9:13, 10:23, 16:2, 28:7, 39:16, 41:14, 41:22, 69:10, 99:7

**LIKE** [43] - 5:23, 11:22, 17:5, 20:7, 20:19, 28:22, 28:23, 30:22, 34:19, 34:23, 45:22, 53:14, 56:9, 59:16, 61:5, 61:15, 61:16, 66:24, 70:17, 74:7, 74:23, 78:5, 78:22, 82:9, 82:24, 83:20, 84:16, 86:8, 88:13, 90:5, 93:12, 94:14, 101:18, 105:24, 109:9, 109:10, 110:2, 111:21, 113:1, 114:6, 115:24, 116:15

**LIKELIHOOD** [4] - 16:9, 73:3, 80:22, 115:8

**LIKELY** [10] - 32:13, 33:13, 95:25, 96:17, 97:4, 111:15, 111:18, 112:24, 114:8

**LIMIT** [1] - 9:20

**LIMITED** [1] - 10:3

**LINE** [3] - 56:1, 65:16, 72:21

**LINES** [2] - 59:16, 61:5

**LIST** [3] - 23:13, 24:3, 24:12

**LISTED** [1] - 23:15

**LISTENED** [2] - 20:13, 75:18

**LITERATURE** [4] - 18:3, 18:8, 40:3, 40:7

**LITTLE** [6] - 12:23, 28:25, 42:24, 54:13, 69:24, 93:13

**LIVE** [4] - 91:7, 93:21, 101:20, 110:19

**LIVED** [3] - 12:12, 71:24, 87:4

**LIVES** [3] - 88:24, 89:4, 91:5

**LIVING** [1] - 89:22

**LOCALLY** [1] - 107:25

**LOCATION** [1] - 77:9

**LOCKED** [3] - 52:15, 52:16, 52:20

**LONG** [9] - 21:12, 21:15, 27:17, 48:18,

76:13, 76:17, 87:17, 110:1

**LONGER** [1] - 21:19

**LOOK** [14] - 8:21, 8:22, 10:11, 10:12, 14:17, 14:18, 19:5, 19:16, 19:23, 42:5, 42:7, 80:5, 87:16, 104:21

**LOOKING** [5] - 10:11, 21:14, 35:17, 60:14, 99:1

**LOT** [15] - 17:2, 53:12, 53:14, 53:20, 56:24, 57:8, 70:20, 71:22, 72:11, 88:8, 106:16, 108:18, 108:21, 110:20, 112:11

**LOTS** [1] - 61:11

**LOVE** [2] - 65:16, 72:22

**LOWER** [4] - 19:9, 20:1, 39:6, 54:23

**LOWEST** [4] - 19:10, 19:11, 39:1, 95:16

**LYING** [3] - 31:17, 31:20, 31:21

**LYNN** [2] - 1:18, 119:6

# M

**MADE** [5] - 19:19, 61:4, 80:11, 81:3, 110:7

**MAIL** [2] - 78:22, 105:25

**MAIN** [1] - 104:1

**MAINTAIN** [2] - 65:24, 110:23

**MAINTAINED** [1] - 65:25

**MAINTAINING** [1] - 65:22

**MAINTAINS** [1] - 66:1

**MAJOR** [3] - 53:21, 53:23, 54:14

**MAJORITY** [7] - 10:18, 14:25, 15:2, 15:3, 26:7, 30:13, 57:16

**MAKE** [13] - 9:6, 10:4, 18:8, 20:21, 26:4, 35:22, 56:17, 57:11, 86:3, 105:25, 108:2, 109:25, 114:7

**MAKES** [1] - 115:1

**MAKING** [2] - 54:5, 54:10

**MALICIOUS** [1] - 58:23

**MALINGERING** [1] -

79:19

**MAN** [1] - 20:3

**MANAGE** [1] - 9:14

**MANAGEABLE** [2] - 106:5, 106:6

**MANAGEMENT** [6] - 49:11, 93:14, 103:21, 105:22, 106:10, 110:18

**MANDATORY** [1] - 118:11

**MANIFEST** [2] - 7:25, 9:14

**MANIFESTATIONS** [2] - 16:1, 21:17

**MANIFESTING** [1] - 17:2

**MANIPULATE** [4] - 31:1, 32:12, 63:13, 65:6

**MANIPULATION** [13] - 12:13, 18:2, 29:3, 29:18, 30:24, 31:5, 31:13, 31:16, 60:5, 62:9, 63:9, 63:20, 63:25

**MANIPULATIVE** [7] - 11:20, 11:24, 12:4, 29:1, 29:14, 61:2, 98:17

**MANNER** [2] - 8:24, 9:12

**MANUFACTURING** [1] - 13:19

**MANY** [26] - 4:15, 4:23, 5:12, 25:5, 32:25, 40:1, 42:1, 42:22, 50:4, 55:24, 56:21, 61:19, 62:24, 63:6, 65:6, 65:20, 65:23, 65:24, 68:2, 69:8, 73:1, 76:7, 79:14, 80:14, 81:18, 104:24

**MARKET** [2] - 1:19, 13:21

**MARSHALS** [1] - 83:3

**MASSACHUSETTS** [1] - 48:14

**MASTER'S** [1] - 5:5

**MASTERS** [1] - 49:18

**MATERIALS** [2] - 15:1, 106:1

**MATTER** [3] - 3:5, 7:8, 119:3

**MAXWELL'S** [2] - 22:19, 47:9

**MAY** [27] - 18:18, 39:17, 44:5, 45:15, 47:20, 47:21, 48:7,

50:24, 51:7, 57:18, 58:22, 75:9, 75:14, 83:9, 93:9, 99:19, 108:1, 109:9, 114:14, 114:15, 116:22, 117:13, 117:15, 118:9

**MAYBE** [6] - 4:24, 5:18, 21:15, 21:19, 32:2, 45:2

**MCMI** [3] - 66:10, 66:18, 67:10

**ME** [39] - 4:3, 10:15, 11:15, 15:12, 18:8, 18:18, 20:14, 26:14, 29:13, 32:15, 32:21, 35:14, 36:1, 36:6, 40:6, 47:10, 51:7, 51:8, 59:12, 60:6, 61:11, 62:22, 66:25, 68:6, 68:7, 76:9, 79:8, 81:7, 84:16, 84:21, 86:23, 87:2, 90:16, 100:17, 106:19, 107:3, 109:12, 117:3

**MEALS** [2] - 84:17, 84:19

**MEAN** [34] - 7:17, 42:15, 52:24, 55:10, 56:22, 58:16, 58:20, 59:8, 63:12, 66:18, 67:20, 69:7, 71:22, 72:18, 73:25, 74:8, 80:24, 84:3, 84:23, 85:12, 86:3, 86:8, 86:9, 91:16, 91:17, 96:9, 101:18, 101:24, 102:2, 104:1, 108:19, 109:24, 112:18

**MEANING** [6] - 29:14, 72:12, 82:5, 93:23, 95:17, 107:13

**MEANS** [1] - 71:7

**MEANT** [3] - 100:3, 100:4, 112:21

**MEASURES** [1] - 37:3

**MEDICAL** [12] - 22:10, 43:10, 45:12, 48:13, 48:24, 49:5, 49:6, 49:7, 51:25, 108:6, 108:15

**MEDICATION** [5] - 78:22, 82:12, 84:2, 84:3, 84:4

**MEET** [3] - 11:4, 63:2, 76:8

**MEETING** [4] - 10:25, 11:2, 76:11, 83:17

**MEETINGS** [2] - 15:6, 106:15

**MEMBER** [1] - 42:18

**MENTAL** [11] - 3:10, 49:9, 50:19, 50:22, 63:1, 67:5, 67:7, 102:11, 105:17, 105:18

**MENTIONED** [2] - 35:4, 77:4

**MESSENGER** [1] - 60:10

**MET** [6] - 4:12, 4:15, 30:6, 76:10, 76:11, 90:11

**METAANALYSES** [1] - 19:6

**MICHAEL** [3] - 1:6, 3:6, 4:5

**MICHELLE** [1] - 1:14

**MICHIGAN** [2] - 49:19, 49:20

**MID-30S** [1] - 28:13

**MIDDLE** [1] - 10:4

**MIGHT** [20] - 9:5, 9:6, 10:8, 11:17, 13:8, 14:13, 17:22, 17:23, 18:24, 21:18, 33:2, 50:22, 80:20, 80:22, 81:8, 89:14, 109:16, 111:4, 114:18

**MIGRAINES** [2] - 78:11, 80:2

**MILD** [1] - 63:1

**MIMIC** [1] - 61:12

**MIND** [2] - 11:19, 14:7

**MINIMUM** [2] - 49:12, 118:11

**MINNESOTA** [2] - 48:25, 53:10

**MINOR** [3] - 25:7, 31:7, 116:15

**MINORS** [5] - 10:16, 15:8, 23:17, 100:12, 116:13

**MINUTE** [2] - 75:10, 79:8

**MISCHARACTERIZA-TION** [1] - 18:17

**MISCONDUCT** [1] - 111:3

**MISERABLE** [1] - 85:22

**MISINTERPRETED** [1] - 96:18

**MISLEADING** [1] - 96:11

**MISSING** [1] - 46:7

**MISTAKEN** [1] - 44:1

**MIX** [1] - 42:9

**MM** [1] - 85:9

**MM-HMM** [1] - 85:9

**MMPI** [3] - 57:23, 67:10, 107:12

**MMPI-2** [4] - 53:11, 53:22, 66:17, 66:18

**MOMENT** [4] - 66:3, 97:6, 101:1, 103:18

**MONITORED** [1] - 116:17

**MONITORING** [1] - 105:24

**MONTH** [1] - 93:24

**MONTHS** [5] - 21:15, 22:10, 52:10, 105:6

**MORALLY** [2] - 20:10, 70:19

**MORE** [45] - 5:23, 14:2, 15:21, 17:5, 19:24, 21:7, 31:24, 32:25, 33:13, 33:18, 36:7, 38:8, 39:15, 39:23, 52:10, 54:13, 54:24, 57:4, 60:25, 63:9, 68:4, 68:21, 68:22, 70:19, 73:21, 76:19, 76:21, 78:6, 80:13, 85:14, 96:3, 97:4, 98:17, 102:13, 106:5, 106:6, 107:16, 110:5, 111:10, 111:15, 111:18, 114:7, 114:22, 115:1, 117:4

**MORNING** [5] - 3:2, 3:4, 4:1, 4:2, 5:3

**MOST** [34] - 6:11, 10:15, 12:5, 13:3, 14:21, 26:11, 28:7, 30:10, 30:21, 30:22, 31:25, 32:13, 32:15, 32:23, 32:24, 33:6, 33:9, 39:7, 41:14, 41:22, 56:25, 61:12, 62:13, 64:19, 65:8, 65:18, 78:5, 82:19, 86:10, 93:22, 102:9, 102:13

**MOSTLY** [1] - 34:3

**MOTHER** [5] - 17:18, 60:9, 61:1, 74:4, 86:24

**MOTION** [1] - 118:10

**MOUTH** [1] - 46:9

**MOVE** [2] - 36:10, 96:3

**MOVED** [3] - 52:20, 52:22, 77:20

**MR** [168] - 3:9, 3:15, 3:19, 3:20, 3:25, 6:3,

6:8, 6:15, 6:22, 6:23, 7:9, 8:3, 9:22, 10:1, 11:15, 11:19, 12:15, 13:17, 14:5, 14:23, 14:25, 15:4, 16:2, 16:17, 16:23, 16:25, 17:18, 18:9, 18:16, 18:18, 18:21, 21:25, 23:16, 25:3, 25:6, 25:18, 25:20, 25:21, 25:25, 26:3, 27:17, 28:4, 28:7, 28:18, 29:3, 29:5, 29:9, 29:11, 29:15, 31:14, 31:18, 31:19, 38:5, 38:14, 39:3, 41:13, 41:15, 41:21, 42:3, 43:5, 43:14, 44:7, 44:9, 44:18, 45:7, 45:9, 46:10, 46:23, 47:5, 47:13, 47:18, 47:21, 47:23, 50:19, 51:2, 51:18, 51:25, 53:3, 53:5, 54:2, 55:2, 55:16, 57:24, 58:5, 59:2, 59:25, 62:5, 62:10, 63:22, 64:2, 64:20, 65:3, 68:24, 70:24, 71:5, 73:7, 75:9, 75:14, 75:15, 75:17, 79:1, 79:9, 80:1, 81:3, 83:7, 83:11, 84:14, 84:25, 86:15, 86:19, 90:8, 90:14, 91:4, 91:23, 92:18, 93:1, 93:4, 93:6, 93:9, 93:10, 93:11, 95:13, 97:6, 97:8, 97:20, 99:15, 99:19, 99:21, 101:1, 101:2, 101:7, 102:4, 102:20, 103:6, 103:14, 103:18, 106:25, 107:8, 107:22, 107:24, 109:3, 109:21, 110:8, 111:10, 111:12, 111:13, 111:25, 112:3, 113:1, 113:9, 113:13, 114:6, 114:9, 114:12, 115:3, 115:10, 116:8, 117:3, 117:6, 117:17, 117:21, 117:23, 118:1, 118:13, 118:16, 118:19, 119:11, 119:15

**MS** [85] - 6:19, 16:12, 16:14, 16:21, 18:15, 18:17, 22:1, 22:2, 22:4, 25:23, 28:24, 29:12, 33:8, 33:22, 35:15, 35:19, 36:8, 36:21, 36:22, 38:15, 38:17, 38:18, 38:22, 38:23, 40:10, 40:11, 41:16, 41:19, 43:3, 43:7, 43:16, 45:4, 46:22, 46:25, 47:9, 47:19, 47:25, 48:1, 48:7, 48:10, 51:4, 55:6, 58:9, 58:13, 59:1, 62:7, 63:24, 69:1, 69:15, 71:1, 71:9, 74:15, 75:7, 78:25, 81:2, 84:10, 86:14, 92:14, 97:12, 101:9, 101:11, 103:5, 103:16, 109:1, 109:19, 111:8, 111:11, 112:5, 112:8, 113:4, 113:11, 113:18, 114:19, 115:5, 115:12, 115:16, 115:19, 115:21, 115:23, 116:6, 118:3, 118:4, 118:20, 119:12, 119:14

**MSI** [2] - 55:18, 107:12

**MSI-II** [1] - 55:18

**MUCH** [23] - 5:10, 7:21, 9:25, 12:10, 15:22, 17:5, 19:25, 27:13, 28:22, 30:5, 31:24, 33:17, 33:18, 36:25, 39:6, 40:18, 41:21, 44:23, 63:10, 74:24, 84:8, 84:13, 108:24

**MULTIPHASIC** [2] - 53:11, 54:3

**MULTIPLE** [3] - 25:7, 46:19, 73:5

**MUSCLE** [1] - 82:20

**MY** [40] - 3:15, 5:4, 5:6, 5:7, 5:9, 5:16, 5:24, 6:4, 6:11, 6:12, 13:18, 14:5, 14:6, 15:23, 16:5, 16:6, 16:7, 18:6, 18:8, 22:25, 23:14, 36:5, 44:5, 44:25, 45:15, 46:9, 47:1, 49:17, 49:18, 49:19, 49:20, 51:1, 53:23, 55:17, 56:11, 94:7, 94:14, 109:8, 110:4

## N

**NAILS** [2] - 85:10, 85:17

**NAME** [3] - 12:5, 29:24, 60:9

**NAMES** [1] - 12:11

**NATURALLY** [1] - 57:20

**NATURE** [2] - 26:24, 77:21

**NECESSARILY** [8] - 33:10, 42:13, 58:22, 72:18, 89:25, 96:9, 104:9, 114:15

**NECESSARY** [1] - 52:12

**NEED** [7] - 20:23, 21:1, 41:20, 46:13, 108:24, 116:14, 118:13

**NEEDED** [5] - 9:17, 9:18, 52:17, 79:23, 82:10

**NEEDS** [2] - 21:5, 95:17

**NEITHER** [2] - 66:18, 67:10

**NEVER** [7] - 10:4, 59:8, 78:20, 80:18, 80:25, 81:11, 88:3

**NEW** [1] - 111:22

**NIGHT** [1] - 9:20

**NIGHTMARES** [1] - 78:11

**NINE** [4] - 14:23, 56:9, 56:10, 60:20

**NINE-YEAR** [1] - 60:20

**NINE-YEAR-OLD** [2] - 56:9, 56:10

**NO** [72] - 6:19, 7:7, 12:23, 13:25, 15:17, 20:6, 20:22, 23:14, 23:20, 25:3, 26:10, 35:13, 35:19, 36:12, 36:15, 37:8, 50:14, 51:17, 63:12, 67:10, 67:24, 70:2, 71:14, 74:6, 74:11, 74:18, 75:24, 75:25, 76:22, 77:24, 79:17, 79:21, 80:18, 80:24, 81:6, 81:22, 83:23, 86:6, 88:3, 89:25, 94:13, 94:23, 96:2, 97:17, 97:24, 100:4, 100:6, 100:8, 100:17, 101:14, 102:17, 103:2, 103:4, 103:9, 104:21, 105:2, 105:11, 108:11, 108:18, 109:6, 109:8, 109:12, 112:11, 112:18, 112:20, 116:17, 117:23, 118:1, 118:4

**NON** [1] - 65:20

**NON-VERBAL** [1] - 65:20

**NONETHELESS** [1] - 74:13

**NOR** [2] - 66:18, 67:10

**NORMALLY** [1] - 82:11

**NOT** [222] - 3:12, 7:5, 7:20, 9:22, 10:5, 10:6, 12:25, 13:9, 13:14, 13:24, 14:7, 14:16, 14:20, 15:11, 15:19, 17:16, 17:24, 19:15, 20:16, 21:6, 21:23, 23:2, 23:9, 24:1, 24:9, 24:18, 24:22, 24:25, 25:19, 26:10, 26:13, 26:25, 27:12, 28:4, 29:15, 29:20, 30:1, 30:2, 30:15, 30:17, 30:21, 31:21, 32:10, 32:13, 32:19, 32:23, 33:3, 33:19, 33:23, 34:13, 35:7, 35:18, 36:10, 37:6, 37:11, 38:5, 38:10, 39:3, 39:14, 39:17, 40:5, 41:5, 42:12, 42:13, 42:15, 43:19, 44:3, 44:10, 44:12, 45:14, 48:23, 50:13, 50:19, 50:25, 51:12, 51:15, 52:4, 54:7, 55:20, 56:8, 56:15, 57:12, 57:21, 58:22, 59:11, 59:13, 61:13, 62:2, 62:13, 62:22, 62:23, 63:2, 64:10, 65:11, 66:13, 66:20, 67:1, 67:6, 68:7, 69:13, 69:14, 69:17, 70:2, 70:4, 71:14, 71:22, 71:24, 72:4, 72:5, 72:18, 73:1, 73:4, 73:12, 73:16, 74:12, 74:16, 74:22, 74:23, 76:19, 77:1, 77:24, 77:25, 78:8, 79:15, 80:12, 80:15, 81:4, 81:14, 82:20, 84:5, 84:13, 84:18, 84:23, 87:3, 87:19, 87:21, 88:13, 88:18, 88:20, 89:7, 89:16, 89:20, 89:23, 90:6, 90:9, 90:14, 91:4, 91:7, 91:20, 91:21, 92:6, 92:13, 94:13, 94:21, 95:22, 95:24, 96:2, 96:9, 97:21, 97:24, 98:19, 98:21, 99:12, 100:20, 101:12, 101:24, 102:2, 102:11, 102:18, 102:22, 103:3, 103:7, 104:9, 104:13, 104:22, 106:1, 106:3, 106:21, 107:17, 108:6, 108:10, 109:12, 109:17, 110:3, 110:14, 110:21, 110:23, 110:24, 110:25, 111:16, 111:18, 111:24, 112:1, 112:4, 112:9, 113:9, 113:10, 113:13, 114:13, 114:14, 114:15, 114:16, 114:17, 114:20, 115:1, 116:1, 116:3, 117:13, 117:15

**NOTE** [3] - 45:10, 47:6, 94:25

**NOTES** [6] - 108:5, 108:14, 108:17, 108:19, 109:4, 109:7

**NOTHING** [6] - 35:9, 47:3, 47:19, 67:17, 69:7, 73:20

**NOTICE** [1] - 19:9

**NOW** [22] - 8:7, 8:17, 25:5, 28:13, 38:10, 42:9, 42:24, 46:15, 70:4, 70:7, 74:7, 76:4, 81:24, 87:18, 88:23, 93:2, 95:11, 100:15, 114:12, 114:14, 114:25, 115:6

**NUANCES** [1] - 18:1

**NUMBER** [6] - 1:3, 3:6, 53:3, 55:21, 96:8, 117:13

**NUMBERS** [1] - 104:23

**NUMERIC** [1] - 96:5

# O

**O'CLOCK** [1] - 118:21

**OBJECT** [1] - 16:14

**OBJECTION** [33] - 16:12, 16:21, 18:15, 25:20, 28:18, 29:5, 29:10, 29:11, 38:14, 41:15, 42:3, 43:5, 43:14, 51:2, 55:2, 58:5, 62:5, 62:10, 63:22, 64:2, 68:24, 70:24, 71:5, 78:25, 84:10, 86:14, 97:14, 102:20, 109:1, 109:19, 114:9, 115:3, 115:10

**OBJECTIVELY** [1] - 56:15

**OBSERVE** [2] - 52:11, 107:3

**OBSERVED** [3] - 83:9, 106:24, 107:1

**OBSESSION** [1] - 46:12

**OBSESSIONS** [2] - 9:8

**OBSESSIVE** [2] - 9:19, 46:13

**OBTAINED** [1] - 77:2

**OBTAINING** [1] - 89:19

**OBVIOUSLY** [5] - 70:7, 71:24, 72:23, 116:16, 116:19

**OCCASIONS** [3] - 4:15, 53:6, 76:16

**OCCUR** [2] - 11:13, 63:1

**OCCURRED** [2] - 73:19, 87:15

**ODD** [1] - 86:10

**OF** [579] - 1:2, 1:3, 3:5, 3:6, 3:8, 3:14, 3:17, 4:10, 4:17, 4:18, 4:19, 4:20, 5:1, 5:12, 5:18, 5:21, 6:11, 6:25, 7:3, 7:9, 7:11, 7:22, 7:24, 8:4, 8:8, 8:18, 8:19, 8:21, 9:3, 9:4, 9:15, 9:16, 9:21, 9:23, 10:9, 10:10, 10:15, 10:18, 10:21, 10:24, 11:7, 11:16, 11:17, 11:20, 11:21, 11:23, 11:24, 12:4, 12:8, 12:10, 12:13, 12:20, 12:23, 13:3, 13:5, 13:12, 13:19, 13:24, 13:25, 14:1, 14:2, 14:4, 14:9, 14:18, 14:24, 15:2, 15:3, 15:4, 15:10, 15:14, 15:19, 15:25, 16:1, 16:5, 16:6, 16:9, 16:25, 17:2, 17:3, 17:4, 17:7, 17:8, 17:9, 17:12, 17:21, 17:22, 17:25, 18:7, 18:8, 18:10, 18:12, 18:14, 18:22, 18:23, 19:2, 19:4, 19:6, 19:7, 19:9, 19:10, 19:11, 19:15, 19:16, 19:17, 19:20, 20:1, 20:3, 20:7, 20:15, 20:19, 20:21, 20:22, 21:1, 21:10, 21:17, 21:19, 21:21, 22:6, 22:13, 22:16, 22:22, 22:23, 23:6, 23:17, 23:18, 24:3, 25:3, 25:11, 25:12, 25:15, 25:17, 25:19, 26:1, 26:2, 26:7, 26:9, 26:11, 26:13, 26:16, 26:19, 26:20, 26:22, 26:23, 26:24, 27:5, 27:6, 27:14, 27:17, 27:19, 27:25, 28:2, 28:3, 28:7, 28:15, 28:23, 29:2, 29:7, 29:15, 29:18, 29:20, 29:21, 29:22, 29:24, 30:5, 30:9, 30:10, 30:11, 30:13, 30:19, 30:24, 31:1, 31:3, 31:5, 31:6, 31:7, 31:11, 31:15, 31:18, 32:3, 32:4, 32:6, 32:7, 32:8, 32:11, 32:14, 32:16, 32:21, 32:23, 32:25, 33:3, 33:4, 33:9, 33:10, 33:19, 33:21, 34:4, 35:6, 35:9, 35:16, 36:13, 36:18, 37:2, 37:3, 37:9, 37:10, 37:14, 37:16, 37:19, 37:22, 38:3, 38:24, 39:1, 39:4, 39:6, 39:15, 39:18, 39:20, 39:22, 40:3, 40:7, 40:19, 41:1, 41:3, 41:13, 41:14, 41:21, 41:22, 41:24, 42:5, 42:1, 42:7, 42:8, 42:10, 42:12, 42:15, 42:18, 43:8, 43:9, 43:17, 43:20, 43:25, 44:10, 44:12, 46:3, 46:8, 46:12, 46:19, 46:25, 47:4, 47:12, 47:15, 48:12, 48:13, 48:15, 48:18, 49:9, 49:15, 49:22, 49:23, 49:24, 51:22, 52:2, 52:7, 53:1, 53:2, 53:3, 53:7, 53:12, 53:14, 53:16, 53:18, 53:19, 53:20, 53:23, 53:24, 54:12, 54:22, 54:23, 55:18, 55:21, 55:23, 56:3, 56:24, 56:25, 57:8, 57:10, 57:16, 57:19, 57:22, 57:23, 57:25, 58:3, 58:11, 58:13, 58:14, 58:16, 58:17, 58:20, 58:23, 59:10, 59:16, 59:23, 60:4, 60:23, 61:4, 61:7, 61:11, 61:12, 61:18, 62:3, 62:8, 62:19, 62:25, 63:3, 63:5, 63:10, 63:11, 63:14, 63:19, 63:20, 63:25, 64:5, 64:6, 64:7, 64:8, 64:9, 64:10, 64:12, 64:20, 64:22, 64:24, 65:4, 65:10, 65:12, 65:14, 66:1, 66:7, 66:18, 66:22, 67:4, 67:15, 67:19, 68:2, 68:6, 68:12, 68:13, 68:17, 68:20, 68:21, 69:21, 69:22, 69:25, 70:1, 70:8, 70:11, 70:13, 70:17, 70:18, 70:20, 70:21, 71:3, 71:11, 71:12, 71:16, 71:19, 71:23, 72:1, 72:3, 72:7, 72:9, 72:11, 72:12, 72:14, 72:15, 72:22, 72:25, 73:5, 73:6, 73:13, 73:15, 73:18, 74:25, 75:1, 75:4, 75:21, 76:3, 76:4, 76:5, 76:7, 76:10, 77:8, 77:21, 78:17, 78:18, 80:21, 81:15, 81:19, 81:21, 83:24, 84:3, 84:12, 86:11, 87:4, 87:20, 87:23, 87:25, 88:8, 88:23, 89:1, 89:19, 90:17, 91:3, 91:4, 91:18, 91:19, 92:1, 92:2, 92:4, 92:9, 92:10, 92:20, 92:21, 93:13, 93:20, 93:22, 94:2, 94:13, 94:16, 94:20, 94:21, 95:5, 95:7, 95:8, 95:20, 95:25, 96:4, 96:9, 96:10, 97:1, 98:4, 98:16, 98:21, 99:2, 99:5, 99:16, 100:9, 101:3, 101:4, 101:5, 101:12, 101:15, 101:22, 101:23, 102:3, 102:8, 102:14, 102:22, 103:3, 103:7, 103:14, 103:22, 104:6, 104:8, 104:14, 105:8, 105:11, 105:13, 105:15, 105:16, 105:23, 105:24, 106:3, 106:9, 106:15, 106:16, 106:17, 107:7, 107:8, 108:5, 108:14, 108:15, 108:18, 108:24, 109:7, 109:10, 109:18, 109:25, 110:5, 110:6, 110:14, 110:17, 110:21, 110:22, 111:5, 111:16, 111:22, 111:24, 112:1, 112:2, 112:11, 112:15, 112:23, 112:25, 113:5, 113:9, 113:12, 113:13, 113:15, 113:25, 114:1, 114:5, 114:20, 116:12, 116:13, 116:15, 116:19, 117:13, 118:6, 118:14, 119:2

**OFF** [1] - 17:20

**OFFEND** [3] - 21:23, 33:11, 95:25

**OFFENDER** [23] - 20:24, 21:14, 33:24, 37:15, 37:16, 38:2, 49:10, 49:11, 56:23, 61:24, 68:22, 93:13, 93:18, 101:21, 103:20, 105:21, 106:3, 106:9, 110:18, 110:20, 111:14, 112:9, 113:24

**OFFENDERS** [31] - 5:21, 19:8, 19:11, 19:12, 19:21, 30:22, 30:23, 32:15, 32:23, 32:24, 33:6, 33:9, 33:15, 40:15, 61:19, 70:22, 71:2, 71:10, 71:11, 71:15, 92:9, 95:22, 95:25, 112:12, 112:14, 112:16, 112:19, 112:21, 112:22, 114:6

**OFFENDING** [6] - 20:21, 30:20, 37:20, 95:5, 95:7, 95:8

**OFFENSE** [17] - 11:16, 11:17, 11:22, 16:8, 19:10, 38:8, 57:6, 69:14, 98:1, 98:11, 98:13, 100:23, 113:17, 113:20, 116:19

**OFFENSES** [23] - 12:2, 19:24, 20:2, 28:1, 29:21, 31:25, 38:12, 38:25, 39:6, 39:7, 39:16, 39:19, 39:22, 40:1, 40:16, 41:9, 41:23, 68:17, 68:18, 106:9, 112:25, 114:4

**OFFENSIVE** [1] - 16:4

**OFFER** [2] - 6:15, 47:15

**OFFERING** [1] - 38:15

**OFFICE** [2] - 6:6, 83:3

**OFFICER** [2] - 23:6, 82:10

**OFFICIAL** [2] - 1:18, 119:5

**OFTEN** [11] - 5:13, 29:25, 30:1, 30:8, 42:1, 56:20, 82:2, 82:3, 82:13, 83:15, 96:20

**OKAY** [25] - 4:3, 7:5, 8:17, 22:21, 24:18, 29:22, 40:10, 40:22, 43:20, 49:14, 57:10, 75:25, 76:4, 77:3, 87:24, 91:22, 93:5, 93:6, 98:8, 100:15, 107:20, 116:22, 116:25, 117:18, 118:11

**OLD** [12] - 7:18, 12:7, 56:4, 56:5, 56:9, 56:10, 60:11, 60:20, 87:5, 87:6, 87:15, 113:7

**OLDER** [4] - 10:12, 60:7, 60:8, 61:16

**OLDS** [1] - 10:20

**ON** [94] - 5:13, 5:25, 8:11, 9:2, 9:9, 9:23, 10:23, 11:5, 17:4, 17:6, 18:1, 24:5, 25:7, 26:5, 30:8, 30:19, 33:4, 36:10, 37:21, 37:23, 41:12, 41:21, 43:4, 43:10, 45:22, 46:14, 50:25, 52:2, 52:4, 52:16, 52:19, 52:24, 53:5, 53:22, 54:8, 54:10, 54:12, 54:16, 55:5, 56:2, 60:18, 60:24, 62:20, 63:1, 65:10, 65:16, 67:15, 67:24, 68:12, 68:22, 72:7, 73:2, 73:4, 73:14, 76:1, 76:17, 76:25, 77:1, 77:5, 77:8, 77:11, 77:12, 80:10, 80:18, 86:11, 92:23, 93:19, 94:23, 94:25, 95:12, 95:14, 96:2, 96:19, 96:25, 97:2, 99:2, 100:11, 103:11, 103:23, 104:6, 104:9, 104:11, 104:20, 107:2, 107:17, 107:19, 107:21, 110:4, 110:20, 117:9, 117:22, 118:10

**ONCE** [4] - 17:19, 73:8, 73:10, 114:15

**ONE** [45] - 3:8, 10:3, 15:4, 17:3, 33:19, 36:20, 37:3, 37:14, 37:15, 40:23, 42:18, 56:4, 56:14, 57:22, 60:6, 61:4, 65:9, 69:7, 69:10, 69:11, 69:12, 69:13, 69:14, 70:3, 73:2, 76:16, 77:18, 79:23, 82:18, 87:25, 88:23, 95:15, 96:9, 101:1, 101:23, 106:21, 107:18, 111:10, 112:5, 113:9, 115:15, 115:20, 116:13, 117:3

**ONE'S** [1] - 53:17

**ONGOING** [1] - 110:12

**ONLINE** [1] - 65:25

**ONLY** [13] - 15:22, 19:21, 21:7, 39:9, 39:21, 46:7, 56:20, 74:16, 77:5, 82:15,

82:18, 112:23, 116:4

**OPEN** [7] - 43:11, 43:18, 52:19, 52:22, 52:24, 104:7

**OPINION** [18] - 6:10, 8:17, 13:18, 14:5, 14:6, 15:24, 24:5, 24:7, 25:2, 38:15, 47:15, 56:11, 58:2, 63:21, 68:8, 94:23, 103:6, 110:1

**OPINIONS** [2] - 16:7, 75:3

**OPPORTUNITY** [4] - 11:3, 42:11, 52:11, 118:10

**OPPOSED** [3] - 67:5, 67:7, 96:4

**OR** [102] - 3:11, 4:16, 7:19, 8:22, 9:5, 9:6, 9:24, 10:9, 11:8, 11:12, 12:11, 12:23, 12:25, 14:15, 16:4, 17:18, 18:1, 19:7, 19:17, 19:24, 23:22, 23:25, 24:5, 24:25, 30:8, 30:11, 30:20, 34:9, 37:6, 37:11, 37:12, 37:15, 39:12, 39:17, 39:24, 41:7, 50:19, 51:14, 53:17, 55:14, 55:15, 56:8, 56:21, 56:24, 59:17, 61:15, 65:6, 66:13, 66:17, 66:19, 67:1, 68:4, 68:7, 68:22, 69:7, 69:13, 69:22, 70:3, 70:12, 71:20, 73:1, 73:16, 75:9, 76:16, 78:22, 79:19, 80:22, 86:10, 87:2, 88:3, 89:18, 90:17, 91:20, 95:19, 96:2, 96:13, 96:21, 97:2, 98:25, 101:12, 102:12, 104:13, 105:15, 106:1, 107:2, 107:4, 109:9, 112:13, 112:14, 114:13, 114:14, 114:18, 114:25, 116:1, 116:17, 118:6

**ORAL** [1] - 118:10

**ORDER** [5] - 31:23, 50:17, 61:10, 80:21, 112:2

**ORDERED** [3] - 50:12, 50:15, 111:16

**ORDERS** [1] - 111:20

**ORGANIZING** [1] -

9:10

**ORIENTATION** [1] - 104:25

**OTHER** [60] - 6:7, 6:10, 8:23, 8:25, 9:2, 9:4, 11:8, 13:5, 13:22, 17:14, 17:15, 17:24, 18:2, 19:9, 20:1, 21:7, 23:3, 30:5, 39:7, 39:16, 44:4, 49:1, 61:19, 61:20, 64:16, 65:5, 69:7, 69:12, 70:3, 71:2, 71:3, 71:10, 74:18, 74:23, 75:21, 77:9, 77:10, 77:13, 80:21, 81:21, 83:9, 83:19, 88:11, 91:2, 91:14, 91:16, 95:11, 96:5, 96:13, 96:18, 96:21, 98:18, 98:19, 109:18, 110:6, 110:9, 111:21, 112:16, 117:23, 117:25

**OTHERS** [4] - 13:8, 58:24, 72:3, 97:4

**OTHERWISE** [1] - 57:15

**OUR** [2] - 106:15, 108:14

**OUT** [25] - 11:11, 18:7, 24:3, 24:25, 28:5, 31:6, 38:3, 46:8, 60:6, 60:14, 61:11, 62:13, 64:15, 70:13, 78:21, 81:15, 86:10, 87:12, 87:13, 96:8, 103:1, 103:4, 111:5

**OUTCOME** [2] - 105:4, 110:2

**OVER** [10] - 5:15, 5:16, 19:14, 22:10, 28:7, 41:22, 60:10, 65:14, 76:4, 109:18

**OVER-INTERPRETS** [1] - 65:14

**OVERCOME** [1] - 98:21

**OVERRULED** [12] - 16:22, 28:20, 41:17, 42:4, 55:3, 62:11, 64:3, 84:11, 86:16, 102:21, 109:23, 114:10

**OVERWHELMING** [8] - 10:17, 14:25, 15:2, 15:3, 26:6, 56:12, 56:18

**OWN** [8] - 10:1, 10:11,

12:5, 12:11, 27:22, 66:7, 90:18, 91:11

## P

**PA** [4] - 1:9, 1:15, 1:20, 2:3

**PAGE** [5] - 68:12, 72:7, 94:25, 99:18, 117:9

**PAGES** [2] - 46:19

**PAID** [3] - 44:18, 44:21, 44:23

**PAIN** [1] - 9:5

**PANIC** [5] - 17:20, 81:24, 82:17, 82:19, 82:21

**PARAGRAPHS** [1] - 46:19

**PARALLEL** [2] - 69:9, 69:11

**PARAPHILIA** [1] - 66:21

**PARDON** [1] - 36:1

**PARENT** [1] - 60:24

**PARENTS** [1] - 17:7

**PART** [35] - 11:21, 12:5, 14:21, 27:6, 28:18, 29:15, 29:22, 30:24, 31:5, 31:15, 32:3, 37:10, 39:4, 43:14, 46:12, 52:7, 57:10, 57:23, 66:7, 68:20, 70:21, 71:16, 71:19, 72:25, 92:2, 113:5, 113:11, 113:13, 113:25, 114:1, 114:5

**PARTICIPATE** [2] - 107:7, 110:24

**PARTICIPATING** [1] - 93:21

**PARTICULAR** [7] - 6:24, 17:8, 60:6, 62:17, 66:14, 67:2, 96:10

**PARTICULARLY** [2] - 13:18, 38:8

**PARTS** [2] - 76:5, 105:21

**PAST** [1] - 40:2

**PATROLLING** [1] - 12:8

**PATTERN** [2] - 53:20, 75:1

**PAUSE** [1] - 97:7

**PEDOPHILE** [3] - 14:13, 14:20, 112:10

**PEDOPHILES** [1] - 112:14

**PEDOPHILIA** [10] - 15:10, 15:19, 34:4, 34:5, 55:12, 57:13, 69:11, 75:22, 102:19, 103:7

**PEDOPHILIC** [4] - 55:8, 55:11, 55:12, 88:21

**PENIS** [1] - 34:21

**PENNSYLVANIA** [2] - 1:2, 5:9

**PEOPLE** [60] - 5:11, 5:12, 7:18, 7:23, 8:19, 8:23, 9:2, 9:9, 9:25, 10:25, 11:2, 11:4, 12:8, 12:17, 12:22, 13:1, 13:3, 13:5, 13:6, 13:20, 13:23, 15:2, 18:4, 18:6, 18:7, 19:23, 21:7, 30:5, 30:7, 30:21, 31:1, 31:25, 32:11, 33:19, 34:12, 37:23, 39:5, 39:18, 41:3, 57:14, 57:19, 58:18, 58:21, 64:13, 65:6, 71:2, 73:1, 73:13, 82:19, 86:2, 91:2, 91:17, 92:10, 92:11, 92:19, 94:7, 94:11, 98:18, 105:1

**PEOPLE'S** [2] - 18:2, 110:1

**PERCEIVED** [1] - 89:24

**PERCENT** [11] - 5:18, 5:19, 19:22, 19:25, 39:8, 39:11, 39:12, 39:24, 39:25, 40:19, 96:8

**PERCENTAGE** [3] - 39:25, 92:10, 95:25

**PERCEPTION** [1] - 10:7

**PERFORM** [1] - 10:1

**PERHAPS** [4] - 40:12, 42:6, 114:17, 115:13

**PERIOD** [4] - 21:21, 84:12, 87:4, 110:6

**PERSON** [26] - 7:22, 8:25, 9:4, 11:18, 13:14, 13:18, 13:19, 15:13, 30:9, 31:16, 33:4, 50:24, 54:4, 61:23, 62:16, 64:15, 79:19, 89:21, 90:4, 90:7, 90:13, 90:14, 94:14, 98:19, 106:21, 114:2

**PERSON'S** [1] - 37:10

**PERSONAL** [1] - 18:6

**PERSONALITY** [8] - 13:6, 33:20, 53:10, 53:11, 58:18, 66:22, 67:5, 88:21

**PERSONS** [1] - 90:6

**PH.D** [1] - 49:21

**PHASE** [3] - 3:8, 118:6, 118:7

**PHILADELPHIA** [6] - 1:9, 1:15, 1:20, 2:3, 83:22, 84:7

**PHONE** [1] - 105:25

**PHOTOGRAPHS** [1] - 31:6

**PHRASE** [1] - 59:15

**PHYSICAL** [1] - 34:16

**PHYSICALLY** [1] - 36:15

**PICKED** [1] - 86:11

**PICKING** [4] - 17:10, 62:20, 85:8, 85:16

**PICTURE** [1] - 14:3

**PICTURES** [6] - 11:23, 11:24, 12:18, 13:21, 13:22, 56:21

**PLACATE** [1] - 63:15

**PLACE** [2] - 74:20, 116:12

**PLACED** [9] - 8:11, 43:10, 44:2, 44:10, 81:8, 85:2, 94:8, 106:9, 117:12

**PLAINTIFF** [1] - 1:4

**PLAY** [1] - 89:23

**PLAYBOY** [1] - 99:1

**PLAYER** [1] - 89:14

**PLAYING** [8] - 10:22, 30:16, 30:17, 30:21, 30:25, 31:5, 59:17, 89:11

**PLAYS** [1] - 90:4

**PLEA** [2] - 22:25, 23:1

**PLEADING** [1] - 20:4

**PLEASE** [10] - 3:2, 18:20, 58:8, 60:11, 75:13, 92:14, 93:8, 97:6, 99:18, 112:6

**PLED** [2] - 12:1, 56:16

**PLENTY** [1] - 41:13

**PLETHYSMOGRAPH** [3] - 34:21, 36:15, 36:21

**POINT** [10] - 41:1, 42:25, 70:16, 90:4, 93:3, 93:25, 102:11, 109:10, 110:11, 117:12

**POINTING** [1] - 99:24

**POINTS** [1] - 73:5

**POKE** [1] - 43:8

**POLICE** [2] - 27:24, 70:10

**POLYGRAPH** [4] - 34:20, 34:23, 36:12, 39:23

**POOR** [1] - 53:15

**POPULATION** [7] - 43:24, 44:2, 44:13, 45:14, 92:20, 92:22, 116:15

**PORNOGRAPHERS** [1] - 92:12

**PORNOGRAPHIC** [2] - 27:14, 55:22

**PORNOGRAPHY** [33] - 9:15, 9:16, 10:11, 13:20, 13:24, 14:2, 19:12, 19:17, 19:18, 19:21, 19:23, 25:12, 25:16, 27:25, 29:8, 31:11, 38:25, 39:5, 39:10, 39:19, 39:22, 40:16, 56:22, 56:24, 68:18, 70:11, 73:8, 87:20, 92:9, 92:22, 99:3, 112:23, 112:25

**PORTION** [1] - 92:21

**PORTRAYED** [1] - 61:9

**POSE** [1] - 30:25

**POSED** [1] - 30:3

**POSING** [1] - 30:6

**POSITION** [4] - 11:11, 18:9, 48:15, 94:4

**POSSESS** [1] - 71:4

**POSSESSION** [2] - 55:23, 112:23

**POSSIBILITY** [1] - 15:20

**POSSIBLE** [4] - 3:13, 24:13, 81:19, 109:24

**POST** [6] - 10:15, 10:18, 15:3, 15:7, 15:8, 26:7

**POST-PUBESCENT** [1] - 26:7

**POWER** [1] - 69:22

**PRACTICE** [6] - 5:10, 5:15, 5:16, 5:17, 5:24, 24:3

**PRACTICES** [1] - 6:5

**PRE** [1] - 76:10

**PRE-DOCTOR** [1] - 76:10

**PRECEDENCE** [1] - 5:15

**PRECEDING** [1] - 118:14

**PREDATOR** [1] -

59:25

**PREDATORY** [4] - 13:7, 60:1, 61:2, 61:7

**PREDICT** [1] - 73:3

**PREDICTABILITY** [1] - 17:22

**PREDICTOR** [2] - 42:6, 42:13

**PREDISPOSES** [1] - 58:23

**PREDOMINANTLY** [1] - 67:4

**PREFERENCE** [5] - 56:13, 57:1, 88:9, 88:10, 99:10

**PREFERRED** [1] - 84:17

**PREOCCUPATION** [1] - 66:21

**PREPARE** [2] - 6:25, 106:18

**PREPARED** [3] - 20:13, 95:24, 106:14

**PREPARING** [1] - 106:22

**PREPUBESCENCE** [1] - 35:8

**PREPUBESCENT** [16] - 10:14, 10:15, 15:11, 15:13, 15:18, 26:12, 34:7, 34:10, 55:13, 55:23, 56:1, 56:14, 56:19, 57:9, 87:21, 98:24

**PRESCHOOL** [1] - 10:3

**PRESENCE** [1] - 101:3

**PRESENT** [7] - 56:15, 60:5, 63:18, 68:3, 103:3, 106:17, 107:6

**PRESENTATION** [2] - 64:10, 64:23, 66:22

**PRESENTED** [1] - 90:9

**PRESENTENCE** [8] - 22:19, 23:5, 23:23, 23:25, 25:21, 46:15, 47:7, 114:13

**PRESENTING** [1] - 12:9

**PRESENTS** [4] - 65:8, 68:13, 89:22, 95:4

**PRESSURE** [1] - 78:15

**PRETEND** [1] - 62:18

**PRETENDING** [3] - 31:7, 89:19, 90:5

**PRETENDS** [2] -

91:13, 91:16

**PRETRIAL** [2] - 114:12, 114:13

**PRETTY** [9] - 5:4, 5:10, 7:21, 15:21, 66:2, 70:13, 74:1, 74:24, 86:8

**PREVALENT** [2] - 29:15, 64:23

**PREVENT** [2] - 72:2, 110:2

**PREVENTING** [1] - 74:24

**PRIMARILY** [12] - 8:1, 10:14, 10:22, 13:23, 56:2, 59:8, 59:13, 67:11, 88:6, 95:11, 104:1, 106:23

**PRIMARY** [5] - 10:24, 67:5, 67:7, 98:22, 116:21

**PRINCIPLES** [1] - 93:19

**PRIOR** [3] - 22:25, 27:24, 69:5

**PRISON** [12] - 16:10, 16:15, 17:21, 18:5, 18:8, 43:21, 59:10, 77:17, 97:1, 97:2, 97:3

**PRISONS** [18] - 3:17, 43:9, 44:11, 48:13, 48:16, 48:19, 71:3, 71:11, 93:13, 101:13, 101:15, 102:3, 102:14, 105:16, 109:25, 110:17, 112:2, 113:25

**PRIVATE** [1] - 6:4

**PROBABLE** [1] - 22:16

**PROBABLY** [7] - 5:22, 23:15, 36:16, 52:4, 98:22, 112:19, 116:3

**PROBATION** [1] - 23:6

**PROBLEM** [3] - 17:12, 17:14, 73:15

**PROBLEMS** [11] - 21:3, 21:4, 37:1, 49:7, 49:8, 52:19, 52:24, 60:11, 65:18, 101:23

**PROCEED** [2] - 48:7, 75:14

**PROCEEDING** [3] - 3:8, 97:7, 118:8

**PROCEEDINGS** [2] - 1:22, 119:2

**PROCESS** [4] - 14:1,

50:16, 106:15, 107:1

**PROCESSES** [1] - 69:9

**PRODUCE** [1] - 45:20

**PRODUCED** [1] - 1:22

**PROFESSIONAL** [3] - 5:2, 49:22, 56:11

**PROFOUNDLY** [1] - 67:21

**PROGRAM** [43] - 21:12, 37:15, 37:16, 41:6, 49:10, 49:11, 93:14, 93:17, 93:18, 93:21, 93:24, 94:4, 94:9, 94:11, 94:13, 94:16, 94:22, 101:18, 101:19, 101:21, 103:21, 103:22, 105:5, 105:11, 105:21, 105:22, 106:10, 110:15, 110:16, 110:18, 110:19, 110:22, 110:24, 110:25, 111:1, 111:5, 111:14, 112:13, 113:25, 114:22, 117:8, 117:14

**PROGRAMMING** [2] - 93:22, 95:20

**PROGRAMS** [4] - 56:23, 101:13, 101:21, 102:1

**PROGRESS** [5] - 108:14, 108:19, 109:4, 109:7, 116:4

**PROPER** [1] - 66:14

**PROPORTION** [2] - 26:15, 26:19

**PROPOSITIONED** [1] - 77:6

**PROSECUTION** [3] - 6:12, 6:14, 51:14

**PROVIDE** [7] - 51:12, 56:7, 61:22, 88:15, 95:10, 102:5, 105:18

**PROVIDED** [3] - 47:10, 60:12, 88:1

**PROVIDES** [1] - 95:11

**PROVOKING** [1] - 11:14

**PSYCHIATRIC** [2] - 45:12, 49:8

**PSYCHIATRIST** [2] - 84:5, 105:17

**PSYCHOEDUCATIO NAL** [1] - 93:24

**PSYCHOLOGICAL** [4] - 4:9, 14:19, 18:3,

18:11
**PSYCHOLOGIST** [5] - 48:17, 48:22, 49:1, 49:2, 49:23
**PSYCHOLOGISTS** [2] - 105:17, 108:3
**PSYCHOLOGY** [11] - 4:21, 5:5, 5:6, 5:7, 5:19, 6:2, 49:17, 49:21, 49:22, 49:24, 50:8
**PSYCHOTHERAPY** [1] - 84:1
**PUBERTY** [2] - 56:2, 98:25
**PUBESCENT** [8] - 10:18, 15:3, 15:8, 15:9, 26:7, 55:25, 57:7, 87:21
**PUBLIC** [2] - 85:24, 95:23
**PUBLISHED** [1] - 6:1
**PULLING** [1] - 17:10
**PURELY** [1] - 69:7
**PURPOSE** [2] - 3:8, 13:24
**PURPOSES** [1] - 89:19
**PURSES** [1] - 46:3
**PURSUE** [1] - 89:15
**PURSUES** [3] - 88:24, 89:7, 89:10
**PUT** [11] - 11:10, 29:13, 54:19, 64:13, 74:20, 77:22, 80:18, 80:22, 80:25, 81:4, 117:22
**PUTS** [1] - 18:10

## Q

**QUALIFICATIONS** [1] - 6:18
**QUESTION** [23] - 14:6, 18:9, 18:19, 20:22, 25:24, 40:5, 40:13, 43:2, 58:7, 62:6, 69:5, 71:16, 92:15, 92:25, 98:5, 98:7, 100:5, 111:7, 111:10, 112:5, 115:15, 116:11, 117:3
**QUESTIONING** [1] - 50:25
**QUESTIONNAIRE** [1] - 67:19
**QUESTIONS** [3] - 37:15, 107:14, 112:6
**QUEUES** [2] - 62:20,

62:21
**QUICKLY** [2] - 5:4, 101:9
**QUITE** [5] - 25:11, 27:17, 29:2, 70:8, 100:23
**QUOTE** [2] - 31:22, 39:13
**QUOTES** [1] - 86:21

## R

**RAMIFICATIONS** [2] - 70:4, 70:8
**RANGE** [2] - 10:16, 21:16
**RAPISTS** [1] - 112:19
**RAPPORT** [1] - 61:21
**RARELY** [2] - 11:10, 12:11
**RATE** [5] - 39:12, 39:14, 104:19, 112:19, 114:8
**RE** [8] - 20:21, 21:23, 60:16, 95:5, 95:7, 95:8, 95:25, 112:7
**RE-ENGAGED** [1] - 60:16
**RE-OFFEND** [2] - 21:23, 95:25
**RE-OFFENDING** [4] - 20:21, 95:5, 95:7, 95:8
**RE-REDIRECT** [1] - 112:7
**REACH** [1] - 24:25
**REACHED** [1] - 75:4
**READ** [18] - 14:9, 20:12, 22:12, 22:15, 22:18, 22:19, 22:22, 23:1, 23:14, 23:24, 24:11, 26:1, 26:2, 46:15, 46:23, 88:2, 99:24, 109:4
**READILY** [2] - 96:13, 105:3
**READING** [2] - 18:25, 23:21
**REAL** [3] - 10:23, 71:21, 74:6
**REALLY** [10] - 29:2, 29:15, 34:13, 41:12, 42:14, 59:13, 63:10, 68:4, 72:5, 89:24
**REASON** [5] - 14:22, 51:11, 59:7, 69:22, 81:6
**REASONABLE** [1] - 75:4
**REASONABLY** [1] -

21:22
**RECALL** [17] - 18:25, 23:11, 23:25, 24:20, 44:25, 46:2, 60:9, 76:17, 76:24, 77:15, 82:3, 85:3, 86:6, 86:18, 86:21, 93:25, 108:16
**RECEIVING** [1] - 106:1
**RECENT** [1] - 87:17
**RECENTLY** [1] - 19:15
**RECESS** [2] - 75:12, 93:7
**RECIDIVATE** [1] - 112:24
**RECIDIVATING** [2] - 19:8, 19:21
**RECIDIVISM** [32] - 18:12, 18:14, 18:23, 19:3, 19:4, 19:11, 19:17, 19:20, 20:1, 37:9, 37:10, 38:24, 39:1, 39:5, 39:7, 39:12, 39:14, 54:11, 58:3, 58:11, 58:16, 72:10, 72:25, 73:2, 73:7, 73:18, 94:16, 95:20, 96:9, 103:24, 112:19
**RECIPROCITY** [1] - 65:13
**RECOGNIZE** [3] - 40:14, 70:14, 70:17
**RECOGNIZED** [1] - 40:14
**RECOGNIZING** [1] - 104:11
**RECOMMEND** [3] - 79:18, 83:24, 116:9
**RECOMMENDATION** [1] - 50:21
**RECOMMENDATIONS** [4] - 54:5, 54:10, 95:12, 116:21
**RECOMMENDED** [1] - 79:10
**RECORD** [6] - 44:16, 49:14, 51:24, 83:6, 107:21, 119:2
**RECORDED** [1] - 1:22
**RECORDS** [2] - 108:6, 108:15
**RECROSS** [2] - 107:23, 119:9
**REDIRECT** [6] - 45:6, 45:8, 101:8, 101:10, 112:7, 119:9
**REDUCE** [1] - 94:15
**REDUCED** [1] - 41:7

**REENGAGE** [1] - 73:4
**REFER** [1] - 80:11
**REFERENCED** [2] - 61:4, 61:9
**REFERRED** [2] - 40:24, 50:11
**REFERRING** [3] - 19:5, 65:2, 110:16
**REFLECT** [1] - 114:15
**REFORMATION** [1] - 3:12
**REFRAINED** [1] - 80:20
**REFUSES** [1] - 115:6
**REGARD** [6] - 62:20, 63:5, 69:20, 73:2, 99:9, 105:14
**REGARDING** [4] - 3:9, 6:18, 16:7, 118:11
**REGRETTED** [2] - 59:8, 59:20
**REGULAR** [1] - 17:20
**REHABILITATION** [2] - 3:12, 3:14
**REINFORCED** [1] - 16:6
**REJECTED** [1] - 90:6
**RELATE** [1] - 8:23
**RELATED** [7] - 6:2, 56:25, 68:18, 97:10, 97:23, 99:9, 100:2
**RELATION** [2] - 4:10, 9:1
**RELATIONS** [1] - 8:2
**RELATIONSHIP** [7] - 15:4, 30:11, 65:15, 97:18, 102:23, 102:24, 113:8
**RELATIONSHIPS** [7] - 9:25, 10:2, 65:22, 65:24, 66:2, 72:21
**RELEASE** [2] - 41:7, 94:5
**RELEASED** [5] - 21:20, 68:18, 116:8, 117:11, 117:16
**RELENTLESSLY** [2] - 89:8, 89:10
**RELEVANT** [1] - 36:4
**RELIED** [1] - 25:3
**RELIEVE** [1] - 72:15
**RELY** [2] - 41:12, 41:20
**REMAINING** [1] - 5:19
**REMEMBER** [9] - 23:12, 23:21, 24:21, 45:23, 59:15, 87:6, 87:14, 106:25, 107:8
**REMORSE** [9] - 32:15, 32:16, 32:21, 37:12,

53:16, 57:25, 58:14, 70:21, 71:12
**REMOVAL** [3] - 17:7, 17:8, 17:12
**REPEAT** [1] - 98:9
**REPEATED** [1] - 74:13
**REPEATEDLY** [1] - 92:3
**REPERCUSSIONS** [1] - 18:11
**REPHRASE** [1] - 58:7
**REPORT** [76] - 6:25, 7:3, 8:15, 14:5, 14:9, 14:12, 15:23, 15:24, 18:13, 22:12, 22:19, 22:20, 22:22, 22:24, 23:13, 23:14, 23:23, 23:25, 24:2, 24:9, 24:14, 25:21, 27:10, 35:1, 35:10, 35:16, 35:18, 35:23, 36:5, 36:6, 44:19, 45:17, 46:15, 46:18, 47:7, 47:9, 51:20, 57:1, 57:11, 59:24, 63:21, 66:4, 68:8, 68:12, 69:16, 72:7, 76:5, 77:1, 77:4, 77:15, 80:5, 80:6, 80:11, 81:9, 82:13, 85:1, 86:15, 86:20, 87:9, 87:16, 90:22, 90:24, 94:19, 94:24, 94:25, 99:3, 99:16, 106:11, 106:14, 106:18, 106:21, 108:4, 108:12, 108:13, 108:8, 117:7
**REPORTED** [7] - 77:6, 77:13, 80:24, 82:18, 86:23, 111:3
**REPORTER** [2] - 1:18, 119:5
**REPORTING** [2] - 80:21, 81:20
**REPORTS** [3] - 23:9, 24:18, 111:4
**REPRESENTED** [1] - 25:18
**REQUEST** [1] - 118:9
**REQUESTING** [1] - 79:14
**REQUIRE** [6] - 50:19, 95:19, 102:8, 102:10, 102:12, 117:15
**REQUIRED** [1] - 110:12
**REQUIRES** [1] - 62:15
**RESCHEDULE** [1] -

118:6

**RESEARCH** [6] - 19:13, 67:1, 67:3, 72:17, 92:23, 104:20

**RESIDED** [1] - 52:7

**RESIDENTIAL** [3] - 117:8, 117:13, 117:15

**RESPECT** [3] - 18:12, 20:18, 67:12

**RESPOND** [2] - 61:13, 62:16

**RESPONSIBILITY** [3] - 20:4, 20:12, 20:16

**RESTRAINED** [1] - 81:20

**RESTRICTED** [2] - 109:17, 116:14

**RESTRICTIONS** [2] - 41:7, 116:16

**RESTRICTIVE** [6] - 80:23, 80:25, 81:4, 81:9, 81:12, 81:15

**RESULT** [9] - 10:10, 12:20, 14:2, 15:13, 40:24, 70:9, 77:8, 81:19, 100:1

**RESULTS** [4] - 14:18, 35:6, 55:15, 88:14

**RETAINED** [2] - 50:13, 51:12

**RETALIATION** [1] - 96:21

**REVIEW** [5] - 18:8, 22:23, 23:16, 24:13, 24:18

**REVIEWED** [7] - 15:1, 22:13, 23:9, 23:23, 24:4, 66:5, 108:5

**REVIEWING** [1] - 22:25

**REVISED** [2] - 95:9, 96:3

**RIDICULED** [1] - 86:11

**RIGHT** [35] - 23:10, 25:13, 28:8, 30:3, 33:16, 36:9, 38:10, 40:12, 41:16, 43:4, 45:3, 46:8, 52:13, 53:1, 53:9, 54:21, 55:8, 72:7, 75:2, 77:7, 79:11, 79:12, 80:8, 83:7, 87:18, 101:16, 102:19, 106:6, 106:12, 111:25, 113:23, 114:23, 118:5, 118:17

**RISE** [1] - 3:1

**RISK** [42] - 18:10, 18:14, 18:22, 18:23, 19:4, 19:7, 19:11, 19:16, 19:20, 19:24, 20:1, 20:21, 37:9, 37:10, 39:1, 39:5, 39:6, 58:3, 58:11, 58:15, 58:25, 68:17, 72:9, 72:17, 72:20, 73:6, 73:18, 73:19, 94:16, 94:20, 95:5, 95:7, 95:8, 95:15, 95:20, 95:21, 96:4, 96:9, 96:10, 105:20

**RISKS** [2] - 95:15, 105:14

**RMR** [2] - 1:18, 119:6

**ROAD** [1] - 117:14

**ROCHESTER** [1] - 48:24

**ROLE** [10] - 30:16, 30:17, 30:21, 30:24, 31:5, 48:21, 50:10, 89:11, 89:14, 100:23

**ROLES** [2] - 89:23, 90:5

**ROOM** [3] - 1:19, 44:3, 46:6

**ROOMMATE** [1] - 77:22

**ROSE** [107] - 2:2, 3:19, 3:20, 3:25, 6:8, 6:15, 6:22, 6:23, 11:15, 14:25, 16:17, 16:23, 17:18, 18:16, 18:18, 18:21, 21:25, 25:18, 25:20, 25:25, 26:3, 28:18, 29:5, 29:9, 29:11, 38:14, 41:15, 42:3, 43:5, 43:14, 45:7, 45:9, 46:10, 46:23, 47:5, 47:13, 47:18, 47:21, 47:23, 51:2, 55:2, 58:5, 62:5, 62:10, 63:22, 64:2, 68:24, 70:24, 71:5, 75:9, 75:14, 75:15, 75:17, 79:1, 79:9, 80:1, 83:7, 83:11, 84:14, 84:25, 86:15, 86:19, 91:23, 92:18, 93:1, 93:4, 93:6, 93:9, 93:10, 93:11, 97:6, 97:8, 97:20, 99:15, 99:19, 99:21, 101:1, 101:2, 101:7, 102:20, 103:18, 107:22, 107:24, 109:3, 109:21, 110:8,

111:10, 111:12, 111:13, 111:25, 112:3, 113:9, 113:13, 114:9, 115:3, 115:10, 117:3, 117:6, 117:17, 117:21, 117:23, 118:1, 118:13, 118:16, 118:19, 119:11, 119:15

**ROSE'S** [3] - 14:6, 18:9, 25:3

**ROTELLA** [84] - 1:14, 6:19, 16:12, 16:14, 16:21, 18:15, 18:17, 22:1, 22:2, 22:4, 25:23, 28:24, 29:12, 33:8, 33:22, 35:15, 35:19, 36:8, 36:21, 36:22, 38:15, 38:17, 38:18, 38:22, 38:23, 40:10, 40:11, 41:16, 41:19, 43:3, 43:7, 43:16, 45:4, 46:22, 46:25, 47:19, 47:25, 48:1, 48:7, 48:10, 51:4, 58:9, 58:13, 59:1, 62:7, 63:24, 69:1, 69:15, 71:1, 71:9, 74:15, 75:7, 78:25, 81:2, 84:10, 86:14, 92:14, 97:12, 101:9, 101:11, 103:5, 103:16, 109:1, 109:19, 111:8, 111:11, 112:5, 112:8, 113:4, 113:11, 113:18, 114:19, 115:5, 115:12, 115:16, 115:19, 115:21, 115:23, 116:6, 118:3, 118:4, 118:20, 119:12, 119:14

**ROTELLSA** [1] - 55:6

**ROUTINE** [1] - 65:10

**RUDE** [1] - 20:7

**RULE** [2] - 103:1, 103:4

**RULES** [3] - 28:4, 74:19, 74:24

**RUN** [1] - 69:11

## S

**SADISTIC** [2] - 26:16, 26:23

**SAFE** [1] - 110:24

**SAFETY** [3] - 11:7, 109:18, 110:9

**SAID** [24] - 12:6, 12:7, 22:5, 40:3, 41:20, 56:18, 60:11, 62:23, 64:4, 75:22, 76:23, 79:9, 79:10, 79:13, 79:14, 80:10, 85:6, 94:19, 100:6, 101:14, 104:5, 105:8, 111:15, 117:7

**SAME** [10] - 7:21, 11:5, 28:15, 60:16, 64:17, 71:4, 93:21, 96:10, 110:19, 115:10

**SATISFY** [1] - 90:10

**SAVAGE** [1] - 1:10

**SAVED** [1] - 9:16

**SAVING** [1] - 9:10

**SAW** [13] - 17:1, 24:14, 24:16, 25:4, 44:5, 45:16, 83:2, 83:5, 83:12, 83:20, 84:8, 90:12

**SAY** [36] - 14:19, 14:20, 15:19, 26:21, 29:1, 29:22, 32:2, 33:13, 39:15, 41:18, 42:14, 42:24, 50:15, 51:5, 60:3, 61:14, 67:6, 67:7, 69:6, 69:13, 70:19, 75:23, 76:21, 80:6, 80:10, 80:20, 88:10, 89:24, 90:13, 100:11, 102:2, 103:2, 108:21, 110:3, 111:6, 115:15

**SAYING** [8] - 9:22, 11:21, 24:13, 26:5, 31:22, 33:6, 89:4, 102:15

**SAYS** [5] - 18:13, 18:16, 18:22, 18:23, 100:4

**SCALE** [1] - 53:7

**SCARED** [1] - 79:5

**SCARY** [1] - 112:3

**SCHEDULE** [1] - 118:7

**SCHOOL** [7] - 5:6, 10:4, 85:5, 85:6, 86:11, 86:13

**SCIENTIFIC** [2] - 14:17, 75:4

**SCORE** [4] - 95:12, 95:13, 107:14, 107:15

**SCORING** [1] - 107:19

**SCREENING** [2] - 34:22, 34:25

**SEATED** [3] - 3:3, 75:13, 93:8

**SECLUDED** [1] - 110:5

**SECOND** [4] - 21:1, 71:19, 91:3, 118:7

**SECONDARY** [2] - 56:3, 68:3

**SECTION** [1] - 3:14

**SECURITY** [4] - 8:11, 11:7, 49:13, 97:3

**SEE** [21] - 8:19, 8:22, 8:24, 20:19, 22:13, 24:17, 24:22, 25:19, 29:21, 35:4, 35:10, 35:21, 71:21, 72:5, 76:16, 77:18, 82:10, 82:22, 91:1, 92:9, 106:11

**SEEING** [2] - 108:3, 108:16

**SEEKING** [2] - 11:11, 89:22

**SEEN** [9] - 51:25, 61:18, 63:6, 82:24, 83:12, 88:3, 88:13, 99:2, 111:23

**SEGMENT** [1] - 117:10

**SEIZURE** [1] - 27:25

**SELECTIVE** [1] - 71:25

**SELF** [9] - 17:3, 17:10, 17:19, 21:8, 53:14, 60:13, 90:22, 90:24, 107:13

**SELF-ADMINISTERED** [1] - 107:13

**SELF-DESTRUCTIVE** [2] - 17:10, 17:19

**SELF-INJURIOUS** [1] - 17:3

**SELF-SERVING** [1] - 60:13

**SELL** [1] - 13:21

**SEMI** [2] - 52:15, 52:20

**SEMI-LOCKED** [2] - 52:15, 52:20

**SEND** [5] - 11:23, 14:3, 25:9, 61:11

**SENDING** [1] - 106:1

**SENSE** [1] - 20:15

**SENT** [1] - 31:6

**SENTENCE** [8] - 50:23, 94:2, 99:24,

99:25, 105:9, 105:13, 105:22, 111:17

**SENTENCED** [1] - 114:16

**SENTENCES** [1] - 14:8

**SENTENCING** [7] - 1:12, 3:8, 11:19, 14:7, 50:20, 117:11, 118:8

**SEPARATE** [2] - 21:4, 100:21

**SEPTEMBER** [3] - 6:25, 7:4, 48:20

**SERIOUS** [4] - 12:1, 49:7, 49:9

**SERVED** [2] - 111:16, 111:20

**SERVICE** [1] - 102:4

**SERVICES** [2] - 101:17, 102:11

**SERVING** [2] - 48:21, 60:13

**SESSIONS** [1] - 93:23

**SET** [5] - 13:23, 18:2, 28:3, 65:10, 74:24

**SETTING** [3] - 13:25, 17:21, 17:22

**SEVEN** [2] - 45:12, 77:5

**SEVENTH** [1] - 85:3

**SEVERAL** [6] - 7:21, 50:17, 53:5, 72:8, 96:25, 106:20

**SEVERE** [1] - 63:2

**SEX** [54] - 5:21, 6:13, 12:17, 19:8, 19:11, 19:21, 20:23, 21:14, 30:9, 30:22, 30:23, 32:15, 32:23, 32:24, 33:6, 33:9, 33:14, 33:24, 37:15, 37:16, 39:16, 41:23, 49:10, 54:3, 56:23, 61:19, 61:24, 68:22, 70:22, 71:2, 71:10, 71:15, 72:22, 93:13, 93:18, 95:22, 101:20, 105:21, 106:3, 106:9, 110:18, 110:20, 112:9, 112:11, 112:14, 112:16, 112:19, 112:21, 112:22, 113:7, 113:24, 116:19

**SEXUAL** [58] - 10:13, 12:19, 15:4, 15:7, 15:11, 15:12, 15:14,

15:17, 19:19, 21:4, 27:18, 28:9, 28:10, 34:13, 35:8, 37:4, 37:20, 38:8, 54:11, 55:13, 55:16, 56:3, 56:8, 56:10, 56:13, 56:19, 56:25, 57:17, 60:17, 66:21, 68:13, 68:17, 72:9, 88:9, 88:10, 97:19, 97:21, 98:3, 99:10, 100:3, 100:7, 100:21, 102:18, 102:25, 103:20, 104:8, 104:10, 104:11, 104:24, 105:14, 105:20, 106:9, 111:14, 113:17, 114:3, 115:7, 116:2

**SEXUALLY** [13] - 14:24, 25:8, 26:18, 27:6, 27:21, 31:2, 54:4, 56:6, 57:21, 60:20, 77:6, 89:20, 106:1

**SHAKING** [2] - 77:19, 78:1

**SHAWN** [4] - 48:3, 48:5, 119:13

**SHE** [20] - 56:5, 56:8, 60:7, 60:8, 60:11, 60:17, 60:18, 87:1, 87:2, 87:3, 87:6, 87:11, 106:16, 106:25, 108:13, 108:14, 109:9

**SHORE** [50] - 1:6, 3:6, 3:15, 4:6, 6:3, 7:9, 8:3, 9:22, 11:19, 12:15, 13:17, 14:23, 16:25, 23:16, 27:17, 28:4, 29:3, 29:16, 31:14, 31:19, 38:5, 39:3, 41:13, 41:22, 44:7, 44:18, 50:19, 51:19, 51:25, 53:3, 53:5, 54:2, 57:24, 59:2, 59:25, 64:20, 65:3, 81:4, 90:8, 90:14, 91:4, 95:13, 102:4, 103:14, 106:25, 107:9, 113:1, 114:6, 114:12, 116:8

**SHORE'S** [10] - 3:10, 10:1, 15:4, 16:2, 25:6, 28:7, 44:9, 55:16, 73:8, 103:6

**SHORT** [1] - 93:7

**SHOULD** [6] - 31:21,

73:16, 89:16, 98:18, 117:8

**SHOULDN'T** [1] - 81:12

**SHOW** [3] - 19:22, 34:9, 36:17

**SHOWED** [3] - 15:17, 31:19, 41:13

**SHOWN** [1] - 36:16

**SHOWS** [1] - 53:8

**SHYNESS** [1] - 91:2

**SIGNIFICANCE** [1] - 65:14

**SIGNIFICANT** [13] - 19:25, 54:24, 55:7, 55:15, 58:6, 65:19, 66:21, 68:13, 70:13, 74:1, 74:10, 74:11, 74:12

**SIGNIFICANTLY** [7] - 21:9, 55:14, 58:3, 66:2, 68:10, 69:17, 69:18

**SIMILAR** [5] - 66:17, 66:23, 73:5, 73:14, 101:20

**SIMPLY** [3] - 17:12, 62:1, 99:11

**SINCE** [6] - 8:14, 35:10, 36:10, 44:2, 44:5, 45:16

**SINGLED** [1] - 79:11

**SINK** [2] - 77:19, 82:16

**SIR** [10] - 58:10, 78:7, 93:4, 94:25, 101:3, 109:11, 111:25, 117:17, 118:16, 118:19

**SISTER** [6] - 27:22, 56:9, 56:10, 57:6, 60:21, 74:19

**SISTERS** [1] - 113:20

**SITTING** [1] - 51:6

**SITUATION** [8] - 4:19, 59:9, 61:20, 62:17, 82:21, 105:15, 114:13, 114:14

**SITUATIONS** [3] - 13:23, 61:8, 116:12

**SKILL** [1] - 72:22

**SKILLS** [4] - 8:1, 9:21, 53:15, 96:17

**SKIN** [6] - 17:10, 17:11, 85:8, 85:16, 90:18, 91:11

**SLEEP** [1] - 78:11

**SLIGHT** [1] - 19:20

**SMALL** [3] - 5:17, 49:11, 92:21

**SO** [90] - 7:8, 15:13, 15:18, 16:4, 18:6, 21:23, 23:2, 23:15, 24:4, 26:20, 29:22, 30:14, 30:24, 30:25, 31:13, 32:19, 32:24, 33:7, 34:2, 37:9, 37:24, 38:5, 38:19, 38:24, 39:12, 44:13, 44:14, 44:15, 49:14, 50:24, 51:7, 52:10, 53:1, 53:22, 55:10, 56:11, 56:17, 57:7, 59:11, 61:24, 62:22, 63:8, 65:1, 65:15, 67:7, 68:4, 68:8, 69:24, 70:12, 70:13, 71:16, 71:24, 72:4, 72:7, 73:18, 74:6, 74:25, 75:2, 77:3, 77:23, 78:1, 78:2, 81:6, 82:17, 88:13, 89:14, 90:1, 90:4, 90:12, 94:14, 94:19, 95:13, 95:21, 95:24, 97:21, 99:5, 99:8, 102:17, 104:14, 104:25, 105:11, 106:20, 106:23, 107:11, 108:24, 111:24, 112:13, 112:18, 112:20, 116:13

**SO..** [1] - 26:3

**SOCIAL** [23] - 8:1, 8:2, 8:11, 9:21, 9:24, 17:14, 21:3, 21:17, 38:9, 53:15, 57:19, 62:20, 63:5, 65:13, 72:22, 96:17, 97:9, 97:13, 100:1, 100:5, 100:20, 105:18

**SOCIALLY** [2] - 53:14, 100:8

**SOCIETY** [1] - 94:5

**SOCIOPATH** [3] - 33:16, 33:17, 33:23

**SOCIOPATHS** [2] - 13:6, 33:19

**SOLITARY** [1] - 80:22

**SOME** [36] - 11:25, 12:1, 12:12, 15:7, 29:17, 29:24, 30:3, 30:11, 31:1, 31:7, 31:18, 32:4, 33:14, 34:16, 36:18, 37:2, 39:25, 41:1, 52:19, 53:2, 61:13, 61:21, 64:22, 72:15, 73:15, 74:24, 76:3, 76:4,

77:9, 90:19, 90:20, 105:1, 105:15, 105:23, 110:1

**SOMEBODY** [14] - 13:12, 13:23, 30:10, 32:19, 34:5, 38:7, 38:8, 39:15, 63:11, 67:9, 82:10, 88:12, 112:24, 116:12

**SOMEONE** [15] - 11:11, 12:10, 28:23, 58:23, 62:18, 63:13, 63:16, 63:18, 65:15, 90:17, 91:13, 91:16, 94:3, 105:12

**SOMETHING** [16] - 9:19, 12:3, 19:15, 24:6, 26:13, 30:6, 31:16, 33:1, 37:25, 54:2, 61:5, 61:15, 77:21, 90:9, 93:17, 109:9

**SOMETIMES** [5] - 31:22, 61:6, 68:3, 83:19, 90:10

**SOMEWHAT** [1] - 37:2

**SOMEWHERE** [2] - 45:1, 111:2

**SOPHISTICATED** [1] - 12:3

**SOPHISTICATION** [3] - 12:14, 29:20, 32:8

**SOPT** [1] - 117:14

**SORRY** [7] - 41:18, 78:17, 97:12, 98:8, 99:23, 103:10, 111:7

**SORT** [1] - 75:12

**SOURCE** [1] - 39:13

**SOUTH** [1] - 45:12

**SOUTHERN** [1] - 111:22

**SPEAK** [3] - 31:13, 108:2, 108:6

**SPEAKING** [6] - 23:22, 31:2, 59:23, 63:9, 108:7, 108:22

**SPEAKS** [1] - 9:22

**SPECIAL** [4] - 28:3, 85:2, 101:13, 110:12

**SPECIFIC** [6] - 20:24, 32:19, 38:5, 69:20, 94:13, 101:23, 102:1, 104:22

**SPECIFICALLY** [6] - 35:4, 37:24, 40:4, 40:18, 74:21, 86:3

**SPECIFICS** [1] - 6:7

**SPECTRUM** [51] - 7:10, 7:12, 8:21, 9:9, 9:23, 12:20, 15:25,

16:6, 21:5, 21:18, 32:20, 33:25, 37:23, 53:13, 54:16, 55:5, 57:12, 57:15, 57:16, 57:22, 58:21, 62:3, 62:14, 62:19, 62:23, 62:25, 63:1, 63:7, 63:11, 63:17, 64:11, 64:21, 64:25, 65:7, 65:12, 65:21, 65:23, 66:19, 67:9, 67:11, 68:23, 69:10, 92:21, 97:18, 98:4, 99:9, 100:10, 101:24, 102:10, 102:24, 103:8

**SPECULATION** [1] - 109:20

**SPENT** [5] - 4:17, 22:6, 39:16, 44:2, 44:3

**SPOKE** [4] - 22:23, 26:2, 57:10, 86:24

**SPOKEN** [1] - 98:15

**SPRING** [1] - 2:2

**SQUARE** [1] - 100:16

**SSI** [1] - 8:11

**STAFF** [3] - 49:1, 52:10, 105:17

**STAND** [3] - 48:2, 86:10, 94:23

**STANDARD** [1] - 24:3

**STANDS** [1] - 62:13

**START** [1] - 61:13

**STARTED** [4] - 5:22, 5:23, 5:24, 28:9

**STARTS** [1] - 65:15

**STATE** [2] - 56:15, 97:1

**STATED** [1] - 37:18

**STATEMENT** [9] - 40:4, 59:18, 60:23, 61:1, 61:3, 61:7, 69:20, 90:7, 96:23

**STATEMENTS** [1] - 59:12

**STATES** [6] - 1:1, 1:3, 1:14, 3:6, 6:6, 23:6

**STATIC** [6] - 95:1, 95:9, 95:14, 96:2, 107:15

**STATIC-99** [1] - 54:9

**STATISTICAL** [2] - 92:23, 95:10

**STATUTE** [2] - 11:18, 14:4

**STAY** [3] - 47:21, 78:3, 78:5

**STAYS** [2] - 114:25, 115:6

**STENOTYPE** [1] - 1:22

**STENOTYPE-COMPUTER** [1] - 1:22

**STEP** [2] - 47:20, 116:22

**STEREOTYPICAL** [1] - 68:21

**STILL** [9] - 14:3, 19:25, 28:15, 28:17, 28:21, 36:23, 39:6, 85:12, 85:13

**STOLE** [1] - 87:11

**STOOD** [1] - 60:6

**STOP** [2] - 60:12, 113:15

**STRAIGHTFORWARD** [1] - 67:19

**STREET** [3] - 1:15, 1:19, 2:2

**STRESS** [1] - 72:15

**STRICTLY** [1] - 116:17

**STRUCTURE** [2] - 9:13, 17:21

**STRUCTURED** [2] - 95:19, 101:19

**STRUGGLING** [1] - 17:2

**STUCK** [1] - 99:7

**STUDIES** [8] - 19:6, 19:22, 39:18, 40:12, 40:13, 41:12, 41:21, 105:4

**STUDY** [8] - 40:23, 40:24, 40:25, 41:1, 41:2, 41:3, 41:10

**SUBCULTURE** [1] - 88:25

**SUBJECTING** [1] - 13:1

**SUBJECTIVE** [2] - 107:16, 107:17

**SUBJECTS** [1] - 41:3

**SUBMIT** [1] - 106:19

**SUBSEQUENTLY** [1] - 11:25

**SUBSTANCE** [2] - 5:8, 5:11

**SUBTLETIES** [1] - 18:1

**SUCCESS** [3] - 104:19, 114:8, 115:25

**SUCCESSFUL** [5] - 65:25, 94:21, 112:15, 114:22, 115:9

**SUCCESSFULLY** [1] - 94:17

**SUCH** [5] - 21:12, 83:21, 83:24, 94:9, 104:14

**SUFFERED** [1] - 78:17

**SUFFERING** [2] - 68:9, 69:18

**SUFFERS** [1] - 89:21

**SUFFICIENT** [1] - 34:9

**SUGGEST** [6] - 57:15, 57:20, 72:5, 97:18, 100:12, 102:23

**SUGGESTS** [3] - 14:12, 57:8, 62:22

**SUICIDAL** [3] - 80:12, 80:15, 80:17

**SUICIDE** [1] - 80:18

**SUITABLE** [1] - 50:20

**SUITE** [1] - 1:15

**SUMMARY** [2] - 109:6, 109:9

**SUPERFLUOUS** [1] - 51:3

**SUPERVISION** [1] - 42:10

**SUPPORT** [2] - 17:12, 42:15

**SUPPORTS** [2] - 17:7, 99:8

**SURE** [9] - 32:1, 32:24, 49:17, 56:17, 57:11, 75:11, 91:1, 92:2, 105:25

**SURPRISE** [2] - 83:21, 89:16

**SURPRISED** [1] - 27:1

**SUSTAINED** [14] - 16:16, 29:6, 29:10, 29:11, 43:6, 43:15, 63:23, 68:25, 70:25, 71:8, 109:2, 115:4, 115:11

**SWITCH** [1] - 47:24

**SWITCHED** [1] - 107:4

**SWORN** [2] - 3:21, 48:4

**SYMPTOMS** [6] - 7:24, 8:21, 8:22, 17:3, 21:5, 67:19

**SYNDROME** [1] - 7:20

**SYSTEM** [3] - 20:25, 79:16, 86:11

**SYSTEMS** [1] - 17:13

---

# T

**T.B** [2] - 52:17, 52:18

**TABLE** [2] - 51:6, 82:22

**TACT** [1] - 46:6

**TAKE** [8] - 16:25,

21:13, 21:18, 39:14, 48:2, 80:7, 80:12, 93:1

**TAKEN** [2] - 73:13, 75:12

**TAKING** [1] - 73:21

**TALK** [11] - 10:6, 21:16, 28:25, 51:18, 61:16, 66:3, 72:8, 85:1, 93:12, 103:20, 113:23

**TALKED** [11] - 37:9, 38:24, 40:18, 42:21, 43:20, 53:15, 57:23, 60:19, 74:4, 76:1, 113:24

**TALKING** [13] - 12:6, 19:7, 31:19, 33:23, 33:24, 34:2, 34:3, 39:13, 59:24, 60:12, 60:17, 61:14, 65:15

**TALKS** [2] - 39:21, 39:25

**TARGETING** [1] - 28:15

**TARGETS** [2] - 37:24, 96:20

**TAUGHT** [1] - 42:25

**TEARING** [1] - 17:11

**TECHNICALLY** [1] - 14:3

**TEENAGE** [3] - 30:4, 30:25, 99:6

**TEENAGED** [1] - 99:6

**TEENAGER** [4] - 28:11, 28:22, 28:23, 99:1

**TEENAGERS** [2] - 5:10, 98:25

**TELL** [7] - 40:3, 46:1, 46:11, 49:3, 77:25, 81:8, 93:17

**TELLING** [2] - 12:12, 82:18, 111:15

**TEN** [4] - 14:17, 14:19, 14:20, 70:11

**TEND** [2] - 9:24, 9:25

**TENDS** [1] - 67:3

**TERM** [5] - 7:20, 8:18, 58:5, 86:21, 89:15

**TERMINOLOGY** [1] - 110:17

**TERMS** [13] - 9:23, 14:24, 20:19, 32:14, 37:10, 38:24, 41:22, 42:7, 42:10, 43:8, 53:1

**TERRIFIED** [1] - 59:9

**TEST** [20] - 15:14, 52:11, 52:18, 53:7,

54:1, 57:24, 66:14, 67:2, 67:8, 67:16, 88:2, 88:5, 88:6, 88:11, 88:19, 95:1, 95:9, 96:1, 107:11, 107:12

**TESTIFIED** [7] - 5:25, 26:5, 29:14, 29:17, 49:25, 50:6, 90:1

**TESTIFY** [8] - 3:16, 4:20, 5:14, 6:12, 24:5, 44:21, 51:16, 95:24

**TESTIFYING** [2] - 3:18, 51:7

**TESTIMONY** [6] - 3:9, 53:16, 75:19, 92:3, 109:6, 109:8

**TESTING** [10] - 14:19, 34:19, 36:15, 53:2, 54:12, 66:4, 66:11, 106:16, 106:17, 107:10

**TESTS** [5] - 34:16, 53:6, 87:25, 107:13

**TEXTBOOK** [1] - 64:11

**THAN** [33] - 10:1, 10:8, 10:13, 19:9, 20:1, 23:3, 31:25, 33:18, 36:25, 39:6, 39:15, 39:23, 49:1, 52:10, 57:4, 61:1, 65:6, 68:4, 73:21, 75:21, 76:19, 76:21, 77:10, 91:14, 91:16, 97:4, 102:13, 104:21, 106:5, 110:6, 111:16, 111:18, 112:24

**THANK** [23] - 6:22, 22:2, 38:17, 45:5, 47:18, 47:19, 47:20, 75:8, 75:15, 85:15, 93:10, 103:17, 111:25, 115:16, 116:6, 116:23, 117:2, 117:17, 117:18, 117:19, 118:4, 118:19, 118:20

**THAT** [653] - 3:15, 3:16, 4:17, 7:14, 7:17, 7:20, 7:22, 8:10, 8:14, 8:19, 9:9, 9:18, 9:19, 10:5, 10:7, 10:13, 10:14, 11:13, 11:18, 11:25, 12:14, 12:15, 12:16, 12:21, 12:23, 13:8,

13:11, 13:12, 13:13,
13:14, 13:15, 13:22,
14:4, 14:6, 14:12,
14:15, 14:21, 14:24,
15:2, 15:5, 15:6,
15:12, 15:17, 15:19,
15:24, 16:7, 16:24,
17:17, 17:22, 17:23,
18:9, 18:13, 18:22,
18:23, 18:25, 19:4,
19:6, 19:9, 19:13,
19:15, 19:16, 19:22,
20:6, 20:8, 20:12,
20:15, 20:20, 21:2,
21:16, 21:18, 21:23,
22:13, 22:14, 23:2,
23:10, 23:14, 23:16,
23:18, 23:23, 24:4,
24:13, 24:14, 24:16,
25:1, 25:12, 25:18,
25:21, 25:22, 26:4,
26:5, 26:9, 26:15,
26:16, 26:24, 26:25,
27:1, 27:2, 27:5,
27:6, 27:8, 27:9,
27:13, 27:19, 28:2,
28:3, 28:18, 28:25,
29:3, 29:14, 29:15,
29:17, 29:20, 29:22,
30:10, 31:1, 31:5,
31:6, 31:7, 31:13,
31:20, 31:21, 31:22,
31:23, 31:25, 32:2,
32:3, 32:6, 32:8,
32:11, 32:15, 33:1,
33:2, 33:7, 33:12,
33:13, 33:14, 34:3,
34:6, 34:9, 34:12,
34:13, 34:16, 35:3,
35:5, 35:6, 35:7,
35:23, 36:6, 36:10,
36:12, 36:16, 36:19,
36:20, 37:2, 37:6,
37:12, 37:17, 37:22,
37:25, 38:25, 39:4,
39:13, 39:14, 39:21,
39:25, 40:4, 40:5,
40:6, 40:14, 40:15,
40:23, 40:24, 40:25,
41:1, 41:2, 41:3,
41:4, 41:5, 41:13,
41:18, 41:24, 41:25,
42:2, 42:12, 42:14,
42:22, 42:23, 43:4,
43:9, 43:10, 43:14,
43:22, 43:25, 44:4,
44:5, 44:9, 44:23,
45:1, 45:10, 45:15,
45:17, 45:20, 46:1,
46:11, 46:14, 46:18,
47:4, 47:6, 49:1,

49:12, 50:6, 50:11,
50:16, 50:18, 50:19,
50:21, 51:5, 51:7,
51:9, 51:11, 51:15,
51:20, 51:25, 52:4,
52:5, 52:12, 52:17,
53:8, 53:11, 53:12,
53:13, 53:19, 53:22,
53:24, 54:1, 54:3,
54:4, 54:10, 54:12,
54:13, 55:8, 55:12,
55:14, 55:19, 55:20,
55:22, 55:23, 56:5,
56:9, 56:12, 56:13,
56:16, 56:18, 56:20,
57:2, 57:8, 57:11,
57:13, 57:20, 57:22,
57:24, 57:25, 58:2,
58:3, 58:11, 58:18,
59:2, 59:3, 59:6,
59:9, 59:12, 59:13,
59:14, 59:16, 59:17,
59:18, 59:20, 59:25,
60:3, 60:4, 60:6,
60:18, 60:19, 60:23,
60:25, 61:3, 61:4,
61:8, 61:22, 61:23,
61:24, 62:2, 62:8,
62:12, 62:13, 62:15,
62:17, 62:22, 63:3,
63:4, 63:9, 63:10,
63:15, 64:5, 64:7,
64:9, 64:18, 64:19,
65:1, 65:2, 65:4,
65:8, 65:14, 65:17,
65:21, 65:22, 65:24,
66:5, 66:11, 66:13,
66:24, 66:25, 67:1,
67:8, 67:15, 67:20,
67:22, 67:23, 68:2,
68:5, 68:9, 68:10,
68:14, 68:16, 69:13,
69:16, 69:20, 69:24,
69:25, 70:9, 70:15,
70:16, 70:17, 70:18,
70:20, 70:22, 70:23,
71:2, 71:4, 71:6,
71:10, 71:17, 71:20,
71:21, 72:2, 72:5,
72:9, 72:12, 72:16,
72:18, 72:22, 73:1,
73:4, 73:6, 73:14,
73:15, 73:18, 74:2,
74:13, 74:19, 74:20,
74:22, 74:23, 75:3,
75:22, 75:25, 76:5,
76:14, 76:24, 77:4,
77:6, 77:8, 77:12,
77:13, 77:16, 77:21,
78:1, 78:20, 78:21,
78:22, 78:23, 78:24,

79:3, 79:10, 79:13,
79:14, 79:23, 80:7,
80:9, 80:10, 80:20,
80:22, 81:1, 81:4,
81:6, 81:7, 81:8,
81:11, 81:12, 81:14,
81:17, 81:19, 81:21,
81:23, 82:7, 82:9,
82:12, 82:13, 82:15,
82:24, 83:17, 83:18,
83:20, 83:21, 84:8,
84:15, 84:17, 84:23,
85:3, 85:6, 85:12,
85:13, 85:19, 85:21,
85:22, 86:6, 86:12,
86:21, 87:3, 87:9,
87:21, 87:24, 87:25,
88:2, 88:3, 88:4,
88:5, 88:6, 88:8,
88:10, 88:11, 88:12,
88:13, 88:20, 88:23,
88:24, 89:4, 89:5,
89:6, 89:11, 89:14,
89:15, 89:17, 89:23,
89:24, 89:25, 90:2,
90:6, 90:7, 90:8,
90:9, 90:10, 90:11,
90:13, 90:15, 91:4,
91:5, 91:19, 92:21,
92:24, 93:14, 93:17,
93:18, 93:20, 93:21,
93:25, 94:3, 94:4,
94:13, 94:15, 94:19,
94:23, 94:25, 95:1,
95:4, 95:17, 95:18,
96:9, 96:10, 96:12,
96:16, 96:17, 96:20,
97:5, 97:10, 97:21,
98:2, 98:18, 98:20,
98:21, 98:22, 98:24,
99:2, 99:5, 99:7,
99:8, 99:9, 99:10,
99:24, 99:25,
100:10, 100:16,
100:17, 100:18,
100:19, 101:3,
101:14, 101:19,
101:24, 102:6,
102:7, 102:8,
102:11, 102:14,
102:17, 103:8,
103:22, 104:3,
104:4, 104:10,
104:11, 104:12,
104:14, 104:15,
104:20, 105:5,
105:18, 105:23,
105:24, 105:25,
106:2, 106:11,
106:13, 107:2,
107:6, 107:16,

107:19, 108:13,
108:24, 109:6,
109:10, 109:11,
109:16, 110:2,
110:3, 110:12,
110:19, 110:22,
110:24, 111:14,
111:20, 111:21,
111:23, 111:24,
112:2, 112:15,
113:5, 113:7,
113:16, 113:19,
113:21, 114:7,
114:21, 114:22,
115:8, 116:12,
116:14, 116:17,
116:18, 116:19,
117:7, 117:8,
117:10, 117:12,
117:13, 118:5,
118:17, 119:1
**THAT'S** [94] - 6:14,
13:9, 13:24, 15:21,
18:16, 21:25, 22:8,
24:9, 24:12, 24:24,
25:10, 26:9, 26:13,
26:20, 30:2, 31:15,
32:7, 32:19, 33:19,
34:1, 34:13, 34:15,
35:17, 36:10, 36:16,
37:5, 37:14, 38:2,
38:5, 38:11, 38:13,
39:3, 39:4, 44:7,
44:8, 44:9, 45:4,
52:13, 52:23, 54:21,
55:9, 56:15, 58:20,
60:2, 61:7, 61:18,
62:4, 62:18, 64:12,
65:11, 68:15, 71:16,
74:1, 74:16, 75:7,
77:7, 79:12, 79:15,
80:6, 80:8, 81:22,
84:20, 85:5, 86:23,
88:6, 91:17, 92:2,
92:6, 92:23, 92:24,
94:6, 95:21, 96:22,
97:15, 100:14,
101:7, 102:14,
102:15, 103:16,
104:1, 104:17,
104:25, 105:10,
106:5, 106:7, 113:9,
114:5, 114:20,
115:19, 116:11,
117:9
**THE** [888] - 1:1, 1:2,
1:10, 1:16, 2:4, 3:2,
3:5, 3:8, 3:14, 3:17,
3:22, 4:10, 4:17,
4:20, 5:3, 5:13, 5:15,
5:18, 5:22, 5:23, 6:3,

6:5, 6:11, 6:12, 6:13,
6:17, 6:20, 7:3, 7:6,
7:8, 7:11, 7:18, 7:20,
7:21, 7:24, 7:25, 8:8,
8:9, 8:11, 8:18, 8:21,
8:22, 8:25, 9:4, 9:9,
9:12, 9:23, 10:7,
10:12, 10:17, 10:21,
10:23, 11:2, 11:5,
11:6, 11:7, 11:8,
11:9, 11:12, 11:16,
11:17, 11:18, 11:22,
12:5, 12:8, 12:10,
12:17, 12:21, 12:23,
12:25, 13:3, 13:8,
13:18, 13:24, 14:2,
14:4, 14:7, 14:9,
14:12, 14:17, 14:18,
14:21, 14:22, 14:25,
15:1, 15:5, 15:6,
15:10, 15:15, 15:16,
15:22, 15:24, 15:25,
16:1, 16:2, 16:7,
16:13, 16:15, 16:16,
16:22, 17:1, 17:3,
17:8, 17:12, 17:14,
17:15, 17:17, 17:21,
17:24, 18:1, 18:3,
18:4, 18:8, 18:12,
18:13, 18:18, 18:20,
19:3, 19:4, 19:5,
19:6, 19:7, 19:8,
19:10, 19:11, 19:14,
19:16, 19:19, 19:20,
19:24, 20:1, 20:13,
20:18, 20:25, 21:4,
21:5, 21:6, 21:14,
21:16, 21:20, 21:21,
21:22, 22:1, 22:9,
22:13, 22:15, 22:16,
22:18, 22:19, 22:22,
22:23, 22:24, 23:1,
23:2, 23:3, 23:5,
23:6, 23:9, 23:16,
23:19, 23:20, 23:21,
23:22, 23:23, 23:24,
23:25, 24:4, 24:16,
24:18, 24:22, 24:25,
25:1, 25:7, 25:21,
25:22, 25:24, 26:1,
26:5, 26:6, 26:7,
26:22, 27:6, 27:21,
27:24, 28:3, 28:5,
28:15, 28:20, 28:21,
29:6, 29:7, 29:10,
29:11, 29:20, 29:21,
30:8, 30:10, 30:12,
30:20, 31:1, 31:7,
31:10, 31:13, 31:15,
31:16, 31:18, 31:19,
31:23, 32:3, 32:7,

32:11, 32:23, 33:1, 33:2, 33:7, 33:16, 33:17, 33:19, 33:21, 34:3, 34:21, 34:23, 34:25, 35:6, 35:10, 35:11, 35:13, 35:18, 35:20, 35:22, 35:23, 35:24, 36:1, 36:2, 36:4, 36:16, 36:18, 36:20, 36:21, 37:1, 37:3, 37:14, 37:16, 37:18, 37:21, 37:22, 37:23, 37:25, 38:9, 38:16, 38:20, 39:4, 39:12, 39:17, 39:18, 40:1, 40:5, 40:8, 40:9, 40:19, 40:25, 41:1, 41:2, 41:3, 41:5, 41:6, 41:9, 41:12, 41:17, 41:18, 41:21, 42:1, 42:2, 42:4, 42:5, 42:6, 42:7, 42:9, 42:11, 42:13, 43:2, 43:6, 43:8, 43:10, 43:15, 43:17, 44:10, 44:15, 44:16, 44:18, 45:6, 45:10, 45:11, 45:12, 45:22, 45:23, 46:1, 46:3, 46:5, 46:7, 46:8, 46:15, 46:19, 46:24, 46:25, 47:1, 47:3, 47:4, 47:6, 47:9, 47:12, 47:15, 47:20, 47:24, 48:1, 48:2, 48:5, 48:8, 48:12, 48:13, 48:15, 48:18, 48:21, 48:23, 48:24, 49:3, 49:12, 49:14, 49:15, 49:22, 49:23, 50:11, 50:13, 50:17, 50:24, 51:3, 51:6, 51:11, 51:13, 51:14, 51:22, 51:24, 52:3, 52:4, 52:5, 52:7, 52:9, 52:14, 52:19, 52:22, 52:24, 53:2, 53:7, 53:10, 53:11, 53:19, 53:22, 54:1, 54:2, 54:4, 54:6, 54:7, 54:9, 54:16, 54:22, 54:23, 55:3, 55:4, 55:5, 55:10, 55:18, 56:1, 56:16, 56:20, 56:21, 57:5, 57:12, 57:15, 57:22, 57:23, 58:5, 58:7, 58:10, 58:12, 58:15, 58:17, 59:2, 59:3, 59:9, 59:15, 59:16, 59:20, 59:23,

60:3, 60:15, 60:16, 60:19, 60:23, 60:25, 61:1, 61:2, 61:4, 61:5, 61:18, 61:20, 61:22, 61:23, 62:6, 62:11, 62:12, 62:14, 63:3, 63:4, 63:5, 63:9, 63:14, 63:23, 64:3, 64:4, 64:5, 64:6, 64:7, 64:8, 64:9, 64:17, 64:18, 64:19, 64:20, 64:24, 65:8, 65:9, 65:14, 65:16, 65:17, 65:22, 66:14, 66:17, 66:18, 67:4, 67:8, 67:10, 67:15, 67:18, 67:24, 68:2, 68:22, 68:25, 69:4, 69:6, 69:7, 69:8, 69:13, 69:14, 69:21, 69:22, 69:25, 70:3, 70:4, 70:8, 70:10, 70:12, 70:13, 70:17, 70:20, 70:25, 71:3, 71:6, 71:11, 71:16, 71:19, 71:23, 72:10, 72:20, 72:21, 72:25, 73:3, 73:11, 73:18, 73:20, 73:21, 73:22, 73:23, 73:24, 73:25, 74:2, 74:4, 74:6, 74:8, 74:9, 74:11, 74:16, 74:19, 74:20, 75:11, 75:13, 75:19, 75:21, 75:25, 76:5, 76:9, 76:10, 76:17, 76:25, 77:10, 77:12, 77:15, 79:2, 79:4, 79:6, 79:7, 79:8, 79:9, 79:12, 79:13, 79:15, 79:17, 79:18, 79:19, 79:21, 79:23, 79:24, 79:25, 80:2, 80:5, 80:11, 80:22, 81:3, 81:18, 82:10, 82:11, 82:15, 82:16, 83:2, 83:3, 83:5, 83:6, 83:8, 83:12, 83:16, 83:17, 84:7, 84:8, 84:11, 84:12, 84:16, 84:22, 85:2, 86:16, 86:17, 87:16, 87:18, 87:19, 87:20, 87:23, 87:25, 88:1, 88:4, 88:7, 88:14, 88:23, 89:3, 89:6, 89:14, 89:19, 90:4, 90:7, 90:16, 90:19, 90:21, 90:22, 90:23, 90:24, 90:25, 91:1, 91:7, 91:9,

91:10, 91:12, 91:13, 91:15, 91:22, 92:6, 92:14, 92:16, 92:20, 92:24, 93:1, 93:5, 93:8, 93:13, 93:15, 93:20, 93:21, 93:22, 94:2, 94:6, 94:11, 94:21, 94:24, 95:1, 95:8, 95:9, 95:12, 95:14, 95:15, 95:22, 96:2, 96:8, 96:19, 97:2, 97:3, 97:7, 97:9, 97:11, 97:15, 97:17, 97:25, 98:1, 98:2, 98:5, 98:6, 98:8, 98:10, 98:12, 98:14, 98:15, 98:20, 99:2, 99:5, 99:8, 99:9, 99:12, 99:14, 99:19, 99:20, 99:24, 99:25, 100:16, 100:18, 100:22, 100:24, 101:3, 101:4, 101:8, 101:12, 101:15, 101:20, 101:25, 102:3, 102:9, 102:11, 102:14, 102:21, 102:22, 103:1, 103:2, 103:11, 103:19, 103:20, 103:22, 103:23, 104:1, 104:6, 104:13, 104:14, 104:17, 104:19, 104:20, 105:8, 105:13, 105:16, 105:18, 105:21, 105:22, 106:3, 106:9, 106:11, 106:14, 106:16, 106:17, 106:18, 106:21, 106:23, 106:25, 107:2, 107:3, 107:5, 107:10, 107:11, 107:12, 107:14, 107:15, 107:18, 107:21, 107:22, 107:25, 108:3, 108:15, 108:19, 109:2, 109:7, 109:10, 109:15, 109:23, 109:24, 109:25, 110:11, 110:14, 110:17, 110:19, 110:20, 110:25, 111:1, 111:3, 111:4, 111:5, 111:6, 111:7, 111:14, 111:16,

111:20, 111:21, 111:22, 112:1, 112:18, 113:3, 113:5, 113:9, 113:10, 113:13, 113:15, 113:16, 113:19, 113:23, 113:25, 114:1, 114:2, 114:10, 114:11, 115:4, 115:8, 115:11, 115:13, 115:15, 115:18, 115:20, 115:22, 116:5, 116:7, 116:8, 116:13, 116:20, 116:21, 116:22, 116:24, 116:25, 117:2, 117:5, 117:7, 117:11, 117:14, 117:18, 117:19, 117:21, 117:25, 118:2, 118:5, 118:6, 118:7, 118:9, 118:10, 118:11, 118:13, 118:15, 118:17, 119:1, 119:2

**THEIR** [29] - 5:13, 5:25, 7:25, 8:1, 9:2, 9:4, 9:14, 9:21, 10:1, 12:11, 32:16, 40:16, 46:6, 53:18, 54:8, 58:22, 62:19, 90:18, 94:2, 95:20, 96:17, 104:8, 105:13, 108:5, 114:2, 114:3

**THEM** [52] - 9:1, 9:5, 9:6, 10:9, 10:15, 10:25, 12:12, 12:17, 12:19, 13:21, 17:9, 18:1, 23:13, 23:18, 24:12, 24:15, 25:8, 31:17, 32:25, 40:19, 41:8, 46:4, 46:5, 58:25, 61:12, 61:14, 61:22, 63:15, 64:13, 64:14, 64:15, 64:16, 65:6, 74:22, 76:3, 77:24, 77:25, 87:11, 90:12, 92:10, 96:5, 106:2, 106:24, 108:6, 108:16, 108:18, 109:14, 110:21

**THEMSELVES** [9] - 7:25, 11:24, 12:9, 23:22, 23:24, 31:3, 63:18, 63:19, 78:5

**THEN** [32] - 25:9, 25:11, 27:12, 34:12, 43:8, 48:25, 51:18,

52:14, 52:18, 52:20, 52:21, 53:10, 54:1, 54:6, 55:7, 60:16, 60:24, 61:14, 61:22, 62:17, 67:12, 73:14, 77:18, 86:20, 100:11, 103:6, 106:18, 106:19, 107:4, 110:14, 114:21, 117:15

**THERAPY** [2] - 82:12, 102:7

**THERE** [118] - 3:13, 7:11, 9:2, 9:3, 9:7, 11:24, 12:3, 12:12, 12:13, 13:4, 13:25, 15:17, 16:11, 19:22, 20:16, 20:22, 23:20, 25:5, 25:17, 26:15, 27:2, 27:5, 27:21, 27:24, 29:1, 29:14, 29:17, 30:14, 31:18, 31:22, 33:14, 34:4, 34:9, 34:16, 36:11, 36:12, 36:15, 36:18, 37:1, 37:11, 39:20, 40:6, 40:12, 40:13, 40:23, 42:25, 47:3, 52:9, 53:20, 54:21, 55:21, 56:12, 57:4, 57:5, 57:7, 60:4, 60:5, 61:3, 61:8, 61:21, 62:13, 64:9, 65:7, 66:16, 66:25, 67:1, 67:3, 67:12, 67:17, 67:24, 70:9, 72:3, 72:8, 73:11, 73:22, 74:6, 74:7, 74:18, 74:19, 76:14, 76:15, 77:4, 77:16, 78:6, 79:5, 81:25, 83:9, 84:9, 84:12, 88:11, 95:14, 96:8, 97:17, 100:17, 100:19, 101:23, 102:5, 102:6, 105:3, 105:4, 105:11, 105:20, 105:21, 106:15, 107:7, 108:18, 109:6, 109:8, 114:16, 115:16

**THERE'S** [2] - 13:12, 78:6

**THEREFORE** [2] - 37:20, 58:25

**THEREOF** [1] - 37:12

**THESE** [25] - 7:23, 11:1, 11:22, 12:19, 12:22, 13:1, 14:8,

15:5, 20:11, 20:17, 23:17, 27:14, 29:21, 29:24, 30:25, 31:25, 38:12, 59:14, 68:20, 72:16, 85:12, 88:19, 92:9, 95:25

**THEY** [133] - 7:13, 9:10, 9:11, 9:12, 9:13, 9:23, 9:24, 9:25, 12:11, 12:12, 13:7, 13:9, 13:10, 13:11, 13:13, 13:14, 13:15, 13:22, 14:8, 15:7, 15:8, 26:6, 26:18, 30:20, 31:7, 33:1, 33:3, 33:10, 33:18, 34:14, 37:12, 38:3, 39:22, 40:1, 40:15, 41:4, 41:5, 41:6, 42:16, 46:5, 46:6, 50:18, 53:18, 54:22, 57:3, 57:18, 57:20, 58:15, 58:19, 58:21, 59:17, 59:18, 59:19, 63:14, 65:5, 65:16, 66:20, 66:23, 67:22, 68:4, 68:7, 69:11, 69:12, 69:14, 70:12, 71:11, 72:18, 72:19, 73:4, 73:7, 74:24, 77:16, 77:22, 77:23, 80:3, 82:3, 82:11, 87:2, 87:3, 87:12, 87:13, 87:21, 90:12, 90:22, 90:24, 90:25, 93:19, 93:22, 94:4, 94:8, 94:23, 95:17, 95:18, 96:3, 97:1, 97:2, 97:3, 102:6, 102:7, 102:8, 102:9, 102:11, 104:3, 104:4, 104:6, 104:7, 105:12, 105:25, 106:18, 106:19, 107:3, 107:4, 107:5, 107:7, 110:19, 110:23, 110:24, 110:25, 111:1, 111:18, 111:19, 116:5

**THING** [12] - 7:22, 11:5, 15:22, 19:8, 45:22, 46:7, 62:12, 69:7, 72:22, 80:6, 91:17, 113:23

**THINGS** [37] - 11:21, 24:4, 24:12, 24:13, 26:24, 27:6, 31:23, 38:11, 42:5, 53:13, 57:20, 57:22, 59:12, 60:17, 61:22, 64:19,

64:21, 65:10, 71:4, 72:2, 72:16, 74:23, 74:25, 78:21, 83:10, 88:13, 88:23, 89:5, 91:3, 91:19, 96:25, 97:3, 100:21, 105:24, 115:1, 116:13, 116:14

**THINK** [29] - 8:8, 15:21, 22:25, 23:24, 32:24, 39:24, 40:19, 44:15, 46:18, 47:14, 47:22, 53:9, 58:11, 58:20, 64:18, 65:19, 65:21, 68:13, 80:4, 80:17, 81:19, 85:14, 86:7, 89:15, 96:22, 98:18, 105:8, 111:8, 116:11

**THINKING** [2] - 7:25, 21:2

**THINKS** [1] - 91:25

**THIRD** [1] - 54:1

**THIS** [106] - 3:5, 4:5, 4:25, 6:15, 6:24, 7:14, 8:15, 8:20, 9:12, 9:13, 9:14, 9:21, 9:22, 10:10, 11:3, 11:15, 11:18, 11:22, 12:4, 13:2, 13:4, 13:5, 13:17, 14:6, 14:16, 14:18, 16:2, 16:9, 17:5, 19:3, 20:3, 20:20, 21:10, 22:6, 22:14, 24:14, 24:23, 25:2, 28:7, 29:13, 36:13, 37:7, 42:22, 42:25, 44:15, 45:17, 46:18, 46:20, 47:3, 47:15, 50:10, 51:19, 51:23, 55:7, 57:4, 59:23, 63:8, 64:19, 65:9, 66:10, 66:14, 66:24, 69:2, 71:23, 72:14, 73:12, 73:16, 75:21, 76:7, 78:6, 82:22, 85:24, 86:20, 87:5, 87:10, 87:15, 87:24, 88:15, 88:19, 88:20, 90:16, 93:2, 94:3, 94:16, 94:20, 96:1, 98:19, 105:15, 108:4, 108:7, 109:16, 112:13, 113:12, 113:24, 115:18, 115:20, 115:21, 117:11, 117:12, 118:6, 118:14, 118:18

**THOMAS** [1] - 15:15

**THOROUGH** [1] - 47:11

**THOSE** [47] - 5:12, 17:7, 19:18, 24:12, 24:13, 25:19, 26:20, 26:23, 30:13, 30:14, 32:8, 32:10, 34:12, 38:10, 38:25, 39:9, 39:18, 39:21, 50:18, 57:1, 57:19, 62:3, 64:18, 64:23, 65:2, 65:17, 66:1, 71:4, 72:10, 74:21, 74:25, 75:3, 77:2, 81:20, 89:20, 91:3, 91:4, 91:18, 95:16, 105:19, 107:12, 108:17, 109:4, 109:12, 114:6, 115:1, 116:20

**THOUGH** [7] - 20:8, 37:10, 58:22, 60:13, 74:17, 92:13, 97:4

**THOUGHT** [4] - 80:19, 92:16, 100:7, 112:3

**THOUSANDS** [1] - 25:17

**THREE** [2] - 4:16, 53:6

**THROUGH** [15] - 5:4, 10:3, 10:22, 17:18, 22:12, 30:6, 46:13, 53:22, 72:2, 72:10, 82:12, 82:20, 85:24, 87:18, 106:20

**THROUGHOUT** [4] - 81:18, 99:7, 105:22, 106:7

**THROW** [1] - 96:8

**THUS** [1] - 43:21

**TIME** [21] - 8:14, 42:25, 44:1, 44:3, 50:6, 52:3, 52:5, 52:9, 59:10, 76:13, 77:18, 82:15, 82:18, 84:12, 85:2, 87:4, 87:17, 87:23, 94:24, 110:1, 110:6

**TIMES** [17] - 4:23, 4:24, 5:1, 11:13, 30:15, 42:1, 50:4, 50:5, 61:19, 69:12, 72:3, 72:4, 76:8, 76:12, 81:18, 83:19

**TIMOTHY** [1] - 1:10

**TO** [542] - 3:7, 3:9, 3:12, 3:16, 4:8, 4:9, 4:10, 4:20, 4:24, 5:4, 5:14, 5:18, 5:19, 6:2, 6:4, 6:7, 6:9, 6:24,

7:8, 7:17, 8:11, 8:14, 8:23, 8:24, 9:1, 9:12, 9:13, 9:17, 9:18, 9:24, 9:25, 10:1, 10:4, 10:6, 10:10, 10:12, 10:16, 10:17, 10:19, 10:24, 11:1, 11:4, 11:6, 11:16, 11:22, 11:23, 11:25, 12:1, 12:7, 12:9, 12:10, 12:16, 12:17, 12:18, 12:21, 13:1, 13:2, 13:20, 13:21, 13:22, 14:3, 15:12, 15:14, 16:4, 16:7, 16:8, 16:14, 16:19, 17:8, 17:9, 17:15, 17:23, 17:24, 17:25, 18:1, 18:2, 18:9, 18:12, 19:5, 20:5, 20:10, 20:13, 20:18, 20:19, 20:23, 21:1, 21:6, 21:7, 21:8, 21:11, 21:15, 21:20, 21:22, 22:16, 22:25, 23:1, 24:3, 24:5, 24:7, 24:25, 25:1, 25:6, 25:8, 25:9, 25:18, 26:3, 26:14, 27:1, 27:7, 27:15, 28:4, 28:18, 29:1, 29:16, 29:17, 29:23, 29:24, 30:11, 30:25, 31:16, 31:17, 31:21, 31:23, 32:2, 32:11, 32:19, 32:22, 33:1, 33:10, 33:11, 33:18, 33:24, 34:5, 34:9, 35:9, 35:23, 36:17, 37:2, 37:21, 37:23, 38:3, 38:5, 38:11, 39:7, 39:8, 39:11, 39:24, 40:24, 40:25, 41:4, 41:5, 41:6, 41:8, 41:12, 41:20, 42:2, 42:8, 42:9, 42:11, 42:14, 42:21, 42:24, 43:8, 43:11, 43:13, 43:14, 43:17, 44:9, 44:18, 44:19, 44:21, 45:2, 45:22, 46:13, 47:10, 47:15, 47:21, 48:2, 49:12, 50:22, 51:1, 51:12, 51:13, 51:15, 51:16, 52:11, 52:14, 52:18, 52:22, 52:23, 52:25, 53:2, 53:23, 54:2, 54:7, 54:10, 54:16, 55:7, 55:8, 55:10, 55:13, 55:17, 55:22,

55:25, 56:6, 56:7, 56:9, 56:12, 56:16, 56:17, 56:25, 57:1, 57:9, 57:11, 57:13, 57:14, 57:15, 57:17, 57:20, 57:21, 58:2, 58:5, 58:10, 58:23, 58:25, 59:2, 59:6, 59:10, 59:12, 59:14, 59:19, 59:20, 60:3, 60:6, 60:7, 60:12, 60:17, 60:20, 60:23, 61:1, 61:5, 61:6, 61:10, 61:12, 61:14, 61:16, 61:19, 61:22, 62:15, 62:16, 62:17, 62:19, 62:20, 62:22, 63:2, 63:3, 63:5, 63:12, 63:13, 63:14, 63:17, 63:18, 63:21, 64:13, 64:14, 65:1, 65:2, 65:6, 65:24, 66:14, 66:17, 66:18, 66:20, 66:25, 67:3, 67:5, 67:7, 67:9, 67:11, 67:12, 67:21, 67:22, 67:23, 68:3, 68:4, 68:6, 68:16, 69:6, 69:11, 69:14, 69:18, 69:20, 69:21, 69:22, 70:14, 70:16, 70:17, 70:19, 70:20, 71:13, 71:21, 72:2, 72:5, 72:8, 72:11, 72:14, 72:15, 72:17, 72:19, 73:2, 73:3, 73:12, 73:14, 73:17, 74:4, 74:14, 74:22, 74:23, 75:18, 75:23, 76:4, 76:7, 76:15, 76:16, 77:9, 77:18, 77:20, 77:22, 77:24, 77:25, 78:3, 78:5, 78:6, 78:7, 78:21, 78:23, 79:3, 79:15, 79:19, 80:4, 80:10, 80:11, 80:12, 80:19, 80:20, 80:21, 81:3, 81:4, 81:6, 81:9, 81:14, 81:15, 82:10, 82:13, 82:18, 82:19, 82:21, 83:21, 85:22, 86:22, 86:23, 86:24, 87:8, 87:12, 87:16, 88:1, 88:7, 88:9, 88:15, 88:16, 89:9, 89:16, 89:18, 89:19, 89:22, 89:23, 89:24, 90:6, 90:17, 91:13, 91:16, 91:18, 91:20, 92:24, 93:2, 93:12,

93:24, 94:5, 95:10, 95:11, 95:20, 95:22, 95:24, 95:25, 96:3, 96:4, 96:5, 96:8, 96:17, 97:9, 97:10, 97:13, 97:17, 97:19, 97:22, 97:23, 98:1, 98:3, 98:11, 98:13, 98:17, 98:20, 98:21, 99:9, 99:18, 99:25, 100:1, 100:2, 100:9, 100:11, 100:12, 100:17, 101:20, 101:23, 101:25, 102:4, 102:5, 102:11, 102:17, 102:18, 102:23, 102:25, 103:3, 103:7, 103:20, 104:12, 104:23, 104:24, 104:25, 105:12, 105:14, 105:18, 105:19, 105:21, 105:25, 106:2, 106:19, 107:4, 107:12, 108:1, 108:2, 108:6, 109:19, 110:1, 110:2, 110:11, 110:13, 110:16, 110:23, 111:6, 111:16, 111:19, 112:16, 112:24, 113:20, 113:23, 114:2, 114:3, 114:17, 115:1, 115:6, 115:7, 115:13, 115:24, 116:2, 116:3, 116:4, 116:8, 116:14, 116:18, 116:20, 117:3, 117:11, 117:16, 117:22, 118:10

**TODAY** [14] - 3:7, 5:17, 42:16, 45:2, 47:16, 50:2, 82:22, 83:6, 87:1, 88:3, 88:17, 88:18, 104:15, 117:16

**TOGETHER** [2] - 76:11, 87:3

**TOLD** [20] - 12:6, 20:14, 34:6, 34:23, 41:4, 44:7, 51:8, 60:8, 60:18, 61:11, 77:24, 81:7, 81:11, 81:12, 81:14, 84:16, 84:21, 85:21, 87:2, 87:24

**TOO** [1] - 76:24

**TOOK** [6] - 5:15, 46:3, 46:4, 46:8, 70:12, 80:4

**TOPROL** [1] - 78:14

**TOTAL** [3] - 4:17, 22:6, 109:19

**TOUCH** [2] - 28:4, 45:22

**TOUCHED** [1] - 27:13

**TOUCHING** [1] - 27:22

**TOWARD** [2] - 14:6, 21:2

**TOWARDS** [9] - 49:4, 51:14, 57:18, 58:24, 61:1, 94:1, 96:4, 99:11, 105:13

**TRACK** [1] - 106:19

**TRAINED** [1] - 15:14

**TRAINING** [2] - 37:24, 107:2

**TRANSCRIPT** [3] - 1:22, 118:14, 119:2

**TRANSCRIPTION** [1] - 1:22

**TRANSFER** [1] - 109:9

**TRANSFERRED** [7] - 43:11, 43:17, 52:18, 77:9, 110:13, 111:1, 111:5

**TRANSPARENCY** [1] - 12:14

**TRANSPARENT** [4] - 29:23, 30:14, 30:15, 31:24

**TREAT** [9] - 49:7, 49:8, 52:11, 64:14, 82:11, 101:25, 104:23, 104:24, 105:12

**TREATED** [1] - 21:5

**TREATING** [2] - 5:20, 94:11

**TREATMENT** [55] - 5:23, 9:4, 20:19, 20:20, 20:24, 21:2, 21:4, 21:6, 21:12, 21:14, 21:16, 21:19, 37:15, 37:16, 37:20, 37:22, 38:1, 42:10, 49:10, 50:20, 54:5, 56:23, 80:2, 83:24, 88:7, 93:14, 93:18, 94:22, 95:18, 95:19, 101:21, 102:5, 102:12, 103:13, 103:21, 104:21, 106:4, 106:5, 109:17, 110:18, 111:14, 112:13, 112:15, 113:24,

114:2, 114:7, 115:1, 115:9, 115:25, 116:5, 116:20

**TREMENDOUS** [2] - 17:4, 17:6

**TRIAL** [1] - 6:5

**TRIED** [1] - 96:3

**TRIGGERED** [1] - 17:9

**TROUBLE** [2] - 5:13, 73:9

**TRUE** [6] - 58:20, 60:2, 64:12, 78:8, 78:22, 100:14

**TRULY** [2] - 12:21, 15:12

**TRUST** [1] - 61:21

**TRY** [5] - 5:4, 68:4, 106:2

**TRYING** [4] - 30:11, 32:11, 73:3, 79:19

**TURN** [1] - 99:18

**TURNED** [1] - 60:18

**TWICE** [1] - 80:24

**TWO** [18] - 14:22, 22:10, 25:6, 34:4, 52:10, 54:21, 54:23, 54:25, 65:7, 65:17, 69:9, 76:10, 76:15, 76:16, 88:19, 95:13, 105:21, 112:6

**TYPE** [17] - 19:9, 28:15, 53:19, 53:24, 60:23, 61:7, 61:18, 64:7, 67:12, 68:6, 70:18, 72:14, 72:22, 73:15, 97:1, 98:21, 112:15

**TYPES** [11] - 57:19, 66:1, 72:1, 73:5, 74:25, 89:1, 91:3, 91:4, 91:19, 101:22, 112:11

**TYPICAL** [9] - 11:18, 13:18, 19:20, 30:19, 32:22, 37:19, 63:11, 64:11

**TYPICALLY** [8] - 7:23, 10:19, 13:4, 24:8, 29:21, 47:10, 67:8, 93:25

## U

**U.S** [1] - 83:3

**ULTIMATE** [1] - 68:8

**ULTIMATELY** [3] - 5:14, 10:7, 15:6

**UNABLE** [1] - 116:4

**UNCOMFORTABLE** [4] - 51:9, 79:5,

90:18, 91:11

**UNCOMMON** [4] - 34:13, 55:20, 92:13, 92:19

**UNDER** [7] - 19:22, 46:5, 63:4, 77:19, 78:10, 79:9, 82:16

**UNDERAGED** [1] - 12:17

**UNDERGRAD** [1] - 49:19

**UNDERSTAND** [21] - 8:25, 9:2, 12:21, 13:13, 13:16, 15:2, 17:25, 18:1, 20:10, 22:5, 22:9, 24:11, 25:22, 42:23, 47:10, 56:17, 58:19, 62:16, 68:7, 69:21, 111:7

**UNDERSTANDABLY** [1] - 59:11

**UNDERSTANDING** [8] - 3:15, 9:4, 12:25, 20:15, 44:6, 65:5, 98:5, 101:4

**UNDERSTANDS** [2] - 20:8, 70:4

**UNFAIR** [1] - 42:24

**UNFORTUNATELY** [1] - 20:14

**UNIT** [21] - 43:11, 45:12, 49:6, 52:15, 52:16, 52:19, 52:20, 52:22, 52:24, 76:16, 76:18, 77:10, 93:20, 93:21, 101:19, 110:12, 110:19, 110:20, 111:6

**UNITED** [6] - 1:1, 1:3, 1:14, 3:5, 6:5, 23:5

**UNITS** [1] - 109:17

**UNIVERSITY** [1] - 49:18

**UNLESS** [1] - 44:1

**UNSTABLE** [2] - 72:13

**UNTIL** [3] - 19:15, 24:14, 99:4

**UNUSUAL** [2] - 12:7, 79:15

**UP** [18] - 9:9, 9:10, 10:19, 13:23, 13:25, 17:17, 18:2, 18:5, 32:21, 52:21, 62:20, 70:16, 74:24, 82:16, 89:18, 91:18, 104:15, 109:16

**UPDATES** [1] - 7:5

**UPON** [6] - 6:9, 25:3, 27:13, 88:19, 88:23, 96:1

**UPSET** [3] - 78:1, 78:2, 83:9

**US** [14] - 33:9, 41:11, 41:20, 45:18, 49:3, 54:4, 64:14, 76:10, 82:11, 82:18, 87:24, 93:17, 107:8, 111:15

**USE** [10] - 8:18, 12:11, 17:8, 67:15, 68:1, 86:20, 88:14, 106:15, 106:19, 107:1

**USED** [14] - 7:20, 12:5, 24:7, 29:16, 36:23, 36:25, 54:10, 66:10, 66:14, 67:4, 67:8, 67:11, 88:6, 89:16

**USING** [2] - 66:17, 67:18

**USUALLY** [3] - 12:8, 101:18, 106:20

## V

**VALID** [5] - 67:1, 67:3, 67:6, 67:20, 68:5

**VALIDITY** [5] - 36:18, 37:1, 67:24, 68:6, 88:8

**VARIABLE** [1] - 73:19

**VARIED** [1] - 83:16

**VARIES** [3] - 90:19, 104:20, 105:1

**VARIETY** [3] - 49:9, 64:11, 101:23

**VARY** [2] - 56:2, 83:19

**VAST** [1] - 57:16

**VERBAL** [1] - 65:20

**VERSUS** [2] - 1:5, 3:6

**VERY** [39] - 9:11, 12:1, 12:7, 12:14, 12:23, 15:23, 15:24, 17:6, 18:3, 19:20, 26:25, 29:25, 30:1, 30:8, 36:23, 47:7, 47:10, 47:11, 55:5, 60:1, 60:13, 61:2, 62:24, 63:15, 67:18, 81:3, 83:8, 84:8, 84:13, 89:10, 92:7, 100:24, 101:9, 104:25, 110:21, 111:8, 118:16

**VICTIM** [6] - 19:19, 33:2, 37:17, 42:19, 104:5, 111:4

**VICTIMIZATION** [4] - 16:10, 18:3, 18:11, 104:13

**VICTIMIZED** [4] -

16:15, 18:5, 87:9, 104:7

**VICTIMS** [6] - 5:21, 11:22, 31:7, 32:4, 32:12, 87:20

**VIDEO** [1] - 9:17

**VIDEOS** [2] - 13:21, 56:21

**VIEW** [2] - 59:13, 113:16

**VIOLATING** [1] - 8:20

**VIRGINIA** [2] - 49:18, 49:20

**VISIT** [1] - 4:18

**VISITING** [1] - 45:11

**VOICE** [1] - 59:20

**VOICED** [2] - 59:2, 59:6

**VOLUMINOUS** [1] - 108:21

# W

**WANT** [27] - 10:6, 13:20, 31:17, 47:21, 51:13, 51:15, 56:17, 57:11, 61:6, 63:14, 65:6, 67:23, 74:22, 76:4, 79:15, 80:10, 80:12, 81:4, 81:14, 89:23, 90:6, 91:20, 93:2, 103:20, 113:23, 117:22

**WANTED** [6] - 50:18, 59:17, 59:19, 60:15, 78:3, 78:7

**WANTS** [3] - 31:23, 61:23, 67:21

**WARRANTS** [1] - 95:18

**WAS** [268] - 4:9, 4:10, 4:16, 4:18, 5:7, 7:8, 8:10, 8:12, 10:3, 10:4, 10:11, 10:21, 10:25, 11:5, 11:24, 12:6, 12:12, 12:13, 12:15, 12:16, 12:18, 12:22, 12:23, 12:24, 13:1, 13:25, 14:24, 15:2, 15:17, 17:1, 17:2, 17:3, 17:11, 17:16, 19:15, 20:6, 20:7, 20:9, 20:10, 20:11, 20:16, 22:9, 22:16, 22:25, 23:17, 23:25, 25:6, 25:16, 25:18, 26:2, 26:7, 26:14, 26:15, 27:21, 27:24, 28:4, 28:11, 29:14, 29:15, 29:17,

30:10, 30:14, 30:16, 30:17, 30:18, 30:25, 31:1, 31:20, 31:21, 31:24, 32:3, 32:11, 36:5, 36:12, 36:15, 36:20, 36:25, 37:5, 37:6, 40:5, 40:12, 40:19, 40:23, 41:2, 42:12, 42:15, 42:18, 42:19, 43:9, 43:10, 43:13, 43:17, 44:5, 44:10, 45:1, 45:11, 45:15, 46:1, 46:7, 49:19, 49:20, 50:12, 51:7, 51:12, 51:25, 52:4, 52:5, 52:9, 52:15, 52:16, 52:17, 52:18, 52:23, 52:25, 53:9, 53:15, 53:20, 54:2, 55:19, 56:5, 59:15, 59:16, 59:18, 60:1, 60:4, 60:7, 60:8, 60:13, 60:18, 60:19, 61:3, 61:4, 63:9, 63:20, 64:8, 66:14, 67:12, 69:17, 70:7, 70:9, 70:16, 71:17, 71:18, 71:20, 71:24, 71:25, 72:5, 73:8, 73:20, 73:22, 74:2, 74:6, 74:12, 74:13, 74:14, 74:18, 75:12, 75:12, 76:9, 76:17, 76:21, 76:23, 76:25, 77:1, 77:3, 77:6, 77:8, 77:11, 77:15, 77:16, 77:17, 77:20, 78:1, 78:2, 78:7, 78:10, 78:24, 79:3, 79:5, 79:19, 79:21, 80:2, 80:3, 80:9, 80:10, 80:17, 80:19, 80:24, 81:1, 81:14, 81:17, 81:25, 82:9, 82:15, 82:16, 82:18, 83:16, 83:18, 84:8, 84:9, 84:12, 84:13, 84:15, 84:16, 84:18, 84:19, 84:20, 84:23, 85:3, 85:5, 85:6, 85:21, 86:5, 86:7, 86:9, 86:13, 86:17, 86:21, 87:6, 87:7, 87:15, 87:17, 87:25, 88:1, 88:4, 88:20, 90:9, 90:11, 90:12, 92:16, 95:4, 95:9, 95:13, 96:3, 98:23, 98:25, 99:1, 99:4, 99:5, 99:6, 99:9, 100:17,

100:19, 106:11, 107:25, 108:24, 109:8, 113:7, 113:20, 114:1

**WASN'T** [6] - 32:2, 74:11, 84:7, 84:22, 85:13, 87:17

**WATCH** [2] - 78:10, 80:18

**WATCHING** [1] - 107:5

**WAY** [23] - 4:19, 9:12, 9:13, 9:18, 10:21, 10:24, 12:4, 29:13, 43:20, 46:13, 57:13, 61:19, 62:2, 69:8, 72:14, 82:11, 84:3, 84:8, 90:10, 97:15, 98:1, 98:10, 102:17

**WAYS** [7] - 16:1, 16:2, 34:5, 65:6, 69:8, 104:12, 104:24

**WE** [95] - 3:7, 3:16, 8:7, 8:19, 8:21, 8:22, 8:24, 14:17, 19:8, 19:16, 21:14, 21:16, 23:2, 24:6, 29:20, 31:13, 32:3, 32:22, 33:23, 35:20, 36:9, 39:17, 41:11, 41:12, 41:20, 41:21, 41:24, 41:25, 42:5, 42:7, 44:15, 45:10, 46:18, 49:5, 49:6, 49:7, 49:8, 49:10, 49:11, 52:3, 52:19, 52:20, 52:22, 53:6, 53:10, 54:1, 54:12, 55:24, 56:20, 56:23, 56:24, 57:2, 57:11, 59:23, 64:12, 64:13, 65:1, 67:4, 76:5, 82:11, 83:2, 83:5, 88:15, 88:23, 89:11, 93:1, 95:16, 98:15, 101:21, 101:24, 101:25, 102:5, 102:17, 105:2, 105:16, 106:15, 106:19, 106:20, 107:1, 107:4, 108:21, 109:24, 110:1, 110:2, 111:8, 112:11, 114:20, 116:8, 118:13

**WEARING** [2] - 30:7, 90:5

**WECHSLER** [2] - 53:7, 107:11

**WEEKS** [1] - 43:11

**WEIGHING** [1] - 17:4

**WEINSTEIN** [1] - 111:21

**WELCOME** [1] - 116:24

**WELL** [46] - 3:11, 3:18, 5:21, 16:25, 17:17, 19:4, 25:12, 26:4, 28:9, 31:14, 32:10, 35:9, 36:9, 40:2, 41:11, 43:20, 48:23, 50:17, 52:3, 53:5, 59:8, 63:12, 65:11, 67:10, 67:17, 73:22, 73:25, 74:8, 76:9, 76:14, 79:4, 82:9, 84:1, 88:6, 92:2, 95:8, 96:22, 100:18, 103:23, 105:16, 110:19, 112:4, 112:22, 113:7, 113:21, 116:11

**WENT** [5] - 72:1, 73:9, 77:18, 82:16, 108:1

**WERE** [82] - 5:6, 5:12, 7:19, 8:10, 10:8, 10:13, 10:14, 10:18, 15:7, 15:8, 17:18, 21:20, 23:9, 23:18, 25:17, 26:17, 26:18, 27:2, 27:5, 27:12, 27:13, 30:4, 30:5, 31:7, 31:18, 34:2, 41:3, 41:4, 41:5, 44:16, 44:23, 45:10, 50:10, 50:13, 50:18, 51:8, 53:18, 55:21, 55:22, 55:23, 59:3, 59:17, 59:18, 59:23, 60:5, 60:13, 61:8, 72:3, 75:19, 76:6, 76:13, 76:14, 76:15, 76:19, 76:20, 77:16, 77:22, 79:14, 81:6, 82:3, 83:2, 86:2, 87:2, 87:3, 87:9, 87:21, 92:17, 100:7, 101:12, 106:23, 108:3, 108:18, 110:7, 116:2, 116:18, 117:11, 117:16

**WEST** [2] - 49:18, 49:20

**WHAT** [133] - 3:7, 3:13, 5:2, 5:18, 7:3, 7:8, 7:17, 8:3, 8:25, 9:1, 12:15, 12:22, 13:1, 13:14, 13:25,

14:7, 14:25, 16:9, 16:19, 16:24, 18:16, 19:2, 20:4, 20:14, 20:19, 24:6, 25:4, 26:2, 26:19, 26:20, 29:15, 29:17, 32:22, 33:6, 35:17, 36:17, 37:5, 37:11, 38:2, 38:5, 38:11, 41:13, 41:21, 42:1, 42:7, 42:9, 44:7, 46:1, 46:11, 47:10, 48:15, 49:3, 50:16, 51:11, 54:25, 55:10, 55:24, 57:2, 57:10, 57:24, 58:12, 59:6, 59:7, 59:13, 59:19, 59:21, 61:6, 62:8, 63:13, 63:14, 63:21, 64:15, 65:1, 65:2, 65:5, 67:4, 67:15, 67:20, 70:6, 71:6, 71:17, 73:24, 74:2, 74:3, 74:21, 75:22, 76:25, 77:1, 77:10, 77:15, 80:2, 82:7, 83:5, 83:9, 83:12, 83:24, 84:20, 86:23, 87:8, 88:14, 90:23, 92:10, 93:25, 94:7, 95:7, 95:16, 95:24, 97:1, 100:4, 101:17, 101:20, 102:15, 103:22, 103:25, 104:10, 104:19, 105:11, 110:9, 110:16, 110:17, 111:20, 113:3, 113:25, 114:14, 114:15, 114:18, 114:20, 115:24, 116:1, 116:9

**WHATEVER** [5] - 9:17, 39:13, 41:8, 46:14, 61:17

**WHEN** [63] - 5:9, 5:24, 8:12, 8:21, 8:22, 10:10, 11:5, 14:7, 17:1, 17:20, 20:13, 20:16, 22:24, 24:2, 24:4, 24:5, 26:5, 28:9, 28:11, 30:15, 34:2, 34:14, 36:25, 39:22, 40:15, 43:9, 45:10, 50:15, 51:24, 52:14, 52:16, 59:23, 67:7, 71:16, 71:25, 72:1, 72:4, 73:5, 76:6, 76:16, 77:3, 77:18, 79:9, 79:13, 81:8, 81:17, 82:7,

83:2, 84:9, 85:5, 87:15, 90:13, 92:8, 92:9, 94:19, 98:25, 99:1, 99:6, 102:2, 108:21, 109:10, 116:8

**WHERE** [33] - 10:24, 11:2, 11:11, 11:13, 12:12, 14:17, 30:16, 30:17, 35:3, 41:1, 42:25, 49:6, 49:8, 54:19, 56:1, 61:9, 61:20, 70:10, 73:10, 73:11, 84:13, 101:19, 104:5, 104:15, 107:2, 107:4, 110:4, 110:11, 114:12, 114:25, 115:6, 116:15

**WHETHER** [16] - 3:11, 22:15, 23:25, 30:20, 37:11, 50:18, 50:20, 56:7, 66:13, 67:1, 68:7, 73:1, 75:3, 88:12, 101:12, 116:1

**WHICH** [46] - 3:9, 5:15, 6:3, 8:7, 9:12, 9:13, 10:18, 16:1, 16:2, 16:7, 18:4, 20:24, 30:19, 31:10, 33:10, 36:6, 36:20, 39:9, 39:11, 53:8, 54:6, 54:9, 54:12, 55:20, 57:8, 57:23, 58:24, 60:13, 63:6, 63:19, 64:10, 64:16, 64:22, 70:21, 73:17, 77:17, 80:18, 87:19, 89:15, 95:14, 105:22, 106:19, 107:8, 114:25, 118:7

**WHILE** [8] - 4:12, 28:4, 47:22, 51:7, 55:24, 78:10, 81:24, 110:6

**WHO** [66] - 3:17, 7:18, 7:22, 8:19, 12:6, 12:8, 13:3, 13:4, 13:5, 13:19, 13:20, 13:23, 14:24, 15:13, 18:7, 26:17, 30:18, 31:25, 32:20, 33:19, 33:24, 34:12, 38:7, 38:9, 38:25, 39:9, 39:15, 39:18, 39:21, 41:3, 41:4, 50:24, 56:4, 57:19, 60:7, 61:16, 62:3, 63:11, 71:23, 82:19, 86:10,

89:21, 89:24, 90:4, 90:11, 90:13, 91:14, 91:16, 91:20, 92:12, 92:22, 93:20, 101:22, 105:19, 106:8, 106:14, 107:18, 108:3, 108:7, 110:22, 111:4, 112:22, 112:24, 114:6

**WHOLE** [3] - 17:9, 23:6, 105:15

**WHOM** [1] - 48:11

**WHY** [29] - 24:11, 24:12, 35:24, 36:2, 36:9, 40:4, 43:17, 58:10, 59:6, 60:3, 77:16, 77:17, 77:25, 78:2, 78:4, 78:24, 79:3, 79:14, 80:9, 84:15, 85:19, 86:2, 86:5, 86:9, 86:13, 88:5, 91:15, 91:24

**WIDE** [4] - 39:20, 40:3, 40:7, 49:9

**WIDELY** [2] - 36:23, 36:25

**WILL** [21] - 3:7, 3:17, 6:7, 6:20, 21:8, 47:6, 48:20, 54:12, 63:14, 73:4, 80:11, 90:24, 94:4, 111:5, 111:18, 115:8, 115:16, 118:6, 118:7, 118:13, 118:15

**WIND** [3] - 9:9, 9:10, 18:4

**WISE** [1] - 99:13

**WITH** [207] - 4:12, 4:15, 4:17, 5:7, 5:8, 5:10, 5:11, 5:13, 5:18, 6:3, 6:5, 7:14, 8:5, 8:15, 9:9, 9:25, 10:21, 10:24, 11:6, 11:23, 11:25, 12:17, 12:19, 13:5, 13:6, 13:12, 13:19, 14:15, 15:5, 15:6, 15:7, 15:18, 15:22, 17:9, 17:15, 17:24, 18:4, 18:7, 18:12, 19:18, 19:19, 19:23, 20:7, 20:18, 21:5, 21:7, 21:10, 22:6, 22:23, 23:17, 25:7, 27:22, 30:5, 30:7, 30:10, 30:11, 30:12, 31:2, 32:4, 32:15, 33:12, 34:3, 34:5, 35:11, 35:14, 35:25, 36:3,

36:6, 37:1, 37:19, 37:25, 38:9, 39:5, 40:4, 42:2, 42:22, 44:4, 45:23, 46:4, 46:13, 47:10, 48:15, 50:17, 51:7, 51:8, 51:9, 52:3, 52:6, 53:3, 53:6, 53:13, 53:15, 53:21, 54:14, 54:19, 55:17, 55:24, 56:5, 56:8, 56:10, 57:6, 57:7, 57:15, 57:16, 58:17, 58:18, 58:21, 60:8, 60:25, 62:13, 62:14, 62:18, 62:20, 63:5, 63:6, 63:16, 63:17, 64:11, 64:15, 64:17, 64:24, 65:6, 65:11, 65:15, 65:21, 65:23, 66:14, 67:12, 68:3, 68:7, 68:13, 69:12, 69:20, 70:20, 70:23, 71:24, 72:10, 72:11, 72:15, 72:17, 72:19, 72:21, 73:2, 73:8, 73:17, 73:23, 74:19, 75:22, 75:25, 76:6, 76:8, 76:11, 76:13, 76:19, 76:21, 76:23, 77:22, 78:8, 80:14, 83:2, 83:17, 87:4, 89:5, 89:18, 89:25, 90:1, 90:4, 90:13, 90:17, 91:2, 92:10, 92:11, 92:19, 92:20, 94:7, 94:12, 94:14, 95:10, 97:4, 99:2, 100:8, 100:10, 100:13, 100:16, 101:13, 101:15, 101:19, 102:9, 104:12, 105:14, 106:25, 108:2, 108:15, 109:12, 109:15, 109:16, 109:25, 110:20, 112:15, 113:7, 113:8, 113:19, 114:12, 116:20, 116:25

**WITHIN** [10] - 14:4, 20:24, 23:19, 65:16, 71:3, 71:11, 75:4, 88:7, 90:18, 101:15

**WITHOUT** [7] - 9:19, 11:4, 11:12, 13:7, 86:9, 91:17

**WITNESS** [66] - 3:21, 3:22, 5:3, 28:21, 29:7, 33:17, 35:13, 35:22, 36:1, 36:4,

40:9, 41:18, 42:5, 46:8, 47:1, 47:9, 48:3, 48:5, 51:1, 55:4, 58:15, 62:12, 64:4, 69:6, 73:22, 73:25, 74:4, 74:8, 74:11, 79:4, 79:7, 79:12, 79:17, 79:21, 79:24, 81:3, 83:8, 84:12, 86:17, 90:19, 90:22, 90:24, 91:1, 91:9, 91:12, 91:15, 97:17, 98:2, 98:8, 98:12, 98:15, 99:14, 99:19, 100:18, 100:24, 102:22, 103:2, 109:24, 113:10, 113:16, 114:11, 116:24, 117:2, 117:19, 117:20, 119:9

**WITNESSES** [1] - 117:23

**WOMAN** [3] - 87:5, 87:10

**WON'T** [2] - 8:7, 80:7

**WORD** [3] - 63:15, 72:13, 106:19

**WORDED** [1] - 40:13

**WORDS** [2] - 26:6, 46:8

**WORK** [12] - 5:7, 6:11, 6:13, 17:23, 37:21, 37:22, 56:22, 68:1, 68:3, 93:23, 93:24, 111:12

**WORKED** [2] - 5:20, 48:25

**WORKERS** [1] - 105:18

**WORKING** [1] - 28:5

**WORLD** [2] - 10:21, 91:8

**WORRIED** [1] - 77:20

**WORRY** [1] - 98:21

**WORSE** [1] - 83:20

**WOULD** [150] - 4:24, 6:15, 8:5, 8:6, 9:14, 9:19, 10:6, 10:15, 10:19, 11:2, 11:3, 11:6, 11:11, 11:13, 13:4, 14:24, 20:19, 20:20, 20:23, 21:2, 21:12, 23:15, 26:21, 30:19, 31:10, 32:8, 32:15, 32:22, 33:10, 33:13, 34:6, 35:6, 35:20, 36:16, 36:23, 37:11, 38:2, 38:6, 40:6, 42:2, 42:22,

44:25, 45:22, 46:22, 48:1, 49:14, 49:15, 50:19, 50:21, 51:6, 51:24, 53:13, 55:1, 55:4, 55:24, 56:9, 57:14, 58:17, 61:11, 61:13, 61:14, 61:16, 61:24, 62:16, 63:15, 64:22, 64:24, 67:4, 67:6, 68:20, 69:2, 69:8, 70:22, 71:25, 72:2, 72:4, 72:10, 74:9, 75:3, 77:20, 79:18, 80:4, 80:19, 81:5, 82:7, 82:11, 83:18, 83:19, 83:20, 83:24, 84:1, 87:16, 88:16, 88:21, 88:25, 90:10, 91:10, 93:12, 94:1, 94:8, 94:15, 95:16, 95:19, 97:4, 97:21, 98:22, 101:18, 101:20, 102:4, 102:12, 104:4, 104:6, 104:21, 105:23, 107:3, 107:7, 109:15, 109:25, 110:3, 110:5, 110:13, 110:14, 110:25, 111:1, 112:4, 113:16, 114:7, 114:20, 114:21, 115:21, 115:24, 116:3, 116:4, 116:5, 116:9, 116:14, 116:16, 116:18, 116:20

**WOULDN'T** [4] - 33:11, 76:21, 81:7, 110:23

**WOUND** [1] - 104:15

**WRITE** [2] - 24:2, 34:25

**WRITTEN** [4] - 6:1, 7:5, 23:5, 108:12

**WRONG** [9] - 12:16, 12:18, 12:24, 20:9, 20:10, 31:21, 64:15, 71:18

**WRONGFULNESS** [5] - 64:6, 64:8, 69:21, 70:1, 101:5

**WROTE** [8] - 15:23, 22:24, 23:14, 24:14, 27:9, 59:12, 94:24, 99:25

# X

**X-NUMBER** [1] -

117:13

# Y

**YEAH** [2] - 52:24, 87:11
**YEAR** [8] - 4:18, 7:1, 43:22, 52:2, 56:9, 56:10, 60:20, 76:7
**YEARS** [15] - 5:15, 5:22, 5:23, 7:21, 10:19, 19:14, 21:19, 27:15, 42:22, 48:20, 48:25, 56:4, 56:5, 70:12, 117:14
**YES** [158] - 6:11, 7:13, 7:16, 8:13, 8:16, 14:14, 16:20, 19:1, 21:24, 22:11, 23:8, 24:17, 26:8, 27:8, 27:11, 27:16, 27:23, 28:6, 28:10, 28:12, 29:19, 30:16, 30:17, 31:4, 31:9, 31:12, 32:5, 32:18, 34:8, 34:11, 34:18, 34:21, 34:24, 36:14, 37:5, 37:14, 38:4, 39:2, 41:24, 41:25, 42:17, 42:20, 42:21, 43:12, 43:23, 44:1, 44:14, 44:17, 44:20, 44:22, 45:7, 45:13, 46:17, 47:23, 48:8, 50:1, 50:3, 50:9, 50:12, 51:10, 51:21, 52:9, 52:13, 53:5, 54:15, 54:18, 55:4, 55:9, 56:20, 58:1, 59:5, 59:22, 60:1, 62:1, 62:2, 64:4, 66:6, 66:8, 66:12, 67:14, 68:11, 68:15, 68:19, 70:2, 72:11, 75:6, 75:20, 76:4, 76:25, 77:14, 77:16, 78:13, 78:16, 78:19, 79:7, 79:24, 80:16, 82:1, 82:6, 82:23, 83:1, 83:14, 84:5, 85:4, 85:7, 85:9, 85:11, 85:18, 85:23, 86:1, 86:23, 86:25, 87:23, 88:22, 89:13, 90:3, 91:12, 92:5, 92:7, 93:4, 93:16, 93:18, 94:6, 94:10, 94:18, 95:3, 95:6, 96:15, 96:19, 96:24, 97:16, 98:12, 99:17, 99:20, 100:14, 100:25,

101:6, 102:5, 102:16, 103:15, 104:16, 105:4, 105:7, 106:8, 107:11, 108:9, 108:20, 109:5, 112:17, 113:2, 113:22, 114:5, 114:24, 114:25, 116:2, 117:2, 117:16
**YET** [1] - 14:3
**YORK** [1] - 111:22
**YOU** [417] - 4:3, 4:5, 4:8, 4:12, 4:15, 4:19, 4:23, 6:7, 6:9, 6:17, 6:22, 6:25, 7:5, 7:6, 7:14, 7:17, 8:10, 9:1, 14:9, 14:15, 14:19, 16:18, 18:25, 19:2, 19:23, 20:19, 21:11, 21:15, 22:2, 22:5, 22:9, 22:13, 22:18, 23:9, 23:12, 23:13, 23:16, 23:22, 23:23, 24:2, 24:4, 24:5, 24:6, 24:16, 24:18, 24:21, 24:22, 24:25, 25:1, 25:5, 25:12, 25:15, 25:18, 25:19, 25:24, 26:4, 26:5, 26:9, 26:15, 27:2, 27:5, 27:9, 27:12, 27:13, 27:18, 28:25, 29:13, 29:22, 29:23, 31:6, 31:10, 31:16, 32:2, 32:6, 32:15, 33:3, 33:11, 34:2, 34:3, 34:6, 34:23, 34:25, 35:1, 35:3, 35:11, 35:12, 35:16, 35:24, 35:25, 36:2, 36:3, 36:23, 37:6, 37:9, 37:18, 38:2, 38:6, 38:17, 38:24, 39:13, 40:3, 40:4, 40:6, 40:8, 40:18, 40:19, 42:2, 42:22, 43:2, 43:9, 43:17, 43:20, 43:24, 44:7, 44:16, 44:21, 44:23, 45:5, 45:10, 45:11, 45:17, 45:20, 45:23, 46:1, 46:2, 46:11, 46:15, 47:14, 47:18, 47:19, 47:20, 47:21, 48:11, 48:18, 49:3, 49:14, 49:15, 49:25, 50:6, 50:7, 50:10, 50:13, 50:15, 50:25, 51:6, 51:8, 51:12, 51:15, 51:16, 51:18,

51:19, 51:24, 52:10, 53:2, 54:7, 54:13, 54:16, 54:19, 54:25, 55:7, 55:10, 56:1, 56:17, 56:18, 57:10, 57:23, 58:2, 58:10, 59:2, 59:7, 59:11, 59:16, 59:20, 59:24, 60:3, 61:15, 61:16, 61:24, 62:8, 63:2, 63:3, 63:13, 65:1, 66:5, 66:13, 66:25, 67:7, 68:9, 68:12, 68:16, 68:20, 69:2, 69:16, 69:24, 70:17, 70:22, 71:2, 71:10, 71:17, 71:25, 72:7, 72:8, 72:10, 73:1, 73:2, 73:3, 73:5, 73:10, 73:14, 74:2, 74:9, 75:2, 75:3, 75:8, 75:14, 75:15, 75:18, 75:19, 75:22, 75:25, 76:1, 76:6, 76:8, 76:13, 76:19, 76:20, 76:24, 77:4, 77:15, 77:18, 77:19, 77:25, 79:1, 79:2, 79:8, 79:9, 79:10, 79:13, 79:14, 79:18, 79:19, 79:20, 80:6, 80:14, 80:17, 81:8, 81:12, 81:19, 82:13, 82:17, 82:18, 82:22, 82:24, 83:5, 83:7, 83:12, 83:21, 83:24, 84:3, 84:8, 84:22, 85:1, 85:3, 85:6, 85:15, 85:19, 85:21, 86:2, 86:5, 86:7, 86:20, 86:21, 86:24, 87:24, 87:25, 88:2, 88:5, 88:8, 88:10, 88:15, 88:16, 88:21, 88:25, 89:4, 89:15, 89:17, 90:1, 90:13, 90:14, 90:16, 90:21, 91:1, 91:10, 92:3, 92:9, 92:17, 93:2, 93:9, 93:10, 93:12, 93:17, 94:19, 94:20, 95:1, 95:10, 95:24, 96:5, 96:12, 96:16, 96:20, 97:21, 98:6, 98:8, 99:16, 99:18, 99:24, 99:25, 100:3, 100:5, 100:6, 100:7, 100:11, 100:22, 101:3, 101:8, 101:12, 101:14, 102:2, 102:3,

102:15, 103:1, 103:17, 104:11, 104:14, 104:15, 104:20, 104:22, 105:8, 106:11, 106:12, 106:24, 107:13, 108:2, 108:4, 108:7, 108:10, 108:12, 108:17, 108:21, 109:4, 109:11, 109:15, 110:16, 111:14, 111:15, 111:22, 111:25, 113:5, 113:15, 113:19, 113:20, 113:23, 113:24, 114:1, 114:11, 115:13, 115:15, 115:17, 116:6, 116:9, 116:22, 116:23, 116:25, 117:2, 117:7, 117:17, 117:18, 117:19, 117:21, 117:22, 118:2, 118:4, 118:19, 118:20
**YOUNG** [8] - 5:10, 12:9, 12:10, 14:23, 17:5, 17:6, 28:22, 61:10
**YOUNGER** [4] - 9:25, 10:8, 10:13, 100:9
**YOUR** [98] - 3:4, 4:19, 5:2, 5:3, 6:9, 6:15, 6:19, 7:3, 7:8, 8:3, 8:8, 8:15, 8:17, 15:10, 19:2, 20:3, 21:10, 21:25, 22:2, 22:12, 23:13, 24:5, 24:7, 24:9, 25:2, 25:20, 25:24, 26:6, 26:19, 27:10, 28:18, 35:1, 35:16, 38:17, 40:14, 44:19, 45:4, 47:15, 48:7, 48:15, 48:21, 49:15, 49:16, 50:10, 51:25, 52:10, 54:19, 57:10, 58:2, 59:24, 63:21, 63:25, 66:7, 67:15, 68:8, 68:12, 69:16, 72:7, 75:8, 75:9, 75:15, 76:1, 76:5, 77:4, 78:10, 80:6, 82:24, 85:1, 87:9, 92:3, 92:8, 94:19, 94:25, 99:16, 100:17, 101:1, 103:6, 103:10, 103:13,

103:16, 103:18, 105:8, 109:6, 109:22, 112:3, 112:6, 115:10, 116:24, 116:25, 117:3, 117:7, 117:23, 118:1, 118:4, 118:13

# Z

**ZIPPERS** [3] - 45:23, 45:24, 46:7
**ZOLOFT** [1] - 80:10